UNITED STATES DISTRICT OF COLUMBIA
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| L&L CONSTRUCTION ASSOCIATES, INC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 1:05CV01289 |
| | : | |
| SLATTERY SKANSKA, INC. | : | |
| | : | |
| Defendant. | : | |

## PLAINTIFF'S CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Plaintiff L&L Construction Associates, Inc., certify that to the best of my knowledge and belief, that there are no parent companies, subsidiaries or affiliates of L&L Construction Associates, Inc., which have any outstanding securities in the hands of the public. These representatives are made in order that judges of this court may determine the need for recusal.

                                                    _____/s/_____
                                                  Bradshaw Rost, Esq.
                                                  ***Tenenbaum & Saas, P.C.***
                                                  4330 East-West Hwy., Ste. 1150
                                                  Bethesda, Maryland 20814
                                                  (301) 961-5300
                                                  (Fax) 961-5305
                                                  Counsel for Plaintiff

## Local Rule 5.4(5) Certification

**I HEREBY CERTIFY** that the original of this document is my possession, the attorney responsible for this filing, and that it is available for review upon request by a party or by the Court.

                                                    _____
                                                    Bradshaw Rost