U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

L&L Construction Associates, Inc.

vs.

Slattery Skanska, Inc.

No. 1:05CV01289 RCL

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, VINCENT A. PIAZZA, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 08-29-1969.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:45 pm on June 29, 2005, I served Slattery Skanska, Inc. c/o CT Corporation, Registered Agent at 1015 15th Street, NW, Suite 1000, Washington, DC 20005 by serving Anthony Serrette, Fulfillment Specialist, authorized to accept. Described herein:

```
    SEX-    MALE
    AGE-    37
 HEIGHT-    5'8"
   HAIR-    BALDING
 WEIGHT-    190
  COLOR-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 6-30-05
            Date

VINCENT A. PIAZZA
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 154707

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

L&L Construction Associates, Inc.
6300 Dower House Road
Upper Marlboro, Maryland   20772

**SUMMONS IN A CIVIL CASE**

V.

Slattery  Skanska, Inc.
1616 Whitestone Espressway
Whitestone, New York   11357
    SERVE:    CT Corp., Resgistered Agent
                 1015 15 Street, N.W., Suite 1000
                 Washington, DC   20005

CASE NUMBER   1:05CV01289

JUDGE: Royce C. Lamberth

DECK TYPE: General Civil

DATE STAMP: 06/28/2005

CASE NUMBER:

TO: (Name and address of Defendant)

*SLATTERY SKANSKA*
*SERVE: C.T CORPORATION*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
        Bradshaw Rost, Esq.
        4330 East-West Hwy., Ste. 1150
        Bethesda, MD   20814

an answer to the complaint which is served on you with this summons, within   **20**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      JUN 28 2005
CLERK                                        DATE

_[signature]_
(By) DEPUTY CLERK