IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L&L CONSTRUCTION ASSOCIATES, INC.<br><br>Plaintiff,<br><br>v.<br><br>SLATTERY SKANSKA, INC.<br><br>Defendant. | Case No. 05-CV-01289<br>Judge Lamberth |

## ORDER GRANTING MOTION TO DISMISS

IT IS HEREBY ORDERED that the Motion to Dismiss the Complaint for Failure to State a Claim under Federal Rule of Civil Procedure 12 (b)(6) filed by Defendant Slattery Skanska, Inc. is hereby GRANTED. The Clerk is directed to dismiss the case with prejudice, each party to bear their own costs.

Royce C. Lamberth
United States District Judge

Date: _____

Copies to:

Bradshaw Rost
Tenenbaum & Saas, P.C.
4330 East-West Highway, Suite 1150
Bethesda, Maryland 20814

Val S. McWhorter
Edmund M. Amorosi
Smith Pachter McWhorter & Allen
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182-2700