**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| L&L CONSTRUCTION ASSOCIATES, INC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 1:05CV01289 |
| | : | Judge Royce C. Lamberth |
| SLATTERY SKANSKA, INC. | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S MOTION FOR LEAVE**
**TO FILE AMENDED COMPLAINT**

Plaintiff L&L Construction Associates, Inc. ("L&L"), by and through its counsel, and pursuant to Fed.R.Civ.P. 15(a), hereby files its Motion for Leave to File an Amended Complaint. In support thereof, the following is stated.

1.  In accordance with Local Rule 7(m), counsel for L&L conferred in good faith by telephone with counsel for Defendant Slattery Skanska, Inc. ("Slattery") to determine whether Slattery would oppose the relief requested herein. Counsel for Slattery advised that it will oppose the instant Motion.

2.  Under Fed.R.Civ.P. 15(a), leave to amend "shall be give freely when justice so requires". For the reasons set forth in the accompanying memorandum of points and authorities in support thereof, L&L respectfully submits that the Motion for Leave to file the Amended Complaint should be granted.

3.  In accordance with Local Rule 7(i), the proposed Amended Complaint is attached hereto.

**WHEREFORE**, Plaintiff L&L Construction Associates, Inc. respectfully request that the Motion for Leave to file the attached Amended Complaint be granted.

August 10, 2005                                      **RESPECTFULLY SUBMITTED**

                                                          /s/
                                      _____
Bradshaw Rost, Esq. (D.C. Bar #376064)
***Tenenbaum & Saas, P.C.***
4330 East-West Hwy., Ste. 1150
Bethesda, Maryland 20814
(301) 961-5300
(Fax) 961-5305
Counsel for Plaintiff L&L Construction
Associates, Inc.

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on August 10, 2005, I electronically filed Plaintiff's Motion for Leave to File Amended Complaint with the Clerk of the District Court using its CM/ECF System. Service of these papers was perfected electronically, as provided for under Local Civil Rule 5.4(d), on the following:

    Val S. McWhorter
    Edmund M. Amorosi
    W. Stephen Dale
    SMITH, PACHTER, MCWHORTER & ALLEN, PLC
    8000 Towers Crescent Drive, Suite 900
    Vienna, Virginia 22182

        _____/s/_____
        Bradshaw Rost

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| L&L CONSTRUCTION ASSOCIATES, INC : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 1:05CV01289 |
| : | Judge Royce C. Lamberth |
| SLATTERY SKANSKA, INC. : | |
| : | |
| Defendant. : | |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF MOTION FOR LEAVE**
**TO FILE AMENDED COMPLAINT**

Plaintiff L&L Construction Associates, Inc. ("L&L"), by and through its counsel, and pursuant to Fed.R.Civ.P. 15(a) and Local Rule 7(a), hereby files its Memorandum of Points and Authorities in support of its Motion for Leave to File an Amended Complaint.

Fed.R.Civ.P. 15(a) states that "leave shall be given freely when justice so requires." The general standard for determining "when justice so requires" is:

> In the absence of any apparent or declared reason – such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. – the leave sought should, as the rules require, be "freely given".

Foman vs. Davis, 371 U.S. 178, 182, 83 S.Ct. 227, 9 L.Ed. 2d 222 (1962).

The initial Complaint filed by L&L sets forth a single claim alleging a breach of contract based upon the factual allegations set forth in ¶5 through ¶15 of the Complaint. The attached Amended Complaint seeks to add two new causes of action, Count II for Promissory Estoppel and Count III for Unjust Enrichment, based upon the same allegations in the initial Complaint. In

other words, the factual allegations set forth in ¶5 through ¶15 of the Amended Complaint remain the same as the initial Complaint.[1]

None of the factors identified by the U.S. Supreme Court in Foman are present in the instant case. As noted by the U.S. Court of Appeals for the Fourth Circuit, the Foman factors "embody a principle which focuses on prejudice or futility or bad faith as the only legitimate concerns in denying leave to amend, since only these truly relate to protection of the judicial system or other litigants." Davis vs. Piper Aircraft Corp., 615 F.2d 606, 613 (4th Cir. 1980). As evident from the record, this proceeding is in its early stages. Discovery has not even commenced nor has the mandatory conference under Fed.R.Civ.P. 26(f) been held. There would be no prejudice to Slattery from permitting the filing of the Amended Complaint nor is the amendment futile or made in bad faith.

Accordingly, L&L respectfully submits that the requested amendment satisfies the standard under Fed.R.Civ.P. 15(a) and the Motion for Leave to Amend should be granted.

---

[1] Slattery has filed a Rule 12(b)(6) Motion to Dismiss the Complaint for failure to state a claim, arguing that the factual allegations contained in ¶5 through ¶15 of the Complaint fail to state a cause of action for breach of contract as alleged in Count I. The Amended Complaint attached hereto does not change those factual allegations and is not intended to respond to the Motion to Dismiss. The Amended Complaint only seeks to add two new causes of actions based upon the identical factual allegations.

3

August 10, 2005                              **RESPECTFULLY SUBMITTED**


                                             _____/s/_____
                                             Bradshaw Rost, Esq. (D.C. Bar #376064)
                                             *Tenenbaum & Saas, P.C.*
                                             4330 East-West Hwy., Ste. 1150
                                             Bethesda, Maryland 20814
                                             (301) 961-5300
                                             (Fax) 961-5305
                                             Counsel for Plaintiff L&L Construction
                                             Associates, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 10, 2005, I electronically filed Plaintiff's Motion for Leave to File Amended Complaint with the Clerk of the District Court using its CM/ECF System. Service of these papers was perfected electronically, as provided for under Local Civil Rule 5.4(d), on the following:

>Val S. McWhorter
>Edmund M. Amorosi
>W. Stephen Dale
>SMITH, PACHTER, MCWHORTER & ALLEN, PLC
>8000 Towers Crescent Drive, Suite 900
>Vienna, Virginia 22182

_____
Bradshaw Rost

4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| L&L CONSTRUCTION ASSOCIATES, INC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 1:05CV01289 |
| | : | Judge Royce C. Lamberth |
| SLATTERY SKANSKA, INC. | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**UPON CONSIDERATION** of the Motion for Leave to File an Amended Complaint filed by Plaintiff L&L Construction Associates, Inc., and the Opposition by Defendant Slattery Skanska, Inc., it is this ___ day of _____, 2005

**ORDERED, ADJUDGED AND DECREED**

1. The Motion be, and hereby is, **GRANTED.**

_____
Judge Royce C. Lamberth
U.S. District Court Judge for the
District of Columbia

cc:

Bradshaw Rost, Esq.
***Tenenbaum & Saas, P.C.***
4330 East-West Hwy., Ste. 1150
Bethesda, Maryland 20814
Counsel for Plaintiff L&L Construction Associates, Inc.

Val S. McWhorter, Esq.
Edmund M. Amorosi, Esq.
SMITH, PACHTER, MCWHORTER & ALLEN, PLC
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182
Counsel for Defendant Slattery Skanska, Inc.