*FULLY EXECUTED AGREEMENT*



Slattery Skanska Incorporated
Lane Construction Corporation
A Joint Venture

# SUBCONTRACT AGREEMENT

### BETWEEN



## SL, a JOINT VENTURE
### OF
## SLATTERY SKANSKA, INC.
**1616 Whitestone Expressway**
**Whitestone, NY 11357**
**and**
## THE LANE CONSTRUCTION CORPORATION
**965 East Main Street**
**Meriden, CT  06450**

*and*

## L & L CONSTRUCTION ASSOCIATES
**6300 Dowerhouse Road**
**Upper Marlboro, Maryland 20772**

RECEIVED
SEP 2 9 2003
Slattery Skanska, Inc.
Virginia Office

**PROJECT:**     NEW YORK AVENUE "POCKET" STATION
PHASE 2: GLENMONT ROUTE
CONTRACT NO. 1B0035, SECTION JDC
Washington Metropolitan Area Transit Authority
Main Construction Package For New Station, Trackwork, & Systems
Slattery Job No.  SC458
Subcontract #458-12

 ORIGINAL



Slattery Skanska Incorporated
Lane Construction Corporation
A Joint Venture



## TABLE OF CONTENTS:

| ARTICLE: | | PAGE |
|---|---|---|
| 1 | Contract Documents | 1 |
| 2 | Scope of the Work | 3 |
| 3 | Contract Price | 4 |
| 4 | Payment | 4 |
| 5 | Scheduling and Prosecution of the Work | 7 |
| 6 | Claims and Notices | 9 |
| 7 | Insurance | 10 |
| 8 | Guarantee | 13 |
| 9 | Indemnities | 13 |
| 10 | Termination | 14 |
| 11 | Termination of Prime Contract | 15 |
| 12 | Suspension | 15 |
| 13 | Extension of Time | 16 |
| 14 | Subcontractor's Responsibility for Owner Assessment of Damages | 16 |
| 15 | Certified Field Payroll Reports | 17 |
| 16 | Permits | 17 |
| 17 | Taxes, Assessments, Premiums and Fringes | 17 |
| 18 | Assignments and Subletting | 17 |
| 19 | Bonds | 18 |
| 20 | Work Place Safety | 18 |
| 21 | Cumulative Rights and Remedies of Contractor | 18 |
| 22 | Final Cleanup | 19 |
| 23 | Changes and Extras | 19 |
| 24 | Inspection of Records | 20 |
| 25 | Patent Infringement | 20 |
| 26 | Subcontractor's Obligations to Cooperate | 21 |
| 27 | Bankruptcy | 23 |
| 28 | Authority Consent | 24 |
| 29 | Year 2000 Compliance | 24 |
| 30 | Miscellaneous | 24 |
| 31 | Governing Laws and Venue | 25 |
| 32 | Complete Agreement and/or Modification | 25 |
| Signature Page and Acknowledgments | | 26 |
| Appendix "A" Additional Terms for Subcontractors | | A-1 |
| Appendix "B" Scope of Work & Schedule of Payment | | B-1 |
| Appendix "C" Equal Employment Opportunity | | C-1 |
| Appendix "D" Safety | | D-1 |
| Exhibit A - Partial Release/Waiver of Lien | | PLW-1 |
| Exhibit B - Full and Final Release/Waiver of Lien | | FLW-1 |
| Exhibit C – Contract Modification | | CM-1 |

EXHIBIT D- MODIFICATIONS TO ARTICLE
1 THROUGH 32

i



Slattery Skanska Incorporated
Lane Construction Corporation
A Joint Venture

## SUBCONTRACT AGREEMENT

AGREEMENT, made and entered into this __26__ day of April, 2003 SEPTEMBER, in the City and State of New York, by and between **SL, a JOINT VENTURE OF SLATTERY SKANSKA, INC. and THE LANE CONSTRUCTION CORPORATION**, of 1616 Whitestone Expressway, Whitestone, New York 11357, hereinafter referred to as "SL" JOINT VENTURE or "Contractor", and **L & L CONSTRUCTION ASSOCIATES** of 6300 Dowerhouse Road, Upper Marlboro, Maryland 20772, hereinafter referred to as "Subcontractor".

## WITNESSETH:

WHEREAS, the WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (the "Owner") advertised for bids and requested proposals to construct a certain public improvement described as New York Avenue Station Construction, Project 1B0035, Section JDC, Phase 2, Glenmont Route (the "Project"); and

WHEREAS, following the submission of proposals, the Owner contracted with **"SL" JOINT VENTURE** to design and construct the new station and associated work in accordance with and pursuant to a contract known and designated as Contract 1B0035, Section JDC, Phase 2, Glenmont Route, (the "Prime Contract"); and

WHEREAS, **"SL" JOINT VENTURE**, subject to the approval of the Owner, has agreed to retain Subcontractor to perform a part of the Prime Work included within the scope of work, and Subcontractor has agreed to be so retained to perform and supply the portions of such work, labor, services and materials as hereinafter detailed and defined in Article 2 as the "Work".

