·02-01 10:17A                     P.02

Contract Number: **IB0035**

Project Name: **New York Ave Station**

## LETTER OF INTENT TO PERFORM AS A SUBCONTRACTOR/JOINT VENTURE
### (ALL ITEMS MUST BE COMPLETED)

TO: **K&K Construction**
(Name of Bidder/Proposer)

The undersigned intends to perform work in connection with the above projects as (check one):

____ an individual       **X** a corporation

____ a partnership       ____ a joint venture

Specify in detail particular work items or parts thereof to be performed:

**UNDERGROUND UTILITIES**

at the following price: $ **4,250,000**

Please indicate ____ % of the dollar value of the subcontract that will be awarded to non-DBE contractors, if applicable. The undersigned will enter into a formal agreement with you for the above work upon your execution of a contract with the Authority.

**L&L Construction Associates**      **301-599-0300**
Name of DBE Subcontractor/Joint Venture      Phone Number

**6300 Dower House Road**      **0186-0698-D**
**Upper Marlboro MD · 20772**
Address      WMATA Vendor ID Number

_[signature]_ / **Asst. Gen. Mgr.**      **6/2/01**
Signature & Title      Date

**Charles E. Nance**

The following is to be completed by the Prime Contractor. A copy of this letter must be returned to the DBE subcontractor to indicate acceptance.

To: _____
(Name of DBE)

You have projected your interest and intent for such work, and the undersigned is projecting completion of such work as follows:

| WORK ITEMS | PROJECTED DBE COMMENCEMENT DATE | PROJECTED DBE COMPLETION DATE |
|---|---|---|
| | **10/3/01** (Date) | _[signature: Richard Cavallero]_ (Name of Prime Contractor & Acceptance Signature) |

23.24 (Rev 10/99)    **M**