NOW THEREFORE, **"SL" JOINT VENTURE** and Subcontractor, upon the terms and conditions hereinafter set forth and for the consideration hereinafter specified, enter into this Subcontract Agreement (the "Subcontract"), and in so doing mutually covenant and agree as follows:

## ARTICLE 1 - CONTRACT DOCUMENTS

1.1    The contract documents (collectively the "Contract Documents"), which are incorporated by reference herein insofar as each and every part thereof is applicable to this Subcontract and the Work to be undertaken by Subcontractor hereunder, shall consist of the following:

    (a)    This Subcontract Agreement, including any Riders, Progress Schedules and Exhibits annexed to it and made a part of it;

    (b)    The Prime Contract; along with all plans, specifications, drawings for the project, and schedules of work.

_____
Initials

1

_____
Initials

  

Slattery Skanska Incorporated
Lane Construction Corporation
A Joint Venture

30.4    All dimensions and elevations, indicated on the plans, are to be verified in the field by Subcontractor, who shall assume the responsibility for any errors or discrepancies.

30.5    Subcontractor shall keep a competent superintendent or foreman on the work at all times to whom "SL" JOINT VENTURE's superintendent may issue instructions and who shall have full authority to carry out all instructions issued by "SL" JOINT VENTURE's superintendent.

## ARTICLE 31 - GOVERNING LAWS AND VENUE

The interpretation of this Subcontract, including any alleged breach hereof, shall be governed by the laws of the State of New York. Any action at law or equity commenced by Subcontractor or "SL" JOINT VENTURE on causes of action arising under this Subcontract shall be filed, and venue shall lay, exclusively in the Supreme Court of the State of New York, County of Queens, before a Justice of said Court. The Parties hereto hereby waive the right to trial by jury. Further, the parties hereto hereby submit to the jurisdiction of said Court in all matters arising under this Subcontract.

## ARTICLE 32 - COMPLETE AGREEMENT AND / OR ORAL MODIFICATION

Except as expressly set forth herein, there have been no representations by either party to the other to induce execution of this Subcontract, and all prior negotiations and understanding with respect to the subject matter are merged herein. This Subcontract shall be binding on and inure to be benefit of the successors and assigns of the respective parties. This Subcontract cannot be amended or waived except by written instrument signed by the parties or their respective successor in interest.



Initials

25



Initials



IN WITNESS WHEREOF, the parties hereto have duly executed this Subcontract the day and year first above written.

SL, a **JOINT VENTURE** OF SLATTERY SKANSKA, INC. and  THE LANE CONSTRUCTION CORPORATION, CONTRACTOR

BY _____

Edward F. Hollander, P.E.

Area Manager/Senior Estimator
_____
Name and Title

9\28\03
_____
Date

_____

28 SEPT. 2003
_____
Date

L & L CONSTRUCTION ASSOCIATES
SUBCONTRACTOR

BY _____

CHARLES E. HOUGE 3d.
AST. GENERAL MGR.
_____
Name and Title

9/26/03
_____
Date

SEPT. 26 '03
_____
Date

OFFICE MANAGER

26

_____
Initials

_____
Initials



## ACKNOWLEDGEMENT OF CONTRACTOR

State of _Virginia_ )
) ss.:
County of _Pr. William_ )

On this _29TH_ day of _DECEMBER_, 2003, before me personally came and <u>appeared Edward Hollander, P.E.</u>, to me known, who, being by me duly sworn, did depose and say that he/she resides at <u>1384 Old Bridge Road, Woodbridge, Virginia 22192</u>, that he is the <u>Area Manager/ Senior Estimator</u> of **"SL" JOINT VENTURE** OF SLATTERY SKANSKA, INC. and THE LANE CONSTRUCTION CORPORATION, the corporation described in and which executed the foregoing instrument; and that he is duly authorized to execute the said instrument on behalf of **SL, a JOINT VENTURE** OF SLATTERY SKANSKA, INC. and THE LANE CONSTRUCTION CORPORATION.

_____
Notary Public

My commission expires: _8/31/07_                    (SEAL)

## ACKNOWLEDGEMENT OF SUBCONTRACTOR

State of _MARYLAND_ )
) ss.:
County of _PRINCE GEORGES_ )

On this _26_ day of _SEPTEMBER_, 2003, before me personally came and appeared _CHARLES E. NANCE_, to me known, who, being by me duly sworn, did depose and say that he/she resides at _12122 WHEATING AVE, UPPER MARLBORO, MD_, that he/she is the _ASSISTANT GENERAL MANAGER_ of L & L CONSTRUCTION ASSOCIATES, the corporation described in and which executed the foregoing instrument; and that he/she is duly authorized to execute the said instrument on behalf of **L & L CONSTRUCTION ASSOCIATES**

_____
Notary Public

My commission expires: _8/7/2006_

SANDRA E. LINDER
Notary Public, State of Maryland
Prince George's County
My Commission Expires August 7, 2006

_____
Initials

27

_____
Initials