RFP-C-1B0035/JDC



**washington
metropolitan
area transit
authority**

# division 0 And 1

## GLENMOUNT ROUTE
## NEW YORK AVENUE STATION
contract 1B0035

JULY 23, 2001

# INTRODUCTORY INFORMATION

## SECTION 00001

## PROJECT TITLE PAGE

## C O N T R A C T

## S P E C I F I C A T I O N S

## FOR

## DESIGN-BUILD

## CONTRACT  1B0035

## GLENMONT ROUTE
## NEW YORK AVENUE
## METRORAIL STATION

### July 23 , 2001

\* \* \*

# INTRODUCTORY INFORMATION

## 00005 CERTIFICATIONS PAGE

### DESIGN-BUILD

## CONTRACT   1B0035
## NEW YORK AVENUE METRORAIL STATION

### APPROVED FOR RELEASE

_____          _____
H. Lupia, ENGA                                          Date


_____          _____
R. Spatz, SYSP                                          Date


_____          _____
T. Dorrier, COUN                                        Date


_____          _____
B. Hicks, OLIA                                          Date


_____          _____
L. Viner, ADMT                                          Date


_____          _____
F. Goodine, SAFE                                        Date


_____          _____
J. Thomas, MCAP                                         Date
Senior Project Manager


_____          _____
J. Krist, PRMT                                          Date
Contracting Officer

* * *

Washington Metropolitan Area Transit Authority      Contract No. 1B0035
Design-Build Contract RFP-C-1B0035/JDC      Date:  July 23, 2001

## 00010  TABLE OF CONTENTS

Division 0

Introductory Information

*HIGHLIGHTED SECTIONS ARE ATTACHED*

     00001  Project Title Page
     00005  Certifications Page
     00010  Project Manual Table of Contents

Proposing Requirements
     00100  Project Information
     00101  Statement of Work
     00102  General Scope of Work
     00110  Schedule

     00200 Instructions to Proposers
         00201 General Instructions
         00203 Technical & Price Proposal Instructions & Evaluation Factors
         00210 Supplementary Instructions to Proposers
         00211 Brand Name or Equal
         00212 Brand Name or Equal Form
         00250 Pre Proposal Meetings
         00251 Site Inspections
         00252 Pre Proposal Conference

     00300 Information Available to Proposers
         00301  Non Mandatory Documents
         00310  Schedules
         00315  Construction Sequencing
         00320  Geotechnical Information
         00330  Existing Conditions
         00335  Non Mandatory Drawings
         00340  Environmental Information
         00350  Project Financial Information
         00360  Permit Information

     00400 Proposal Forms and Supplements
         00410  Proposal Form
         00411  Proposal Data Form
         00412  Price Proposal
         00414  Compliance Exception Information
         00431  Proposal Security
         00432  Wage Rates
         00450  Representations and Certifications
         00451  Disadvantage Business Enterprise
         00455  Representation and  Certifications
         00460  Project Specific Forms
         00461  WBS Form
         00490  Amendments to Proposing Requirements

Washington Metropolitan Area Transit Authority
Design-Build Contract RFP-C-1B0035/JDC

Contract No. 1B0035
Date:  July 23, 2001

## 00010  TABLE OF CONTENTS

Division  0

Introductory Information
      00001  Project Title Page
      00005  Certifications Page
      00010  Project Manual Table of Contents



Proposing Requirements
      00100  Project Information
      00101  Statement of Work
      00102  General Scope of Work
      00110  Schedule



    00200  Instructions to Proposers
        00201 General Instructions
        00203 Technical & Price Proposal Instructions & Evaluation Factors
        00210 Supplementary Instructions to Proposers
        00211 Brand Name or Equal
        00212 Brand Name or Equal Form
        00250 Pre Proposal Meetings
        00251 Site Inspections
        00252 Pre Proposal Conference

    00300  Information Available to Proposers
        00301  Non Mandatory Documents
        00310  Schedules
        00320  Geotechnical Information
        00330  Existing Conditions
        00335  Non Mandatory Drawings
        00340  Environmental Information
        00350  Project Financial Information
        00360  Permit Information

    00400  Proposal Forms and Supplements
        00410  Proposal Form
        00411  Proposal Data Form
        00412  Price Proposal
        00414  Compliance Exception Information
        00431  Proposal Security
        00432  Wage Rates
        00450  Representations and Certifications
        00451  Disadvantage Business Enterprise
        00455  Representation and  Certifications
        00460  Project Specific Forms
        00461  WBS Form
        00490  Amendments to Proposing Requirements

SUPERSEDED

SUPERSEDED

SUPERSEDED

SUPERSEDED

Washington Metropolitan Area Transit Authority      Contract No. 1B0035
Design-Build Contract RFP-C-1B0035/JDC      Date:   July 23, 2001

Appendix A - Construction Contractor's Affirmative Action Requirements, Women and
               Minorities in Construction
Appendix B - Disadvantage Business Enterprise
Appendix D - Wage Determination Decision

Contracting Requirements
     00500 Agreement
         00520 Agreement Form
         00521 Design Build Contract Form
         00540 Attachments to Agreement Form
         00541 Power of Attorney
         00542 Power of Execution/Certification

     00600 Bonds and Certificates
         00610 Bonds
         00611 Bond Requirements
         00612 Performance and Payment Bonds (Additional Bond Security)
         00614 Performance Bond
         00615 Payment Bond

     00700 General Conditions
         00701 Definitions
         00702 Intent of Contract
         00703 Order of Precedence
         00704 General Requirements, Drawings and Specifications
         00705 Consideration
         00706 Assignment
         00707 Period of Performance & Project Schedule
         00708 Authority Furnished Property
         00709 Commencing the Work
         00710 Role of the Authority
         00711 Authority Reviews
         00712 Hazardous Materials
         00713 Acceptance and Inspection of Work
         00714 Use and Possession Prior to Completion
         00715 Legal Requirements
         00720 Responsibility of the Design-Builder for Design Related Services
         00721 Requirements for Professional Registration
         00722 Project Management, Superintendence and Key Personnel
         00723 Quality Control/Quality Assurance
         00724 Protection of Persons and Property
         00725 Material and Equipment
         00726 Permits and Responsibilities
         00727 Other Contracts
         00728 Protection of Existing Vegetation, Structures, Utilities and Improvements
         00729 Operations and Storage Areas
         00730 Cleaning Up
         00731 Accident Prevention
         00732 Fire Protection Equipment and Life Safety Agreement
         00740 Progress Schedules and Requirements for Maintaining Progress Records

REVISED AM 1

Washington Metropolitan Area Transit Authority      Contract No. 1B0035
Design-Build Contract RFP-C-1B0035/JDC      Date:   July 23, 2001

Appendix A - Construction Contractor's Affirmative Action Requirements, Women and
     Minorities in Construction
Appendix B - Disadvantage Business Enterprise
Appendix D - Wage Determination Decision

Contracting Requirements

00500 Agreement
     00520 Agreement Form
     00521 Design Build Contract Form
     00540 Attachments to Agreement Form
     00541 Power of Attorney
     00542 Power of Execution/Certification

00600 Bonds and Certificates
     00610 Bonds
     00611 Bond Requirements
     00612 Performance and Payment Bonds (Additional Bond Security)
     00614 Performance Bond
     00615 Payment Bond

00700 General Conditions
     00701 Definitions
     00702 Intent of Contract
     00703 Order of Precedence
     00704 General Requirements, Drawings and Specifications
     00705 Consideration
     00706 Assignment
     00707 Period of Performance & Project Schedule
     00708 Authority Furnished Property
     00709 Commencing the Work
     00710 Role of the Authority
     00711 Authority Reviews
     00712 Hazardous Materials
     00713 Acceptance and Inspection of Work
     00714 Use and Possession Prior to Completion
     00715 Legal Requirements
     00720 Responsibility of the Design-Builder for Design Related Services
     00721 Requirements for Professional Registration
     00722 Project Management, Superintendence and Key Personnel
     00723 Quality Control/Quality Assurance
     00724 Protection of Persons and Property
     00725 Material and Equipment
     00726 Permits and Responsibilities
     00727 Other Contracts
     00728 Protection of Existing Vegetation, Structures, Utilities and Improvements
     00729 Operations and Storage Areas
     00730 Cleaning Up
     00731 Accident Prevention
     00732 Fire Protection Equipment and Life Safety Agreement
     00740 Progress Schedules and Requirements for Maintaining Progress Records

SUPERSEDED

Case 1:05-cv-01289-RCL   Document 03   Filed 08/23/2005   Page 9 of 229

Washington Metropolitan Area Transit Authority                    Contract No. 1B0035
Design-Build Contract RFP-C-1B0035/JDC                            Date:   July 23, 2001

00741   Submittals
00742   Early Completion
00750   Design Builder Liability
00751   Warranty of Construction
00752   Correction to Deficiencies
00753   Confidentiality
00760   Conditions Affecting the Work
00761   Preconstruction Inspection
00762   Differing Site Conditions
00763   Site Investigation
00764   Changes
00765   Pricing of Adjustments
00770   Method of Payment
00771   Progress Payments for Lump Sum Items
00772   Contract Prices and Price Schedules
00773   Variation in Estimated Quantities
00775   Quality Certification
00776   Basis of Payment
00777   Garnishment of Payments
00778   Accounting and Record Keeping
00779   Examination of Records
00780   Audit - Price Adjustments
00781   Certificate of Current Cost or Pricing Data
00782   Price Reduction for Defective Cost or Pricing Data - Price Adjustments
00783   Subcontractor Cost or Pricing Data
00784   Subcontractor Payments
00785   Work by Prime Contractor
00790   Suspension of Work
00791   Termination for Default, Damages for Delay, and Time Extensions
00792   Termination for the Convenience of the Authority Prior to Construction
00793   Termination for the Convenience of the Authority During Construction
00794   Value Engineering Incentive
00795   Dispute Resolution
00796   Dispute Review Board
00800 Special Provisions
00801   Covenant Against Contingent Fees
00802   Officials Not to Benefit
00803   Employment Restriction Warranty
00804   Gratuities
00805   Conflict of Interest
00806   Certifications of Non-Segregated Facilities by the Design-Builder, Contractors and
        Subcontractors
00807   Federal, State and Local Taxes
00810   Equal Opportunity
00811   Standard Federal Equal Employment Opportunity Construction Contract
        Specifications (Executive Order 11246)
00812   Affirmative Action Program
00813   Notice of Requirement for Affirmative Action to Ensure Equal Employment
        Opportunity (Executive Order 11246)
00814   Disadvantaged Business Enterprise

REVISED AM 1

Washington Metropolitan Area Transit Authority     Contract No. 1B0035
Design-Build Contract RFP-C-1B0035/JDC     Date:  July 23, 2001

00741   Submittals
00742   Early Completion
00750   Design Builder Liability
00751   Warranty of Construction
00752   Correction to Deficiencies
00753   Confidentiality
00760   Conditions Affecting the Work
00761   Preconstruction Inspection
00762   Differing Site Conditions
00763   Site Investigation
00764   Changes
00765   Pricing of Adjustments
00770   Method of Payment
00771   Progress Payments for Lump Sum Items
00772   Contract Prices and Price Schedules
00773   Variation in Estimated Quantities
00775   Quality Certification
00776   Basis of Payment
00777   Garnishment of Payments
00778   Accounting and Record Keeping
00779   Examination of Records
00780   Audit - Price Adjustments
00781   Certificate of Current Cost or Pricing Data
00782   Price Reduction for Defective Cost or Pricing Data - Price Adjustments
00783   Subcontractor Cost or Pricing Data
00784   Subcontractor Payments
00785   Work by Prime Contractor
00790   Suspension of Work
00791   Termination for Default, Damages for Delay, and Time Extensions
00792   Termination for the Convenience of the Authority Prior to Construction
00793   Termination for the Convenience of the Authority During Construction
00794   Value Engineering Incentive
00795   Dispute Resolution
00796   Dispute Review Board

00800 Special Provisions
00801   Covenant Against Contingent Fees
00802   Officials Not to Benefit
00803   Employment Restriction Warranty
00804   Gratuities
00805   Conflict of Interest
00806   Certifications of Non-Segregated Facilities by the Design-Builder, Contractors and
        Subcontractors
00807   Federal, State and Local Taxes
00810   Equal Opportunity
00811   Standard Federal Equal Employment Opportunity Construction Contract
        Specifications (Executive Order 11246)
00812   Affirmative Action Program
00813   Notice of Requirement for Affirmative Action to Ensure Equal Employment
        Opportunity (Executive Order 11246)
00814   Disadvantaged Business Enterprise

SUPERSEDED

**Washington Metropolitan Area Transit Authority**      Contract No. 1B0035
**Design-Build Contract RFP-C-1B0035/JDC**              Date:   July 23, 2001

00815  Utilization of Small Business Concerns
00816  Labor Provisions
00817  Contract Work Hours Standards Act
00818  Wage Rates
00819  Notice to the Authority of Labor Disputes
00820  Convict Labor
00821  Seismic Safety
00822  Energy Conservation
00823  Recovered Materials
00824  Contracts Involving Federal Privacy Act Requirements
00825  Seat Belt Use Policy
00826  Fly America Requirements
00827  Cargo Preference - Use of United States Flag Vessels
00830  Indemnification
00831  Patent & Copyright Indemnity
00832  Notice and Assistance Regarding Patent and Copyright Infringement
00833  Authority Rights in Technical Data
00834  Technical Data – Withholding of Payment
00840  Special Provisions of Insurance Furnished by Design-Builder
00841  Insurance Requirements
00842  Safety Awareness Program
00850  Incorporation of Federal Transit Administration (FTA) Terms
00851  Civil Rights - FTA
00852  Access to Records - FTA
00853  Rights in Data and Copyrights - FTA
00854  Federal Changes - FTA
00855  No Obligation by the Federal Government - FTA
00856  Program Fraud and False or Fraudulent Statements and Related Acts - FTA
00857  Compliance with Copeland Act Requirements - FTA
00858  Walsh-Healey Public Contracts Act
00870  Liquidated Damages
00871  Schedule Incentives/Disincentives
00890  Partnering

**Division 1  General Requirements**

01100 Summary
        01110  Summary of Work
        01111  Key Contractor Functions
        01112  Design Requirements
        01113  Systems Integration
        01114  Safety/Environmental Regulations
        01140  Work Restrictions
        01141  Site Specific Work Plan
        01180  Project Utility Source

01200 Price and Payment Procedures
        01210 Allowances
        01250 Contract Modification Procedures
        01290 Payment Procedures

REVISED AM 3

Case 1:05-cv-01289-RCL    Document 9-3    Filed 08/23/2005    Page 12 of 229

Washington Metropolitan Area Transit Authority          Contract No. 1B0035
Design-Build Contract RFP-C-1B0035/JDC                  Date:   July 23, 2001

00815  Utilization of Small Business Concerns
00816  Labor Provisions
00817  Contract Work Hours Standards Act
00818  Wage Rates
00819  Notice to the Authority of Labor Disputes
00820  Convict Labor
00821  Seismic Safety
00822  Energy Conservation
00823  Recovered Materials
00824  Contracts Involving Federal Privacy Act Requirements
00825  Seat Belt Use Policy
00826  Fly America Requirements
00827  Cargo Preference - Use of United States Flag Vessels
00830  Indemnification
00831  Patent & Copyright Indemnity
00832  Notice and Assistance Regarding Patent and Copyright Infringement
00833  Authority Rights in Technical Data
00834  Technical Data – Withholding of Payment
00840  Special Provisions of Insurance Furnished by Design-Builder
00841  Insurance Requirements
00842  Safety Awareness Program
00850  Incorporation of Federal Transit Administration (FTA) Terms
00851  Civil Rights - FTA
00852  Access to Records - FTA
00853  Rights in Data and Copyrights - FTA
00854  Federal Changes - FTA
00855  No Obligation by the Federal Government - FTA
00856  Program Fraud and False or Fraudulent Statements and Related Acts - FTA
00857  Compliance with Copeland Act Requirements - FTA
00858  Walsh-Healey Public Contracts Act
00870  Liquidated Damages
00871  Schedule Incentives
00890  Partnering

**Division 1   General Requirements**

01100 Summary
        01110   Summary of Work
        01111   Key Contractor Functions
        01112   Design Requirements
        01113   Systems Integration
        01114   Safety/Environmental Regulations
        01140   Work Restrictions
        01141   Site Specific Work Plan
        01180   Project Utility Source

01200 Price and Payment Procedures
        01250 Contract Modification Procedures
        01290 Payment Procedures

**SUPERSEDED**

REVISED AM 1

00815   Utilization of Small Business Concerns
00816   Labor Provisions
00817   Contract Work Hours Standards Act
00818   Wage Rates
00819   Notice to the Authority of Labor Disputes
00820   Convict Labor
00821   Seismic Safety
00822   Energy Conservation
00823   Recovered Materials
00824   Contracts Involving Federal Privacy Act Requirements
00825   Seat Belt Use Policy
00826   Fly America Requirements
00827   Cargo Preference - Use of United States Flag Vessels
00830   Indemnification
00831   Patent & Copyright Indemnity
00832   Notice and Assistance Regarding Patent and Copyright Infringement
00833   Authority Rights in Technical Data
00834   Technical Data – Withholding of Payment
00840   Special Provisions of Insurance Furnished by Design-Builder
00841   Insurance Requirements
00842   Safety Awareness Program
00850   Incorporation of Federal Transit Administration (FTA) Terms
00851   Civil Rights - FTA
00852   Access to Records - FTA
00853   Rights in Data and Copyrights - FTA
00854   Federal Changes - FTA
00855   No Obligation by the Federal Government - FTA
00856   Program Fraud and False or Fraudulent Statements and Related Acts - FTA
00857   Compliance with Copeland Act Requirements - FTA
00858   Walsh-Healey Public Contracts Act
00870   Liquidated Damages
00871   Schedule Incentives
00890   Partnering

Division 1   General Requirements

01100 Summary
        01110   Summary of Work
        01111   Key Contractor Functions
        01112   Design Requirements
        01113   Systems Integration
        01114   Safety/Environmental Regulations
        01140   Work Restrictions
        01141   Site Specific Work Plan
        01180   Project Utility Source

01200 Price and Payment Procedures
        01250 Contract Modification Procedures
        01260 Disputes Review Board
        01290 Payment Procedures





**SUPERSEDED**

01300 Administrative Requirements
 01310 Project Management and Coordination
 01312 Project Meetings
 01321 Construction Photographs
 01322 Contract Progress Reporting
 01330 Submittal Procedures
 01351 WMATA Metro Rail Standard Operating Procedure No 19
  Maintenance and Testing of Revenue Facilities
 01352 WMATA Metro Rail Standard Operating Procedure No 33
  Removal/Restoration of 3rd Rail Power For Work By Contractors' Forces -
  Mainline Revenue System
01400 Quality Requirements
 01410 Regulatory Requirements
 01420 References
 01460 Mock-Ups
 01470 Quality System

01500 Temporary Facilities and Control
 01510 Temporary Utilities
 01520 Construction Facilities
 01530 Temporary Construction .
 01550 Vehicular Access and Parking
 01560 Temporary Barriers and Enclosures
 01570 Temporary Controls
 01580 Project Identification

01600 Product Requirements
 01630 Product Substitutions

01700 Execution Requirements
 01711 Acceptance of Conditions
 01720 Mobilization
 01721 Layout of Work and Field Engineering
 01730 Cutting and Patching
 01740 Cleaning
 01770 Closeout Procedures
 01780 Closeout Submittals

01800 Facility Operation
 01810 Commissioning
 01820 Demonstrations and Training

**Division 2 - Site Work**
 02205 Removal and Restoration of Existing Facilities
 02220 Demolition
 02240 Dewatering
 02255 Underpinning Support and Restoration of Structures
 02260 Support of Excavation
 02270 Maintenance, Support and Restoration of Utility Facilities
 02291 Geotechnical Instrumentation

Washington Metropolitan Area Transit Authority | Contract No. 1B0035
Design-Build Contract RFP-C-1B0035/JDC | Date:  July 23, 2001

01300 Administrative Requirements
    01310 Project Management and Coordination
    01312 Project Meetings
    01321 Construction Photographs
    01322 Contract Progress Reporting
    01330 Submittal Procedures
    01351 WMATA Metro Rail Standard Operating Procedure No 19
        Mintenance and Testing of Revenue Facilities
    01352 WMATA Metro Rail Standard Operating Procedure No 33
        Removal/Restoration of 3rd Rail Power For Work By Contractors' Forces -
        Mainline Revenue System

01400 Quality Requirements
    01410 Regulatory Requirements
    01420 References
    01460 Mock-Ups
    01470 Quality System

01500 Temporary Facilities and Control
    01510 Temporary Utilities
    01520 Construction Facilities
    01530 Temporary Construction
    01550 Vehicular Access and Parking
    01560 Temporary Barriers and Enclosures
    01570 Temporary Controls
    01580 Project Identification

01600 Product Requirements
    01630 Product Substitutions

01700 Execution Requirements
    01711 Acceptance of Conditions
    01720 Mobilization
    01721 Layout of Work and Field Engineering
    01730 Cutting and Patching
    01740 Cleaning
    01770 Closeout Procedures
    01780 Closeout Submittals

01800 Facility Operation
    01810 Commissioning
    01820 Demonstrations and Training

**Division 2 - Site Work**
    02205 Removal and Restoration of Existing Facilities
    02220 Demolition
    02240 Dewatering
    02255 Underpinning Support and Restoration of Structures
    02260 Support of Excavation
    02270 Maintenance, Support and Restoration of Utility Facilities
    02291 Geotechnical Instrumentation



SUPERSEDED

02320 Grading, Excavating and Backfilling
02460 Piles
02515 Water Distribution Systems
02535 Sanitary Sewer
02585 Underground Electrical and Communication Distribution Systems
02625 Subway Drainage Systems
02635 Storm Sewer
02725 Base for Pavements (version 2)
02726 Sub-Ballast
02727 Ballast
02740 Bituminous Pavement (version 2)
02750 Concrete Pavement (version 2)
02765 Pavement Markings
02772 Curbs, Gutters and Walks
02820 Fencing
02845 Traffic Control Devices
02890 Signs and Markers
02920 Topsoil Seeding and Sodding
02930 Landscaping

Division 3 - Concrete
03100 Concrete Formwork
03200 Concrete Reinforcement
03300 Cast-in-Place Structural Concrete
03331 Cast-in-Place Architectural Concrete
03400 Structural Precast Concrete
03415 Prestressed Concrete
03450 Plant-Architectural Precast Concrete

Division 4 - Masonry
04050 Mortar, Grout and Masonry Accessories
04220 Concrete Unit Masonry
04415 Granite

Division 5 - Metals
05091 Rail Welding
05120 Structural Steel
05210 Steel Joists
05310 Metal Decking
05500 Miscellaneous Metal
05511 Metal Stairs
05521 Handrails and Railings
05531 Gratings and Floorplates
05581 Formed Metal Fabrications - Station Kiosks
05651 General Track Construction
05652 Ballasted Track Construction
05653 Direct Fixation Track Construction
05654 Special Trackwork Construction-Ballasted Track
05656 Running Rail
05657 Direct Fixation Rail Fasteners
05658 Track Appurtenances and Other Track Material

02320 Grading, Excavating and Backfilling
02460 Piles
02515 Water Distribution Systems
02535 Sanitary Sewer
02585 Underground Electrical and Communication Distribution Systems
02625 Subway Drainage Systems
02635 Storm Sewer
02725 Base for Pavements (version 2)
02726 Sub-Ballast
02727 Ballast
02740 Bituminous Pavement (version 2)
02750 Concrete Pavement (version 2)
02765 Pavement Markings
02772 Curbs, Gutters and Walks
02820 Fencing
02845 Traffic Control Devices
02890 Signs and Markers
02920 Topsoil Seeding and Sodding
02930 Landscaping

**Division 3 - Concrete**
03100 Concrete Formwork
03200 Concrete Reinforcement
03300 Cast-in-Place Structural Concrete
03331 Cast-in-Place Architectural Concrete
03400 Structural Precast Concrete
03415 Prestressed Concrete
03450 Plant-Architectural Precast Concrete

**Division 4 - Masonry**
04050 Mortar, Grout and Masonry Accessories
04220 Concrete Unit Masonry
04415 Granite

**Division 5 - Metals**
05091 Rail Welding
05120 Structural Steel
05210 Steel Joists
05310 Metal Decking
05500 Miscellaneous Metal
05511 Metal Stairs
05521 Handrails and Railings
05531 Gratings and Floorplates
05581 Formed Metal Fabrications - Station Kiosks
05651 General Track Construction
05652 Ballasted Track Construction
05653 Direct Fixation Track Construction
05654 Special Trackwork Construction-Ballasted Track
05656 Running Rail
05657 Direct Fixation Rail Fasteners
05658 Track Appurtenances and Other Track Material

SUPERSEDED

Washington Metropolitan Area Transit Authority                    Contract No. 1B0035
Design-Build Contract RFP-C-1B0035/JDC                            Date:   July 23, 2001

05659 Special Trackwork
05661 Contact Rail and Appurtenance for Traction Power
05700 Ornamental Metal
05721 Lighted Handrails & Railings
05810 Expansion Joint Cover Assemblies
05811 Expansion Joint Systems
05840 Bearings

Division 6 - Wood and Plastics
06100 Rough Carpentry
06130 Timber Ties
06131 Composite (Plastic) Ties

Division 7 - Thermal Moisture Protection
07110 Dampproofing
07125 Membrane Waterproofing
07165 Metallic Waterproofing
07170 Bentonite Waterproofing
07210 Building Insulation
07600 Flashing and Sheetmetal
07730 Roof Accessories
07815 Sprayed Fireproofing
07841 Firestopping
07900 Seals and Sealants

Division 8 - Doors and Windows
08110 Metal Doors and Frames
08305 Access Doors and Frames
08710 Finish Hardware
08800 Glass and Glazing

Division 9 - Finishes
09205 Furring and Lathing
09215 Plaster Systems
09255 Drywall Systems
09320 Tile
09340 Paver Tile
09511 Acoustical Panel Ceilings
09650 Resilient Flooring
09920 Field Painting

Division 10 - Specialities
10155 Toilet Compartments & Screens
10200 Metal Louvers
10505 Metal Lockers
10810 Toilet Accessories

Division 11 - Equipment
Not Used

05659 Special Trackwork
05661 Contact Rail and Appurtenance for Traction Power
05700 Ornamental Metal
05721 Lighted Handrails & Railings
05810 Expansion Joint Cover Assemblies
05811 Expansion Joint Systems
05840 Bearings

**Division 6 - Wood and Plastics**
06100 Rough Carpentry
06130 Timber Ties
06131 Composite (Plastic) Ties

**Division 7 - Thermal Moisture Protection**
07110 Dampproofing
07125 Membrane Waterproofing
07165 Metallic Waterproofing
07170 Bentonite Waterproofing
07210 Building Insulation
07600 Flashing and Sheetmetal
07730 Roof Accessories
07815 Sprayed Fireproofing
07841 Firestopping
07900 Seals and Sealants

**Division 8 - Doors and Windows**
08110 Metal Doors and Frames
08305 Access Doors and Frames
08710 Finish Hardware
08800 Glass and Glazing

**Division 9 - Finishes**
09205 Furring and Lathing
09215 Plaster Systems
09255 Drywall Systems
09320 Tile
09340 Paver Tile
09511 Acoustical Panel Ceilings
09650 Resilient Flooring
09920 Field Painting

**Division 10 - Specialities**
10155 Toilet Compartments & Screens
10200 Metal Louvers
10505 Metal Lockers
10810 Toilet Accessories

**Division 11 - Equipment**
Not Used

SUPERSEDED

SUPERSEDED

Washington Metropolitan Area Transit Authority     Contract No. 1B0035
Design-Build Contract RFP-C-1B0035/JDC     Date:   July 23, 2001

Division 12 - Furnishings
     Not Used
Division 13 - Special Construction
     13085 Sound and Vibration Isolation Pads
     13110 Stray Current and Cathodic Protection
     13115 Corrosion Control System Testing
     13810 Energy Management Control System
     13905 Fire Protection, Suppression and Alarm

Division 14 - Conveying Systems
     14200 Hydraulic Elevators
     14240 Traction Elevators
     14300 Heavy-Duty Escalator

Division 15 - Mechanical
     15070 Vibration Isolation
     15075 Identification of Mechanical Equipment and Piping
     15080 Insulation
     15135 Miscellaneous Pumps
     15205 Piping Systems
     15410 Plumbing Fixtures
     15480 Domestic Water Heaters
     15725 Ventilating Units
     15733 Air Conditioning Units - Chilled Water Cooled
     15735 Air Conditioning Units - Packaged
     15736 Kiosk Mechanical Work
     15737 Air Conditioning Units - Air Cooled Split System
     15765 Heating Equipment
     15810 Ductwork
     15830 Fans
     15850 Outlets and Grilles
     15865 Filters
     15900 Control Equipment
     15950 System Balancing and Testing

Division 16 - Electrical
     16051 Scope of Work for Traction Power
     16052 Basic Materials and Methods for Traction Power
     16053 Operations and Maintenance Training for Traction Power
     16060 Grounding and Bonding
     16120 Wire, Cable and Busways
     16122 Contact Rail Cable Connector Assemblies for Traction Power
     16123 Contact Rail Insulator Assembly for Traction Power
     16124 Contact Rail Protection Cover Assemblies for Traction Power
     16125 Wire Connection Accessories
     16126 Contact Rail Anchor Assembly for Traction Power
     16127 Contact Rail System Installation for Traction Power
     16128 Wire and Cable for Traction Power
     16130 Raceways, Boxes and Cabinets

REVISED AM 1

Washington Metropolitan Area Transit Authority
Design-Build Contract RFP-C-1B0035/JDC

Contract No. 1B0035
Date:  July 23, 2001

Division 12 - Furnishings
    Not Used

Division 13 - Special Construction
    13085 Sound and Vibration Isolation Pads
    13110 Stray Current and Cathodic Protection
    13115 Corrosion Control System Testing
    13810 Energy Management Control System
    13905 Fire Protection, Suppression and Alarm

Division 14 - Conveying Systems
    14200 Hydraulic Elevators
    14240 Traction Elevators
    14300 Heavy-Duty Escalator

Division 15 - Mechanical
    15070 Vibration Isolation
    15075 Identification of Mechanical Equipment and Piping
    15080 Insulation
    15135 Miscellaneous Pumps
    15205 Piping Systems
    15410 Plumbing Fixtures
    15480 Domestic Water Heaters
    15725 Ventilating Units
    15733 Air Conditioning Units - Chilled Water Cooled
    15735 Air Conditioning Units - Packaged
    15736 Kiosk Mechanical Work
    15737 Air Conditioning Units - Air Cooled Split System
    15765 Heating Equipment
    15810 Ductwork
    15830 Fans
    15850 Outlets and Grilles
    15865 Filters
    15900 Control Equipment
    15950 System Balancing and Testing

SUPERSEDED

Division 16 - Electrical
    16051 Scope of Work for Traction Power
    16052 Basic Materials and Methods for Traction Power
    16053 Operations and Maintenance Training for Traction Power
    16060 Grounding and Bonding
    16120 Wire, Cable and Busways
    16122 Contact Rail Cable Connector Assemblies for Traction Power
    16123 Contact Rail Insulator Assembly for Traction Power
    16124 Contact Rail Protection Cover Assemblies for Traction Power
    16125 Wire Connection Accessories
    16126 Contact Rail Anchor Assembly for Traction Power
    16127 Contact Rail System Installation for Traction Power
    16128 Wire and Cable for Traction Power
    16130 Raceways, Boxes and Cabinets

Washington Metropolitan Area Transit Authority
Design-Build Contract RFP-C-1B0035/JDC

Contract No. 1B0035
Date:  July 23, 2001

16145 Wiring and Control Devices
16225 Motors
16260 Uninterruptible Power System
16261 Transformer-Rectifier Units for Traction Power
16270 Transformers
16291 Local Annunciator Panel for Traction Power
16292 Remote Terminal Unit (AEMS RTU) for Traction Power
16294 Contact Rail Heating System for Traction Power
16320 High-Voltage Switchgear
16321 High-Voltage AC Switchgear (13.8kV) for Traction Power
16341 Metal Enclosed DC Switchgear for Traction Power
16360 Unit Substations
16425 Motor Starters and Control Centers
16435 Low Voltage Switchgear and Switchboard
16440 Circuit Breakers, Panelboards and Load Centers
16441 Drainage and Negative Switchboard for Traction Power
16451 Substation Busways for Traction Power
16525 Lighting Fixtures and Mounting Poles
16565 Flasher and Dimmer Control System
16701 Definitions of Communications System Terms
16702 Communications Abbreviations
16703 Communications Standard Specifications-Engineering Services
16704 Communications Standard Specifications-Installation
16705 Communications Standard Specifications-Equipment and Material
16706 Communications System Submittals & Services
16707 Communications Systems Quality Assurance & Testing
16708 Correction of Communications Systems Deficiencies
16710 Communications Grounding
16715 Communications Electrical Power Distribution
16721 Communications Telephone System
16727 Communications Passenger Emergency Reporting System
16731 Communications-Fire and Intrusion Alarm System
16733 Communications-Kiosk Systems
16771 Communications-Carrier Transmission System
16776 Communications-Fiber Optics System
16820 Communications-Public Address System
16821 Communications-Automatic Public Address Announcement System
16851 Communications-Passenger Station Closed-Circuit Television System
16866 Interface Criteria & Responsibilities
16900 Basic ATC Definitions, Characteristics and Background information
16901 Definitions of ATC Terms
16902 ATC Abbreviations
16904 Current Automatic Train Control System
16905 ATC Transit Vehicle Characteristics
16910 Basic Wayside ATC Requirements
16911 Scope of ATC Work
16912 ATC Submittal Requirements
16913 ATC Block Design
16914 ATC Environmental Requirements
16915 Basic ATC Equipment Requirements

16145 Wiring and Control Devices
16225 Motors
16260 Uninterruptible Power System
16261 Transformer-Rectifier Units for Traction Power
16270 Transformers
16291 Local Annunciator Panel for Traction Power
16292 Remote Terminal Unit (AEMS RTU) for Traction Power
16294 Contact Rail Heating System for Traction Power
16320 High-Voltage Switchgear
16321 High-Voltage AC Switchgear (13.8kV) for Traction Power
16341 Metal Enclosed DC Switchgear for Traction Power
16360 Unit Substations
16425 Motor Starters and Control Centers
16435 Low Voltage Switchgear and Switchboard
16440 Circuit Breakers, Panelboards and Load Centers
16441 Drainage and Negative Switchboard for Traction Power
16451 Substation Busways for Traction Power
16525 Lighting Fixtures and Mounting Poles
16565 Flasher and Dimmer Control System
16701 Definitions of Communications System Terms
16702 Communications Abbreviations
16703 Communications Standard Specifications-Engineering Services
16704 Communications Standard Specifications-Installation
16705 Communications Standard Specifications-Equipment and Material
16706 Communications System Submittals & Services
16707 Communications Systems Quality Assurance & Testing
16708 Correction of Communications Systems Deficiencies
16710 Communications Grounding
16715 Communications Electrical Power Distribution
16721 Communications Telephone System
16727 Communications Passenger Emergency Reporting System
16731 Communications-Fire and Intrusion Alarm System
16733 Communications-Kiosk Systems
16771 Communications-Carrier Transmission System
16776 Communications-Fiber Optics System
16820 Communications-Public Address System
16821 Communications-Automatic Public Address Announcement System
16851 Communications-Passenger Station Closed-Circuit Television System
16866 Interface Criteria & Responsibilities
16900 Basic ATC Definitions, Characteristics and Background information
16901 Definitions of ATC Terms
16902 ATC Abbreviations
16904 Current Automatic Train Control System
16905 ATC Transit Vehicle Characteristics
16910 Basic Wayside ATC Requirements
16911 Scope of ATC Work
16912 ATC Submittal Requirements
16913 ATC Block Design
16914 ATC Environmental Requirements
16915 Basic ATC Equipment Requirements

SUPERSEDED

16145 Wiring and Control Devices
16225 Motors
16260 Uninterruptible Power System
16261 Transformer-Rectifier Units for Traction Power
16270 Transformers
16291 Local Annunciator Panel for Traction Power
16292 Remote Terminal Unit (AEMS RTU) for Traction Power
16294 Contact Rail Heating System for Traction Power
16320 High-Voltage Switchgear
16321 High-Voltage AC Switchgear (13.8kV) for Traction Power
16341 Metal Enclosed DC Switchgear for Traction Power
16360 Unit Substations
16425 Motor Starters and Control Centers
16435 Low Voltage Switchgear and Switchboard
16440 Circuit Breakers, Panelboards and Load Centers
16441 Drainage and Negative Switchboard for Traction Power
16451 Substation Busways for Traction Power
16525 Lighting Fixtures and Mounting Poles
16565 Flasher and Dimmer Control System
16701 Definitions of Communications System Terms
16702 Communications Abbreviations
16703 Communications Standard Specifications-Engineering Services
16704 Communications Standard Specifications-Installation
16705 Communications Standard Specifications-Equipment and Material
16706 Communications System Submittals & Services
16707 Communications Systems Quality Assurance & Testing
16708 Correction of Communications Systems Deficiencies
16710 Communications Grounding
16715 Communications Electrical Power Distribution
16721 Communications Telephone System
16727 Communications Passenger Emergency Reporting System
16731 Communications-Fire and Intrusion Alarm System
16733 Communications-Kiosk Systems
16771 Communications-Carrier Transmission System
16776 Communications-Fiber Optics System
16820 Communications-Public Address System
16821 Communications-Automatic Public Address Announcement System
16851 Communications-Passenger Station Closed-Circuit Television System
16866 Interface Criteria & Responsibilities
16900 Basic ATC Definitions, Characteristics and Background information
16901 Definitions of ATC Terms
16902 ATC Abbreviations
16904 Current Automatic Train Control System
16905 ATC Transit Vehicle Characteristics
16910 Basic Wayside ATC Requirements
16911 Scope of ATC Work
16912 ATC Submittal Requirements
16913 ATC Block Design
16914 ATC Environmental Requirements
16915 Basic ATC Equipment Requirements

16916 Basic Circuit Requirements
16917 Basic Interlocking Requirements
16918 Special ATC Requirements for Specific Locations
16919 ATC-System Safety Program
16920 Wayside ATC-Systems
16921 ATC Power Distribution Systems
16922 ATC- Lighting/Surge Protection and Grounding Systems
16923 ATC- Maintenance Telephone System
16924 ATC- Non-Vital ATO & ATS Processor Systems
16925 ATC- Data Transmission System (DTS)
16926 ATC-Microprocessor Systems for Non-Vital Interlocking Functions
16927 ATC- Microprocessor Support Systems
16928 ATC- Interlocking Vital Processor Systems
16930 ATC- Facilities and Spare Equipment
16931 ATC- Maintenance and Test Facilities
16932 Spare ATC Equipment and Selectable Items
16940 ATC Electrical and Electronic Components and Materials
16941 Basic ATC Electrical and Electronic Component Requirements
16942 ATC- Printed Circuit Cards
16943 ATC- ATC Vital Relays
16944 ATC- Non-Vital Relays and Timers
16945 ATC- Plugboards and Cabinets for Relays and PC Cards
16946 ATC- Transformers
16947 ATC- Ground Detectors
16948 ATC- Plug Connectors
16949 ATC  Signal Wire and Cable
16950 ATC  Equipment Modules
16951 ATC- Transfer and Bypass Equipment
16952 ATC- DC Power Supplies
16953 ATC- ATP Track Modules
16954 ATC- Switch and Lock Movements
16955 ATC- Track and Alarm Indication Panels
16956 ATC- Interlocking Control Panels
16960 ATC- Equipment Layouts
16961 ATC- Audio Frequency Track and Loop Circuit Layouts
16962 ATC- Impedance Bond Layouts
16963 ATC- Power Frequency Track Circuit Layouts
16964 ATC- Track Switch Operating Layouts
16965 ATC- Signal Layouts
16967 ATC- Marker Coil Layouts
16968 ATC- Track Bonding Layouts
16969 ATC- Snowmelter Layouts
16970 ATC  Mechanical Components
16971 ATC- Racks and Cable Trays
16972 ATC- Junction Boxes
16973 ATC- Conduit
16974 ATC- Locks and Keys
16975 ATC- Foundations
16976 ATC- Wayside Signs
16977 ATC- Tagging and Marking

REVISED AM 1

Washington Metropolitan Area Transit Authority                    Contract No. 1B0035
Design-Build Contract RFP-C-1B0035/JDC                            Date:  July 23, 2001

16916 Basic Circuit Requirements
16917 Basic Interlocking Requirements
16918 Special ATC Requirements for Specific Locations
16919 ATC-System Safety Program
16920 Wayside ATC-Systems
16921 ATC Power Distribution Systems
16922 ATC- Lighting/Surge Protection and Grounding Systems
16923 ATC- Maintenance Telephone System
16924 ATC- Non-Vital ATO & ATS Processor Systems
16925 ATC- Data Transmission System (DTS)
16926 ATC-Microprocessor Systems for Non-Vital Interlocking Functions
16927 ATC- Microprocessor Support Systems
16928 ATC- Interlocking Vital Processor Systems
16930 ATC- Facilities and Spare Equipment
16931 ATC- Maintenance and Test Facilities
16932 Spare ATC Equipment and Selectable Items
16940 ATC Electrical and Electronic Components and Materials
16941 Basic ATC Electrical and Electronic Component Requirements
16942 ATC- Printed Circuit Cards
16943 ATC- ATC Vital Relays
16944 ATC- Non-Vital Relays and Timers
16945 ATC- Plugboards and Cabinets for Relays and PC Cards
16946 ATC- Transformers
16947 ATC- Ground Detectors
16948 ATC- Plug Connectors
16949 ATC  Signal Wire and Cable
16950 ATC  Equipment Modules
16951 ATC- Transfer and Bypass Equipment
16952 ATC- DC Power Supplies
16953 ATC- ATP Track Modules
16954 ATC- Switch and Lock Movements
16955 ATC- Track and Alarm Indication Panels
16956 ATC- Interlocking Control Panels
16960 ATC- Equipment Layouts
16961 ATC- Audio Frequency Track and Loop Circuit Layouts
16962 ATC- Impedance Bond Layouts
16963 ATC- Power Frequency Track Circuit Layouts
16964 ATC- Track Switch Operating Layouts
16965 ATC- Signal Layouts
16967 ATC- Marker Coil Layouts
16968 ATC- Track Bonding Layouts
16969 ATC- Snowmelter Layouts
16970 ATC  Mechanical Components
16971 ATC- Racks and Cable Trays
16972 ATC- Junction Boxes
16973 ATC- Conduit
16974 ATC- Locks and Keys
16975 ATC- Foundations
16976 ATC- Wayside Signs
16977 ATC- Tagging and Marking

SUPERSEDED

Case 1:05-cv-01289-RCL    Document 9-3    Filed 08/23/2005    Page 27 of 229

Washington Metropolitan Area Transit Authority                Contract No. 1B0035
Design-Build Contract RFP-C-1B0035/JDC                        Date:   July 23, 2001

16978 ATC- Miscellaneous Components and Materials
16979 ATC- Surface Trench
16980 Tests, Inspections and Quality Assurance
16981 Basic ATC Test and Inspection Requirements
16982 ATC- Preliminary and Interlocking Tests (Level A)
16983 ATC- Train Separation Tests (Level B)
16984 ATC- ATO and Local ATS Tests (Level C)
16985 ATC- DTS Interface Tests (Level D)
16986 ATC- Miscellaneous Tests (Level E)
16987 ATC- System Level Tests (Level F)
16988 ATC- Quality Assurance
16990 ATC- Documentation and Training and Special ATC Appendices
16991 ATC  Drawings and Tracings
16992 ATC  Instruction Manuals
16993 ATC  Training Courses
16994 ATC  Appendix "C" Index of ATC Drawings
16995 ATC  Appendix "L", ATC Design, Submittal, Access, Energization and
           Completion Schedule
16996 ATC  Technical Appendix
16997 ATC  Appendix "SS" RTU Scan Sheets
16998 ATC  Appendix "CD" Correction of ATC Deficiencies

## Addendum to Standard Technical Specifications

The addendum contains the following full text specifications:

02240 - Dewatering
02260 - Support of Excavation
02320 - Grading, Excavating and Backfilling
02325 - Trench Excavation and Backfill
02370 - Erosion and Sedimentation Control
02635 - Storm Sewer
02740 - Bituminous Pavement
02750 - Concrete Pavement
02765 - Pavement Markings
02772 - Curbs, Gutters and Walks

03100 - Concrete Formwork
03200 - Concrete Reinforcement
03250 - Concrete Accessories
03300 - Cast in Place Structural Concrete
03405 - Precast Concrete Products

05122 - Exposed to View Structural Steel for Platform Covers and Pavilions
05316 - Acoustical Steel Roof Deck

07410 - Pre-Formed Sheet Metal Roofing

08970 - Structural Glass Platform Cover/Roofs

16978 ATC- Miscellaneous Components and Materials
16979 ATC- Surface Trench
16980 Tests, Inspections and Quality Assurance
16981 Basic ATC Test and Inspection Requirements
16982 ATC- Preliminary and Interlocking Tests (Level A)
16983 ATC- Train Separation Tests (Level B)
16984 ATC- ATO and Local ATS Tests (Level C)
16985 ATC- DTS Interface Tests (Level D)
16986 ATC- Miscellaneous Tests (Level E)
16987 ATC- System Level Tests (Level F)
16988 ATC- Quality Assurance
16990 ATC- Documentation and Training and Special ATC Appendices
16991 ATC  Drawings and Tracings
16992 ATC  Instruction Manuals
16993 ATC  Training Courses
16994 ATC  Appendix "C" Index of ATC Drawings
16995 ATC  Appendix "L", ATC Design, Submittal, Access, Energization and
          Completion Schedule
16996 ATC  Technical Appendix
16997 ATC  Appendix "SS" RTU Scan Sheets
16998 ATC  Appendix "CD" Correction of ATC Deficiencies

**Addendum to Standard Technical Specifications**

The addendum contains the following full text specifications:

02240 - Dewatering
02260 - Support of Excavation
02320 - Grading, Excavating and Backfilling
02325 - Trench Excavation and Backfill
02370 - Erosion and Sedimentation Control
02635 - Storm Sewer
02740 - Bituminous Pavement
02750 - Concrete Pavement
02765 - Pavement Markings
02772 - Curbs, Gutters and Walks

03100 - Concrete Formwork
03200 - Concrete Reinforcement
03250 - Concrete Accessories
03300 - Cast in Place Structural Concrete
03405 - Precast Concrete Products

05122 - Exposed to View Structural Steel for Platform Covers and Pavilions
05316 - Acoustical Steel Roof Deck

07410 - Pre-Formed Sheet Metal Roofing

08970 - Structural Glass Platform Cover/Roofs

SUPERSEDED

09520 - Lay In Ceiling
09975 - Fluoropolymer Coating
10290 - Bird Control
10430 - Specialty Signs
10431 - Site Pylons
11014 - Fall Protection Equipment
14200 - Hydraulic Elevators
14300 - Heavy Duty Escalator

16049 - Scope of Work for Facilities Electrical
16051 - Scope of Work for Traction Power
16067 - Scope of Work for Modifications to Union Station and New York Avenue
        Traction Power Substations and K-Street Tie Breaker Station
16700 - Scope of Work for Communications Systems
16701 - Definitions of Communications Terms
16702 - Communications Abbreviations
16703 - Communications Standard Specifications - Engineering Services
16704 - Communications Standard Specifications - Installation
16705 - Communications Standard Specifications - Equipment and Material
16706 - Communications System Submittals and Services
16707 - Communications Systems Testing
16708 - Corrections of Communications System Deficiencies
16710 - Communications Grounding
16715 - Communications Electrical Power Distribution
16721 - Communications Telephone System
16727 - Communications Passenger Emergency Reporting System
16731 - Communications Fire and Intrusion Alarm System
16732 - Kiosk Acceptance Test/Inspection
16733 - Kiosk Communication Systems
16771 - Communications Carrier Transmission Systems
16776 - Communications Fiber Optic System
16820 - Communications Public Address System
16821 - Communications Automatic Public Address Announcement System
16851 - Communications Passenger Station Closed Circuit Television System
16865 - Communications Instruction and Training
16866 - Interface Criteria and Responsibilities
16871 - Custom Developed and Fabricated Equipment, PERS, PSEDP
16900 - Wayside Automatic Train Control System
16911 - Scope of ATC Work
16912 - ATC Submittal Requirements
16918 - Special ATC Requirements for Specific Locations
16925 - Data Transmission System (DTS)
16927 - ATC Microprocessor Support Systems
16928 - Interlocking Vital Processor Systems
16931 - ATC Maintenance and Test Facilities
16932 - Spare ATC Equipment and Selectable Items
16946 - ATC Transformers
16949 - ATC Signal Wire and Cable
16954 - Switch and Lock Movement
16955 - Track and Alarm Indication Panels
16956 - Interlocking Control Panels

REVISED AM 1

09520 - Lay In Ceiling
09975 - Fluoropolymer Coating

10290 - Bird and Pest Control

14200 - Hydraulic Elevators
14300 - Heavy Duty Escalator

16049 - Scope of Work for Facilities Electrical
16051 - Scope of Work for Traction Power
16067 - Scope of Work for Modifications to Union Station and New York Avenue
         Traction Power Substations and K-Street Tie Breaker Station
16700 - Scope of Work for Communications Systems
16701 - Definitions of Communications Terms
16702 - Communications Abbreviations
16703 - Communications Standard Specifications - Engineering Services
16704 - Communications Standard Specifications - Installation
16705 - Communications Standard Specifications - Equipment and Material
16706 - Communications System Submittals and Services
16707 - Communications Systems Testing
16708 - Corrections of Communications System Deficiencies
16710 - Communications Grounding
16715 - Communications Electrical Power Distribution
16721 - Communications Telephone System
16727 - Communications Passenger Emergency Reporting System
16731 - Communications Fire and Intrusion Alarm System
16732 - Kiosk Acceptance Test/Inspection
16733 - Kiosk Communication Systems
16771 - Communications Carrier Transmission Systems
16776 - Communications Fiber Optic System
16820 - Communications Public Address System
16821 - Communications Automatic Public Address Announcement System
16851 - Communications Passenger Station Closed Circuit Television System
16865 - Communications Instruction and Training
16866 - Interface Criteria and Responsibilities
16871 - Custom Developed and Fabricated Equipment, PERS, PSEDP
16900 - Wayside Automatic Train Control System
16911 - Scope of ATC Work
16912 - ATC Submittal Requirements
16918 - Special ATC Requirements for Specific Locations
16925 - Data Transmission System (DTS)
16927 - ATC Microprocessor Support Systems
16928 - Interlocking Vital Processor Systems
16931 - ATC Maintenance and Test Facilities
16932 - Spare ATC Equipment and Selectable Items
16946 - ATC Transformers
16949 - ATC Signal Wire and Cable
16954 - Switch and Lock Movement
16955 - Track and Alarm Indication Panels
16956 - Interlocking Control Panels

SUPERSEDED

Washington Metropolitan Area Transit Authority     Contract No. 1B0035
Design-Build Contract RFP-C-1B0035/JDC     Date:   July 23, 2001

16962 - Impedence Bond Layouts
16968 - Track Bonding Layouts
16995 - ATC Appendix "L" - ATC Design, Submittal, Access, Energization and
Completion Schedule
16996 - ATC Technical Appendix
16997 - ATC Appendix "SS" - RTU Scan Sheets
16999 - Intrusion Detection Warning System

# ATTACHMENTS TO THE PROJECT MANUAL

### ATTACHMENT 1 - PROJECT DRAWINGS

Mandatory volume 1: Civil, Structural, Architectural, Mechanical and Electrical
Mandatory volume 2: Trackwork
Mandatory volume 3: Traction Power
Mandatory volume 4: Communication
Mandatory volume 5: WMATA Standard Drawings

Non-Mandatory Book A: Civil, Structural, Architectural, Mechanical and Electrical
Non-Mandatory Book B: Train Control
Non-Mandatory Book C: Communications
Non-Mandatory Book D: WMATA Design Drawings

New York Avenue Station Site Preparation Drawings

### ATTACHMENT 2 - MANUAL OF DESIGN CRITERIA

### ATTACHMENT 3 - ADDENDUM TO THE MANUAL OF DESIGN CRITERIA

### ATTACHMENT 4 - GEOTECHNICAL INFORMATION

Consolidated Geotechnical Reports
Geotechnical Design Summary Report
Geotechnical Investigation Program Summary Report

Washington Metropolitan Area Transit Authority
Design-Build Contract RFP-C-1B0035/JDC

Contract No. 1B0035
Date:  July 23, 2001

16962 - Impedence Bond Layouts
16968 - Track Bonding Layouts
16995 - ATC Appendix "L" - ATC Design, Submittal, Access, Energization and
        Completion Schedule
16996 - ATC Technical Appendix
16997 - ATC Appendix "SS" - RTU Scan Sheets
16999 - Intrusion Detection Warning System

# ATTACHMENTS TO THE PROJECT MANUAL

### ATTACHMENT 1 - PROJECT DRAWINGS

Mandatory volume 1: Civil, Structural, Architectural, Mechanical and Electrical
Mandatory volume 2: Trackwork
Mandatory volume 3: Traction Power
Mandatory volume 4: Communication
Mandatory volume 5: WMATA Standard Drawings

Non-Mandatory Book A: Civil, Structural, Architectural, Mechanical and Electrical
Non-Mandatory Book B: Train Control
Non-Mandatory Book C: Communications
Non-Mandatory Book D: WMATA Design Drawings

New York Avenue Station Site Preparation Drawings

### ATTACHMENT 2 - MANUAL OF DESIGN CRITERIA

### ATTACHMENT 3 - ADDENDUM TO THE MANUAL OF DESIGN CRITERIA

### ATTACHMENT 4 - GEOTECHNICAL INFORMATION

Consolidated Geotechnical Reports
Geotechnical Design Summary Report
Geotechnical Investigation Program Summary Report

### ATTACHMENT 5 - FINAL ENVIRONMENTAL IMPACT STATEMENT

### ATTACHMENT 6 - PERMITS

### ATTACHMENT 7 - WMATA CAD MANUAL

SUPERSEDED

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
|---|---|
| Design-Build Contract RFP  C - 1B0035/JDC | Date: July 23 , 2001 |

## 00100 Project Information

00101  Statement of Work

A.  This is a design-build project that requires the Design-Builder both to design and construct the Project.  Accordingly, the Design-Builder, through itself or others, shall provide professional engineering and architectural services as well as technical, subprofessional, clerical and other services necessary for the complete design and preparation of the Final Design and Final Design Drawings and Specifications, as well as the schedules and cost estimates the Contract requires. The Design-Builder shall also furnish all labor, equipment, materials, project management, quality control/quality assurance, and architecture and engineering services required for the construction of the Project, all in accordance with the requirements of the Contract.

B.  It is the responsibility of the Design-Builder to gather all data necessary for the performance of the Work under this Contract and to develop a complete and final design.  The Authority will furnish the Design-Builder its Program Criteria, Standard Drawings, Technical Requirements and other design related information (hereinafter, "Authority's Design Criteria") for the Design-Builder's use in developing the Final Design Specifications and Final Design Drawings.

C.  By providing the Authority's Design Criteria the Authority does not relieve the Design-Builder of its complete responsibility for the adequacy of the design.  Accordingly, the Design-Builder must verify all design elements to ensure that the Final Design Specifications and the Final Design Drawings are consistent with applicable codes.  In the event that the Authority's Design Criteria exceed applicable codes, the Design-Builder shall be responsible for providing a design that is consistent with the Authority's Design Criteria.

D.  The Design-Builder shall modify as necessary to make Contract specific any documents or drawings the Authority furnishes.  The Design-Builder shall reproduce the Final Design Specifications and Final Design Drawings or other Contract Document in the appropriate medium.

E.  The Authority will provide an electronic file of the Authority's Design Criteria, or other drawings or documents issued by the Authority, to the Design-builder, if available.

F.  All work under this Contract shall be performed in accordance with the terms and conditions of the Contract, and in a logical sequence, developed by the Design-Builder and approved by the Authority.

G.  The Design-Builder shall conduct all work in a manner that will minimize interference with the operations of other contractors involved in the performance of related work.  All work shall be brought to a stage of completion that will conform to the requirements in the Contract Documents.

00102  General Scope of Work

A.  The New York Avenue station is an infill station located along the Metrorail systems's Red Line near the intersection of New York Avenue and Florida Avenue in northeast Washington, D.C. The operating Red Line runs north-south through the station area and is completely grade-separated passing under New York Avenue and over Florida Avenue, K, L and M Streets, NE. The station will be sited between Rhode Island Avenue Station and Union Station, approximately one and a quarter miles south of the Rhode Island Avenue Station and half a mile north of Union Station. The project is bounded to the east by Amtrak's Northeast Corridor and the existing WMATA Redline tracks, to the west it is bounded by existing buildings and vacant land with various land use plans.

B.  The station contract includes development of Final Designs, Final Design Drawings and Specifications based upon the preliminary design efforts conducted by WMATA.    The station

Washington Metropolitan Area Transit Authority    Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC    Date: July 23 , 2001

    B. The station contract includes development of Final Designs, Final Design Drawings and Specifications based upon the preliminary design efforts conducted by WMATA.  The station contract also includes the construction of the New York Avenue Station facilities and systems and the station's integration into the existing operating system.

    C. For a more detailed description of the scope of work see Section 01110, Summary of Work.

00110  Schedule

\#    A. The schedule for this project is as follows:

| | |
|---|---|
| Issued Request for Proposals Phase 2 | July 23, 2001 |
| Phase 2 Proposals due | October 3, 2001 |
| Issued Amendment 1 | August, 2001 |
| Issued Amendment 2 | August, 2001 |
| Issue Amendment 3 | September, 2001 |
| Proposed Award/NTP | December, 2001 |

    B. A preliminary project schedule, provided for the information of proposers, is included in Section 00300, Information Available to Proposers.

    C. Contract milestone and completion dates are specified in Section 01110, Summary of Work, and Section 00870, Liquidated Damages.

END OF SECTION

Case 1:05-cv-01380-RCL     Document 3-3     Filed 08/23/2005     Page 36 of 229

contract also includes the construction of the New York Avenue Station facilities and systems and the station's integration into the existing operating system.

C.   For a more detailed description of the scope of work see Section 01110, Summary of Work.

00110   Schedule

D.   The schedule for this project is as follows:

| | |
|---|---|
| Issue Request for Proposals Phase 2 | July 20, 2001 |
| Phase 2 Proposals due | September 10, 2001 |
| Issue Amendment 1 | August, 2001 |
| Issue Amendment 2 | September, 2001 |
| Proposed Award | November 15, 2001 |

E.   A preliminary project schedule, provided for the information of proposers, is included in Section 00300, Information Available to Proposers.

F.   Contract milestone and completion dates are specified in Section 01110, Summary of Work, and Section 00870, Liquidated Damages.

END OF SECTION


SUPERSEDED

Washington Metropolitan Area Transit Authority          Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC                Date: July 23 , 2001

contract also includes the construction of the New York Avenue Station facilities and systems and the station's integration into the existing operating system.

C.   For a more detailed description of the scope of work see Section 01110, Summary of Work.

00110  Schedule

D.   The schedule for this project is as follows:

| | |
|---|---|
| Issue Request for Proposals Phase 2 | July 27, 2001 |
| Phase 2 Proposals due | September 07, 2001 |
| Issue Amendment 1 | September, 2001 |
| Proposed Award/NTP | December, 2001 |

E.   A preliminary project schedule, provided for the information of proposers, is included in Section 00300, Information Available to Proposers.

F.   Contract milestone and completion dates are specified in Section 01110, Summary of Work, and Section 00870, Liquidated Damages.

END OF SECTION





Washington Metropolitan Area Transit Authority                Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC                     Date: July 23 , 2001

## 00200 Instructions to Proposers

00201  GENERAL INSTRUCTIONS

A.  Definitions As used herein:

1.  The term "solicitation" used in this document means this Request for Proposals ("RFP").

2.  The term "offer" and "proposal" are synonymous and mean a response to this solicitation.

3.  The terms "offeror" and "proposer" are synonymous and refer to the Design-Builder that submits a response to this solicitation.

B.  Basis for Award:

1.  This is a competitive negotiated acquisition.  Award will be made to that proposer (a) whose offer is judged by an integrated assessment of the evaluation criteria to be the most advantageous to the Authority, price and other factors considered ("best value"); and (b) that the Authority deems responsible in accordance with the WMATA Procurement Procedures Manual.

2.  This is a two-phase Design-Build selection.  For Phase One, each Proposer was asked to submit certain technical qualifications.  The Authority evaluated the Phase One Proposals to determine which proposers would be asked to submit Phase Two Proposals.  Phase Two proposers shall submit a Technical Proposal and a Price Proposal, which the Authority will evaluate separately using source selection procedures.

3.  The Authority may award without discussions, and may award without making any contact with the proposer.  Therefore, proposers should submit their proposals initially on the most favorable terms that they can offer to the Authority.

4.  The Authority reserves the right to conduct discussions with the proposers, if it determines that they are necessary.  If so, the Authority will establish a competitive range of all of the most highly rated proposals.

C.  Award

1.  The Authority will make a single award to one proposer as the result of this solicitation.

2.  A written award of acceptance of offer mailed or otherwise furnished by the Authority to the successful proposer within the specified Acceptance Period shall result in a binding contract without further action by either party.  The Authority may accept an offer whether or not it conducts discussions, unless the Authority receives from the proposer a written notice of withdrawal before award.

3.  The Authority reserves the right to (1) reject any or all offers at any time prior to acceptance of proposals or award of Contract if such action is in WMATA's or the public's interest, (2) negotiate with any or all proposers, (3) waive informalities and minor irregularities in offers received, (4) evaluate Price Proposals from proposers whose Technical Proposals conform to this Request for Proposal, and (5) accept other than the lowest offer and award the Contract to that responsible proposer whose proposal is most advantageous to the Authority, price and other factors considered.

Washington Metropolitan Area Transit Authority | Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC | Date: July 23 , 2001

00203  TECHNICAL AND PRICE PROPOSAL INSTRUCTIONS AND EVALUATION FACTORS

A.    Best Value Determination:

\#

1.    The technical merit of the proposal is more important than the price, and the price must be affordable.  The technical evaluating factors listed hereinafter are in descending order of importance.

2.    ~~The Authority may select other than the lowest priced proposals~~ if it is determined by value analysis or technical/cost trade offs that the proposal offers the best overall value to the Authority.

B.    Technical Proposal Evaluation Procedures:

\#

1.    Each Technical Proposal will be reviewed and evaluated individually by a Technical Evaluation Team ("TET").  Each evaluator will read each propsoser's technical proposal separately and completely. Each portion of the technical proposal will be evaluated objectively against the evaluation factors stated herein. Each proposal will be evaluated only against the stated factors; proposals will not be evaluated against each other.

2.    Evaluators will identify and record strengths, weaknesses and deficiencies for each proposed approach and/or qualifications for each evaluation factor. Evaluators will note where proposals do not comply with Authority requirements, and include a determination as to whether such deficiencies can be remedied without substantial revision of the proposal.  If any proposed effort exceeds the standards, and the excess would be advantageous to the Authority, the facts and reasons behind the evaluation will be recorded.

a.    A "weakness" is defined as an aspect of or omission from a proposer's proposal that contributes to a deficiency in meeting the evaluation standard or is otherwise a shortcoming of the proposal that will degrade Contract performance.   Minor irregularities, informalities, or apparent clerical mistakes in a proposer's proposal may be clarified.

b.    A "clarification" is defined as an explanation or substantiation that does not modify or revise the proposal, except to the extent of correcting clerical errors.  Proposers may submit clarifications at any time.

c.    A "deficiency" is defined as any part of the proposer's proposal which materially fails to meet the Authority's requirements.   For example, omission of data which makes it impossible to assess compliance with a standard for that requirement, or an approach taken by an proposer which would result in undesirable performance.

3.    Ratings. Based upon the collective evaluations, the TET will reach consensus on final adjectival ratings for each evaluation factor to determine the overall proposal rating.  The adjectival rating depicts how well the proposer's proposal meets the stated evaluation factors and solicitation requirements for the Technical Proposal. The adjectival criteria are as follows:

Case 1:05-cv-01289-RCL    Document 9-3    Filed 08/23/2005    Page 41 of 229

00203  TECHNICAL AND PRICE PROPOSAL INSTRUCTIONS AND EVALUATION FACTORS

A.    Best Value Determination:

1.    The best value approach, which is being used in this contract, is a method of evaluating price and other factors specified in the RFP, with the goal being to select the proposal that offers the best value to the Authority in terms of performance an other factors.  The objective is to select the proposal that offers the most for the money, not necessarily the lowest price.

2.    The Authority may select other than the lowest priced technically acceptable offer if it is determined that the additional technical merit offered is worth the additional price in relation to other proposals received.  However, the Authority will not make an award at a significantly higher overall price if it would achieve only ~~technical~~ features.

B.    Technical Proposal Evaluation Procedures:

1.    Each Technical Proposal will be reviewed and evaluated individually by a Technical Evaluation Team ("TET").  Each evaluator will read each propsoser's technical proposal separately and completely.  Each portion of the technical proposal will be evaluated objectively against the evaluation factors stated herein.  Each proposal will be evaluated only against the stated factors; proposals will not be evaluated against each other.

2.    Evaluators will identify and record strengths, weaknesses and deficiencies for each proposed approach and/or qualifications for each evaluation factor.  Evaluators will note where proposals do not comply with Authority requirements, and include a determination as to whether such deficiencies can be remedied without substantial revision of the proposal.  If any proposed effort exceeds the standards, and the excess would be advantageous to the Authority, the facts and reasons behind the evaluation will be recorded.

a.    A "weakness" is defined as an aspect of or omission from a proposer's proposal that contributes to a deficiency in meeting the evaluation standard or is otherwise a shortcoming of the proposal that will degrade Contract performance. Minor irregularities, informalities, or apparent clerical mistakes in a proposer's proposal may be clarified.

b.    A "clarification" is defined as an explanation or substantiation that does not modify or revise the proposal, except to the extent of correcting clerical errors.  Proposers may submit clarifications at any time.

c.    A "deficiency" is defined as any part of the proposer's proposal which materially fails to meet the Authority's requirements. For example, omission of data which makes it impossible to assess compliance with a standard for that requirement, or an approach taken by an proposer which would result in undesirable performance.

3.    Ratings. Based upon the collective evaluations, the TET will reach consensus on final adjectival ratings for each evaluation factor to determine the overall proposal rating. The adjectival rating depicts how well the proposer's proposal meets the stated evaluation factors and solicitation requirements for the Technical Proposal. The adjectival criteria are as follows:

Washington Metropolitan Area Transit Authority
Design-Build Contract RFP  C - 1B0035/JDC

Contract No. 1B0035
Date: July 23 , 2001

00203   TECHNICAL AND PRICE PROPOSAL INSTRUCTIONS AND EVALUATION FACTORS

A.    Best Value Determination:

1.    The Authority is more concerned with obtaining excellent technical capabilities than with making an award at the lowest overall price to the Authority.  Therefore, all evaluation factors other than price, when combined, are significantly more important than price. Technical evaluation factors are listed in descending order of importance.

2.    For best value evaluation purposes, the higher the technical score, the less important is price.  If proposals become more technically equivalent, price becomes more important.  The Authority may select other than the lowest priced technically acceptable offer if it is determined that the additional technical merit offered is worth the additional price in relation to other proposals received. However, the Authority will not make an award at a significantly higher overall price if it would achieve only slightly superior technical features.

B.    Technical Proposal Evaluation Procedures:

1.    Each Technical Proposal will be reviewed and evaluated individually by a Technical Evaluation Team ("TET"). Each evaluator will read each proposer's technical proposal separately and completely. Each portion of the technical proposal will be evaluated objectively against the evaluation factors stated herein.  Each proposal will be evaluated only against the stated factors; proposals will not be evaluated against each other.

2.    Evaluators will identify and record strengths, weaknesses and deficiencies for each proposed approach and/or qualifications for each evaluation factor.  Evaluators will note where proposals do not comply with Authority requirements, and include a determination as to whether such deficiencies can be remedied without substantial revision of the proposal.  If any proposed effort exceeds the standards, and the excess would be advantageous to the Authority, the facts and reasons behind the evaluation will be recorded.

a.    A "weakness" is defined as an aspect of or omission from a proposer's proposal that contributes to a deficiency in meeting the evaluation standard or is otherwise a shortcoming of the proposal that will degrade Contract performance. Minor irregularities, informalities, or apparent clerical mistakes in a proposer's proposal may be clarified.

b.    A "clarification" is defined as an explanation or substantiation that does not modify or revise the proposal, except to the extent of correcting clerical errors.  Proposers may submit clarifications at any time.

c.    A "deficiency" is defined as any part of the proposer's proposal which materially fails to meet the Authority's requirements. For example, omission of data which makes it impossible to assess compliance with a standard for that requirement, or an approach taken by an proposer which would result in undesirable performance.

3.    Ratings. Based upon the collective evaluations, the TET will reach consensus on final adjectival ratings for each evaluation factor to determine the overall proposal rating. The adjectival rating depicts how well the proposer's proposal meets the stated evaluation factors and solicitation requirements for the Technical Proposal. The adjectival criteria are as follows:



      a.   Exceptional: Exceeds requirements in a beneficial way to the Authority, and has no significant weaknesses. Innovative, comprehensive, and complete in all details.

      b.   Acceptable:  Meets requirements and any weaknesses are readily correctable

      c   Marginal: Fails to meet requirements, however, any significant deficiencies are correctable. Lacks essential information to support proposal.

      d.   Unacceptable:  Fails to meet requirements and the deficiency is uncorrectable. Proposal would have to undergo major revision to become acceptable.  Demonstrated lack of understanding of the Authority's requirements or omissions of major areas.

    4.   Report. The TET Recorder will prepare a Technical Evaluation Report summarizing the findings of the Team. The report will include a comparative technical analysis of the proposals in relation to the criteria and standards set forth herein.

C.   Price Proposal Evaluation Procedures:

    1.   The Authority will evaluate the Price Proposal for price reasonableness using price analysis techniques.  Price analysis is the process of examining and evaluating a proposed price without evaluating its separate cost elements and proposed profit. Adequate price competition normally establishes price reasonableness. Therefore, the Authority will compare Price Proposals to one another. The Authority will also compare the Price Proposals to the Authority's independent cost estimate.

    2.   Price offers will be evaluated only for those proposers whose technical offers have been determined to be technically acceptable.

    3.   The Authority may determine that an offer is unacceptable if the prices proposed are materially unbalanced between line items or sub-line items.  A price is materially unbalanced when the price of one or more line items is significantly over or underestimated as indicated by the application of price analysis techniques.  A materially unbalanced price presents an unacceptable risk to the Authority.

D.   Clarifications/Discussions:

    1.   Clarifications.  After evaluation of the Technical Proposals and Cost Proposals, the Authority may request clarifications of Proposals.  The Authority may request clarification of any of the points addressed in the Proposal which are unclear and may ask for elaboration by the proposer on any point which was not adequately supported in the Proposal.  Any such exchange will be for clarification only, and will not constitute discussions within the meaning of FAR 15.306.

    2.   Discussions.  If the Authority determines that discussions are necessary, it will establish a competitive range and schedule discussions with the proposers in the competitive range.  Discussions will be held at the Headquarters of the Washington Metropolitan Area Transit Authority at 600 Fifth Street, N.W., Washington, D.C. 20001.  Requests from proposers to reschedule their discussions are discouraged, and no rescheduling will be done unless determined necessary by the Authority. The Authority will establish pre-negotiation objectives with regard to price and technical factors.

    3.   A description of proposal deficiencies will be provided to proposers in the competitive

Washington Metropolitan Area Transit Authority                    Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC                          Date: July 23 , 2001

3.   A description of proposal deficiencies will be provided to proposers in the competitive range for revision or modification of their proposal, and Best and Final Offers will be sought by the Authority.  Technical Proposal weaknesses and deficiencies will be discussed with all proposers in the competitive range. Proposers will be encouraged to increase their performance and/or reduce their costs to make their proposals more competitive.  The proposers will also be given an opportunity to correct errors and omissions in their Cost Proposals.

E.   Oral Technical Presentations:

1.   If this solicitation requires oral presentations, the presentation shall address the same topics as in the written Technical Proposal.  The oral presentation shall be provided by the proposed key members of the proposer's project team. Proposers' proposed major subcontractors/DBE representatives are also urged to attend. Total presentation time, including clarifications, shall be no longer than two hours.

2.   At its sole discretion, the Authority will schedule oral presentations at the proposer's office or at the Headquarters of the Washington Metropolitan Area Transit Authority at 600 Fifth Street, N.W., Washington, D.C.  20001. The Authority will schedule presentations by drawing lots, and requests from proposers to reschedule their oral presentations are discouraged. No rescheduling will be done unless determined necessary by the Contracting Officer.

3.   If held at the Authority Headquarters, the presentations will be held in a conference room with conference room style seating.   The Authority will provide only a projection screen.

4.   After completion of the oral presentation, the Authority may request clarification of any of the points addressed which are unclear and may ask for elaboration by the proposer on any point which was not adequately supported in the presentation. Any such exchange will be for clarification only, and will not constitute discussions within the meaning of FAR 15.306(d), as the Authority reserves the right to award without discussions. The Authority will not inform the proposer of their strengths, deficiencies, or weaknesses during the presentation.   The time required for clarifications will be counted against the proposer's two-hour time limit.

5.   No cost/price information shall be included in the oral presentation or in any accompanying written information.

6.   The proposer shall provide eight printed copies of its presentation in 8.5" x 11" format to the Authority Representative at the time of the presentation.  No other documentation of the oral presentations will be accepted.  No change to the proposer's written proposal will be accepted at the oral presentation.

7.   The Authority reserves the right to videotape or to audiotape each proposer's oral presentation.

F.   Technical Proposal Evaluation Factors - Phase Two

#        1.   Work Approach

The Authority recognizes the complexity of designing, constructing and integrating the various components of this infill station in addition to the typical project concerns of quality, safety, architectural excellence and structural integrity.  The challenge requires a well thought out process and organization that addresses the entire range of contractual requirements, explicit and implied, from award through systems testing

range for revision or modification of their proposal, and Best and Final Offers will be sought by the Authority. Technical Proposal weaknesses and deficiencies will be discussed with all proposers in the competitive range. Proposers will be encouraged to increase their performance and/or reduce their costs to make their proposals more competitive. The proposers will also be given an opportunity to correct errors and omissions in their Cost Proposals.

E.    Oral Technical Presentations:

1.    If this solicitation requires oral presentations, the presentation shall address the same topics as in the written Technical Proposal. The oral presentation shall be provided by the proposed key members of the proposer's project team. Proposers' proposed major subcontractors/DBE representatives are also urged to attend. Total presentation time, including clarifications, shall be no longer than two hours.

2.    At its sole discretion, the Authority will schedule oral presentations at the proposer's office or at the Headquarters of the Washington Metropolitan Area Transit Authority at 600 Fifth Street, N.W., Washington, D.C. 20001. The Authority will schedule presentations by drawing lots, and requests from proposers to reschedule their oral presentations are discouraged. No rescheduling will be done unless determined necessary by the Contracting Officer.

3.    If held at the Authority Headquarters, the presentations will be held in a conference room with conference room style seating. The Authority will provide only a projection screen.

4.    After completion of the oral presentation, the Authority may request clarification of any of the points addressed which are unclear and may ask for elaboration by the proposer on any point which was not adequately supported in the presentation. Any such exchange will be for clarification only, and will not constitute discussions within the meaning of FAR 15.306(d), as the Authority reserves the right to award without discussions. The Authority will not inform the proposer of their strengths, deficiencies, or weaknesses during the presentation. The time required for clarifications will be counted against the proposer's two-hour time limit.

5.    No cost/price information shall be included in the oral presentation or in any accompanying written information.

6.    The proposer shall provide eight printed copies of its presentation in 8.5" x 11" format to the Authority Representative at the time of the oral presentation. No other documentation of the oral presentations will be accepted. No change to the proposer's written proposal will be accepted at the oral presentation.

7.    The Authority reserves the right to videotape or to audiotape each proposer's oral presentation.

F.    Technical Proposal Evaluation Factors - Phase Two

1.    Management Resources

a.    Structure and Relationships in the team.

The structure and reporting within the team is effective. The structure allows appropriate direct communication and affords appropriate levels of support for functions including design, construction, quality, safety, systems integration, and others.

\#          and operational commissioning.

2.    Management Resources

a.    Structure and Relationships in the team.

The structure and reporting within the team is effective. The structure allows appropriate direct communication and affords appropriate levels of support for functions including design, construction, quality, safety, systems integration, and others.

b.    Structure and Relationships within the key firms

The structure and reporting within the Firm (or Joint Venture) is effective. Senior managers on the Project have appropriate access to senior members in the Firm, and this is supported by access to technical, contractual, financial, management, and other resources of the Firm that will be needed to provide the timely and effective disposition of cost, schedule, financial and change issues that will arise on the project.

c.    Critical and Key Staff

The structure and reporting within the Proposer and the Firm (or Joint Venture) has been set up in a way that it addresses issues that will be critical on this project.

d.    Experience and Personnel

The personnel identified by the Proposer have appropriate training, qualification, and experience necessary to fulfill their roles on the project.

e.    Depth of Experience

The Proposer has access to a pool of talented individuals who will be of value in the event that additional well qualified staff are needed to replace staff lost to the project, or to add resources and capabilities to address unforseen issues. The pool shall include senior project management, design, and construction staff with coverage in each relevant discipline.

f.    Experience in Areas of Special Interest

The proposer has assembled a team that can address both the design and construction of project elements in each key discipline area. Key discipline areas include: i. architectural; ii. civil; iii. structural; iv. trackwork; v. automatic train control; vi. traction power; vii. communications; viii. CCTV/fire alarm/intrusion; ix. mechanical/electrical/plumbing; x. elevator/escalator; xi. architectural structural steel and structural glass; xii. architectural concrete and precast; xiii. corrosion control; xiv. systems integration and phasing.

3.    Technical and Quality Considerations

a.    Record in Meeting Regulatory Requirements

The Construction Firm has a demonstrated history of meeting regulatory

\#

b.    Structure and Relationships within the key firms

The structure and reporting within the Firm (or Joint Venture) is effective. Senior managers on the Project have appropriate access to senior members in the Firm, and this is supported by access to technical, contractual, financial, management, and other resources of the Firm that will be needed to provide the timely and effective disposition of cost, schedule, financial and change issues that will arise on the project.

c.    Critical and Key Staff

The structure and reporting within the Proposer and the Firm (or Joint Venture) has been set up in a way that it addresses issues that will be critical on this project.

d.    Experience and Personnel

The personnel identified by the Proposer have appropriate training, qualification, and experience necessary to fulfill their roles on the project.

e.    Depth of Experience

The Proposer has access to a pool of talented individuals who will be of value in the event that additional well qualified staff are needed to replace staff lost to the project, or to add resources and capabilities to address unforseen issues.  The pool shall include senior project management, design, and construction staff with coverage in each relevant discipline.

f.    Experience in Areas of Special Interest

The proposer has assembled a team that can address both the design and construction of project elements in each key discipline area.  Key discipline areas include: i.   architectural; ii. civil; iii. structural; iv. trackwork; v. automatic train control; vi. traction power; vii. communications; viii. CCTV/fire alarm/intrusion; ix. mechanical/electrical/plumbing; x. elevator/escalator; xi. architectural structural steel and structural glass; xii. architectural concrete and precast; xiii. corrosion control; xiv. systems integration and phasing.

2.    Technical and Quality Considerations

a.    Record in Meeting Regulatory Requirements

The Construction Firm has a demonstrated history of meeting regulatory requirements (including EPA, OSHA, SHPO, and local codes, regulations and permits) on projects similar to the New York Avenue Station.

b.    Proposed Quality Control Program

The Design and Construction Firm has a standing quality program suitable for use in a design build environment and full time quality control professionals.

c.    Safety Program and Lost Time History

The Construction Firm has a demonstrated history of performing work in a

Washington Metropolitan Area Transit Authority                    Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC                         Date: July 23 , 2001

b.    Structure and Relationships within the key firms

The structure and reporting within the Firm (or Joint Venture) is effective.
Senior managers on the Project have appropriate access to senior members
in the Firm, and this is supported by access to technical, contractual,
financial, management, and other resources of the Firm that will be needed
to provide the timely and effective disposition of cost, schedule, financial and
change issues that will arise on the project.

c.    Critical and Key Staff                                    **SUPERSEDED**

The structure and reporting within the Proposer and the Firm (or Joint
Venture) has been set up in a way that it addresses issues that will be
critical on this project.

d.    Experience and Personnel

The personnel identified by the Proposer have appropriate training,
qualification, and experience necessary to fulfill their roles on the project.

e.    Depth of Experience

The Proposer has access to a pool of talented individuals who will be of value
in the event that additional well qualified staff are needed to replace staff lost
to the project, or to add resources and capabilities to address unforseen
issues.  The pool shall include senior project management, design, and
construction staff with coverage in each relevant discipline.

f.    Experience in Areas of Special Interest

The proposer has assembled a team that can address both the design and
construction of project elements in each key discipline area.  Key discipline
areas include: i.  architectural; ii. civil; iii. structural; iv. trackwork; v.
automatic train control; vi. traction power; vii. communications; viii. CCTV/fire
alarm/intrusion; ix. mechanical/electrical/plumbing; x. elevator/escalator; xi.
architectural structural steel and structural glass; xii. architectural concrete
and precast; xiii. corrosion control; xiv. systems integration and phasing; xv.
Safety; xvi. quality control.                              **SUPERSEDED**

2.    Technical and Quality Considerations

a.    Record in Meeting Regulatory Requirements

The Construction Firm has a demonstrated history of meeting regulatory
requirements (including EPA, OSHA, SHPO, and local codes, regulations
and permits) on projects similar to the New York Avenue Station.

b.    Proposed Quality Control Program

The Design and Construction Firm has a standing quality program suitable
for use in a design build environment and full time quality control
professionals.

c.    Safety Program and Lost Time History

The Construction Firm has a demonstrated history of performing work in a

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
|---|---|
| Design-Build Contract RFP  C - 1B0035/JDC | Date: July 23 , 2001 |

#

requirements (including EPA, OSHA, SHPO, and local codes, regulations and permits) on projects similar to the New York Avenue Station.

b.    Proposed Quality Control Program

The Design and Construction Firm has a standing quality program suitable for use in a design build environment and full time quality control professionals.

c.    Safety Program and Lost Time History

The Construction Firm has a demonstrated history of performing work in a safe manner.  Lead staff members in the Proposer have a record of achieving safety results that are consistent with expectations of the industry.

4.    Benefit to WMATA

a.    Exceptional and Innovative Qualities
The proposer has shown that it will employ or incorporate some elements, components, materials, or design features that significancy exceed current WMATA standards and practices, and enhances the project's schedule and/or provides a real benefit to the WMATA organization.

b.    Ease of Maintenance
The Proposer has indicated that it will use components and system elements that are similar to those already used by WMATA so as to provide for easy accommodation of the operation and maintenance of the new extension as a part of the system as a whole.

c.    Community Benefits
The Proposer has indicated they will incorporate an approach, technology, or element in the project that will create a substantial benefit to WMATA and the Community, not already anticipated by other elements in the evaluation criteria.  Such elements should significantly reduce the impacts to the surrounding community, enhance the community, its extra curricular activities and the surrounding street network, and does not affect WMATA's operations.    #

G.    Price Proposal Evaluation Factors - Phase Two
The Authority will evaluate the proposal for its completeness, clarity, conciseness, and responsiveness to the RFP-requested information with respect to the following evaluation factors:

1.    Price reasonableness, completeness, and realism.

2.    Submittal of proposed prices for both the Base and the Option, if any.  Failure to do so will necessitate rejection of the proposal.

3.    Materially unbalanced prices. Proposals that are materially unbalanced as to prices for the various categories of work items may be rejected as non-responsive. Also, if the Authority determines that the Option Price, if any, is disproportionate to the Base price, neither will be awarded.

4.    If there is an Option, Price Proposals will be evaluated based on the Total Base Proposal Plus Option Price, but the Authority reserves the right to award the Contract for only the Base Proposal Price, (or as may be adjusted in the best and final offer, if requested).

safe manner. Lead staff members in the Proposer have a record of achieving safety results that are consistent with expectations of the industry.

3.    Work Approach

The Authority recognizes the complexity of designing, constructing and integrating the various components of this infill station in addition to the typical project concerns of quality, safety, architectural excellence and structural integrity.  The challenge requires a well thought out process and organization that addresses the entire range of contractual requirements, explicit and implied, from award through systems testing and operational commissioning.

4.    Benefit to WMATA

a.    Exceptional and Innovative Qualities
The proposer has shown that it will employ or incorporate some elements, components, materials, or design features that significance exceed current WMATA standards and practices, and enhances the project's schedule and/or provides a real benefit to the WMATA organization.

b.    Ease of Maintenance
The Proposer has indicated that it will use components and system elements that are similar to those already used by WMATA so as to provide for easy accommodation of the operation and maintenance of the new extension as a part of the system as a whole.

c.    Community Benefits
The Proposer has indicated they will incorporate an approach, technology, or element in the project that will create a substantial benefit to WMATA and the Community, not already anticipated by other elements in the evaluation criteria.  Such elements should significantly reduce the impacts to the surrounding community, enhance the community, its extra curricular activities and the surrounding street network, and does not affect WMATA's operations.



G.    Price Proposal Evaluation Factors - Phase Two
The Authority will evaluate the proposal for its completeness, clarity, conciseness, and responsiveness to the RFP-requested information with respect to the following evaluation factors:

1.    Price reasonableness, completeness, and realism.

2.    Submittal of proposed prices for both the Base and the Option, many. Failure to do so will necessitate rejection of the proposal.

3.    Materially unbalanced prices.  Proposals that are materially unbalanced as to prices for the various categories of work items may be rejected as non-responsive.  Also, if the Authority determines that the Option Price, if any, is disproportionate to the Base price, neither will be awarded.

4.    If there is an Option, Price Proposals will be evaluated based on the Total Base Proposal Plus Option Price, but the Authority reserves the right to award the Contract for only the Base Proposal Price, (or as may be adjusted in the best and final offer, if requested).

H.    Proposal Format:

| Washington Metropolitan Area Transit Authority<br>Design-Build Contract·RFP  C - 1B0035/JDC | Contract No.  1B0035<br>Date: July 23 , 2001 |
| --- | --- |

safe manner. Lead staff members in the Proposer have a record of achieving safety results that are consistent with expectations of the industry.

3.    Work Approach

The Authority recognizes the complexity of designing, constructing and integrating the various components of this infill station in addition to the typical project concerns of quality, safety, architectural excellence and structural integrity.  The challenge requires a well thought out process and organization that addresses the entire range of contractual requirements, explicit and implied, from award through systems testing and operational commissioning.

4.    Benefit to WMATA

    a.    Quality Enhancements



The proposer has indicated that it will employ some elements, components, materials, or design features that significancy exceed current WMATA standards and practices, and that will provide a real benefit to WMATA.

    b.    Ease of Maintenance

The Proposer has indicated that it will use components and system elements that are similar to those already used by WMATA so as to provide for easy accommodation of the operation and maintenance of the new extension as a part of the system as a whole.

    c.    Community Benefits

The Proposer has indicated they will incorporate an approach, technology, or element in the project that will create a substantial benefit to WMATA or the region that has not already been anticipated by other elements in the evaluation criteria.

G.    Price Proposal Evaluation Factors - Phase Two

The Authority will evaluate the proposal for its completeness, clarity, conciseness, and responsiveness to the RFP-requested information with respect to the following evaluation factors:

1.    Price reasonableness, completeness, and realism.



2.    Submittal of proposed prices for both the Base and the Option, if any.  Failure to do so will necessitate rejection of the proposal.

3.    Materially unbalanced prices.  Proposals that are materially unbalanced as to prices for the various categories of work items may be rejected as non-responsive.  Also, if the Authority determines that the Option Price, if any, is disproportionate to the Base price, neither will be awarded.

4.    If  there is an Option, Price Proposals will be evaluated based on the Total Base Proposal Plus Option Price, but the Authority reserves the right to award the Contract for only the Base Proposal Price, (as may be adjusted in the best and final offer, if requested).

H.    Proposal Format:

Washington Metropolitan Area Transit Authority         Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC             Date: July 23 , 2001

1.    Organization.  The Technical Proposal and the Cost Proposal shall be submitted in
      separate volumes   Limit the number of pages and provide bound copies as stated
      below:

      The Technical Proposal shall not contain any information that either directly or
      indirectly indicates the price of the project as a whole or of any individual elements.

**Technical Proposal**

| Volume | Part | Title | Copies | Page Limits |
|---|---|---|---|---|
| 1 | A | Compliance / Exception Information | 4 | N/A |
| 1 | B | Management Approach | 6 | N/A |
| 1 | C | Technical Approach / WBS, except narrative description portion | 6 / 6 | N/A / 30 |
| 1 | D | Key Personnel | 6 | N/A |

**Price Proposal**

| Volume | Part | Title | Copies | Page Limits |
|---|---|---|---|---|
| 2 | A | Price Submission | 4 | N/A |
| 2 | B | Forms and Contractual Information | 4 | N/A |

2.    Standalone Proposal.  The proposer's phase 2 proposal is a standalone proposal, and
      not an addition to its phase 1 proposal.  The proposer shall submit any and all
      information relevant to phase 2 with its phase 2 proposal regardless of whether such
      information was also submitted in its phase 1 proposal.

3.    Originals.  Provide one unbound original of each volume

4.    Identification.  Identify each volume with the RFP number, the proposer's identity,
      volume number, and volume title printed on the cover page.

5.    Proposal Page Count Limits.  Proposals are limited to the page limits listed above,
      and will be evaluated up to these page limits.  Page limits include all text, charts,
      figures, diagrams, and schematics.  Cover pages, title pages, tables of contents,
      tabbed dividers and blank pages are not included in the page limitations.  If both sides
      of the sheet are used, it will be counted as two pages.  Foldouts shall be printed on
      one side only, but will count as two pages.  Foldouts shall not be used for text.
      Material exceeding the page limits may not be evaluated and may be returned to the
      proposer.

6.    Proposal Page and Character Size.  The page size shall not exceed 8-1/2 by 11
      inches, except for foldouts which may not exceed 11 by 17 inches.  The page
      margins shall not be smaller than one inch on all four sides.  The type size for text
      shall not be smaller than 10 point, with at least one and one-half line spacing (1-1/2).

The type size for figures and tables shall be no smaller than 8 point.

7.  Elaboration.  Legibility, clarity, and completeness of the technical approach are essential.  Unnecessarily elaborate brochures or other presentations beyond that sufficient to present a complete and effective proposal are not desired and may be construed as an indication of the proposer's lack of cost consciousness.  Elaborate artwork, expensive paper and bindings, and expensive visual and other presentation aids are neither necessary nor wanted.

8.  

I.  Instructions for Technical Proposal, Volume 1, Part A, Compliance / Exception Information

Proposers shall complete Form 00414, Compliance / Exception Information, and indicate whether the Proposal complies with all the Mandatory Requirements or if exceptions are taken.

If exceptions are taken, the proposer shall clearly identify any exception to the requirements, terms or conditions of any part of this RFP.  Each exception must be specifically related to the specific part of the RFP to which the exception is taken.  The proposer must support and explain the reason for any exceptions taken and explain their impact, if any, on the RFP requirements and state the necessity for/advantage of the exception.

J.  Instructions for Technical Proposal, Volume 1, Part B, Management Approach

1.  Provide Revision 0 of the Project Management Plan to indicate how the proposer will manage the Work.  Refer to Section 01310, Project Management and Coordination, regarding Plan requirements.  Information to be included in the Plan shall include the following:

a.  Overview / Executive summary

b.  Organization: Provide charts and narrative to describe, by job title, the lines of authority and communication for the Project.  Include not only the Design-Builder's direct team, but also show relationships to parent and joint venture firms if applicable.  Also show the Authority and any of its consultants, Federal, State and local agencies, jurisdictional inspectors/authorities, and any other organization the proposer deems necessary to provide the work this Contract requires.

c.  Program Management and Control: Provide a more detailed explanation of the roles and responsibilities of individuals on the project management team including the following at a minimum: senior management; construction; design; quality; systems integration; and safety.  Address how costs and schedule will be monitored and controlled.

d.  Design: Describe the design management process and plan for proceeding from the Proposal to the completed Final Design and Issued for Construction plans, specifications, and other documentation.  Address how quality will be handled.

e.  Construction: Describe the planning and execution of construction. Describe the interfaces between design, systems integration, the Independent

Washington Metropolitan Area Transit Authority     Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC      Date: July 23 , 2001

Engineer, and quality.

 ~~Construction contingents~~: Identify by trade the construction subcontractors who would perform 10% percent or more of the work. Identify by name three subcontractors to whom you would consider awarding these subcontracts. Describe your procedures for managing the work of subcontractors.

g.    Temporary facilities: Describe the use of facilities.

h.    Contract Administration: Describe change management, periodic reports, payment applications, etc.

i.    Permit and Regulatory Compliance: Describe the approach to be used.

2.    Provide Revision 0 of the CPM Schedule, and Revision 0 of the initial Ninety-Day Schedule. The schedules should be resource loaded, but must not include any cost information. Refer to Section 01322, Contract Progress Reporting for a description of scheduling requirements.

3.    Provide Revision 0 of the proposer's Safety Plan. Refer to Section 01114, Safety and Environmental Requirements for a description of safety requirements. At a minimum in the plan, describe the proposer's standard safety program, and the extent to which the standard safety program would require modification to comply with Contract requirements. Provide a chart showing lines of authority, by job title, for job project safety.

4.    Provide Revision 0 of the Interim Project Quality Plan. Refer to Section 01470, Quality Management, for a description of quality requirements. As a minimum, describe the proposer's quality control/quality assurance program, indicating lines of authority and interfaces between design and construction personnel. Describe how the Contract's quality control requirements will be regulated, maintained and monitored during both the design and construction phases.

K.    Instructions for Technical Proposal, Volume 1, Part C, Technical Approach / WBS

1.    Provide a narrative description of how the proposer plans to accomplish the entire work of the Contract. The narrative should supplement and tie together WBS work descriptions. (Not to exceed 30 pages in length).

2.    Provide a list of any variances from the technical requirements (Divisions 2 to 16), and for each variance, describe the reason for the variance, and proposed approach to the work.

3.    Provide a WBS index. The index should match the CPM schedule, and should be consistent with the cost breakdown structure of the project even though no cost information is to be provided in the Technical Proposal. Refer to Section 00461 for a sample index, and to Section 01310, Project Management and Coordination, for relevant discussion of the topic.

4.    Provide WBS information for each WBS item as described on the standard WBS Form, 00461. Information requested that does not fit in the WBS format should be attached to the end of the WBS section. Include specific information as follows:

a.    Manufacturers for: special trackwork; rail; ties; rail welder or welding; direct fixation fasteners.

b.    Manufacturers for traction power equipment described in Division 16 including; wire and cable; 2000 V shielded cable; transformer - rectifier units for traction power; contact rail heating system; high-voltage AC switchgear (13.8 KV) for traction power; drainage and negative drainage switchboard; substation busway for traction power.

c.    Identify the system(s) to be used to develop and simulate the ATC Block Design, as specified in Section 16913. Present certification that the Block Design development and simulation systems proposed will operate in compliance with all requirements specified in Section 16913.

d.    Identify the name(s) and qualifications of the proposed Railway Signal Engineer(s) to be continuously employed by the Contractor to perform the tasks specified in Section 16911. Present certified copies of these qualifications.

e.    Identify the manufacturer(s) and provide certified qualifications of the company (or companies) to be used to produce and furnish the various types of External Signal Wire and Cable specified in Section 16949. Present certification that the External Signal Wire and Cable installed will meet all applicable requirements specified in Section 16949.

f.    Identify the manufacturer(s) and provide certified qualifications of the company (or companies) to be used to produce and furnish the various types of Internal Signal Wire and Cable specified in Section 16949. Present certification that the Internal Signal Wire and Cable installed will meet all applicable requirements specified in Section 16949.

g.    Identify the name(s) of the manufacturer(s), and the specific model numbers of all major wayside Train Control hardware equipment items to be furnished and installed as specified in the various applicable 16900-series Sections. These items shall include: vital relays; non-vital relays and timers; ATC transformers; ground detectors; transfer and bypass equipment; DC power supplies; ATP track modules; switch and lock movements; interlocking control panels; impedance bonds; wayside signals; snowmelter layouts. Present certification that these items meet all requirements of the specifications.

h.    Identify the name(s) of the manufacturer(s), and the specific model numbers of all major wayside Train Control microprocessor equipment items to be furnished and installed as specified in the various applicable 16900-series Sections. These items shall include: non-vital ATO and ATS processor systems; remote terminal units; non-vital interlocking function processors; ATC microprocessor support systems; interlocking vital support processors.

i.    Identify the type of software and/or software configuration that will be used to ensure "vitality" in the operation of the ATC Vital Processor units specified in Section 16928.

j.    Manufacturers name and model numbers for carrier transmission system equipment including: CTS Multiplex Shelf, Interface Card, Dc Power Supply,- 48 V Ringing Generator, Dual T-1/E-1 Line Interface Unit.

k.    Manufacturers name and model numbers for fiber optic system equipment including: Fiber Add/Drop Repeaters, Digital Service Unit, DSX Jackfield, Fiber Splice Panel, Fiber patch Panel, Fuse ,Alarm & Distribution Panel.

Case 1:05-cv-01289-RCL   Document 9-2   Filed 08/23/2005   Page 56 of 229

Washington Metropolitan Area Transit Authority                  Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC                       Date: July 23 , 2001

l.   Manufacturers name and model numbers for telephone system equipment including:  Key Shelf Assembly w/Power Supply, Key Telephone KTU Card, Redundant Ringing Generator w/Automatic Transfer Assembly, Multi-Line Telephone Instrument, Single-Line Desk Telephone Instrument, Single-Line Wall Telephone Instrument, Emergency Trip Station Telephone Instrument, Emergency Telephone Instrument, Protector Blocks, Outside Plant Cable, Inside Plant Cable, 25-Pair/22 AWG Tie Cable, 25 Pair Terminal housing, fuse, Alarm & Distribution Panel, SMADS-Digital Cable, ACI/RDDS CABLE, Dual 5-way Active Data Bridge, Data Bridge Mounting Shelf.

m.   Manufacturers name and model numbers for passenger emergency system equipment including:  Integrated Power Amplifier, Kiosk Exterior Speaker horn, 20-pair Cable, 8-pair Cable, Kiosk PA Control panel, Station PA Control unit.

n.   Manufacturers name and model numbers for automatic public address announcement system equipment including:  Life Safety Playback Unit, APAAS Patch Panel, PERS/APAAS Dual Power Supply Assembly, 12-pair Cable, Kiosk PA Control Panel.

o.   Manufacturers name and model numbers for fire and intrusion alarm system equipment including:  FIA Alarm Common Control Panel, Initiating Devices, Signaling Appliances, Solid State Fan Relays, Fan Relays.

p.   Manufacturers name and model numbers for public address system equipment including:  Speaker Assembly Type 1, Speaker Assembly Type 2, Kiosk PA Control Panel, Station PA Control Unit, Kiosk Attendant/passenger Interphone, Voice Pre-amp/processor.

q.   Manufacturers name and model numbers for CCTV system equipment including:  Color CCTV Camera, 3.7 mm Fixed Lens, 8 mm Fixed Lens, 12 mm Fixed Lens, 16 mm Fixed Lens, 25 mm Fixed Lens, 8 mm to 48 Zoom Lens, Camera Environmental Housing.

t.   Manufacturers name and model numbers for the following equipment items: fans and air handling units; electric heaters; air conditioning units (i.e., packaged self contained and/or split system units); hydraulic elevators; escalators.

u.   Description (and manufactures names and model numbers where appropriate) of proposed fabrication, erection and finish procedures for the following:
- Entrance covers including steel, skylights, and metal roof
- Platform covers including steel, skylights, roof system, safety line protection equipment
- Structural glass wall system including steel support frame
- Platform wind screens
- Stainless steel and glass handrails and guardrails

v   Description (and manufactures names and model numbers where appropriate) of the proposed design and construction of the following:

- Retaining walls in station area
- waterproofing of station interior walls and drainage system
- waterproofing of track and platform structures above station interior

Washington Metropolitan Area Transit Authority | Contract No. 1B0035
Design-Build Contract RFP C - 1B0035/JDC | Date: July 23 , 2001

l.    Manufacturers name and model numbers for telephone system equipment including: Key Shelf Assembly w/Power Supply, Key Telephone KTU Card, Redundant Ringing Generator w/Automatic Transfer Assembly, Multi-Line Telephone Instrument, Single-Line Desk Telephone Instrument, Single-Line Wall Telephone Instrument, Emergency Trip Station Telephone Instrument, Emergency Telephone Instrument, Protector Blocks, Outside Plant Cable, Inside Plant Cable, 25-Pair/22 AWG Tie Cable, 25 Pair Terminal housing, fuse, Alarm & Distribution Panel, SMADS-Digital Cable, ACI/RDDS CABLE, Dual 5-way Active Data Bridge, Data Bridge Mounting Shelf.

m.    Manufacturers name and model numbers for passenger emergency system equipment including: Integrated Power Amplifier, Kiosk Exterior Speaker horn, 20-pair Cable, 8-pair Cable, Kiosk PA Control panel, Station PA Control unit.

n.    Manufacturers name and model numbers for ~~public address~~ announcement system equipment including: ~~Fire Safety Playback~~ Unit, APAAS Patch Panel, PERS/APAAS Dual Power Supply Assembly, 12-pair Cable, Kiosk PA Control Panel.

o.    Manufacturers name and model numbers for fire and intrusion alarm system equipment including: FIA Alarm Common Control Panel, Initiating Devices, Signaling Appliances, Solid State Fan Relays, Fan Relays.

p.    Manufacturers name and model numbers for public address system equipment including: Speaker Assembly Type 1, Speaker Assembly Type 2, Kiosk PA Control Panel, Station PA Control Unit, Kiosk Attendant/passenger Interphone, Voice Pre-amp/processor.

q.    Manufacturers name and model numbers for CCTV system equipment including: Color CCTV Camera, 3.7 mm Fixed Lens, 8 mm Fixed Lens, 12 mm Fixed Lens, 16 mm Fixed Lens, 25 mm Fixed Lens, 8 mm to 48 Zoom Lens, Camera Environmental Housing.

t.    Manufacturers name and model numbers for the following equipment items: fans and air handling units; electric heaters; air conditioning units (i.e., packaged self contained and/or split system units); hydraulic elevators; escalators.

u.    Description (and manufactures names and model numbers where appropriate) of proposed fabrication, erection and finish procedures for the following:
      - Entrance covers including steel, skylights, and metal roof
      - Platform covers including steel, skylights, roof system, safety line protection equipment
      - Structural glass wall system including steel support
      - Platform wind screens
      - Stainless steel and glass handrails and guardrails

v.    Description (and manufactures names and model numbers where appropriate) of the proposed design and construction of the following:

      - Retaining walls in station area
      - waterproofing fo station interior walls
      - waterproofing of track and platform structures above station interior

Washington Metropolitan Area Transit Authority          Contract No. 1B0035

Design-Build Contract RFP  C - 1B0035/JDC                Date: July 23 , 2001

w.   Characteristics (including size, length and cross sections) and materials, finishes, and methods of construction and transportation of major elements including:

   - Track girder
   - Station columns
   - Station cross girders
   - Platform beams
   - Station platform

x.   Evaluation of lightning requirements for station platform cover, entry cover, and other roof areas.  Provide a description of the proposed lightning protection systems, and materials, methods, and integration of same into station architectural elements.

y.   Bridge rehabilitation and modification scheme.

z.   Protective barrier scheme, as required in Section 01560, Temporary Barriers and Enclosures.  Show the protective barrier concepts including barrier elements, member sizes, embedment or other support details, and any other information necessary to demonstrate that the barrier will function as required.

aa.   Option for Research and Development of Precast Platform.

The details of the research and development (R&D) program shall be proposed by Design-Builder.

The conventional tile/granite installation is a time consuming and laborious operation, and there is potential for time and cost savings. WMATA wishes to provide the Design-Builder an option of using precast station platforms panels with paver tiles and granite edges cast or plant-installed into the panels. Conventionally, WMATA uses cast-in-place concrete platform construction with subsequent installation of paver tiles on grout bed (total thickness 4 inches), and granite edges. Paver tiles are installed according to Specification Section 09340. In addition to regular tiles, there are ADA-required 2 ft-wide tactile tile strips (truncated dome quarry tiles) next to granite edges.

1.   WMATA reserves the right at its sole discretion to accept, negotiate or reject the scope and the cost of the R&D program.

2.   WMATA reserves the right at its sole discretion upon completion of the R&D program to accept or reject an implementation program that shall make use of precast concrete platform elements with pre-installed paver tiles and granite edges.

3.   R&D program results shall be submitted for WMATA's consideration, and mockups shall be prepared, all before the scheduled commencement of station platform construction, so that WMATA's acceptance or rejection of the implementation program would not adversely affect the construction schedule.

4.   The scope of the R&D program includes the following:

Washington Metropolitan Area Transit Authority     Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC     Date: July 23 , 2001

w.   Characteristics (including size, length and cross sections) and materials, finishes, and methods of construction of major elements including:

- Track girder
- Station columns
- Station cross girders
- Platform beams
- Station platform

x.   Evaluation of lightning requirements for station platform cover, entry cover, and other roof areas.  Provide a description of the proposed lightning protection systems, and materials, methods, and integration of same into station architectural elements.

L   Instructions for Technical Proposal, Volume 1 Part D, Key Personnel SUPERSEDED

Qualifications of Key Personnel

The information provided in the proposal should be complete and clearly presented in its proposal.  If information is provided elsewhere in the proposal, for example in the Project Management Plan, the proposer should refer to information provided rather than duplicate it.

1.   Identify on a detailed organizational chart the key positions that the Contract Scope of Work requires, and all other positions that the Design-Builder has identified as essential to performing the work required for the design and construction of this Project. Include staff that manage key functions as described in Section 01111, Key Contractor Functions. Also include the following:

a.   Trackwork Designer

b.   Traction Power Electrical Engineer

c.   Railway Signal Engineer, refer to Section 16911

d.   ATC Safety Coordinator, refer to Section 16919

e.   ATC Quality Assurance Inspector, refer to Section  SUPERSEDED

2.   Identify the personnel who will fill the positions identified on the organizational chart. These persons shall have significant project responsibilities in the design and construction of this Project ("key personnel").

3.   For each person provide a detailed resume (3 pages maximum). Provide the following information:

a.   Educational background

b.   Professional licenses, registrations, and affiliations

c.   Design and/or construction experience, including positions held for the last five year, projects worked on and specific duties performed.

d.   The specific job title, duties and responsibilities the person would perform on this Project.  Indicate whether the position is full or part time. Describe the person's previous experience in this position.

i.  Method of fabrication, transportation and erection of precast concrete platform elements with pre-installed paver tiles and granite edges.

ii.  The casting of paver tiles and granite directly into the elements, or subsequent plant installation of paver tiles and granite edges over previously fabricated concrete elements, or both.

iii.  The treatment of embedded electrical ducts or conduits.

iv.  A testing program for the precast concrete station platform elements with pre-installed paver tiles and granite edges. The testing program will address:

   - All aspects of fabrication, transportation, handling and erection of the elements

   - All aspects of strength, stability and serviceability including, but not limited to, load carrying capacity, stress and strain conditions, deflections and surface differential tolerances at joints between elements

   - All aspects of maintainability of the structure, including but not limited to, replacement of broken/delaminated tiles, watertightness, maintenance and replacement of fixed and expansion joints, and overall rehabilitation of the platform consisting of removal and replacement of the tiles in their entirety

   - All aspects of the long-term behavior of the platform elements, including but not limited to, camber/deflection growth and environmental effects

   - All aspects of protection of the erected platform elements subjected to subsequent construction activities

v.  The Design-Builder shall retain a qualified specialty subcontractors to perform design of the precast concrete station platform elements with pre-installed paver tiles and granite edges and develop the necessary testing programs.

vi.  Design-Builder shall submit qualifications of the retained subcontractors and testing personnel and facilities for approval by WMATA.

vii.  Construction of a mock-up of the platform consisting of at least three platform elements with pre-installed paver tiles and granite edges to demonstrate quality of workmanship of

Washington Metropolitan Area Transit Authority Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC Date: July 23 , 2001

the product, including but not limited to, appearance of the surface, tolerances at joints and watertightness of the joints

viii. Completion of a life-cycle cost comparison of the developed product with the platform constructed conventionally (cast-in-place or precast concrete construction with subsequent field installation of paver tiles and granite edges).

ix. Completion of a report describing all aspects of the program, cost analysis, and containing recommendations towards implementation of the developed product

L. Instructions for Technical Proposal, Volume 1, Part D, Key Personnel

Qualifications of Key Personnel

The information provided in the proposal should be complete and clearly presented in its proposal. If information is provided elsewhere in the proposal, for example in the Project Management Plan, the proposer should refer to information provided rather than duplicate it.

1. Identify on a detailed organizational chart the key positions that the Contract Scope of Work requires, and all other positions that the Design-Builder has identified as essential to performing the work required for the design and construction of this Project. Include staff that manage key functions as described in Section 01111, Key Contractor Functions. Also include the following:

 a. Trackwork Designer

 b. Traction Power Electrical Engineer

 c. Railway Signal Engineer, refer to Section 16911

 d. ATC Safety Coordinator, refer to Section 16919

 e. ATC Quality Assurance Inspector, refer to Section 16988.

2. Identify the personnel who will fill the positions identified on the organizational chart. These persons shall have significant project responsibilities in the design and construction of this Project ("key personnel").

3. For each person provide a detailed resume (3 pages maximum). Provide the following information:

 a. Educational background

 b. Professional licenses, registrations, and affiliations

 c. Design and/or construction experience, including positions held for the last five year, projects worked on and specific duties performed.

 d. The specific job title, duties and responsibilities the person would perform on

e.  The names, job titles, and telephone numbers of at least two references who are familiar with this person's performance on specific projects.

f.  The person's current employer. If the person is not currently employed by the Design-Builder or team member, provide assurances of this person's availability and commitment to perform work on this Project.

4.  For the following key personnel provide the specific information requested:

a.  Safety Superintendent: Describe in detail this person's experience in construction safety supervision, working with OSHA regulations, developing and conducting safety training courses, and of completion of CPR, Safety and Red Cross Training. Provide proof of possession of a current Red Cross First Aid Certificate.

b.  First Aid Attendant: Describe in detail the First Aid Attendant's experience in the safety field and Safety and Red Cross Training completed. Provide proof of possession of a current Red Cross First Aid Certificate.

c.  Affirmative Action Officer: Describe in detail the Affirmative Action Officer's experience in managing an Affirmative Action Program in compliance with Executive Order 11246 on major projects of similar size, complexity, and labor force. Describe experience with DBE participation in projects.

d.  QA/QC Manager: Describe in detail the person's experience in providing quality control and quality assurance services for design-build type contracts. Provide proof of Professional Registration as a Registered Engineer or Registered Architect in the jurisdiction where the Project is located.

M.  Instructions for Price Proposal, Volume 2, Part A, Price Submission

1.  Provide a completed and signed Price Proposal Form (Section 00412). Provide an amount on each line item where one is requested and a total amount representing the sum of individual amounts requested.

a.  Price Proposal prices shall include all services, labor, material, equipment, overhead, incidentals, and profit, unless otherwise specified.

b.  In case of a discrepancy between a unit price and an extended price, the unit price will be presumed to be correct, subject however, to correction to the same extent and in the same manner as any other mistake.

c.  Where the Price Proposal Form explicitly requires that the proposer propose on all items, failure to do so will disqualify the proposal. When submittal of a price on all items is not required, proposers shall insert the words NO PROPOSAL in the space provided for any item on which no price is submitted.

d.  Offers for design and/or construction services other than those specified will not be considered unless authorized by the solicitation. Unless specifically called for, alternate proposals will not be considered.

3.  Provide a calendar-day time-scaled bar graph showing the dollar value prices for each category of work. The sum of the individual prices shall equal the proposal price. The calendar-day, time-scaled bar graph shall not contain front-end loaded costs. The

Case 1:05-cv-01289-RCL   Document 9-8   Filed 08/23/2005   Page 63 of 229

this Project. Indicate whether the position is full or part time. Describe the person's previous experience in this position.

e.   The names, job titles, and telephone numbers of at least two references who are familiar with this person's performance on specific projects.

f.   The person's current employer. If the person is not currently employed by the Design-Builder or team member, provide assurances of this person's availability and commitment to perform work on this Project.

4.   For the following key personnel provide the specific information requested:

a.   Safety Superintendent: Describe in detail this person's experience in construction safety supervision, working with OSHA regulations, developing and conducting safety training courses, and of completion of CPR, Safety and Red Cross Training. Provide proof of possession of a current Red Cross First Aid Certificate.

b.   First Aid Attendant: Describe in detail the First Aid Attendant's experience in the safety field and Safety and Red Cross Training completed. Provide proof of possession of a current Red Cross First Aid Certificate.

c.   Affirmative Action Officer: Describe in detail the Affirmative Action Officer's experience in managing an Affirmative Action Program in compliance with Executive Order 11246 on major projects of similar size, complexity, and labor force. Describe experience with DBE participation in projects.

d.   QA/QC Manager: Describe in detail the person's experience in providing quality control and quality assurance services for design-build type contracts. Provide proof of Professional Registration as a Registered Engineer or Registered Architect in the jurisdiction where the Project is located.

M.   Instructions for Price Proposal, Volume 2, Part A, Price Submission

1.   Provide a completed and signed Price Proposal Form (Section 00412). Provide an amount on each line item where one is requested and a total amount representing the sum of individual amounts requested.

a.   Price Proposal prices shall include all services, labor, material, equipment, overhead, incidentals, and profit, unless otherwise specified.

b.   In case of a discrepancy between a unit price and an extended price, the unit price will be presumed to be correct, subject however, to correction to the same extent and in the same manner as any other mistake.

c.   Where the Price Proposal Form explicitly requires that the proposer propose on all items, failure to do so will disqualify the proposal. When submittal of a price on all items is not required, proposers shall insert the words NO PROPOSAL in the space provided for any item on which no price is submitted.

d.   Offers for design and/or construction services other than those specified will not be considered unless authorized by the solicitation. Unless specifically

called for, alternate proposals will not be considered.

3.     Provide a calendar-day time-scaled bar graph showing the dollar value prices for each category of work. The sum of the individual prices shall equal the proposal price. The calendar-day, time-scaled bar graph shall not contain front-end loaded costs.   The price breakdown shall be consistent with the WBS used in the Technical Proposal and in the CPM schedule.  No single WBS item shall have a value in excess of $500.000

4      Provide an estimated cash flow curve for the planned duration of the project showing the dollar values.

N.     Instructions for Price Proposal, Volume 2, Part B, Forms and Contractual Information

Proposers shall provide the following:

1.     Completed and signed Proposal Form (Section 00410).

2.     Completed Section 00451 forms and waiver request if applicable.



3.     An executed Proposal Guarantee with Surety Certificate (Proposal Bond Form Section 00431).  The Proposal Guarantee shall be based on the Total Base Proposal Plus Option Price, if any.  (The Performance and Payment Bonds shall be based on the award amount.)

4.     A signed and completed Proposal Data Form with attachments (Section 00411).

5.     Signed and complete Representations and Certifications (Section 00455).


                                   END OF SECTION

Washington Metropolitan Area Transit Authority     Contract No. 1B0035
Design-Build Contract RFP C - 1B0035/JDC     Date: July 23 , 2001

price breakdown shall be consistent with the WBS used in the Technical Proposal and in the CPM schedule. No single WBS item shall have a value in excess of $500,000.

4.     Provide an estimated cash flow curve for the planned duration of the project showing the dollar values.

N.     Instructions for Price Proposal, Volume 2, Part B, Forms and Contractual 

Proposers shall provide the following:

1.     Completed and signed Proposal Form (Section 00410).

2.     Completed Section 00451 forms and waiver request if applicable.

NOTE: The submittal of certain items with the offer is required if offer is $500,000 or greater. Failure to submit information required as described in the "Summary of Submittals" of Appendix B, Disadvantaged Business Enterprise, may cause the offer to be found unacceptable and subsequently rejected.

3.     An executed Proposal Guarantee with Surety Certificate (Proposal Bond Form Section 00431). The Proposal Guarantee shall be based on the Total Base Proposal Plus Option Price, if any. (The Performance and Payment Bonds shall be based on the award amount.)

4.     A signed and completed Proposal Data Form with attachments (Section 00411).

5.     Signed and complete Representations and Certifications (Section 00455).

END OF SECTION



| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
| Design-Build Contract RFP  C - 1B0035/JDC | Date: July 23 , 2001 |

## 00210 Supplementary Instructions to Proposers

00211   BRAND NAME OR EQUAL

A.   Use of brand names within the technical requirements

(As used in this clause, the term "brand name" includes identification of products by make and model in either the Technical Proposal or the design submittals approved by the Authority.)

1.   If items called for by the Technical Requirements have been identified by a "brand name or equal" description, such identification is intended to be descriptive, but not restrictive, and is to indicate the quality and characteristics of products that will be satisfactory.  Proposers offering "equal" products including products of the brand name manufacturer other than the one described by brand name will be considered by the Authority if such products are clearly identified in the Technical Proposal and are determined by the Authority to meet fully the salient characteristics requirements in the Technical Requirements.

2.   Unless the Proposer clearly indicates that it is offering an "equal" product, the Proposer shall be considered as offering a brand name product referenced in the Technical Requirements.

3.   If the Proposer proposes to furnish an "equal" product, the brand name, if any, of the product to be furnished shall be otherwise clearly identified and the determination as to equality of the product offered shall be the responsibility of the Authority and will be based on information reasonably available to the Authority.

4.   If the Proposer proposes to modify a product so as to make it conform to the requirements of the Technical Requirements, he shall (i) include a clear description of such proposed modifications, and (ii) clearly mark any descriptive material to show the proposed modifications.

5.   **CAUTION TO PROPOSERS:**  The Authority is not responsible for locating or securing any information which is not identified and reasonably available to the Authority.  Accordingly, to insure that sufficient information is available, the Proposer must furnish all descriptive material (such as cuts, illustrations, drawings, or other information) necessary for the Authority to (i) determine whether the product offered meets the salient characteristics requirements of the Technical Requirements and (ii) establish exactly what the Proposer proposes to furnish and what the Authority would be binding itself to purchase by approval by the Authority.  The information furnished may include specific references to information previously furnished or to information otherwise available to the Authority.

**Brand Name or Equal Form**
**Page 1 of 2**

Washington Metropolitan Area Transit Authority          Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC                Date: July 23 , 2001

00212   BRAND NAME OR EQUAL FORM

Proposer is required to state in the spaces below the Manufacturer's Name, Part/Product Number, Description, and to provide relevant specifications, including technical data and Material Safety Data Sheets. Be advised that these items, if any, are only set apart for identification. If products, other than those specified if any, are not listed here, the proposal will be viewed as providing the as-specified products, if any.

Spec Section/Product Specified: _____

Manufacturer: _____

Product Offered: _____

Manufacturer: _____


Spec Section/Product Specified: _____

Manufacturer: _____

Product Offered: _____

Manufacturer: _____


Spec Section/Product Specified: _____

Manufacturer: _____

Product Offered: _____

Manufacturer: _____


Spec Section/Product Specified: _____

Manufacturer: _____

Product Offered: _____

Manufacturer: _____

NOTE:  If applicable, attach additional sheets as necessary in this format.  This form is included to establish a format for submission by the Proposer of an "or Equal" and will be utilized for the Technical Proposal submittal to the Authority for equal products by the Design-Builder.

**Brand Name or Equal Form**
**Page 2 of 2**

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
|---|---|
| Design-Build Contract RFP C - 1B0035/JDC | Date: July 23 , 2001 |

## 00250 Pre-Proposal Meetings

00251  SITE INSPECTION

A.  Proposers are strongly urged to visit the site of the work and inform themselves of all local conditions that may affect the work or the cost thereof.

B.  Proposers may schedule an official site visit prior to the Pre-Proposal Conference as specified in Section 00252.  Furthermore, upon written request of prospective proposers, the Authority will schedule individual tours of the site of the proposed work up to approximately two weeks prior to date for receipt of proposals, at a mutually acceptable date and time.  Written requests for such must be received by the Authority in advance of this time and should include the number of attendees.

C.  No transportation will be provided by the Authority.  Attendees are advised to wear field work clothes.  To receive any required directions or for further information, proposers should telephone Mr. Johnathon Cole at (202) 962 - 1710.

D.  The proposer acknowledges and agrees that it shall be bound by all the terms of the Contract regardless of its attendance at the pre-proposal conference, official site visit, or the thoroughness of its site investigations prior to submitting its proposal.

00252  PRE-PROPOSAL CONFERENCE

A.  Unless otherwise notified, pre-proposal conferences will be scheduled separately with each Proposer only if requested by the Proposer, and may include the site visit specified in Section 00251.  The purpose of this conference will be to answer questions regarding, or requests for clarifications of, the solicitation documents. It is requested that Proposers submit their questions and/or requests for clarifications of the terms, conditions, and requirements of this Request for Proposal in writing either in advance of the meeting or during the meeting.  Questions during the conference are permissible.

END OF SECTION

Washington Metropolitan Area Transit Authority          Contract NO. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC                Date: July 23 , 2001

## 00300 Information Available to Proposers

00301   NON-MANDATORY DOCUMENTS

The documents referenced in this section are non-mandatory in nature. The information contained in the documents is provided only as an aid for the proposer's preparation of their proposals.

00310   SCHEDULES

A.   A sample preliminary project schedule is included at the end of this Section 00300.

B    The sample preliminary schedule illustrates an approach to the Work based on a preliminary engineering level of effort. Since the solutions developed are of a preliminary nature and have not had the benefit of detailed design development work, the actual schedule  necessary to comply with the Mandatory Requirements set out in the Contract Documents may differ significantly from the sample preliminary project schedule.

C.   The Design-Builder shall be solely responsible for it's Ninety Day and Cost Loaded CPM Schedule, whether or not it was based in part on information provided on the sample preliminary schedule.

00315   CONSTRUCTION SEQUENCING

A.   The proposed phasing for the construction of the New York Avenue Station is complex.

B.   One suggested approach to phasing is described herein, and is illustrated in pages attached at the end of this Section 00300. Each page includes a brief description of the work to be performed in that phase accompanied by illustrations of the relevant track configuration.  The focus of the illustrations relates to the configuration of the track and ROW facilities, and work on the track system.  The Proposer must take into account corresponding systems work within each phase, including ATC and Traction Power work, in order to logically complete each phase before progressing to the next.

C.   One approach to phasing is as follows:

Preparation  -   Purchase materials, upgrade existing facilities, set-up access routes, and maintain track structure in sections where changes will take place.

Phase 0   -    Install surface trench.

Phase 1 -    Install sheet pile, shift curves, install double crossover (DXO), and install temporary turnouts.  (Will involve single track operation.)

Phase 2  -    Modify existing bridges; construct new station with control rooms.

Phase 3A -    Complete surface trench, systems and power preparation work.

Phase 3B -    Activate new DXO and build new station tracks.  Connect IB track with temporary turnouts.

Phase 3C  -    Connect OB track with temporary turnouts.  Remove IB temporary turnouts and connect new IB track.  (Will involve single track operation.)

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
|---|---|
| Design-Build Contract RFP C - 1B0035/JDC | Date: July 23 , 2001 |

## 00300 Information Available to Proposers

00301  NON-MANDATORY DOCUMENTS

The documents referenced in this section are non-mandatory in nature. The information contained in the documents is provided only as an aid for the proposer's preparation.

00310  SCHEDULES

A. A sample preliminary project schedule is included at the end of this Section 00300.

B. The sample preliminary schedule illustrates an approach to the Work based on a preliminary engineering level of effort. Since the solutions developed are of a preliminary nature and have not had the benefit of detailed design development work, the actual schedule necessary to comply with the Mandatory Requirements set out in the Contract Documents may differ significantly from the sample preliminary project schedule.

C. The Design-Builder shall be solely responsible for it's Ninety Day and Cost Loaded CPM Schedule, whether or not it was based in part on information provided on the sample preliminary schedule.

00315  CONSTRUCTION SEQUENCING

A. The proposed phasing for the construction of the New York Avenue Station is complex.

B. One suggested approach to phasing is described herein, and is illustrated in pages attached at the end of this Section 00300. Each page includes a brief description of the work to be performed in that phase accompanied by illustrations of the relevant track configuration. The focus of the illustrations relates to the configuration of the track and ROW facilities, and work on the track system. The Proposer must take into account corresponding systems work within each phase, including ATC and Traction Power work, in order to logically complete each phase before progressing to the next.

C. One approach to phasing is as follows:

Preparation - Purchase materials, upgrade existing facilities, set-up access routes, and maintain track structure in sections where changes take place.

Phase 0 - Install surface trench.

Phase 1 - Install sheet pile, shift curves, install double crossover (DXO), and install temporary turnouts. (Will involve single track operation.)

Phase 2 - Modify existing bridges; construct new station with control rooms.

Phase 3A - Complete surface trench, systems and power preparation work.

Phase 3B - Activate new DXO and build new station tracks. Connect IB track with temporary turnouts.

Phase 3C - Connect OB track with temporary turnouts. Remove IB temporary turnouts and connect new IB track. (Will involve single track operation.)

Washington Metropolitan Area Transit Authority                     Contract No.  1B0035
Design-Build Contract RFP  C - 1B0035/JDC                          Date: July 23 , 2001

Phase 3D · Remove temporary OB Turnouts, connect new OB track, and begin revenue service on new tracks. (Will involve single track operation.)

Complete Certification and Testing for all systems, power, dynamic, and clearances. Achieve ORD, then commence Revenue Operation through New York Avenue Station.

Phase 4 - Install Turnouts No. 5 and No. 7. (Will involve single track operation.)

Phase 5 - Install Turnouts No. 9 and No. 11 and remove existing DXO.

Phase 6 - Complete storage tracks. Complete Certification and Testing, and achieve Final Acceptance for all work.

## 00320   GEOTECHNICAL INFORMATION

A.   The geotechnical information provided is comprised of the following:

- Report No. 256, MRCE Series, Section B3e Glenmont Route, Geotechnical Data Report, June 28, 2001.

- Report No. 257, MRCE Series, Section B3e Glenmont Route, Geotechnical Engineering Report, June 28, 2001.

B.   The Design-Builder shall conduct its own additional detailed geotechnical investigations, if and as necessary, as a basis for it's design.

## 00330   EXISTING CONDITIONS

Existing site conditions are shown in the Drawings. The information is not guaranteed to be complete and is provided as information only as an aid for the proposers' preparation of their Technical Proposals. The proposers are encouraged to attend the scheduled site visit as specified in Section 00250, Pre-Proposal Meetings. The proposer shall conduct its own additional detailed site surveys if and as necessary as a basis for it's design.

## 00335   NON-MANDATORY DRAWINGS

A   The non-mandatory drawings provided include the following:

- Book A, Non-Mandatory Civil, Structural, Architectural, Mechanical, and Electrical Drawings;

- Book B, Non-Mandatory Train Control;

- Book C, Non-Mandatory Communications Drawings;

- Book D, Non-Mandatory WMATA Design Drawings.

B.   The non-mandatory drawings illustrate an approach to the Work based on a preliminary engineering level of effort. Since the solutions developed are of a preliminary nature and have not had the benefit of detailed design development work, the final designs necessary to comply with the Mandatory Requirements set out in the Contract Documents may differ significantly

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
| Design-Build Contract RFP  C - 1B0035/JDC | Date: July 23 , 2001 |

Phase 3D -    Remove temporary OB Turnouts, connect new OB track, and begin revenue service on new tracks. (Will involve single track operation.)

Complete Certification and Testing for all systems, power, dynamic, and clearances.  Achieve ORD, then commence Revenue Operation through New York Avenue Station.

Phase 4 -    Install Turnouts No. 5 and No. 7. (Will involve single track operation.)

Phase 5 -    Install Turnouts No. 9 and No. 11 and remove existing DXO.

Phase 6 -    Complete storage tracks.  Complete Certification and Testing, and achieve Final Acceptance for all work.

00320  GEOTECHNICAL INFORMATION



A.    The geotechnical information provided is comprised of the following:

- Report No. 256, MRCE Series, Section B3e Glenmont Route, Geotechnical Data Report, June 28, 2001.

- Report No. 257, MRCE Series, Section B3e Glenmont Route, Geotechnical Engineering Report, June 28, 2001.

B.    The Design-Builder shall conduct its own additional detailed geotechnical investigations, if and as necessary, as a basis for it's design.

00330   EXISTING CONDITIONS

Existing site conditions are shown in the Drawings.  The information is not guaranteed to be complete and is provided as information only as an aid for the proposers' preparation of their Technical Proposals. The proposers are encouraged to attend the scheduled site visit as specified in Section 00250, Pre-Proposal Meetings.  The proposer shall conduct its own additional detailed site surveys and as necessary as a basis for it's design.

00335   NON-MANDATORY DRAWINGS

A.    The non-mandatory drawings provided include the following:

- Book A, Non-Mandatory Civil, Structural, Architectural, Mechanical, and Electrical Drawings;

- Book B, Non-Mandatory Traction Power Drawings;

- Book C, Non-Mandatory Train Control;

- Book D, Non-Mandatory Communications Drawings;

- Book E, Non-Mandatory WMATA Design Drawings.

B.    The non-mandatory drawings illustrate an approach to the Work based on a preliminary engineering level of effort. Since the solutions developed are of a preliminary nature and have not had the benefit of detailed design development work, the final designs necessary to comply with the Mandatory Requirements set out in the Contract Documents may differ significantly

SUPERSEDED

Washington Metropolitan Area Transit Authority    Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC    Date: July 23 , 2001

from the preliminary designs shown on the non-mandatory drawings.

C.  The Design-Builder shall be solely responsible for it's design, whether or not it was based in part on information provided on non-mandatory drawings.

00340  ENVIRONMENTAL INFORMATION

A.  An Environmental Assessment (EA) and Section 4(f) evaluation was issued in October 2000 for the New York Avenue Metrorail Station.

B.  A copy of the EA is not included as part of this Request for Proposals Package, but may be obtained independently by Proposers.

00350  PROJECT FINANCIAL INFORMATION

Not Used.

00360  PERMIT INFORMATION

Not Used.

END OF SECTION

Washington Metropolitan Area Transit Authority　　　　Contract No. 1B0035
Design-Build Contract RFP C - 1B0035/JDC　　　　　　　Date: July 23 , 2001

## 00400 PROPOSAL FORMS AND SUPPLEMENTS

00410  PROPOSAL FORM

DATE OF REQUEST:　　　　*JULY 23 , 2001*

PROJECT:　　　　　　　　*GLENMONT ROUTE*
　　　　　　　　　　　　*NEW YORK AVENUE STATION*
　　　　　　　　　　　　*WASHINGTON, D.C.*

CONTRACT NO:　　　　　　*1B0035*

**TECHNICAL AND PRICE PROPOSALS** containing information requested herein shall be submitted by the Proposer so as to be received before 3:00 PM on October 3, 2001 at the Washington Metropolitan Area ## Transit Authority, Office of Procurement, Room 3C-02, 600 Fifth Street, N.W., Washington, D.C. 20001

In response to your Request For Proposal for the above referenced Contract, the undersigned hereby proposes to furnish all labor, equipment and materials and perform all work to design and construct the Project in strict accordance with the Contract requirements for the consideration of the amount proposed on the Price Schedule.

If awarded the Contract within the Proposal Acceptance Period, the undersigned agrees to execute the Design-Build Contract within 10 calendar days and to furnish, if required, performance and payment bonds on standard Authority forms with good and sufficient surety or sureties.

If the Contract is executed, the undersigned further agrees to commence the work within 10 calendar days after the receipt of Notice to Proceed and to complete the work within the time specified in the Contract.

The undersigned acknowledges receipt of the following amendments to the **Request for Proposal No. RFP C-1B0035/JDC** (give number and date of each):

　　Amendment Number __ dated _____;
　　Amendment Number __ dated _____;
　　Amendment Number __ dated _____;
　　Amendment Number __ dated _____;

Note:  Failure to acknowledge receipt of all amendments may cause the proposal to be considered not responsive to the request, which would require rejection of the proposal as unacceptable.

PROPOSER:

_____　　By_____
　　　　Firm Name

_____　　_____
　　　　Address　　　　　　　　　　　　Printed name

_____　　_____
　　　　Zip Code　　　　　　　　　　　　Title

_____
Telephone

_____　　_____
Representative Authorized　　　　Alternate Authorized Representative
To Act on Proposer's Behalf

**Proposal Form**
**Page 1 of 2**

## DIRECTIONS FOR SUBMITTING OFFER

Revised AM 3
Revised AM 2
Revised AM 1

**Washington Metropolitan Area Transit Authority**
**Design-Build Contract RFP  C - 1B0035/JDC**

**Contract No.  1B0035**
**Date: July 23 , 2001**

## 00400  PROPOSAL FORMS AND SUPPLEMENTS

00410  PROPOSAL FORM

DATE OF REQUEST:        *JULY 23 , 2001*

PROJECT:            *GLENMONT ROUTE*
                *NEW YORK AVENUE STATION*
                *WASHINGTON, D.C.*

CONTRACT NO:          *1B0035*

**TECHNICAL AND PRICE PROPOSALS** containing information requested herein shall be submitted by the Proposer so as to be received before 10:00 AM on October 3, 2001 at the Washington Metropolitan Area Transit Authority, Office of Procurement, Room 3C-02, 600 Fifth Street, N.W., Washington, D.C. 20001.##

In response to your Request For Proposal for the above referenced Contract, the undersigned hereby proposes to furnish all labor, equipment and materials and perform all work to design and construct the Project in strict accordance with the Contract requirements for the consideration of the amount proposed on the Price Schedule.

If awarded the Contract within the Proposal Acceptance Period, the undersigned agrees to execute the Design-Build Contract within 10 calendar days and to furnish, if required, performance and payment bonds on standard Authority forms with good and sufficient surety or sureties.

If the Contract is executed, the undersigned further agrees to commence the work within 10 calendar days after the receipt of Notice to Proceed and to complete the work within the time specified in the Contract.

The undersigned acknowledges receipt of the following amendments to the **Request for Proposal No. RFP C-1B0035/JDC**  (give number and date of each):

    Amendment Number __ dated _____
    Amendment Number __ dated _____
    Amendment Number __ dated _____
    Amendment Number __ dated _____

Note:  Failure to acknowledge receipt of all amendments may cause the proposal to be considered not responsive to the request, which would require rejection of the proposal as unacceptable.

**SUPERSEDED**

PROPOSER:

Firm Name _____    By_____

Address _____    Printed name _____

Zip Code _____    Title _____

Telephone _____

**SUPERSEDED**

Representative Authorized         Alternate Authorized Representative
To Act on Proposer's Behalf

**Proposal Form**
**Page 1 of 2**

DIRECTIONS FOR SUBMITTING OFFER

Washington Metropolitan Area Transit Authority      Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC      Date: July 23 , 2001

## 00400  PROPOSAL FORMS AND SUPPLEMENTS

00410  PROPOSAL FORM

DATE OF REQUEST:      *JULY 23 , 2001*

PROJECT:      *GLENMONT ROUTE*
*NEW YORK AVENUE STATION*
*WASHINGTON, D.C.*

CONTRACT NO:      *1B0035*

**TECHNICAL AND PRICE PROPOSALS** containing information requested herein shall be submitted by the Proposer so as to be received before 10:00AM on September 10, 2001 at the Washington Metropolitan Area Transit Authority, Office of Procurement, Room 3C-02, 600 Fifth Street, N.W., Washington, D.C. 20001.

In response to your Request For Proposal for the above referenced Contract, the undersigned hereby proposes to furnish all labor, equipment and materials and perform all work to design and construct the Project in strict accordance with the Contract requirements for the consideration of the amount proposed on the Price Schedule.

If awarded the Contract within the Proposal Acceptance Period, the undersigned agrees to execute the Design-Build Contract within 10 calendar days and to furnish, if required, performance and payment bonds on standard Authority forms with good and sufficient surety or sureties.

If the Contract is executed, the undersigned further agrees to commence the work within 10 calendar days after the receipt of Notice to Proceed and to complete the work within the time specified in the Contract.

The undersigned acknowledges receipt of the following amendments to the **Request for Proposal No. RFP C-1B0035/JDC** (give number and date of each):

SUPERSEDED

     Amendment Number __, dated _____.
     Amendment Number __, dated _____.
     Amendment Number __, dated _____.
     Amendment Number __, dated _____.

Note:  Failure to acknowledge receipt of all amendments may cause the proposal to be considered not responsive to the request, which would require rejection of the proposal as unacceptable.

PROPOSER:

_____    By_____
     Firm Name

_____    _____
     Address                              Printed name

_____    _____
     Zip Code                               Title

_____
Telephone                                          SUPERSEDED

_____    _____
Representative Authorized            Alternate Authorized Representative
To Act on Proposer's Behalf

Proposal Form
Page 1 of 2

| | |
|---|---|
| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
| Design-Build Contract RFP  C - 1B0035/JDC | Date: July 23 , 2001 |

## 00400  PROPOSAL FORMS AND SUPPLEMENTS

00410  PROPOSAL FORM

DATE OF REQUEST:        *JULY 23 , 2001*

PROJECT:               *GLENMONT ROUTE*
                       *NEW YORK AVENUE STATION*
                       *WASHINGTON, D.C.*

CONTRACT NO:           *1B0035*

**TECHNICAL AND PRICE PROPOSALS** containing information requested herein shall be submitted by the Proposer so as to be received before 3:00 PM on September 07, 2001 at the Washington Metropolitan Area Transit Authority, Office of Procurement, Room 3C-02, 600 Fifth Street, N.W., Washington, D.C. 20001.

In response to your Request For Proposal for the above referenced Contract, the undersigned hereby proposes to furnish all labor, equipment and materials and perform all work to design and construct the Project in strict accordance with the Contract requirements for the consideration of the amount proposed on the Price Schedule.

If awarded the Contract within the Proposal Acceptance Period, the undersigned agrees to execute the Design-Build Contract within 10 calendar days and to furnish, if required, performance and payment bonds on standard Authority forms with good and sufficient surety or sureties.

If the Contract is executed, the undersigned further agrees to commence the work within 10 calendar days after the receipt of Notice to Proceed and to complete the work within the time specified in the Contract.

The undersigned acknowledges receipt of the following amendments to the **Request for Proposal No. RFP C-1B0035/JDC** (give number and date of each):

    Amendment Number ___, dated _____.
    Amendment Number ___, dated _____.
    Amendment Number ___, dated _____.
    Amendment Number ___, dated _____.

Note:  Failure to acknowledge receipt of all amendments may cause the proposal to be considered not responsive to the request, which would require rejection of the proposal as unacceptable.

PROPOSER:

_____     By_____
        Firm Name

_____        _____
        Address                                 Printed name

_____        _____
        Zip Code                                Title

_____
Telephone

_____        _____
Representative Authorized               Alternate Authorized Representative
To Act on Proposer's Behalf

**Proposal Form**
**Page 1 of 2**

| Washington Metropolitan Area Transit Authority<br>Design-Build Contract RFP  C - 1B0035/JDC | Contract No.  1B0035<br>Date: July 23 , 2001 |
|---|---|

1.  Read and comply with the Solicitation Instructions.  This form is to be submitted with your proposal forms.

2.  Envelopes containing Proposals, guarantees and related required documents must be sealed, marked, and addressed as follows:

WASHINGTON METROPOLITAN AREA

TRANSIT AUTHORITY

ROOM 3C-02


OFFER UNDER RFP C-1B0035/JDC


OFFICE OF PROCUREMENT

600 FIFTH STREET, N.W.

WASHINGTON, D.C.

# PROPOSALS SHALL BE TIMELY MAILED OR HAND DELIVERED TO REACH WMATA BEFORE 3:00 PM (LOCAL TIME) ON DAY OF PROPOSAL CLOSING.


**Proposal Form**
**Page 2 of 2**

**Washington Metropolitan Area Transit Authority**
**Design-Build Contract RFP  C - 1B0035/JDC**

**Contract No.  1B0035**
**Date: July 23 , 2001**

1.  Read and comply with the Solicitation Instructions.  This form is to be submitted with your proposal forms.

2.  Envelopes containing Proposals, guarantees and related required documents must be sealed, marked, and addressed as follows:

WASHINGTON METROPOLITAN AREA

TRANSIT AUTHORITY

ROOM 3C-02


OFFER UNDER RFP C-1B0035/JDC     


OFFICE OF PROCUREMENT

600 FIFTH STREET, N.W.

WASHINGTON, D.C.

**PROPOSALS SHALL BE TIMELY MAILED OR HAND DELIVERED TO REACH WMATA BEFORE 10:00 AM (LOCAL TIME) ON DAY OF PROPOSAL CLOSING.**     #

**Proposal Form**
**Page 2 of 2**

Washington Metropolitan Area Transit Authority    Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC    Date: July 23 , 2001

## DIRECTIONS FOR SUBMITTING OFFER

1.  Read and comply with the Solicitation Instructions. This form is to be submitted with your proposal forms.

2.  Envelopes containing Proposals, guarantees and related required documents must be sealed, marked, and addressed as follows:



WASHINGTON METROPOLITAN AREA

TRANSIT AUTHORITY

ROOM 3C-02


OFFER UNDER RFP C-1B0035/JDC



OFFICE OF PROCUREMENT

600 FIFTH STREET, N.W.

WASHINGTON, D.C.


**PROPOSALS SHALL BE TIMELY MAILED OR HAND DELIVERED TO REACH WMATA BEFORE 3:00**

**PM (LOCAL TIME) ON DAY OF PROPOSAL CLOSING.**



Proposal Form
Page 2 of 2

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
|---|---|
| Design-Build Contract RFP  C - 1B0035/JDC | Date: July 23 , 2001 |

00411  PROPOSAL DATA FORM

DATE OF REQUEST:          *JULY 23 , 2001*

PROJECT:                         *GLENMONT ROUTE*
                                      *NEW YORK AVENUE STATION*
                                      *WASHINGTON, D.C.*

CONTRACT NO:               *1B0035*

1.   Name of Firm:      _____

                             _____

2.   Legal Address:      _____

                             _____

3.   [ ] Individual  [ ] Partnership  [ ] Corporation  [ ] Joint Venture

4.   Date Organized _____.
      State in which incorporated _____.

5.   Names and Addresses of Officers or Partners:

      a. _____

      b. _____

      c. _____

      d. _____

      e. _____

      f. _____

6.   How long has your firm been in business under its present name? _____

7.   Attach as SCHEDULE 7 a list of current contracts, each with contract amount, owner, architect-engineer, character or type of work and percentage of completion.  Also, include those projects on which you are apparent low bidder, but for which you have not received an award of contract.

8.   Attach as SCHEDULE 8 a list of contracts, each with contract amount, owner, architect-engineer and character or type of work, for contracts completed in the last five years.

9.   What is the estimated work placement value required per year to complete the work described in SCHEDULE 7.

      2001:_____    2002:_____    2003:_____    2004:_____

**Proposal Data Form**
**Page 1 of 2**

Washington Metropolitan Area Transit Authority          Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC               Date: July 23 , 2001

10. Have you ever been denied an award on which you were low bidder? _____
    If the answer is YES, attach as SCHEDULE 10 the full particulars regarding each occurrence.

11. Have you ever failed to complete any contract, other than current, on which you were the low bidder?
    _____
    If the answer is YES, attach as SCHEDULE 11, the full particulars regarding each occurrence.

12. Have you ever been assessed liquidated damages or actual damages for late completion within the last
    five years? _____
    If the answer is YES, attach as SCHEDULE 12 the full particulars regarding each occurrence.

13. Financial resources available as working capital for this Contract:

    a.  Cash on hand: $_____      Date: _____

    b.  Sources of credit: _____

14. Attach as SCHEDULE 14 certified financial statements and letters from banks regarding credit as
    required    by the General-Proposers Qualifications and Pre-Award Information and the Proposal General
    Requirements and Evaluation Factors Articles of this Contract.

15. Attach as SCHEDULE 15 the construction experience of each officer and principal individual of your
    organization; include present position, years of construction experience, magnitude and type of work
    and in what capacity.

16. What percentage of the work (contract amount) do you intend performing with your own personnel?
    _____%

17. Attach as SCHEDULE 17 a list of all principal subcontractors and the percentage and character of work
    (contract amount) which each will perform.  Principal items of work shall include, but not be limited to,
    those items listed in the General - Proposers Qualifications and Pre-Award Information and the
    Proposal General Requirements and Evaluation Factors Articles of this Contract.

18. Attach as exhibits completed Proposal Data Forms for each of the subcontractors listed in SCHEDULE
    17 above.

19. If the Design-Builder or subcontractor is a joint venture, submit Proposal Data Forms for each member
    of the joint venture.

    The above information is confidential and will not be divulged to any unauthorized person or persons.

    **The signatory of this questionnaire certifies to the truth and accuracy of all statements,
    answers and attachments.**

    FOR:  _____        Duns Number_____
              (Name of Firm)


    SIGNATURE: _____


    TITLE: _____


    DATED: _____


    LOCATION: _____

**Proposal Data Form**
**Page 2 of 2**

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
|---|---|
| Design-Build Contract RFP  C - 1B0035/JDC | Date: July 23 , 2001 |

00412  PRICE PROPOSAL

A.  DESCRIPTION OF WORK:

The Design-Builder shall design and build the New York Avenue Infill Station Contract at the location set forth in Section 01110, Summary of Work of this solicitation, and in accordance with the Technical and Price Proposals as finally accepted by the Authority.  The Design-Builder shall design and construct the facility in strict accordance and in full compliance with the terms and conditions of the Contract.

B.  BASE PROPOSAL PRICE:

| ITEM | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 1. | All Work | Lump Sum | $_____.____ |

NOTES:

1.  The contract will be awarded for the Total Base Proposal Price shown above, plus allowances to cover:
    - The Authority share of Partnering costs:  $20,000.00;
    - And the Safety Awareness program costs estimated at 1.00%.

2.  The Design Builder's share of the Partnering costs, plus all other costs and profits of any description, are to be included in the single Lump Sum Price item listed.

**Page 1 of 1**

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
|---|---|
| Design-Build Contract RFP  C - 1B0035/JDC | Date: July 23 , 2001 |

00414  COMPLIANCE / EXCEPTION INFORMATION

Indicate whether the proposal submitted is intended to fully comply with the Mandatory Requirements of this Request for Proposals, or if certain exceptions are taken. If exceptions are taken, the proposer shall clearly identify any exception to the requirements, terms, or conditions of any part of this RFP. Each exception must be specifically related to the particular part of the RFP to which the exception is taken. The proposer must support and explain the reason for any exceptions taken and explain the impact, if any, on the RFP requirements and state the necessity for or advantage of the exception.

Check one statement below. If exceptions are taken, explain the exceptions per the following instructions.

[ ] The proposer certifies that its proposal is intended to comply fully with all Mandatory Requirements.

[ ] The proposer certifies that its proposal is intended to comply fully with all Mandatory Requirements  except as noted below (add additional sheets if necessary):

**Page 1 of 1**

Washington Metropolitan Area Transit Authority    Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC    Date: July 23 , 2001

00431   PROPOSAL SECURITY (PROPOSAL BOND PROGRAM)

---

**PROPOSAL BOND  PAGE 1**

Request for Proposal No.:    Proposal Closing Date:

Penal Sum of Bond:    % of Offered Price or Amount, $:

Date Bond Executed:

KNOW ALL MEN BY THESE PRESENTS, that we, the Principal and Surety(ies) hereto, are firmly bound to the Washington Metropolitan Area Transit Authority in the above penal sum for the payment of which we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally: provided, that, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us, and for all other purposes each Surety binds itself, jointly and severally with the Principal, for the payment of such sum only as set forth opposite the name of such Surety, but if no limit of liability is indicated, the limit of liability shall be the full amount of the penal sum.

THE CONDITION OF THIS OBLIGATION IS SUCH, that whereas the Principal has submitted the proposal identified above:

NOW, THEREFORE, if the Principal, upon acceptance by the Authority of his proposal identified above, within the period specified therein for acceptance (sixty [60] days if no period is specified), shall execute such further contractual documents, if any, and give such bond(s) as may be required by the terms of the proposal as accepted within the time specified (ten [10] days if no period is specified) after receipt of the forms by him, or in the event of failure so to execute such further contractual documents and give such bonds, if the Principal shall pay the Authority for any cost of procuring the work which exceeds the amount of his proposal, then the above obligation shall be void and of no effect.

Each Surety executing this instrument hereby agrees that its obligation shall not be impaired by any extension(s) of the time for acceptance of the proposal that the Principal may grant to the Authority notice of which extension(s) to the Surety(ies) being hereby waived provided that such waiver shall apply only with respect to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the proposal.

**Principal(s)**

---

1.  Firm Name
    and Address:                                      Corporate Seal

    Signature: _____

    Name and Title: _____    State of Inc.:

---

2.  Firm Name
    and Address:                                      Corporate Seal

    Signature: _____

    Name and Title: _____    State of Inc.:

---

3.  Firm Name
    and Address:                                      Corporate Seal

    Signature: _____

    Name and Title: _____    State of Inc.:

---

**Page 1 of 2**

Washington Metropolitan Area Transit Authority                 Contract No.  1B0035
Design-Build Contract RFP  C - 1B0035/JDC                      Date: July 23 , 2001

| Corporate Surety(ies) | | | |
|---|---|---|---|
| Surety<br><br>A | Surety Name<br>and Address:<br>Signature: _____<br>Name and<br>Title: | Liability Limit<br>$<br><br>State of Inc.: | (Seal) |
| Surety<br><br>B | Surety Name<br>and Address:<br>Signature: _____<br>Name and<br>Title: | Liability Limit<br>$<br><br>State of Inc.: | (Seal) |
| Surety<br><br>C | Surety Name<br>and Address:<br>Signature: _____<br>Name and<br>Title: | Liability Limit<br>$<br><br>State of Inc.: | (Seal) |

Attach additional pages as needed.

### Instructions

1.   This form is authorized for use whenever a proposal guaranty is required in connection with design-build work.

2.   The full legal name and business address of the Principal shall be inserted in the space designated "Principal" on the face of this form.  The bond shall be signed by an authorized person.  Where such person is signing in a representative capacity (e.g., an attorney-in-fact), but is not a member of the firm, partnership or joint venture, or an officer of the corporation involved, evidence of his authority must be furnished.

3.   The penal sum of the bond may be expressed as a percentage of the proposal price (e.g., 5% of the proposal price) if desired or may be expressed in dollars and cents.

4.   Corporation executing the bond as sureties must be among those appearing on the Treasury Department's list of approved sureties and must be acting within the limitations set forth therein. Where more than a single corporate surety is involved, their names and addresses (city and State) shall be inserted in the spaces (Surety A, Surety B, etc.) headed "Corporate Surety(ies)".

5.   Corporations executing the bond shall affix their corporate seals.

6.   The name of each person signing this proposal bond should be typed in the space provided.

Page 2 of 2

00432  WAGE RATES

Refer to Appendix D - Wage Determination Rates, included in this Section 00400.


END OF SECTION

## 00450 REPRESENTATIONS AND CERTIFICATIONS

00451   DISADVANTAGED BUSINESS ENTERPRISE



END OF SECTION

Case 1:05-cv-01289-RCL    Document 9-3    Filed 08/23/2005    Page 91 of 229

00455   REPRESENTATIONS AND CERTIFICATIONS

The offeror represents as part of its offer that:

A.  TYPE OF BUSINESS ORGANIZATION

It operates as [  ] an individual, [  ], a partnership, [  ] a joint venture,  [  ] a nonprofit organization, or [  ] a corporation incorporated under the laws of the State of

_____

B.  DISADVANTAGED BUSINESS ENTERPRISE:

It is [  ], is not [  ], a disadvantaged business enterprise.

"Disadvantaged Business Enterprise" means a small business concern (as defined by 49 CFR Part 23.62 as amended), (1) which is at least 51% owned by one or more socially and economically disadvantaged individuals, or in the case of any publicly owned business, at least 51% of the stock is owned by one or more socially and economically disadvantaged individuals, and (2) whose management and daily business operations are controlled by one or more socially and economically disadvantaged individuals who own it.

"Socially and Economically Disadvantaged Individuals" means those individuals who are citizens of the United States (or lawfully admitted permanent residents) who are women, Black Americans, Hispanic Americans, Native Americans, Asian-Pacific Americans, or Asian-Indian Americans and any other minorities or individuals found to be disadvantaged by the Small Business Administration pursuant to section 8(a) of the Small Business Act.

C.  PARENT COMPANY AND EMPLOYER IDENTIFICATION NUMBER:

a.  The proposer represents that it [  ] is, [  ] is not owned or controlled by a parent company. For this purpose a parent company is defined as one which either owns or controls the activities and basic business policies of the proposer.  To own another company means the parent company must own at least a majority, i.e., more than 50 percent, of the voting rights in that company.  To control another company, such ownership is not required; if another company is able to formulate, determine or veto basic business policy decisions of the proposer, such other company is considered the parent of the proposer.  This control may be exercised through the use of dominant minority voting rights, use of proxy voting, contractual arrangements or otherwise.

b.  If the proposer is owned or controlled by a parent company, insert in the space below the name and address of the main office of the parent company:

_____          _____
         Name                              Address

c.  If the proposer has no parent company, he shall provide in the applicable space below his own Employer's Identification Number (E.I. No.), i.e., Federal Social Security Identification Number used on Federal Tax Returns or, if he has a parent company, the E.I. No. of his parent company:

Proposer's E.I. Number:          _____

Parent Company's E.I. Number:    _____

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
|---|---|
| Design-Build Contract RFP  C - 1B0035/JDC | Date: July 23 , 2001 |

00455  REPRESENTATIONS AND CERTIFICATIONS

The offerer represents as part of its offer that:

A.   TYPE OF BUSINESS ORGANIZATION

It operates as [ ] an individual, [ ], a partnership, [ ] a joint venture, [ ] a nonprofit organization, or [ ] a corporation incorporated under the laws of the State of
_____

B.   DISADVANTAGED BUSINESS ENTERPRISE:

It is [ ], is not [ ], a disadvantaged business enterprise.

"Disadvantaged Business Enterprise" means a small business concern (as defined by 49 CFR Part 23.62 as amended), (1) which is at least 51% owned by one or more socially and economically disadvantaged individuals, or in the case of any publicly owned business, at least 51% of the stock is owned by one or more socially and economically disadvantaged individuals, and (2) whose management and daily business operations are controlled by one or more socially and economically disadvantaged individuals who own it.

"Socially and Economically Disadvantaged Individuals" means those individuals who are citizens of the United States (or lawfully admitted permanent residents) who are women, Black Americans, Hispanic Americans, Native Americans, Asian-Pacific Americans, or Asian-Indian Americans and any other minorities or individuals found to be disadvantaged by the Small Business Administration pursuant to section 8(a) of the Small Business Act.

C.   PARENT COMPANY AND EMPLOYER IDENTIFICATION NUMBER:

a.   The proposer represents the it [ ] is, [ ] is not owned or controlled by a parent company. For this purpose a parent company is defined as one which either owns or controls the activities and basic business policies of the proposer.  To own another company means the parent company must own at least a majority, i.e., more than 50 percent of the voting rights in that company.  To control another company, such ownership is not required; if another company is able to formulate, determine or veto basic business policy decisions of the proposer, such other company is considered the parent of the proposer.  This control may be exercised through the use of dominant minority voting rights, use of proxy voting, contractual arrangements or otherwise.

b.   If the proposer is owned or controlled by a parent company, insert in the space below the name and address of the main office of the parent company:

_____        _____
         Name                                         Address

c.   If the proposer has no parent company, he shall provide in the applicable space below his own Employer's Identification Number (E.I. No.), i.e., Federal Social Security Identification Number used on Federal Tax Returns or, if he has a parent company, the E.I. No. of his parent company:

Proposer's E.I. Number:        _____

Parent Company's E.I. Number:        _____

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
|---|---|
| Design-Build Contract RFP C - 1B0035/JDC | Date: July 23 , 2001 |

D.  NONDISCRIMINATION CLAUSE:

    a.  The proposer represents that it [ ] has, [ ] has not participated in a previous contract or subcontract subject to either the Nondiscrimination in Employment clause herein or the clause originally contained in Executive Order 10925, Section 301. that he [ ] has, [ ] has not filed all required compliance reports; and that representations indicating submittal of required compliance reports signed by proposed subcontractors will be obtained prior to subcontract awards.

    b.  The above representation need not be submitted in connection with contracts or subcontracts which are exempt from the clause.

E.  CERTIFICATION OF NONCOLLUSION:

    a.  By the submittal of this proposal. the proposer certifies that:

        1.  The price in this proposal has been independently arrived at without collusion with any other proposer or with any other competitor;

        2.  Unless otherwise required by law, the price in this proposal has not been knowingly disclosed and will not be knowingly disclosed prior to opening, in the case of a bid, or prior to award, in the case of a proposal, directly or indirectly, to any other proposer or to any competitor; and

        3.  No attempt has been made or will be made to induce any other person or firm to submit or not to submit a bid or proposal.

    b.  The person signing this bid or proposal certifies that he has fully informed himself regarding the accuracy of the statements contained in this certification.

    c.  A bid or proposal will not be considered for award where a.(1), a.(3) or b. above has been deleted or modified.  Where a.(2) above has been deleted or modified, the bid or proposal will not be considered for award unless the proposer furnishes with the bid or proposal a signed statement which sets forth in detail the circumstances of the disclosure and the head of the agency, or his designee, determines that the disclosure was not made with collusive intent.

F.  CERTIFICATION OF NONSEGREGATED FACILITIES:

    a.  By the submittal of this offer, the bidder, proposer, applicant or subcontractor certifies that it does not maintain or provide for his employees any segregated facilities at any of his establishments and that he does not permit his employees to perform their services at any location, under his control, where segregated facilities are maintained.

    b.  It certifies further that he will not maintain or provide for his employees any segregated facilities at any of his establishments and that he will not permit his employees to perform their services at any location, under his control, where segregated facilities are maintained.

    c.  The bidder, proposer, applicant or subcontractor agrees that a breach of this certification is a violation of the Equal Opportunity clause of this Contract.

    d.  As used in this certification, the term "segregated facilities" means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains,

Washington Metropolitan Area Transit Authority                Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC                      Date: July 23 , 2001

recreation or entertainment areas, transportation, and housing facilities provided for
employees which are segregated by explicit directive or are in fact segregated on the basis
of race, creed, color or national origin because of habit, local custom or otherwise.

e.   It further agrees that (except where he has obtained identical certifications from proposed
     subcontractors for specific time periods) he will obtain identical certifications from proposed
     subcontractors prior to award of subcontracts exceeding $10,000 which are not exempt
     from the provisions of the Equal Opportunity clause; that he will retain such certifications in
     his files; and that he will forward the following notice to such proposed subcontractors
     (except where the proposed subcontractors have submitted identical certifications for
     specific time periods):

                        Notice to Prospective Subcontractors of Requirements for
                               Certifications of Nonsegregated Facilities

     Certification of Nonsegregated Facilities must be submitted prior to award of a subcontract
     exceeding $10,000 which is not exempt from the provisions of the Equal Opportunity
     clause.  The certification may be submitted either for such subcontract or for all
     subcontracts during a period, i.e., quarterly, semiannually or annually.

G.   CERTIFICATION OF AFFIRMATIVE ACTION PROGRAM:                        

     a.   By submittal of this proposal, the proposer certifies that he will participate in the Affirmative
          Action Program required by the AFFIRMATIVE ACTION PROGRAM Article of this
          Contract.

H.   CERTIFICATION OF NAMING CERTAIN SUBCONTRACTORS:

     a.   By submittal of this proposal, the proposer certifies that he will comply with the provisions
          concerning approval of certain subcontractors as set forth in the GENERAL -
          PROPOSER'S QUALIFICATIONS AND PRE-AWARD INFORMATION and the PROPOSAL
          GENERAL REQUIREMENTS AND EVALUATION FACTORS Articles of this Contract.

I.   CERTIFICATION OF REVIEW OF DATA AVAILABLE:

     a.   By submittal of this proposal, the proposer certifies that he has examined, or caused to be
          examined, all of the information and data listed in the AUTHORITY-FURNISHED
          DOCUMENTS Article of this Contract and has satisfied himself as to their contents for the
          work under this Contract.

J.   GOVERNMENT-WIDE DEBARMENT AND SUSPENSION (NONPROCUREMENT):

     Certification Regarding Debarment, Suspension, and Other Responsibility Matters -Lower Tier
     Covered Transactions (Third Party Contracts over $100,000)

     a.   Instruction for Certification:

          1.   By signing and submitting this proposal, the prospective proposer is providing the
               signed certification set out below.

          2.   The certification in this clause is a material representation of fact upon which reliance
               was placed when this transaction was entered into.  If it is later determined that the
               prospective proposer knowingly rendered an erroneous certification, in addition to other
               remedies available to the Federal Government, WMATA may pursue available

Washington Metropolitan Area Transit Authority  
Design-Build Contract RFP  C - 1B0035/JDC

Contract No. 1B0035  
Date: July 23 , 2001

remedies, including suspension and/or debarment.

3. The prospective proposer shall provide immediate written notice to WMATA if at any time a prospective subcontractor (at any tier) learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

4. The terms "covered transaction", "debarred", "suspended", "ineligible", "lower tier covered transaction", "participant", "person", "principal", "bid", "proposal", and "voluntarily excluded", as used in this clause, have the meanings set out in the Definitions and Coverage sections of rules implementing Executive Order 12549 [49 CFR Part 29]. You may contact the Contracting Officer for assistance in obtain a copy of those regulations.

5. The proposer agrees by submitting this proposal that, should the contract be entered into, it shall not knowingly enter into any subcontract (at any tier) with a firm which is debarred, suspended, declared ineligible, or voluntarily excluded, unless authorized in writing by the Contracting Officer.

6. The proposer further agrees by submitting this proposal that it will include the clause titled "Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion - Lower Tier Covered Transaction", without modification, in all subcontracts and solicitations for subcontracts anticipated to exceed $100,000 in value.

7. A prime contractor may rely upon a certification of a subcontractor that it is not debarred, suspended, ineligible, or voluntarily excluded for the contracting, unless it knows that the certification is erroneous. A prime contractor may decide the method and frequency by which it determines the eligibility of its principals. Each prime contractor may, but is not required to, check the Nonprocurement List issued by the U.S. General Service Administration.

8. Nothing contained in the foregoing shall be construed to require establishment of system of records in order to render in good faith the certification required by this clause. The knowledge and information of a participant is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

9. Except for transactions authorized under Paragraph (5) of these instructions, if a prime contractor under a WMATA contract knowingly enters into a subcontract (at any tier) with a firm which is suspended, debarred, ineligible, or voluntarily excluded from contracting, in addition to all remedies available to the Federal Government, WMATA may pursue available remedies including suspension and/or debarment.

b. "Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion - Lower Tier Covered Transaction":

1. The prospective proposer certifies, by submission of this proposal that neither it nor its "principals" (as defined at 49 C.F.R.- ¶ 29.105) is presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from participation in this transaction by any Federal department or agency.

2. When the prospective proposer is unable to certify to the statements in this certification, such prospective proposer shall attach an explanation to this proposal.

K.  NOT USED

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
|---|---|
| Design-Build Contract RFP  C - 1B0035/JDC | Date: July 23 , 2001 |

L.  CLEAN AIR AND WATER ACTS

[Applicable if the offer exceeds $100,000, or the Contracting Officer believes that orders under an indefinite contract in any year will exceed $100,000, or a facility to be used has been the subject of a conviction under the Clean Air Act (42 U.S.C. 7413(c)(1)) or the Water Act (33 U.S.C. 1319(c)) and is listed by the Environmental Protection Agency (EPA) as a violating facility, and the acquisition is not otherwise exempt ]:

The Proposer certifies that-

1.  Any facility to be used in the performance of this proposed Contract is [ ] is not [ ] listed on the Environmental Protection Agency List of Violating Facilities;

2.  The Proposer will immediately notify the Contracting Officer, before award, of the receipt of any communication from the Administrator, or a designee, of the Environmental Protection Agency, indicating that any facility that the Proposer proposes to use for the performance of the Contract is under consideration to be listed on the EPA List of Violating Facilities; and

3   The Proposer will include a certification substantially the same as this certification, including this paragraph 3, in every nonexempt subcontract.

M.  BUY AMERICA CERTIFICATE:

The Design-Builder agrees to comply with 49 U.S.C. 5323(j) and 49 CFR Part 661, which provide that Federal funds may not be obligated unless steel, iron, and manufactured products used in FTA-funded projects are produced in the United States, unless a waiver has been granted by FTA or the product is subject to a general waiver. General waivers are listed in 49 CFR 661.7, and include final assembly in the United States for 15 passenger vans and 15 passenger wagons produced by Chrysler Corporation, microcomputer equipment, software, and small purchases (currently less than $100,000) made with capital, operating, or planning funds. Separate requirements for rolling stock are set out at 5323(j)(2)(C) and 49 CFR 661.11. Rolling stock not subject to a general waiver must be manufactured in the United States and have a 60 percent domestic content.

A proposer must submit to the FTA recipient the appropriate Buy America certification (below) with all bids on FTA-funded contracts, except those subject to a general waiver. Bids or offers that are not accompanied by a completed Buy America certification must be rejected as nonresponsive. This requirement does not apply to lower tier subcontractors.

<u>Proposers shall note that certain electrical equipment must be considered in the "rolling stock" category for the purposes of Buy America.</u>

**Certification requirement for procurement of steel, iron, or manufactured products.**

*Certificate of Compliance with 49 U.S.C. 5323(j)(1)*

The proposer hereby certifies that it will meet the requirements of 49 U.S.C. 5323(j)(1) and the applicable regulations in 49 CFR Part 661.

Date _____

Signature _____

Company Name_____

Title _____

Washington Metropolitan Area Transit Authority          Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC               Date: July 23 , 2001

*Certificate of Non-Compliance with 49 U.S.C. 5323(j)(1)*

The proposer hereby certifies that it cannot comply with the requirements of 49 U.S.C. 5323(j)(1), but it may qualify for an exception pursuant to 49 U.S.C. 5323(j)(2)(B) or (j)(2)(D) and the regulations in 49 CFR 661.7.

Date _____

Signature _____

Company Name _____

Title _____

**Certification requirement for procurement of buses, other rolling stock and associated equipment.**

*Certificate of Compliance with 49 U.S.C. 5323(j)(2)(C).*

The bidder or offeror hereby certifies that it will comply with the requirements of 49 U.S.C. 5323(j)(2)(C) and the regulations at 49 CFR Part 661.

Date _____

Signature _____

Company Name _____

Title _____

*Certificate of Non-Compliance with 49 U.S.C. 5323(j)(2)(C)*

The bidder or offeror hereby certifies that it cannot comply with the requirements of 49 U.S.C. 5323(j)(2)(C), but may qualify for an exception pursuant to 49 U.S.C. 5323(j)(2)(B) or (j)(2)(D) and the regulations in 49 CFR 661.7.

Date _____

Signature _____

Company Name _____

Title _____

Whether or not the proposer certifies that it will comply with the applicable requirement, such proposer is bound by its original certification and is not permitted to change its certification after receipt of proposals.  An proposer that certifies it will comply with the applicable Buy America requirements is not eligible for a waiver of those requirements.

N.  CERTIFICATION FOR CONTRACTS, GRANTS, LOANS, AND COOPERATIVE AGREEMENTS

1.  The definitions and prohibitions contained in the clause, at Federal Acquisition Regulation, 52.203-12, Limitation on Payments to Influence Certain Federal Transactions, are hereby incorporated by reference in paragraph 2. of this certification.

2.  The undersigned certifies, to the best of his or her knowledge and belief, that

a.  No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

b.  If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form LLL, "Disclosure Form to Report Lobbying", in accordance with its instructions.

c.  The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers and require that all recipients of subcontract awards in excess of $100,000 (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

3.  This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into.  Submission of this certification is a prerequisite for making or entering into this transaction imposed by Section 1352, Title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.


_____

Name of Design-Builder


By: _____

Title


END OF SECTION

Washington Metropolitan Area Transit Authority     Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC     Date: July 23 , 2001

### SECTION 00460, PROJECT FORMS

00461 WBS FORM

Note: The proposer should reproduce this form, keep the headings and order of the headings as shown (shown in capitals), and use as little or as much text as is necessary to describe the relevant information for each individual WBS item (as shown in italics). Refer to Section 01310, Project Management and Coordination, for information relevant to the completion of WBS forms. Note that the WBS system should be structured so that work to achieve each of the six identified Milestones is tracked separately where feasible.

PROPOSER: *Proposer name*

WBS NUMBER: *From the WBS listing, and consistent with activity labels on the CPM*

DESCRIPTION: *WBS description*

REFERENCE SPECIFICATIONS: *List applicable sections in Div 02 to 16 only*

REFERENCE DRAWINGS: *List applicable drawings from RFP only*

STATEMENT OF WORK: *Provide a concise restatement of the work and contract requirements for this item. Indicate the planned approach to completing the work.*

RESPONSIBILITY: *Indicate the team member or subcontractor assigned the responsibility for the work. All schedule or technically critical work is to b e assigned to an entity capable of providing the work according to the requirements of the contract. Non critical or common type work may be addressed in the subcontracting or DBE plans.*

MATERIALS: *List the major materials to be incorporated into the work. These must be consistent with the listed specifications.*

EQUIPMENT: *List the major pieces of equipment that the proposer will used to accomplish the work. Do not list any small tools or consumables.*

LABOR: *Provide a breakdown of crew sizes, trades involved, and anticipated person hours of effort. Do not include operators for equipment that require full time operators. Do not include overhead or management personnel, QC technicians, or others not directly involved in executing the work.*

COMPONENTS: *List the major components to be installed into the work, and identify by brand name and model number.*

QUALITY CONTROL: *Outline Quality Control measures and procedures for this work. This may be done by referencing the appropriate section of the Interim Quality Management Plan.*

SYSTEMS INTEGRATION AND COORDINATION:  *List significant systems integration and coordination requirements.*

Page 1 of 1

Washington Metropolitan Area Transit Authority        Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC             Date: July 23 , 2001

ATTACHMENT TO 00461, SAMPLE WBS INDEX

The following sample WBS index shall serve as a general guide for use by the proposer in preparing its own WBS index.  It is expected that the proposer will add items, and add levels to the index (which is shown going only to three levels) to develop information for its own use and that will not be shared with WMATA.

While the proposer should follow the general form of this index, it may wish to add additional topics and delete others.  Similarly, if it will improve the readability of the document and understanding of the proposers approach, the elements in the index should be reordered.  Note that the WBS system should be structured so that work to achieve each of the seven identified Milestones is tracked separately where feasible.

1    Project Management

1.1 Quality Control/ Quality Assurance

1.2 Independent Engineer

1.3 Contract Administration

1.3.1    Administrative Reporting

1.3.1.1 █████████████████

1.3.1.2 Subcontracting

1.3.2    Document Management

1.3.3    Material Management

1.4 Safety Program

1.4.1    OSHA General

1.4.2    WMATA tag-out procedures

1.4.3    System Safety Test Safety Plan

1.5 Project Controls

1.5.1    Scheduling

1.5.2    Progress Reporting and Measurement

1.5.3    Expediting

1.6 Construction Phasing

2    Systems Integration

3    Planning

3.1 Statement of Work Requirements

3.2 Temporary Facilities

3.3 Permits

3.4 Geotechnical

4    Design

4.1 Control and Layout Survey

4.2 Site Prep

4.3 Civil

4.4 Structural

Washington Metropolitan Area Transit Authority | Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC | Date: July 23 , 2001

4.5  Architectural

4.6  Construction Engineering

4.7  MEP - non-Systems

4.8  Systems

4.8.1     Trackwork

4.8.2     Automatic Train Control

4.8.3     Traction Power

4.8.4     Communications

4.8.4.1  Carrier Transmission System

4.8.4.1.1     PA system

4.8.4.1.1.1  Automatic Public Address Announcement System

4.8.4.1.1.2  Passenger Information Display System

4.8.4.1.2     CCTV

4.8.4.1.3     Fire & Intrusion

4.8.4.1.4     System Status Alarms

4.8.4.1.4.1  Drainage Pumps

4.8.4.1.4.2  Elevator & Escalator (Interface)

4.8.4.1.5     Passenger emergency Reporting System

4.8.4.1.6     Telephone

4.8.4.1.7     Fibre-Optic Carriers

4.8.4.2  JGB installation/Interface

4.8.4.3  Station Kiosk

4.8.4.4  Communications Electrical Power Distribution System

4.8.4.5  Station Electrical Power Interface/UPS

4.8.4.6  Mobile Radio System

4.8.4.7  Public Safety System

4.8.5     Automatic Fare Collection

4.8.6     Automated Energy Management System

4.8.7     Platform Edge Lights

5     Construction, Fabrication and Installation

5.1  Layout

5.2  Fencing and barrier walls

5.3  Maintenance of Traffic

5.4  Soil Erosion Control

5.5  Storm Water Maintenance

5.6  Cutting And Patching

5.7  Support of Excavation

5.8  Support of Utilities

5.9  Station

Washington Metropolitan Area Transit Authority    Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC    Date: July 23 , 2001

5.9.1    Site Preparation

5.9.2    Earthwork and excavation

5.9.3    Landscaping

5.9.4    Concrete

5.9.5    Precast

5.9.6    Concrete Ties

5.9.7    Masonry

5.9.8    Metals

5.9.9    Woods and Plastics

5.9.10    Thermal and Moisture Protection

5.9.11    Doors and Windows

5.9.12    Finishes

5.9.13    Specialties

5.9.14    Equipment

5.9.15    Furnishings

5.9.16    Special Construction

5.9.17    Elevators and Escalators

5.9.18    Mechanical

5.9.19    Electrical

5.9.20    Plumbing

5.9.21    Service Rooms

5.9.22    Kiosk

5.10    L Street Bridge

5.10.1    Foundations

5.10.2    Abutments and Bearings

5.10.3    Superstructure

5.11    M Street Bridge

5.12    Florida Avenue Bridge

5.13    Traction Power

5.13.1    Traction Power Sub Stations & Tie Breaker Station

5.13.2    Ductbanks

5.13.3    Station System Rooms

5.14    Trackwork

5.14.1    Special Trackwork

5.14.2    Running Rail

5.14.3    Third Rail

5.15    ATC

5.16    TPS

5.17    Communications

Washington Metropolitan Area Transit Authority
Design-Build Contract RFP C - 1B0035/JDC

Contract No. 1B0035
Date: July 23 , 2001

5.18    Site Restoration

5.18.1    Backfill & Grading

5.18.2    Storm Water Management Structures

5.18.3    Landscaping & Stabilization

5.18.4    Site Maintenance

6    Commissioning

6.1 Design Review and Validation

6.2 Maintenance

6.2.1    Initial maintenance

6.2.2    Pre Warranty Preventive Maintenance

6.3 Inspection

6.3.1    Line

6.3.2    Systems

6.4 Factory Testing

6.5 Installation Testing

6.6 Dynamic Testing

6.7 Interface Testing

6.8 System Safety Certification Testing

6.9 Pre-Revenue Service

7    Closeout

7.1 As-Builts

7.1.1    Final Design

7.1.1.1 Drawings

7.1.1.2 Reports

7.1.1.2.1    Geotechnical

7.1.1.2.2    Lightning Protection

7.1.1.3 Calculations

7.1.1.4 Specifications

7.1.1.5 Special Purpose maps and diagrams

7.2 Operations and Training Manuals

7.3 Training

7.4 Spare Parts

7.5 Warranties

7.6 Punch-lists

END OF SECTION

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
| Design-Build Contract RFP  C - 1B0035/JDC | Date: July 23 , 2001 |

00490   AMENDMENTS TO PROPOSING REQUIREMENTS

*[Instructions: Insert all amendment letters issued to conform the **Contract Documents** after award of the Contract.]*

END OF SECTION

APPENDIX A

NOT USED

SUPERSEDED

SUPERSEDED

~APPENDIX B  DISADVANTAGED BUSINESS ENTERPRISE (DBE)

NOTICE OF REQUIREMENT
FOR AFFIRMATIVE ACTION PLAN

REVISED NOVEMBER 1999

*  *  *

~Applies only if bid/proposal price is $500,000 or more





AMENDMENT 1                    00400 - B - 1                    APPENDIX B

~ APPENDIX B

DISADVANTAGED BUSINESS ENTERPRISE (DBE)

1.    **DISADVANTAGED BUSINESS ENTERPRISE (DBE) REQUIREMENT:**

A.    The DBE requirements of 49 CFR Part 26 apply to this Contract. Accordingly, the Contractor shall carry out the requirements of 49 CFR Part 26 and this Appendix in the award and administration of U.S. Department of Transportation (US DOT) assisted contracts.

2.    **POLICY:**

A.    It is the policy of the Authority (WMATA), the Federal Transit Administration (FTA) and the US DOT that Disadvantaged Business Enterprises (DBE's) shall have an equal opportunity to receive and participate in performing federally assisted contracts, including contracts and subcontracts at any tier. It is further the policy of the Authority, the FTA and the US DOT that its prime contractors establish procedures to ensure the timely payment of amounts due pursuant to the terms of their subcontracts. The Contractor hereby agrees to carry out this policy in the award and administration of subcontracts to the fullest extent possible consistent with efficient Contract performance.

3.    **CONTRACT GOAL:**

A.    If the bidder/proposer is not a DBE, then the bidder/proposer agrees that the DBE goal for this Contract will be met by subcontracts or by joint ventures with DBE's. The goal set forth for this Contract is **25**% of the final Contract price, including amendments and modifications. The amount of DBE participation will be determined by the dollar value of the work performed and/or supplies furnished by DBE firms as compared to the total value of all work performed and/or supplies furnished under this Contract. The Contractor shall have met this goal if the Contractor's DBE participation meets or exceeds this goal.

B.    In cases where work is added to the Contract by modification such that additional DBE participation is necessary to meet this goal, the Contractor shall increase the participation of one or more firms listed on the "Schedule of DBE Participation" or submit additional DBE firms to meet the goal. In cases where work is deleted from the Contract, the goal shall be applicable to the new Contract amount. The Contractor shall be permitted to meet the goal by revising its DBE participation, provided, however, that the revision shall not result in DBE participation that is less than the original goal.

C.    Not Used.


~ **Applies only if bid/proposal price is $500,000 or more.**


4.    **DEFINITIONS:**

A.    **Contractor.** Contractor means one who participates, through a contract or subcontract (at any tier), in a US DOT assisted highway, transit or airport program.

B.    **DBE.** A DBE means a for-profit small business concern that is at least 51% owned by one or more individuals who are both socially and economically disadvantaged individuals or, in the

case of a corporation, in which 51 percent of the stock is owned by one or more such individuals; and whose management and daily business operations are controlled by one or more of the socially and economically disadvantaged individuals who own it.

C. **Good Faith Efforts.** "Good faith efforts" means efforts to achieve a DBE goal or other requirements of 49 CFR Part 26 which by their scope, intensity, and appropriateness to the objective, can reasonably be expected to fulfill the goal program requirement.

D. **Joint Venture.** Joint Venture means an association of a DBE firm and one or more other firms to carry out a single, for-profit business enterprise, for which the parties combine their property, capital, efforts, skills and knowledge, and in which the DBE is responsible for a distinct, clearly defined portion of the work of the contract and whose share in the capital contribution, control, management, risks, and profits of the joint venture is commensurate with its ownership interest.

E. **Personal Net Worth.** Personal net worth means the net value of the assets of an individual remaining after total liabilities are deducted. An individual's personal net worth does not include the individual's ownership interest in an applicant or participant DBE firm; or the individual's equity in his or her primary place of residence. An individual's personal net worth includes only his or her own share of assets held jointly or as community property with the individual's spouse.

F. **Small Business Concern.** Small business concern means, with respect to firms seeking to participate as DBE's in US DOT assisted contracts, a small business concern as defined pursuant to Section 3 of the Small Business Act and Small Business Administration regulations implementing it (13 CFR Part 121) that also does not exceed the cap on average annual gross receipts specified in 49 CFR Part 26.65(b).

G. **Socially and Economically Disadvantaged Individual.** The phrase "socially and economically disadvantaged individual" means any individual who is a citizen (or other lawfully admitted permanent resident) of the United States and who is any individual who the Authority finds to be a socially and economically disadvantaged individual on a case-by-case basis, and any individual in the following groups, members of which are rebuttably presumed to be socially and economically disadvantaged:

(1) Black Americans, which includes persons having origins in any of the Black racial groups of Africa;

(2) Hispanic Americans, which includes persons of Mexican, Puerto Rican, Cuban, Dominican, Central or South American, or other Spanish or Portuguese culture or origin, regardless of race;

(3) Native Americans, which includes persons who are American Indians, Eskimos, Aleuts, or Native Hawaiians;

(4) Asian-Pacific Americans, which includes persons whose origins are from Japan, China, Taiwan, Korea, Burma (Myanmar), Vietnam, Laos, Cambodia (Kampuchea), Thailand, Malaysia, Indonesia, the Philippines, Brunei, Samoa, Guam, the U.S. Trust Territories of the Pacific Islands (Republic of Palau), the Commonwealth of the North Marianas Islands, Macao, Fiji, Tonga, Kiribati, Juvalu, Nauru, Federated States of Micronesia, or Hong Kong;

(5) Subcontinent Asian Americans, which includes persons whose origins are from India, Pakistan, Bangladesh, Bhutan, the Maldives Islands, Nepal or Sri Lanka;

(6) Women; and

(7)  Any additional groups whose members are designated as socially and economically disadvantaged by the SBA, at such time as the SBA designation becomes effective.

H.  **US DOT Assisted Contract.** US DOT assisted contract means any contract between the Authority and a contractor (at any tier) funded in whole or in part with US DOT financial assistance, including letters of credit or loan guarantees.

5.  **HOW DBE PARTICIPATION IS COUNTED TOWARDS THE CONTRACT GOAL:**

DBE participation shall be counted towards meeting the DBE goal in accordance with the following:

A.  When a DBE participates in a contract, only the value of the work actually performed by the DBE is counted towards the DBE goal.

(1)  This amount includes the entire amount of that portion of a construction contract that is performed by the DBE's own forces. This amount includes the cost of supplies and materials obtained by the DBE for the work of the contract, including supplies purchased or equipment leased by the DBE (except supplies and equipment the DBE subcontractor purchases or leases from the prime contractor or its affiliate).

(2)  This amount includes the entire amount of fees or commissions charged by a DBE firm for providing a bona fide service, such as professional, technical, consultant, or managerial services, or for providing bonds or insurance specifically required for the performance of the contract, towards the DBE goal, provided the fee is reasonable and not excessive as compared with fees customarily allowed for similar services. _

(3)  When a DBE subcontracts part of its work under the contract to another firm, the value of the subcontract work may be counted towards the DBE goal only if the DBE's subcontractor is itself a DBE. Work that a DBE subcontracts to a non-DBE firm does not count towards the DBE goal.

B.  When a a DBE performs as a participant in a joint venture, the portion of the total dollar value of the contract equal to the distinct, clearly defined portion of the work of the contract that a DBE performs with its own forces towards the DBE goal may be counted.

C.  Expenditures to a DBE contractor towards the DBE goal may be counted only if the DBE is performing a commercially useful function on that contract.

(1)  A DBE performs a commercially useful function when it is responsible for execution of the work of the contract and is carrying out its responsibilities by actually performing, managing, and supervising the work involved. To perform a commercially useful function, the DBE must also be responsible, with respect to materials and supplies used on the contract, for negotiating price, determining quality and quantity, ordering the material, and installing (where applicable) and paying for the material itself. To determine whether a DBE is performing a commercially useful function, the Authority will consider the amount of work subcontracted, industry practices, whether the amount the firm is to be paid under the contract is commensurate with the work it is actually performing and the DBE credit claimed for its performance of the work, and other relevant factors.

(2)  A DBE does not perform a commercially useful function if its role is limited to that of an extra participant in a transaction, contract, or project through which funds are passed in order to obtain the appearance of DBE participation.

(3)  If a DBE does not perform or exercise responsibility for at least 30 percent of the total cost of its contract with its own work force, or if the DBE subcontracts a greater

portion of the work of a contract than would be expected on the basis of normal industry practice for the type of work, the Authority will presume that the DBE is not performing a commercially useful function.

D.    The following factors will be used by the Authority in determining whether a DBE trucking company is performing a commercial useful function:

(1)    The DBE must be responsible for the management and supervision of the entire trucking operation for which it is responsible for on a particular contract, and there cannot be a contrived arrangement for the purpose of meeting the DBE goal.

(2)    The DBE must itself own and operate at least one fully licensed, insured and operational truck used on the contract.

(3)    The DBE receives credit for the total value of the transportation services it provides on the contract using trucks it owns, insures, and operates using drivers it employs.

(4)    The DBE may lease trucks from another DBE firm, including an owner-operator who is certified as a DBE. The DBE who leases trucks from another DBE receives credit for the total value of the transportation services the lessee DBE provides on the contract.

(5)    The DBE may also lease trucks from a non-DBE firm, including an owner-operator. The DBE who leases trucks from a non-DBE is entitled to credit only for the fee or commission it receives as a result of the lease arrangement. The DBE does not receive credit for the total value of the transportation services provided by the lessee, since these services are not provided by a DBE.

(6)    The lease must indicate that the DBE has exclusive use of and control over the truck. This does not preclude the leased truck from working for others during the terms of the lease with the consent of the DBE, so long as the lease gives the DBE absolute priority for use of the leased truck. Leased trucks must display the name and identification number of the DBE.

E.    The following factors will be used to count expenditures with DBE's for materials or supplies towards the DBE goal:

(1)    If the materials or supplies are obtained from a DBE manufacturer, 100 percent of the cost of the materials or supplies will be counted towards the DBE goal. A manufacturer is a firm that operates or maintains a factory or establishment that produces, on the premises, the materials, supplies, articles, or equipment required under the contract and of the general character described by the contract.

(2)    If the materials or supplies are purchased from a DBE regular dealer, 60 percent of the cost of the materials or supplies will be counted towards the DBE goal. A regular dealer is a firm that owns, operates or maintains a store, warehouse, or other establishment in which the materials, supplies, articles or equipment of the general character described and required under the contract are bought, kept in stock, and regularly sold or leased to the public in the usual course of business. To be a regular dealer, the firm must be an established, regular business that engages, as its principal business and under its own name, in the purchase and sale or lease of the products in question. A person may be a regular dealer in such bulk items as petroleum products, steel, cement, gravel, stone or asphalt without owning, operating, or maintaining a place of business as provided in this paragraph if this person both owns and operates distribution equipment for the products. Any supplementing of regular dealers' own distribution equipment shall be by long-term lease agreement and

not on an ad hoc or contract-by-contract basis. Packagers, brokers, manufacturers' representatives, or other persons who arrange or expedite transactions are not regular dealers within the meaning of this paragraph.

(3)     With respect to materials or supplies purchased from a DBE which is neither a manufacturer nor a regular dealer, the entire amount of fees or commissions charged for assistance in the procurement of the materials and supplies, or fees or transportation charges for the delivery of materials and supplies required on a job site, may be counted towards the DBE goal, provided the fees are reasonable and are not excessive as compared with fees customarily allowed for similar services. The cost of the materials and supplies themselves may not be counted towards the DBE goal.

F     Participation by a firm that is not currently certified as a DBE by the Authority at the time of contract award, does not count towards the DBE goal.

G     The dollar value of work performed under the contract by a firm whose DBE certification has expired, does not count towards the DBE goal.

H     The participation of a DBE subcontractor does not count towards the Contractor's DBE goal until the amount being counted towards the goal has been paid to the DBE.

6.     BID AND PROPOSAL REQUIREMENTS (WITH THE BID/PROPOSAL):

The bidder/proposer shall submit the following with their bid/proposal: Any bidder/proposer who fails to complete and return this information with their bid/proposal shall be deemed to be not responsible and may be ineligible for contract award. Bidders/proposers that fail to meet the DBE goal above and fail to demonstrate "good faith efforts" to justify waiver of the DBE goal (see paragraph 6.C. below) shall be deemed to be not responsible and will be ineligible for Contract award.

A.     Completed "Schedule of DBE Participation" (Page B-12) sufficient to meet the above goal. If the bidder/proposer is a DBE firm and intends to satisfy the appropriate DBE requirement with its own firm, he/she must indicate in the Schedule the area of work and percentage it will perform to satisfy the goal.

B.     Executed "Letters of Intent to Perform as a Subcontractor/Joint Venture" (Page B-13). If the bidder/proposer is not a DBE then he/she must attach these letters from each DBE listed on the Schedule.

C.     Justification for grant of relief (waiver of DBE goal). If in the submittal of its bid/proposal, the bidder/proposer fails to meet the DBE goal above, the bidder/proposer has the burden of furnishing sufficient documentation with its bid/proposal of its "good faith efforts" to justify a grant of relief (waiver) from the goal or portion of the goal. Such justification shall be in the form of a detailed report. The following is a list of actions which shall be considered as part of the bidder's/proposer's good faith efforts to obtain DBE participation. This list is neither a mandatory checklist nor is it intended to be exclusive or exhaustive. Other factors or types of efforts may be relevant in appropriate cases:

(1)     Soliciting through all reasonable and available means (e.g. attendance at pre-bid/proposal meetings, advertising and/or written notices) the interest of all certified DBE's who have the capability to perform the work of the contract. The bidder/proposer must solicit this interest within sufficient time to allow the DBE's to respond to the solicitation. The bidder/proposer must determine with certainty if the DBE's are interested by taking appropriate steps to follow up initial solicitations.

(2)     Selecting portions of the work to be performed by DBE's in order to increase the

likelihood that the DBE goal will be achieved. This includes, where appropriate, breaking out contract work items into economically feasible units to facilitate DBE participation, even when the prime contractor might otherwise prefer to perform these work items with its own forces.

(3)    Providing interested DBE's with adequate information about the plans, specifications, and requirements of the contract in a timely manner to assist them in responding to a solicitation.

(4)    (a)    Negotiating in good faith with interested DBE's. It is the bidder's/proposer's responsibility to make a portion of the work available to DBE subcontractors and suppliers and to select those portions of the work or material needs consistent with the available DBE subcontractors and suppliers, so as to facilitate DBE participation. Evidence of such negotiation includes the names, addresses, and telephone numbers of DBE's that were considered; a description of the information provided regarding the plans and specifications for the work selected for subcontracting; and evidence as to why additional agreements could not be reached for DBE's to perform the work. "DBE Unavailability Certifications" (Page B-14) shall be completed as appropriate.

    (b)    A bidder/proposer using good business judgment would consider a number of factors in negotiating with subcontractors, including DBE subcontractors, and would take a firm's price and capabilities as well as the contract goal into consideration. However, the fact that there may be some additional costs involved in finding and using DBE's is not in itself sufficient reason for a bidder's/proposer's failure to meet the contract DBE goal, as long as such costs are reasonable. Also, the ability or desire of a prime contractor to perform the work of a contract with its own organization does not relieve the bidder/proposer of the responsibility to make good faith efforts. Prime contractors are not, however, required to accept higher quotes from DBE's if the price difference is excessive or unreasonable.

(5)    Not rejecting DBE's as being unqualified without sound reasons based on a thorough investigation of their capabilities. The contractor's standing within its industry, membership in specific groups, organizations, or associations and political or social affiliations (for example union vs. non-union employee status) are not legitimate causes for the rejection or non-solicitation of bids/proposals in the contractor's efforts to meet the project goal.

(6)    Making efforts to assist interested DBE's in obtaining bonding, lines of credit, or insurance as required by the recipient or contractor.

(7)    Making efforts to assist interested DBE's in obtaining necessary equipment, supplies, materials, or related assistance or services.

(8)    Effectively using the services of available minority/women community organizations; minority/women contractors' groups; local, state, and Federal minority/women business assistance offices; and other organizations as allowed on a case-by-case basis to provide assistance in the recruitment and placement of DBE's.

7.    **BID AND PROPOSAL REQUIREMENTS (APPARENT SUCCESSFUL BIDDER/PROPOSER):**

The bidder/proposer shall submit the following items within ten (10) calendar days after notification that they are the apparent successful bidder/proposer:

A.   The documents itemized on the DBE Certification Instructions (Page B-15) and the "DBE Disclosure Affidavit" (Pages B-16, B-17 & B-18) are for DBE firms not currently certified with WMATA. For those DBE's certified by WMATA within the past three years, a copy of the current WMATA certification letters may be attached in lieu of the Disclosure Affidavit and related documents.

B.   DBE Manufacturer's Affidavit, if applicable, must be submitted in order to receive 100 percent of the allowable credit for expenditures to DBE manufacturers/suppliers (page B-19). By submission of this Affidavit, the bidder/proposer certifies this it is satisfied that the manufacturer meets the requirements of 49 CFR Part 26.

C.   Schedule B Information for Determining Joint Venture Eligibility, if applicable (pages B-21, B-22, B-23 & B-24*). Submittal shall be signed by all parties, dated and notarized.

D.   Copy of Joint Venture Agreement, if applicable. Submittal shall be signed by all parties, dated and notarized.

E.   Certification letter of the DBE regular dealer/supplier, if applicable. If the bidder/proposer wants to receive the maximum allowable credit of its expenditures for material(s) or supplies required under this Contract, from DBE regular dealers/suppliers, the DBE must submit a signed and notarized statement on their letterhead, that they are a regular dealer of the material(s) or supplies. By submission of this statement, the bidder/proposer certifies that it is satisfied that the subcontractor is a regular dealer/supplier that meets the requirements of 49 CFR Part 26.

8.   **CONTRACT ADMINISTRATION REQUIREMENTS:**

The following requirements apply after contract award:

A.   The Contractor shall include the following provision in each subcontract it awards in support of the Appendix B DBE goal:

The contractor shall not discriminate on the basis of race, color, national origin or sex in the performance of this contract. The contractor shall carry out applicable requirements of 49 CFR Part 26 in the award and administration of US DOT assisted contracts. Failure by the contractor to carry out these requirements is a material breach of this contract, which may result in termination of this contract or such other remedy as the Buyer deems appropriate.

B.   The Contractor shall monitor the performance of, collect and report data on DBE participation to the COR or AR, on the attached "DBE Prompt Payment Summaries" (pages B-20 and B-20a), which shall be submitted monthly with each payment request. The COR or AR will forward the "DBE Participation Status Report" to the Authority's Office of Civil Rights and to the Contracting Officer for contract compliance monitoring. Failure to submit this report may result in suspension of contract payments. The Contractor shall certify with each payment request
that payment has been or will be made to all subcontractors due payment, within ten (10) days after receipt of payment from the Authority for work by that subcontractor. The Contractor shall inform the COR or AR, with their payment request, of any situation in which scheduled subcontractor payments have not been made.

C.   The Contractor shall have a continuing obligation to maintain a schedule for participation by DBE contractor(s) to meet its goal set forth above in this Appendix. The Contractor shall not have work performed nor the materials or supplies furnished by any individual or firm other than those named in the "Schedule of DBE Participation". If at any time, the Contractor believes or has reason to believe that it needs to obtain a substitute for a DBE contractor named in the "Schedule of DBE Participation", the Contractor shall, within ten (10) days, notify the Contracting Officer of that fact in writing. Situations which may warrant substitution for a DBE

firm include, but are not limited to the following:

(1)    Failure to qualify as a DBE.

(2)    Death or physical disability, if the named subcontractor or DBE partner of the joint venture is an individual.

(3)    Dissolution, if a corporation or partnership.

(4)    Bankruptcy of the subcontractor, subject to applicable bankruptcy law, and only instances where the bankruptcy affects the Contractor's ability to perform.

(5)    Inability to furnish a reasonable performance or payment bond, if required.

(6)    Inability to obtain, or loss of, a license necessary for the performance of the particular category of work.

(7)    Failure or inability to comply with a requirement of law applicable to contractors and subcontractors on a construction, alteration or repair project.

(8)    Failure or refusal to execute the subcontract in accordance with the terms of an offer submitted to the Contractor prior to the Contractor's submission of its bid/proposal, but only where the Contracting Officer can ascertain with reasonable certainty the terms of such offer. In the absence of any other factors, such a failure or refusal will be considered an unusual situation only if the bidder/proposer obtained, prior to bidding/proposing, an enforcement commitment from the subcontractor involved.

(9)    Failure to comply with the terms and conditions of this Contract or those of its subcontract or joint venture agreement.

Within 30 days thereafter, the Contractor shall, if necessary to achieve the Appendix B goal, make every reasonable effort to subcontract the same or other work to other DBE firms. The Contractor must have the prior written approval of the Contracting Officer and the Office of Civil Rights before substitution for a DBE subcontractor, regardless of the reason for substitution. Failure to obtain Authority approval could result in the Contractor being found non-compliant with the requirements of Appendix B.

D.    If the Contracting Officer determines that the Contractor has failed to comply with this Appendix B, he will notify the Contractor of such non-compliance and the action to be taken. The Contractor shall, after receipt of such notice, take corrective action. If the Contractor fails or refuses to comply promptly, the Contracting Officer may issue a "stop work order" stopping all or part of the work until satisfactory corrective action has been taken. No part of the time lost due to any such stop work order shall be made the subject of claim for extension of time or for excess costs or damages by the Contractor. When the Authority proceeds with such formal actions, it has the burden of proving that the Contractor has not met the requirements of this Appendix, but the Contractor's failure to meet its Appendix B goal shall shift to it the requirement to come forward with evidence to show that it has met the good faith requirements of this Appendix. Where the Contractor, after exhausting all its administrative and legal remedies and procedures is found to have failed to exert a "good faith effort" to involve DBE's in the work as herein provided, the Authority may declare the Contractor ineligible to receive further Authority contracts for three years from the date of the finding.

E.    The Contractor agrees to cooperate in any studies or surveys as may be conducted by the Authority which are necessary to determine the extent of the Contractor's compliance with this Appendix.

F.    The Contractor shall keep records and documents for two years following performance of this Contract to indicate compliance with this Appendix. These records and documents, or copies thereof, shall be made available at reasonable times and places for inspection by any Authorized Representative of the Authority and will be submitted upon request together with any other compliance information which such Representative may require.

G.    If the Authority, the FTA or the US DOT has reason to believe that any person or firm has willfully and knowingly provided incorrect information or made false statements under this Contract, it shall refer the matter to the General Counsel of the US DOT. He/she may initiate debarment procedures in accordance with 41 CFR 1-1.504 and 12-1.602 and/or refer the matter to the U.S. Department of Justice under 18 U. S. C. 1001, as he/she deems appropriate.

H.    Failure by the Contractor to carry out the requirements of this Appendix is a material breach of this Contract, which may result in the termination of this Contract under the Default provision of this Contract or such other remedy as the Authority deems appropriate.

## SUMMARY OF SUBMITTALS

### With the Bid/Proposal

1.      Completed "Schedule of DBE Participation" (Page B-12).

2.      Executed "Letters of Intent to Perform as a Subcontractor/Joint Venture" (Page B-13).

3.      Justification for grant of relief (waiver of DBE goal), if applicable. Include completed "DBE Unavailability Certifications" (Page B-14) as appropriate.

### Bid and Proposal Requirements (Apparent Successful Bidder/Proposer)

1.      Documents itemized on the DBE Certification Instructions (Page B-15) and the "WMATA DBE Disclosure Affidavit" (Pages B-16, B-17 & B-18) for each DBE currently not certified with WMATA. For those DBE's certified by WMATA within the past three years, copy of the current WMATA certification letters.

2.      DBE Manufacturer's Affidavit, if applicable, must be submitted in order to receive 100 percent of the allowable credit for expenditures to DBE manufacturers/suppliers (page B-19).

3.      Schedule B Information for Determining Joint Venture Eligibility, if applicable (pages B-21, B-22, B-23 & B-24*).

4.      Copy of Joint Venture Agreement, if applicable.

5.      Certification letter of the DBE regular dealer/supplier, if applicable.

### After Contract Award

1.      "DBE Participation Status Report" (page B-20) – submitted monthly.

2       Request to substitute DBE contractor (see paragraph 8.C.) – submitted as required.

### SUBMIT WITH BID/PROPOSAL
*SCHEDULE OF DBE PARTICIPATION*

Contract No. _____

_____    Project Name _____    *Name of*
*Bidder/Proposer*

*The bidder/proposer shall complete this Schedule by identifying only those DBE firms, with scope of work and price, who have agreed to perform work on this Contract. The prices for the work/supplies of these firms shall be at prices amounting to at least the DBE percentage goal of the total Contract price. The bidder/proposer agrees to enter into a formal agreement with the DBE firm(s) listed for the work and at, or greater than, the prices listed in this Schedule subject to award of a Contract with the Authority. If the total amount is less than the DBE percentage goal, a justification for waiver of DBE goal shall be attached to this Schedule.*

| Name of DBE Subcontractor | DBE | Address | Type of Work (Electrical, Paving, Etc.) and Contract Items or Parts Thereof to be Performed and Work Hours Involved | Agreed Price |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| *Subtotal $ DBE Subcontractors* | | | *Subtotal* | |
| **Name of DBE Prime Contractor** | **DBE** | **Address** | **Type of Work (Electrical, Paving, Etc.) and Contract Items or Parts Thereof to be Performed and Work Hours Involved** | **Agreed Price** |
|  |  |  |  |  |
| *Subtotal $ DBE Prime Contractor* | | | *Subtotal* | |
| *TOTAL $ ALL DBE CONTRACTORS* | | | *TOTAL* | |

_____    *Signature of Contractor Representative*

_____    Title

_____    Date

M | 23.26a (Rev 11/99)

Contract Number: _____

Project Name: _____

### LETTER OF INTENT TO PERFORM AS A SUBCONTRACTOR/JOINT VENTURE
### (ALL ITEMS MUST BE COMPLETED)

TO: _____
       (Name of Bidder/Proposer)

The undersigned intends to perform work in connection with the above projects as (check one):

_____ an individual          _____ a corporation

_____ a partnership          _____ a joint venture

Specify in detail particular work items or parts thereof to be performed:

_____

_____

_____

at the following price: $ _____

Please indicate _____% of the dollar value of the subcontract that will be awarded to non-DBE contractors, if applicable. The undersigned will enter into a formal agreement with you for the above work upon your execution of a contract with the Authority.

_____          _____

Name of DBE Subcontractor/Joint Venture          Phone Number

_____          _____

Address          WMATA Vendor ID Number

_____          _____

Signature & Title          Date

-------------------------------------------------------------------------------

The following is to be completed by the Prime Contractor. A copy of this letter must be returned to the DBE subcontractor to indicate acceptance.

To: _____
       (Name of DBE)

You have projected your interest and intent for such work, and the undersigned is projecting completion of such work as follows:

| WORK ITEMS | PROJECTED DBE COMMENCEMENT DATE | PROJECTED DBE COMPLETION DATE |
|---|---|---|
| | | |

_____          _____

(Date)          (Name of Prime Contractor & Acceptance Signature)

23.24 (Rev 10/99)    M

## SUBMIT WITH BID / PROPOSAL

## DBE UNAVAILABILITY CERTIFICATION

I, _____, _____, of _____
    (Name)                        (Title)                      (Bidder/Proposer)

certify that on ____ _____ I contacted the following minority contractor to obtain a proposal for work
                    (Date)

items to be performed on Contract Number _____

|  |  | Form of Bid Sought (i.e., Unit |
| DBE Contractor | Work Items Sought | Price, Materials and Labor Only, Etc. |
|  |  |  |

To the best of my knowledge and belief, said DBE contractors were unavailable (exclusive of unavailability due
to lack of agreement on price) for work on this project, or unable to prepare a proposal, for the following
reason(s):

_____

_____

_____

                    Signature: _____

            Date:    _____

_____ was offered an opportunity to bid on the above
        (Name of DBE Contractor)

identified work on _____ by _____
                      (Date)                              (Source)

The above statement is true and accurate account of why I did not submit a bid on this project.

                          _____
                              (Signature of DBE Contractor)

                          _____
                                        (Title)

M | 23.25 (Rev 10/99)

DBE Certification Instructions

**Important Notice**
If you do not have a current official letter of certification from WMATA, you must comply with the procedures that follow in order to be eligible to participate in WMATA's Disadvantaged Business Enterprise (DBE) Program.

**Instructions**
If you currently hold a valid DBE Certification status with either the Maryland Department of Transportation (MDOT); or the U.S. Small Business Administration, 8a Program (SBA-8a), forward a copy of the official certification letter along with the WMATA Affidavit. In addition, submit the pertinent documents for your company listed below. The affidavit form should be completed in full and **NOTARIZED**.

**General** (All firms must submit documents under General)
      Current (unaudited) Financial Statements
      Prior three (3) years Federal Tax Returns
      Resume of Principal(s) and Key Personnel
      Third Party Agreements, such as Rental and Management Agreements
      Licenses to Do Business
      Personal Net Worth (PNW) Statement
      Statement of Disadvantage
      No Change Affidavit or Notice of Change (where applicable)

**Corporations**
      Articles of Incorporation
      By-Laws
      Stock Ownership Options
      Copy of Stock Certifications of Each Holder
      Copy of Voting Rights
      Record of First Organizational Meeting

**Partnerships**
      Partnership Agreement

**Proprietorships**
      IRS Employer ID Number
      WMATA Vendor ID#

**Recertification Review**
Once certified you will be required, every three years, to resubmit for our review an updated **NOTARIZED** WMATA DBE Affidavit form along with the latest income tax return and copies of any of the above cited documents that may have changed since your initial certification. This should include updated letters of certification from MDOT or SBA-8a if your initial WMATA Certification was based upon prior certification under either of these programs. (NOTICE: In-person interviews may be scheduled at WMATA facilities and scheduled or unscheduled visits to your place of business may be conducted at the direction of WMATA staff.)

**AFFIDAVIT ENCLOSURE**
**NOTE:** When completing Disclosure Affidavit, complete all information blocks. Type "N/A" if item does not apply to you or your firm.

23.22 (10/99)

M

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
600 Fifth Street, NW, Washington, DC 20001
(202) 962-1086
DISADVANTAGED BUSINESS ENTERPRISE
DISCLOSURE AFFIDAVIT

| 1. | NAME AND ADDRESS: (Company Name, Street Address, City, State, Zip)

TELEPHONE: ( ) |
| 2. | PRESUMPTIVE GROUP
☐ Black American    ☐ Asian-Pacific American    ☐ Other
☐ Hispanic American    ☐ Subcontinent Asian American
☐ Native American    ☐ Women
Nation of Family Origin (i.e., Mexico, Korea, Jamaica, Africa, India, etc.): _____
FURTHER PROOF OF ETHNICITY MAY BE REQUIRED |

| 3. | CONTACT PERSON:
(Name, Title, Telephone) |
| SEX:    ☐ Male            ☐ Female

☐ U.S. Citizen
☐ Permit Resident (attach copy) |

| 4. | NATURE OF FIRM'S BUSINESS:

·NAICS CODE· |
| 6. | ARE YOU AFFILIATED WITH ANY CONTRACTOR ORGANIZATIONS?    ☐ YES    ☐ NO

If so, please list which ones: |

| 5. | YEARS FIRM HAS BEEN IN BUSINESS: |

| 7. HAS YOUR COMPANY EVER BEEN CERTIFIED AS A MINORITY  DISADVANTAGED OR WOMEN-OWNED BUSINESS?

☐ YES        WHAT AGENCY?

☐ NO |
| 9a.  NUMBER OF EMPLOYEES:

FULL TIME _____

PART TIME _____

OTHER _____ |
| 10. TYPE OF OWNERSHIP:
(Check One)

☐ Sole Proprietorship

☐ Partnership

☐ Joint Venture |

| 8. HAS YOUR BUSINESS EVER BEEN DENIED CERTIFICATION AS A MINORITY  BUSINESS ENTERPRISE?

☐ YES        ☐ NO

If yes, explain in REMARKS (#25 Page 3) |
| 9b.  GROSS RECEIPTS (Last 3 Years)

YEAR _____  $ _____
YEAR _____  $ _____
YEAR _____  $ _____ |
| ☐ Corporation

☐ Limited Liability Corp.

☐ Other _____ |

11. CURRENT BOARD OF DIRECTORS:

| NAME AND POSITION | ETHNIC GROUP | SEX | DATE OF SERVICE WITH COMPANY | FULL ADDRESS (Number, Street, City, State, Zip) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

12. CURRENT COMPANY OFFICERS:

| NAME AND POSITION | ETHNIC GROUP | SEX | DATE OF SERVICE WITH COMPANY | FULL ADDRESS (Number, Street, City, State, Zip) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

1 of 3

M  23.06a (Rev 11/99)

13. PRIOR BOARD OF DIRECTORS AND/OR COMPANY OFFICERS:

| NAME AND POSITION | ETHNIC GROUP | SEX | DATE OF SERVICE WITH COMPANY | FULL ADDRESS (Number, Street, City, State, Zip) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

14. CURRENT COMPANY OFFICERS

| NAME AND POSITION | ETHNIC GROUP | SEX | DATE OF OWNERSHIP | INTEREST OR SHARES OWNED (Class & Quantity) | VOTING PERCENTAGE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

15. NUMBER OF SHARES AUTHORIZED, ISSUED & OUTSTANDING:

Preferred _____

Common _____

Other _____

16. INDICATE SOURCE(S) AND AMOUNT OF CAPITAL INVESTED IN COMPANY BY PERSONS AFFILIATED WITH THE ENTERPRISE:

| Source | Amount |
|---|---|
| | |
| | |

17. IDENTIFY YOUR BONDING COMPANY, BANK AND SOURCES OF LETTERS OF CREDIT:

| Bonding Company | Bank | Letter of Credit |
|---|---|---|
| | | |
| | | |

18. WHAT IS YOUR BONDING LIMIT?

$ _____

19. WHO DETERMINES WHAT JOBS THE COMPANY WILL UNDERTAKE? (Name and Title)

20. WHO NEGOTIATES FOR SURETY BONDS AND SIGNS FOR INSURANCE AND PAYROLL?

| Surety and/or Performance Bonds | Payroll | Insurance |
|---|---|---|
| | | |
| | | |

21. WHO WILL BE RESPONSIBLE FOR ONSITE PROJECT SUPERVISION? (Name and Title)

22. LIST THE THREE LARGEST PROJECTS IN DOLLAR AMOUNTS COMPLETED BY YOUR COMPANY DURING THE LAST THREE YEARS. INDICATE PRIME CONTRACTORS OF THESE PROJECTS OR PROCUREMENTS:

| PROJECT/PROCUREMENT | DOLLAR AMOUNT | DATE COMPLETED | PRIME CONTRACTOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

2 of 3

23.06b (Rev 10/99)

M

23.     PRIOR AND CURRENT COMPANY CLIENTS: (Company Name, Street Address, City, State, Zip)

(Attach if necessary)

_____

_____

_____

_____

_____

_____

24a.    LIST MAJOR EQUIPMENT:          24b.  LIST ALL PRODUCTS AND/OR SERVICES RENDERED:
        TYPE            QUANTITY               PRODUCTS OR SERVICES

_____          _____

_____          _____

_____          _____

_____          _____

25.     REMARKS:

_____

_____

_____

_____

    The undersigned swears that the foregoing statements are true and correct and include all material information necessary to identify and explain the operations of _____ (name of firm as well as the ownership thereof). Further, the undersigned agrees to provide through the prime contractor, or if no prime directly to WMATA, current complete and accurate information regarding actual work performed on any project, the payment therefor, and any proposed changes of any of the foregoing arrangements and to permit the audit and examination of books, records and files of the named firm. Any material misrepresentation will be grounds for terminating any contract which may be awarded and for initiating action under Federal and State laws concerning false statements.

    If, after filing this Affidavit and before the work of this firm is completed on any contract covered by this regulation, there is any significant change in the information submitted, you must inform WMATA of the change through the prime contractor or, if no prime contractor, inform WMATA directly.

    It is recognized and acknowledged that the information provided hereinabove may be used by WMATA for the purpose of certifying the authenticity of the disadvantaged status of the applicant firm. Trade secrets, information privileged by law and confidential commercial, financial, geological or geophysical data furnished will be protected by WMATA.

_____          _____
    Signature of Affiant                    Printed Name

Date: _____   State: _____   County: _____

On this _____ day of _____, 19_____.

before me appeared _____
                                        (Name)
to me personally known, who, being duly sworn, did execute the foregoing Affidavit, and did state that he or she was properly authorized by _____
                                                        (Name of Firm)
to execute the Affidavit and did so as his or her free act and deed.

Sworn and subscribed before me _____   (Seal)
                                        (Notary Public)
Commission Expires: _____

3 of 3

| M |

23.06c (Rev 10/99)

## DBE MANUFACTURER'S AFFIDAVIT

I hereby declare and affirm that I am _____ (Title)

and duly authorized representative of _____ (Name of Company),

a _____ owned and controlled
enterprise

whose address is _____

_____

I further declare and affirm that company employees (persons not on the payroll of and/or performing the same tasks for disadvantaged owned business having any interest in the affiant's business) operate the following company equipment relative to the manufacturing process:

### Equipment

Type _____ Function _____ Model _____ Age _____ Make _____

Number of employees involved in the manufacturing process: _____

The undersigned swears that the foregoing statements are true and correct and fully understands that WMATA may rely on these statements in determining whether a WMATA prime contractor purchasing goods from the undersigned's manufacturing concern is entitled to a 100% credit of such purchases towards its DBE goal. The undersigned further understands that any material misrepresentation will be grounds for initiating action under Federal or state laws concerning false statements.

_____        _____
          Signature of Affiant                              Printed Name

Date: _____ State: _____ County: _____

On this _____ day of _____, 19_____.

before me appeared _____
                                                    (Name)
to me personally known, who, being duly sworn, did execute the foregoing Affidavit, and did state that he

or she was properly authorized by _____
                                                      (Name of Firm)
to execute the Affidavit and did so as his or her free act and deed.

(Seal)                    Sworn and subscribed before me _____
                                                                        (Notary Public)
                          Commission Expires: _____

23.29 (10/99)    | M |

DISADVANTAGED BUSINESS ENTERPRISE (DBE)
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
PROMPT PAYMENT REPORT
*PRIME-CONTRACTOR'S REPORT*

This Report is required to be submitted to the Office of Civil Rights, DBE Branch pursuant to requirements of WMATA's DBE Program plan §2.5 and §26.29 of 49 CFR Part 26.

Name of Prime Contractor

Contract No.:

Project Name:

| Name of Sub-Contractor | DBE (Y/N) | Type of Work | Date Work Accepted | Work Hours | Agreed Upon Price | Amount Paid | Date of Payment |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

(ATTACH ADDITIONAL SHEETS AS NECESSARY)

Signature                              Date

Name and Title

Revised AM 1                    00400- B - 20                    CONTRACT 1B0035

## DISADVANTAGED BUSINESS ENTERPRISE (DBE)
## WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
## PROMPT PAYMENT REPORT
### *SUB-CONTRACTOR'S REPORT*

This Report is required to be submitted to the Office of Civil Rights, DBE Branch pursuant to requirements of WMATA's DBE Program plan §2.5 and §26.29 of 49 CFR Part 26

_____    Contract No.: _____
    Name of Prime Contractor

Project Name: _____

_____    (Check One)
    Name of DBE Sub-Contractor

    ☐ Regular Pay
    ☐ Return of Retainer

_____
    Name of Non-DBE Sub-Contractor

| Type of Work | Date Work Accepted | Work Hours | Agreed Upon Price | Amount Received | Date of Payment |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

(ATTACH ADDITIONAL SHEETS AS NECESSARY)

_____        _____        _____
    Name and Title                        Signature                        Date

A. Promptpaysub(3/17/00-RHI)

Information For Determining Joint Venture Eligibility

Page 1

Name and address of Joint Venture: _____

_____

Contact Person: _____ Telephone: _____

Have you attached a copy of the Joint Venture agreement? [ ] Yes  [ ] No

NOTE:  Affidavit will not be processed without a copy of the Joint Venture agreement.

Name and address of Joint Venture partner: _____

_____

Contact Person: _____ Telephone: _____

Status of firm:  [ ] DBE.  [ ] Non-Minority.

Does firm have current WMATA DBE certification?  [ ] Yes  [ ] No

Name and address of Joint Venture partner: _____

_____

Contact Person: _____ Telephone: _____

Status of firm:  [ ] DBE.  [ ] Non-Minority.

Does firm have current WMATA DBE certification?  [ ] Yes  [ ] No

Describe the nature of the Joint Venture business:

Describe the role in the Joint Venture of each partner listed above:

Describe the experience and business qualifications of each partner in the Joint Venture listed above:

23.29 (10/99)

M

Information For Determining Joint Venture Eligibility

Page 2

Indicate the percentage of ownership in the Joint Venture for each Joint Venture partner, indicating dollar amounts wherever applicable.

| Name of Partner | Percentage of Ownership | Profit and Loss Sharing | Capital Contributions including Equipment | Other Agreements |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTALS:

Identify by name, title, race, sex and company affiliation those individuals responsible for the management control of and participation in this contract:

1.    Financial decisions, such as payroll, insurance, surety and/or bonding requirements:

Name: _____    Race: _____

Title: _____    Sex:   [ ] Male  [ ] Female

Company affiliation: _____

2.    Management decisions, such as estimating, marketing and sales, hiring and firing, purchasing supplies:

Name: _____    Race: _____

Title: _____    Sex:   [ ] Male  [ ] Female

Company affiliation: _____

3.    Supervision of field operations:

Name: _____    Race: _____

Title: _____    Sex:   [ ] Male  [ ] Female

Company affiliation: _____

[M]  23.06c (Rev 10/99)

Information For Determining Joint Venture Eligibility

Page 3

........................................................................................................................

      The undersigned swear that the foregoing statements are correct and include all material information necessary to identify and explain the terms and operations of our following named Joint Venture:

_____

and the intended participation by each Joint Venturer in the undertaking. Further the undersigned covenant and agree to provide the Authority current, complete and accurate information regarding actual Joint Venture work and the payment thereof and any proposed changes in any of the Joint Venture arrangements and to permit the audit and examination of the books, records and files of the Joint Venture, or those of each Joint Venturer relevant to the Joint Venture, by authorized representatives of the Authority or the Federal funding agency. Any material misrepresentation will be grounds for terminating any contract which may be awarded and for initiating action under Federal and State laws concerning false statements.

      It is recognized and acknowledged that the Authority's DBE Program shall have access to the information provided herein above for the purpose of establishing eligibility and authenticity of the minority status of the Joint Venture.

      It is understood that trade secrets and information privileged by law, as well as commercial, financial, geological and geophysical data furnished will be protected.

| | |
|---|---|
| _____ | _____ |
| (NAME OF FIRM) | (NAME OF SECOND FIRM) |
| _____ | _____ |
| (SIGNATURE OF AFFIANT) | (SIGNATURE OF AFFIANT) |
| _____ | _____ |
| (PRINT NAME) | (PRINT NAME) |
| _____ | _____ |
| (TITLE) | (TITLE) |
| _____ | _____ |
| (DATE) | (DATE) |

23.29 (10/99)

M

Information For Determining Joint Venture Eligibility

Page 4

..................................................................................................................................

Date. _____     State: _____     County: _____

On this _____ day of _____, 19_____,

before me appeared _____
                                                    (Name)
to me personally known, who, being duly sworn, did execute the foregoing Affidavit, and did state that he

or she was properly authorized by _____
                                                              (Name of Firm)
to execute the Affidavit and did so as his or her free act and deed.

(Seal)                    Sworn and subscribed before me _____
                                                                      (Notary Public)

                          Commission Expires: _____

..................................................................................................................................
.........

Date: _____     State: _____     County: _____

On this _____ day of _____, 19_____,

before me appeared _____
                                                    (Name)
to me personally known, who, being duly sworn, did execute the foregoing Affidavit, and did state that he

or she was properly authorized by _____
                                                              (Name of Firm)
to execute the Affidavit and did so as his or her free act and deed.

(Seal)                    Sworn and subscribed before me _____
                                                                      (Notary Public)

                          Commission Expires: _____

..................................................................................................................................

• • •

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
| Design-Build Contract RFP  C - 1B0035/JDC | Date: July 23 , 2001 |

## 00500   Agreement

00520   AGREEMENT FORM

00521   DESIGN-BUILD CONTRACT FORM

PROPOSER'S INFORMATION NOTICE: The following form is included for the proposer's information and use in the event he is awarded the Contract. It is not required to be submitted with the proposal.

**DESIGN/BUILDER:**                    **CONTRACT NUMBER:**  1B0035

                                                        Date:

**CONTRACT FOR:**          Fixed Price

**CONTRACT PRICE:**          $_____

**CONTRACT PERFORMANCE TIME:**          _____calendar days

In consideration of the covenants contained herein, the Washington Metropolitan Area Transit Authority (hereinafter called the Authority), represented by the Contracting Officer executing this Contract, and the individual, partnership, joint venture or corporation named above (hereinafter, the Design-Builder or Contractor), mutually agree to perform this Contract in strict accordance with its provisions.  The Contract consists of:  this RFP and its amendments, if any, except for section 00200 Instructions to Proposers; all documents referenced or attached to the RFP including the following:

1.      Project Manual as defined in the General Conditions

2.      Technical Proposal and Cost Proposal as finally accepted.

3.      Other publications referenced in the Contract Documents

4.      Amendment Number(s): _____

**Design-Build Agreement**

**Page 1 of 2**

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
|---|---|
| Design-Build Contract RFP  C - 1B0035/JDC | Date: July 23 , 2001 |

ALTERATIONS:          The following alterations were made to this Contract before it was signed by the parties hereto:

In Witness Whereof, the parties hereto have executed this Contract as of the date entered above.

_____
Design-Builder

ATTEST: _____          *By: _____

_____
Design-Builder

ATTEST: _____          *By: _____

_____
Design-Builder

ATTEST: _____          *By: _____

*WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY*

By:_____
*Washington Metropolitan Area Transit Authority*

*NOTE.          Execution for the Contractor that is an individual, corporation or partnership shall be accompanied by the Power of Execution that follows.  A Joint Venture Contractor must complete the Power of Attorney that follows.  All persons executing this Contract must complete the appropriate Certification of the person's authority to act on behalf of the Contractor.

**Design-Build Agreement**

**Page 2 of 2**

Washington Metropolitan Area Transit Authority | Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC | Date: July 23 , 2001

## 00540  Attachments to Agreements Form

00541   POWER OF ATTORNEY

PROPOSER'S INFORMATION NOTICE: The following form is included for the proposer's information and use in the event he is awarded the Contract.  It is not required to be submitted with the proposal.

KNOW ALL MEN BY THESE PRESENTS,

That _____

_____

constituting all of the venturers of the joint venture known as

_____

which is desirous of entering into a contract with the Washington

Metropolitan Area Transit Authority, do hereby designate and

appoint _____

one of the venturers hereinafter called the "Managing Sponsor", as their true and lawful attorney with the power, on their behalf and in the name and on behalf of the joint venture, to represent and bind the undersigned and the joint venture in all matters in connection with Contract _____, to make, execute, seal and deliver on behalf of the joint venture and as its act and deed, any and all contracts, change orders, monthly and final payment certificates and other like instruments.  The undersigned specifically acknowledge and agree that the execution of such proposal or contract by the Managing Sponsor shall constitute the agreement of each venturer to be jointly and severally liable for any and all of the duties and obligations of the joint venture arising from such proposal or contract.

IN WITNESS WHEREOF, the undersigned have executed this Power of Attorney this _____ day of _____, 20 _____.


_____
Design-Builder

ATTEST: _____    By _____


_____
Design-Builder

ATTEST: _____    By _____


_____
Design-Builder

ATTEST: _____    By _____

Washington Metropolitan Area Transit Authority     Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC     Date: July 23 , 2001

00542  POWER OF EXECUTION

PROPOSER'S INFORMATION NOTICE: The following form is included for the proposer's information and use in the event he is awarded the Contract.  It is not required to be submitted with the proposal.

The undersigned, a _____ under

corporation, partnership, individual

the laws of the State of _____, having principal office

or registered agent at _____

hereby nominates, constitutes and appoints _____

_____ with full power to act _____

alone or in conjunction

_____, on behalf of _____

with another person                   name of company

to make, execute, seal and deliver on its behalf as contractor and as its act and deed, any and all contracts, change orders, monthly and final payment certificates and other like instruments.

Such contracts, change orders, monthly and final payment certificates and other like instruments shall be binding upon said company as fully and to all intents and purposes as if such instruments had been duly executed and acknowledged and delivered by the authorized officers of the company when duly executed, as indicated above, by either one of the aforementioned persons.

                _____

                       Design-Builder

By:    _____

                       Signature

                _____

                       Address

ATTEST: _____     _____

                       Date

                Attachment to Contract _____

                Complete certification below.

**Power of Execution**

**Page 1 of 2**

Washington Metropolitan Area Transit Authority
Design-Build Contract RFP  C - 1B0035/JDC

Contract No.  1B0035
Date: July 23 ,  2001

## PARTNERSHIP POWER OF EXECUTION

PROPOSER'S INFORMATION NOTICE: The following form is included for the proposer's information and use in the event he is awarded the Contract.  It is not required to be submitted with the proposal.

I, _____, certify that I am a Partner of the

firm named as Contractor herein; that _____

who signed this Statement on behalf of the Contractor was then a Partner of said

partnership; that said Statement was duly signed for and on behalf of said partnership by

authority of its partners and is within the scope of their powers.

Date Executed _____

By _____


## CORPORATE POWER OF EXECUTION

I, _____, certify that I am

an_____ of _____, that

_____ , who signed this Statement on behalf of said

corporation was then an officer of said Corporation ; that said Statement

was duly signed for and on behalf of said Corporation.

Date Executed _____

By _____


### Power of Execution

### Page 2 of 2

1B0035                                        00500-5                                        Agreement

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
| Design-Build Contract RFP  C - 1B0035/JDC | Date: July 23 , 2001 |

## 00600 Bonds and Certificates

00610 BONDS

00611  BOND REQUIREMENTS

A.  Requirements: Within 10 calendar days after the prescribed forms are presented for signature to the proposer to whom award is made a written Contract on the form provided shall be executed and delivered to the Contracting Officer or other delegated Authority Representative, together with a performance bond and payment bond if the Contract price is $100,000 or more, each with good and sufficient surety or sureties acceptable to the Authority. Corporations executing the bonds as sureties must be among those appearing on the Treasury Department's list of approved sureties and must be acting within the limitations set forth therein. The penal sums of such bonds shall be as follows:

1.  Performance Bond:

a.  The penal sum of the performance bond shall equal 100 percent  of the Contract price.

2.  Payment Bond:

a.  The penal sum of the payment bond shall equal 100 percent  of the Contract price.

B.  Failure to furnish: In the event the required bonds are not furnished as specified, the Contracting Officer or other delegated Authority Representative may issue the Notice To Proceed, however, no payment will be made to the Contractor until the required bonds are furnished.

00612  PERFORMANCE AND PAYMENT BONDS (Additional Bond Security)

A.  If any surety upon any performance bond furnished in connection with this Contract becomes unacceptable to the Contracting Officer, or if any such surety fails to furnish reports as to its financial condition from time to time as requested by the Contracting Officer, the Design-Builder shall promptly furnish such additional security as may be required from time to time to protect the interest of the Authority and of persons supplying labor or materials in the prosecution of the work contemplated by this Contract.

B.  If any surety upon any payment bond furnished in connection with this Contract becomes unacceptable to the Contracting Officer, or if any such surety fails to furnish reports as to its financial condition from time to time as requested by the Contracting Officer, the Design-Builder shall promptly furnish such additional security as may be required from time to time to protect the interest of the Authority and of persons supplying labor or materials in the prosecution of the work contemplated by this Contract.

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
|---|---|
| Design-Build Contract RFP  C - 1B0035/JDC | Date: July 23 , 2001 |

00614 PERFORMANCE BOND

PROPOSER'S INFORMATION NOTICE: The following is included for the proposer's information and use in the event he is awarded the Contract. It is not required to be submitted with the proposal.

Contract No.: 1 - B0035          Contract Date:

Penal Sum of Bond:

Date Bond Executed:

KNOW ALL MEN BY THESE PRESENTS, that we, the Principal and Surety(ies) hereto, are firmly bound to the Washington Metropolitan Area Transit Authority (hereinafter called the Authority) in the above penal sum for the payment of which we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally: Provided, that, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us, and for all other purposes each Surety binds itself, jointly and severally with the Principal, for the payment of such sum only as set forth opposite the name of such Surety, but if no limit of liability is indicated, the limit of liability shall be the full amount of the penal sum.

THE CONDITION OF THIS OBLIGATION IS SUCH, that whereas the Principal entered into the contract identified above:

NOW, THEREFORE, if the Principal shall perform and fulfill all the undertakings, covenants, terms, conditions and agreements of said contract during the original term of said contract and any extensions thereof that may be granted by the Authority, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and shall also perform and fulfill all the undertakings, covenants, terms, conditions and agreements of any and all duly authorized modifications of said contract that may hereafter be made, notice of which modifications to the Surety(ies) being hereby waived, then the above obligation shall be void and of no effect.  Surety acknowledges Authority can advance the date of payments to Contractor, and by so doing the Surety remains liable under the terms of the bond.

IN WITNESS WHEREOF, the Principal and Surety(ies) have executed this performance bond and have affixed their seals on the date set forth above.

**Principal(s)**

1.  Firm Name                           Corporate Seal
    and Address:
    Signature: _____
    Name and Title:                     State of Inc.:

2.  Firm Name                           Corporate Seal:
    and Address:
    Signature: _____
    Name and Title:                     State of Inc.:

3.  Firm Name                           Corporate Seal:
    and Address:
    Signature: _____
    Name and Title:                     State of Inc.:

**Performance Bond**
**Page 1 of 2**

Washington Metropolitan Area Transit Authority                 Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC                      Date: July 23 , 2001

Corporate Surety(ies)

| Surety A | Surety Name & Address<br>Signature:_____<br>Name & Title:<br>State of Inc.: | Liability Limit<br>$ | (Seal) |
|---|---|---|---|
| Surety B | Surety Name & Address<br>Signature:_____<br>Name & Title:<br>State of Inc.: | Liability Limit<br>$ | (Seal) |
| Surety C | Surety Name & Address<br>Signature:_____<br>Name & Title:<br>State of Inc.: | Liability Limit<br>$ | (Seal) |

**Attach additional pages as needed.**

| Bond<br>Premium<br>Schedule | Total Premium | $ |
|---|---|---|

### Performance Bond Instructions:

1.  This form is authorized for use in connection with contracts for design and construction work or the furnishing of labor, materials, equipment, supplies and services.

2.  The full legal name and business address of the Principal shall be inserted in the space designated "Principal" on the face of this form.  The bond shall be signed by an authorized person. Where such person is signing in a representative capacity (e.g., an attorney-in-fact), but is not a member of the firm, partnership or joint venture, or an officer of the corporation involved, evidence of his authority must be furnished.

3.  Corporation executing the bond as sureties must be among those appearing on the Treasury Department's therein.  Where more than a single corporate surety is involved, their names and addresses (city and State) shall be inserted in the spaces (Surety A, Surety B, etc.) headed "Corporate Surety(ies)".

4.  Corporations executing the bond shall affix their corporate seals.

5.  The name of each person signing this performance bond should be typed in the space provided.

6.  The date this Bond is executed must be later than the contract execution date.

**Performance Bond**
**Page 2 of 2**

| Washington Metropolitan Area Transit Authority<br>Design-Build Contract RFP C - 1B0035/JDC | Contract No. 1B0035<br>Date: July 23 , 2001 |
| --- | --- |

00615   PAYMENT BOND

PROPOSERS INFORMATION NOTICE: The following form is included for the proposer's information and use in the event he is awarded the Contract. It is not required to be submitted with the proposal.

Contract No. 1 - B0035              Contract Date:

Penal Sum of Bond:                 Date Bond Executed:

KNOW ALL MEN BY THESE PRESENTS, that we, the Principal and Surety(ies) hereto, are firmly bound to the Washington Metropolitan Area Transit Authority (hereinafter called the Authority) in the above penal sum for the payment of which we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally: Provided, that, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us, and for all other purposes each Surety binds itself, jointly and severally with the Principal, for the payment of such sum only as set forth opposite the name of such Surety, but if no limit of liability is indicated, the limit of liability shall be the full amount of the penal sum

THE CONDITION OF THIS OBLIGATION IS SUCH, that whereas the Principal entered into the contract identified above:

NOW, THEREFORE, if the Principal shall promptly make payment to all claimants as hereinafter defined supplying services, labor material and/or equipment in the prosecution of the Work provided for in said contract, and any and all duly authorized modifications of said Contract that may hereafter be made, notice of which modifications to the Surety(ies) being hereby waived, then the above obligation shall be void and of no effect, otherwise it shall remain in full force and effect, subject, however, to the following conditions:

1.  A claimant is defined as one having a direct contract with the Principal or with a subcontractor of the Principal for labor, material, or both, used or reasonably required for use in the performance of the contract, labor and material being construed to include that part of water, gas, power, light, heat, oil, gasoline, telephone service or rental of equipment directly applicable to the Contract.

2.  The above-named Principal and Surety hereby jointly and severally agree with the Owner that every claimant as herein defined, who has not been paid in full before the expiration of a period of ninety (90) days after the date on which the last of such claimant's work or labor was done or performed, or materials were furnished by such claimant, may sue on this bond for the use of such claimant, prosecute the suit to final judgment for such sum or sums as may be justly due the claimant, and have execution thereon. The Owner shall not be liable for the payment of any costs or expenses of any such suit.

3.  No suit or action shall be commenced hereunder by any claimant:

    a.  Unless claimant, other than one having a direct contract with the Principal, shall have given written notice to the Principal within ninety (90) days after such claimant did or performed the last of the work or labor, or furnished the last of the materials for which said claim is made, stating with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished, or for whom the work or labor was done or performed. Such notice shall be served by mailing the same by registered mail or certified mail, postage prepaid, in an envelope addressed to the Principal at any place where he maintains an office or conducts business, or his residence or such notice shall be served in any manner in which legal process may be served in the state or District of Columbia in which the aforesaid project is located, save that such service need not be made by a public officer.

    b.  After the expiration of one (1) year following the date of final settlement of said CONTRACT, it being understood, however, that if any limitation embodied in this bond is prohibited by any law controlling the construction hereof, such limitation shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law.

**Payment Bond**
**Page 1 of 2**

Washington Metropolitan Area Transit Authority     Contract No. 1B0035
Design-Build Contract RFP C - 1B0035/JDC     Date: July 23 , 2001

    c.   Other than in a state court of competent jurisdiction in and for the county or other political subdivision of the state in which the project, or any part thereof, is situated or in the United States District Court for the district in which the project, or any part thereof, is situated, and not elsewhere.

IN WITNESS WHEREOF, the Principal and Surety(ies) have executed this payment bond and have affixed their seals on the date set forth above.

### Principal(s)

1.   Firm Name and Address:       Corporate Seal
       Signature: _____
       Name and Title: _____    State of Inc.:

2.   Firm Name and Address:       Corporate Seal
       Signature: _____
       Name and Title: _____    State of Inc.:

3.   Firm Name and Address:       Corporate Seal
       Signature: _____
       Name and Title: _____    State of Inc.:

### Corporate Surety(ies)

| | | | |
|---|---|---|---|
| Surety A | **Surety Name & Address**<br>**Signature:**_____<br>**Name & Title:**<br>**State of Inc.:** | Liability Limit<br>$ | (Seal) |
| Surety B | **Surety Name & Address**<br>**Signature:**_____<br>**Name & Title:**<br>**State of Inc.:** | Liability Limit<br>$ | (Seal) |
| Surety C | **Surety Name & Address**<br>**Signature:**_____<br>**Name & Title:**<br>**State of Inc.:** | Liability Limit<br>$ | (Seal) |

Attach additional pages as needed.

### Instructions

1. This form is authorized for use in connection with contracts for design work, construction work or the furnishing of labor, materials, equipment, supplies and services.
2.   The full legal name and business address of the Principal shall be inserted in the space designated "Principal" on the face of this form. The bond shall be signed by an authorized person. Where such person is signing in a representative capacity (e.g., an attorney-in-fact), but is not a member of the firm, partnership or joint venture, or an officer of the corporation involved, evidence of his authority must be furnished.
3.   Corporation executing the bond as sureties must be among those appearing on the Treasury Department's list of approved sureties and must be acting within the limitations set forth therein. Where more than a single corporate surety is involved, their names and addresses (city and State) shall be inserted in the spaces (Surety A, Surety B, etc.) headed "Corporate Surety(ies)".
4.   Corporations executing the bond shall affix their corporate seals.
5.   The name of each person signing this performance bond should be typed in the space provided.
6.   The date this bond is executed must be later than the contract execution date.

### Payment Bond
### Page 2 of 2

Washington Metropolitan Area Transit Authority | Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC | Date: July 23 , 2001

## 00700 General Conditions

00701 Definitions

A.  As used throughout the Contract Documents the following terms shall have the meanings set forth below:

1.  Agreement: The term Agreement means the Authority's form titled "Design-Build Contract Form" in this RFP, that, upon execution by the Design-Builder and the Authority, creates the Contract between the two parties for the services specified in the Summary of Work, and as further described in the remaining Contract Documents.

2.  Approval:  Approval of a submittal or any other item shall be solely for the purpose of establishing conformance to the Mandatory Documents as described in Section 00711, Authority Reviews. Where the specifications require approval by the Authority, the Contractor shall obtain such approval before proceeding with the affected work. Where specifications call for submittals to be made to the Authority but do not state a requirement for Authority approval, the Authority may disapprove such submittals, but it shall not required to respond to or to approve such submittals.

3.  Authority: The term Authority means the Washington Metropolitan Area Transit Authority, created effective February 20, 1967, by interstate Compact by and between Maryland, Virginia and the District of Columbia, pursuant to Public Law 89-774, approved November 6, 1966.

4.  Authority Representative: The Authority Representative is the person responsible for post award execution of an Authority contract in the most effective, economical, and timely manner. The Authority Representative is the Authority's primary point of contact with its contractor. In addition, the Authority Representative is delegated contracting authority within specified dollar limits which are available upon request. The Authority Representative may, at his or her discretion, delegate Project responsibilities to a Project Representative and certain other responsibilities to a designee.  Unless the Contractor is directed to the contrary, all correspondence with respect to this contract shall be sent to the Authority Representative.

5.  Board of Directors: The term Board of Directors means the Board of Directors of the Washington Metropolitan Area Transit Authority.

6.  Claim: The term Claim means a written demand or assertion by one of the parties seeking, as a legal right, the payment of money, adjustment or interpretation of Contract terms, or other relief, arising under or relating to this Contract.

7.  Contract: The term Contract means the written Agreement between the Authority and the Design-Builder covering the Work as set forth in the Summary of Work and other Contract Documents.

8.  Contract Documents: The term Contract Documents means all documents included in the Contract as defined above. The Contract Documents consist of: this RFP and all documents referenced herein or appended hereto, except for Section 00200, Instructions to Proposers; all addenda or modifications issued before, on, or after the effective date of the Contract; the Notice to Proceed; and the Design-Builder's Price and Technical Proposals, as finally accepted.

9.  Contract Drawings: Contract Drawings means those drawings  that are a part of  the Mandatory Documents, and that have been prepared by the Authority specifically for this project.

10. Contracting Officer: The Authority has implemented a contract administration system where the Authority Representative, or designee, is the primary point of contact for post-award administration of this contract.  To maintain an independent award and procurement review function, most pre-award functions and certain significant post-award contract administration functions have been reserved to the Office of Procurement. This includes contract

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
|---|---|
| Design-Build Contract RFP  C - 1B0035/JDC | Date: July 23 , 2001 |

modifications above the Authority Representative's level of authority and major contract actions such as awards, final payments, suspensions, terminations, debarments, assessment of liquidated damages, and issuance of final decisions under the Disputes Clause.  The procurement official who signs this contract will serve as Contracting Officer unless another Contracting Officer is designated by the Office of Procurement.

11. Contractor: The term Contractor means the Design-Builder that contracts with the Authority to furnish design and construction (design-build) services for the Project. The term Contractor is synonymous with Design-Builder.

12. Day: Day shall mean calendar day except where the term working day or like term is used.

13. Design-Builder: The term Design-Builder means the individual, partnership, firm, corporation, or other business entity that is contractually obligated to the Authority to furnish, through itself or others, the design and construction (design-build) services described in the Contract, including all incidentals which are necessary to complete the Work in accordance with the Contract. The term Design-Builder is synonymous with Contractor.

14. Design Professional: The term Design Professional means the individual(s), partnership(s), firm(s), corporation(s) or other business entity(s) that is either the Design-Builder, or employed or retained by the Design-Builder, to manage and perform the design services for the Project. For more detail on the Design Professional's role and responsibility, refer to Section 01111, Key Contractor Functions.

15. Engineer: The term Engineer is used in numerous locations in the specifications.  The term Engineer is synonymous with the term Authority Representative.

16. Energization: Energization means energization of the traction power system of the line extension in order to accommodate testing of the system in preparation for the achievement of operations readiness.  After energization of the line, work on the line will require additional coordination measures, including coordination with WMATA.

17. Final Completion and Acceptance of All Work (as used in Milestone 7): Final Completion and Acceptance of All Work means that all work has been finally completed and accepted.  All design and construction must be completed, all punch list items completed, all as-builts, manuals and other closeout submittals (including spare parts) must be completed and turned over Authority, and all parts of the Work must be accepted by the Authority.

18. Final Design Specifications: The term Final Design Specifications means those specifications prepared by or through the Design-Builder and approved for construction by the Authority consisting of written technical descriptions of materials, equipment, construction systems, standards, and workmanship as applied to the construction of the Project as well as administrative details related thereto.

19. Final Design Drawings: The term Final Design Drawings means those drawings prepared by or through the Design-Builder and approved for construction by the Authority consisting of the tangible, graphic manifestations of the technical descriptions of materials, equipment, construction systems, standards, and workmanship as applied to the construction of the Project.

20. Independent Engineer: The Independent Engineer means the individual(s), partnership(s), firm(s), corporation(s), or other business entity(s) that is employed by the Design-Builder that acts to facilitate cooperation between design and construction functions within the Design-Build team, and that performs oversight of some work.  For more details on the Independent Engineer's role and responsibility, refer to Section 01111, Key Contractor Functions.

21. Issued for Construction: The term Issued for Construction refers to drawings, specifications or other documents that are approved to be issued by the Design-Builder's for the construction, fabrication, or other implementation of it's design.

22. Legal Requirements: The term Legal Requirements means all federal, state and local laws, codes, ordinances, rules, regulations, orders and decrees of any government or quasi-

government entity that are applicable to the Project.

23. ~~Mandatory Documents:~~ The term Mandatory Documents means those Contract Documents which the Design-Builder must comply with. The following are Mandatory Documents:
- Division 00
- Division 01, General Requirements
- Division 02 to 16, Specifications
- WMATA Design Criteria,
- WMATA Construction Safety Manual
- WMATA Insurance Requirements
- Volumes 1 to 5, Mandatory Drawings;
- All other documents incorporated by reference in the above.

24. Non-Mandatory Documents: The term Non-Mandatory Documents means those Contract Documents which are provided to the Design-Builder for its information and use, but which the Design-Builder is not required to comply with. Non-Mandatory Documents are listed in Section 00300, Information Available to Proposers.

25. Operations Readiness Date (ORD): Operations Readiness Date is the date upon which WMATA certifies that the system and equipment are complete and capable of supporting revenue rail service.

26. Project: The term Project means the design and construction (Design-Build) of the facility described in the Summary of Work and other Contract Documents. The Project also involves the integration of new systems into existing Authority systems.

27. Project Manual: The term Project Manual is synonymous with Contract Documents.

28. Project Representative: The term Project Representative means the individual(s), including but not limited to the Resident Engineer, to whom the Authority Representative has delegated Project responsibilities. The Project Representative represents the Authority Representative on the Project within the limits of that delegation with respect to any part of the Work.

29. Request for Proposal (RFP): The term RFP means the written document prepared in anticipation of the negotiation and award of the design-build contract for the design and construction of the Project.

30. Related Documents: In specifications in Division 01 (General Requirements) and Divisions 02 to 16 (Specifications), the term "Related Documents" is used to identify documents that directly relate to the section in question. This is done in order to assist the reader in finding some of the other most relevant sections of the Contract Documents. However, this shall not be interpreted as diminishing any other requirement set out in the Contract Documents that are not referred to under "Related Documents".   The Contract Documents shall be read and interpreted as a whole.

31. Revenue Operations Date (ROD): Revenue Operations Date is the date upon which the new system segment is opened for revenue (passenger) service.

32. Standard Drawings and Standard Specifications: The terms Standard Drawings and Standard Specifications means those drawings and specifications, prepared by the Authority, that are a part of the Mandatory Documents, and that have been prepared to serve as standard for all WMATA projects.

33. Submittal: The term Submittal means a written or graphic document prepared by the Design-Builder, which the Contract Documents require be submitted to the Authority. Submittals include, but are not limited to, drawings, specifications, progress schedules, shop drawings, product data, safety and quality control plans, samples, and schedules of value for the Work. Submittals are not Contract Documents.

34. Work: The term Work means all of the design and construction services, including supervision, quality control and quality assurance, labor, materials, machinery, equipment, tools, and supplies required to complete the Project, or the various separately identifiable parts thereof,

Washington Metropolitan Area Transit Authority     Contract No. 1B0035
Design-Build Contract RFP C - 1B0035/JDC            Date: July 23 , 2001

government entity that are applicable to the Project.

23. Mandatory Documents: The term Mandatory Documents means those Contract Documents which the Design-Builder must comply with. The following are Mandatory Documents:
    - Division 00
    - Division 01, General Requirements
    - Division 02 to 16, Specifications
    - WMATA Design Criteria,
    - WMATA Construction Safety Manual
    - WMATA Insurance Requirements
    - Volumes 1 to 3, Mandatory Drawings;
    - All other documents incorporated by reference in the above.

24. Non-Mandatory Documents: The term Non-Mandatory Documents means those Contract Documents which are provided to the Design-Builder for its information and use, but which the Design-Builder is not required to comply with. Non-Mandatory Documents are listed in Section 00300, Information Available to Proposers.

25. Operations Readiness Date (ORD): Operations Readiness Date is the date upon which WMATA certifies that the system and equipment are complete and capable of supporting revenue rail service.

26. Project: The term Project means the design and construction (Design-Build) of the facility described in the Summary of Work and other Contract Documents. The Project also involves the integration of new systems into existing Authority systems.

27. Project Manual: The term Project Manual is synonymous with Contract Documents.

28. Project Representative: The term Project Representative means the individual(s), including but not limited to the Resident Engineer, to whom the Authority Representative has delegated Project responsibilities. The Project Representative represents the Authority Representative on the Project within the limits of that delegation with respect to any part of the Work.

29. Request for Proposal (RFP): The term RFP means the written document prepared in anticipation of the negotiation and award of the design-build contract for the design and construction of the Project.

30. Related Documents: In specifications in Division 01 (General Requirements) and Divisions 02 to 16 (Specifications), the term "Related Documents" is used to identify documents that directly relate to the section in question. This is done in order to assist the reader in finding some of the other most relevant sections of the Contract Documents. However, this shall not be interpreted as diminishing any other requirement set out in the Contract Documents that are not referred to under "Related Documents". The Contract Documents shall be read and interpreted as a whole.

31. Revenue Operations Date (ROD): Revenue Operations Date is the date upon which the new system segment is opened for revenue (passenger) service.

32. Standard Drawings and Standard Specifications: The terms Standard Drawings and Standard Specifications means those drawings and specifications, prepared by the Authority, that are a part of the Mandatory Documents, and that have been prepared to serve as standard for all WMATA projects.

33. Submittal: The term Submittal means a written or graphic document prepared by the Design-Builder, which the Contract Documents require be submitted to the Authority. Submittals include, but are not limited to, drawings, specifications, progress schedules, shop drawings, product data, safety and quality control plans, samples, and schedules of value for the Work. Submittals are not Contract Documents.

34. Work: The term Work means all of the design and construction services, including supervision, quality control and quality assurance, labor, materials, machinery, equipment, tools, and supplies required to complete the Project, or the various separately identifiable parts thereof,

in accordance with the terms of the Contract.

35.  General Provisions: The term general provisions refers to provisions in the document that may be found within Section 00700, General Conditions, 00800 Special Provisions, or Division 01, General Requirements.

36.  Bidder: The term Bidder is synonymous with the term Proposer in this contract.                    #

## 00702  Intent of Contract

A.  The Design-Builder shall, upon execution of this Contract and receipt of Notice to Proceed (NTP), perform all work as defined herein to complete the Project as described in this Contract.  The Authority has detailed its requirements in the Summary of Work and other Mandatory Documents. The Authority has not specified the precise details of performing the Work, except as the Authority considered such details to be essential for the successful completion of the Work. Therefore, the Design-Builder shall not deviate from the requirements of the Summary of Work  and other Mandatory Documents without the written approval of the Authority.

B.  During the design of the Project, the Design-Builder and the Authority shall meet periodically and confer about the progress of the design. At these design review meetings, the Design-Builder shall identify the evolution of the design and any changes or deviations from the requirements of the Summary of Work and other Mandatory Documents, as well any associated potential changes to the Contract Price or Performance Time.  The Design-Builder in a timely manner shall provide minutes of all such meetings for all attendees to review and approve or correct.  The Authority shall review and approve subsequent design submission that are consistent with the Summary of Work and other Contract Documents as modified by agreements reached at the design review meetings and documented in meeting minutes approved by the Authority.  Any agreement that involves changes to the Summary of Work or other Contract Documents shall be documented in a fashion consistent with Section00764, Changes.  The Authority will perform its design reviews solely for the purposed stated in Section 00711, Authority Reviews.

C.  It is the intent of the Contract Documents to describe a functionally complete Project to be designed and constructed in accordance with the Mandatory Documents. Any work, materials or equipment that may reasonably be inferred from the Mandatory Documents, from prevailing custom, or trade usage as being required to produce the intended results will be furnished and performed whether or not specifically called for.  Unless otherwise defined in the Contract, when words or phrases having a well-known technical, construction industry, or trade meaning are used to describe work, labor, services, materials, tools or equipment, such words or phrases shall be interpreted in accordance with that meaning.

D.  The Design-Builder shall be responsible for performing or furnishing construction services and related services in all phases of the Project and require its subcontractors to perform the services in accordance with the best general practice.  Only new materials and workmanship of best standard quality shall be used.  Unless otherwise specified, the Design-Builder shall furnish all work, services, labor, materials, tools, equipment and incidentals which are necessary to compete the Work in a proper, substantial and workmanlike manner in accordance with the Contract.

E.  The Design-Builder accepts the relationship of trust and confidence established between it and the Authority by the Agreement.  The Design-Builder agrees to furnish the architectural, engineering and construction services set forth herein, and agrees to furnish efficient business administration and superintendence, including quality control and quality assurance, and use its best efforts, to complete the Project in the best and soundest way and in the most expeditious and economical manner consistent with the Contract Documents.  The Design-Builder agrees to perform its design services in accordance with the responsibilities and requirements set forth at Section 00720, Responsibility of the Design-Builder for Design Related Services, and 00721, Requirements for Professional Registrations.

F.  Nothing contained in these Contract Documents shall create a contractual relationship between the Authority and any party other than the Design-Builder. However, it is understood and agreed that the Authority is an intended third party beneficiary of all contracts for design, engineering or construction services and all such subcontracts, purchase orders, and other agreements between the Design-Builder and third parties related to those services. The Design-Builder shall incorporate the obligations of this contract into its respective subcontracts, supply agreements, and purchase orders.

## 00703 ORDER OF PRECEDENCE

Case 1:05-cv-01289-RCL    Document 9-3    Filed 08/23/2005    Page 150 of 229

Washington Metropolitan Area Transit Authority          Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC               Date: July 23 , 2001

in accordance with the terms of the Contract.

**SUPERSEDED**

00702   Intent of Contract

A.   The Design-Builder shall, upon execution of this Contract and receipt of Notice to Proceed (NTP), perform all work as defined herein to complete the Project as described in this Contract. The Authority has detailed its requirements in the Summary of Work and other Mandatory Documents. The Authority has not specified the precise details of performing the Work, except as the Authority considered such details to be essential for the successful completion of the Work. Therefore, the Design-Builder shall not deviate from the requirements of the Summary of Work  and other Mandatory Documents without the written approval of the Authority.

B.   During the design of the Project, the Design-Builder and the Authority shall meet periodically and confer about the progress of the design. At these design review meetings, the Design-Builder shall identify the evolution of the design and any changes or deviations from the requirements of the Summary of Work and other Mandatory Documents, as well any associated potential changes to the Contract Price or Performance Time. The Design-Builder in a timely manner shall provide minutes of all such meetings for all attendees to review and approve or correct. The Authority shall review and approve subsequent design submission that are consistent with the Summary of Work and other Contract Documents as modified by agreements reached at the design review meetings and documented in meeting minutes approved by the Authority. Any agreement that involves changes to the Summary of Work or other Contract Documents shall be documented in a fashion consistent with Section00764, Changes.   The Authority will perform its design reviews solely for the purposed stated in Section 00711, Authority Reviews.

C.   It is the intent of the Contract Documents to describe a functionally complete Project to be designed and constructed in accordance with the Mandatory Documents. Any work, materials or equipment that may reasonably be inferred from the Mandatory Documents, from prevailing custom, or trade usage as being required to produce the intended results will be furnished and performed whether or not specifically called for.  Unless otherwise defined in the Contract, when words or phrases having a well-known technical, construction industry, or trade meaning are used to describe work, labor, services, materials, tools or equipment, such words or phrases shall be interpreted in accordance with that meaning.

D.   The Design-Builder shall be responsible for performing or furnishing construction services and related services in all phases of the Project and require its subcontractors to perform the services in accordance with the best general practice.  Only new materials and workmanship of best standard quality shall be used.  Unless otherwise specified, the Design-Builder shall furnish all work, services, labor, materials, tools, equipment and incidentals which are necessary to compete the Work in a proper, substantial and workmanlike manner in accordance with the Contract.

E.   The Design-Builder accepts the relationship of **SUPERSEDED** established between it and the Authority by the Agreement.  The Design-Builder agrees to furnish the architectural, engineering and construction services set forth herein, and agrees to furnish efficient business administration and superintendence, including quality control and quality assurance, and use its best efforts, to complete the Project in the best and soundest way and in the most expeditious and economical manner consistent with the Contract Documents.  The Design-Builder agrees to perform its design services in accordance with the responsibilities and requirements set forth at Section 00720, Responsibility of the Design-Builder for Design Related Services, and 00721, Requirements for Professional Registrations.

F.   Nothing contained in these Contract Documents shall create a contractual relationship between the Authority and any party other than the Design-Builder. However, it is understood and agreed that the Authority is an intended third party beneficiary of all contracts for design, engineering or construction services and all such subcontracts, purchase orders, and other agreements between the Design-Builder and third parties related to those services. The Design-Builder shall incorporate the obligations of this contract into its respective subcontracts, supply agreements, and purchase orders.

00703 ORDER OF PRECEDENCE

Washington Metropolitan Area Transit Authority      Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC      Date: July 23 , 2001

A.   Any inconsistency in this solicitation or Contract shall be resolved by giving precedence in the following order:

   1.   Change Orders and Contract Amendments;
   2.   Completed Section 00500, Agreement; Completed Section 00600, Bonds and Certificates;
   3.   Completed Section 00450, Representations and Certifications;
   4.   Section 00800, Special Provisions;
   5.   Section 00700, General Conditions;
   6.   Division 01 General Requirements;
   7.   Contract specific Mandatory drawings and specifications;
   8.   The Authority's Design Criteria;
   9.   Standard drawings and specifications;
   10. Design-Builder's Technical Proposal, as finally accepted.

B.   In the event of a conflict within, between or among the above listed order of precedence, the more stringent requirement shall apply.

C.   In the event of a conflict between a hard copy version and an electronic version of a document, the hard copy shall govern.

00704   GENERAL REQUIREMENTS, DRAWINGS AND SPECIFICATIONS

A.   The Design-Builder shall keep at the work site a copy of the Drawings and Specifications and shall at all times give the Authority Representative(s) access thereto.

B.   The sections of Division 01, General Requirements, shall govern the execution of the work all sections of the specifications.

C.   Anything mentioned in the specifications and not shown on the drawings, or shown on the drawings and not mentioned in the specifications, shall be of like effect as if shown or mentioned in both.

D.   In case of discrepancy between specifications and drawings, the specifications shall govern. In case of discrepancy in the figures, in the drawings or in the specifications, the matter shall be promptly submitted to the Authority Representative who shall promptly make a determination in writing. Any adjustment by the Design-Builder without such a determination shall be at the Design-Builder's own risk and expense.

E.   Wherever in the Contract Documents the imperative form is used such as  the words "directed," "ordered," "designated," "prescribed," or words of like import are used, it shall be understood that the "direction," "requirement," "order," "designation," or "prescription" of the Authority Representative or Project Representative, as specified, is intended, and similarly the words "approved," "acceptable," "satisfactory," or words of like import, shall mean "approved by," "acceptable to," or "satisfactory to" the Authority Representative or Project Representative, as specified, unless otherwise expressly stated.

F.   Should it appear that the work to be performed is not sufficiently detailed or explained in the Mandatory Documents, then the Contractor shall apply to the Authority Representative in writing for such written explanations as may be necessary and shall conform to the explanation provided. The Contractor shall promptly notify the Authority Representative of all errors, omissions, inconsistencies, or other defects including inaccuracies which it may discover in the Mandatory Documents, shall provide options to the Authority Representative to remedy such errors, omissions or other defects, and shall obtain in writing from the Authority Representative specific instruction regarding any such error, omission or defect before proceeding with the design work affected thereby.  Omission of details of the work from the Mandatory Documents or the misdescription of details of work which are necessary to carry out the intent of the Mandatory Documents, or which are customarily preformed, shall not relieve the Contractor from performing such omitted work, no matter how extensive, or misdescribed details of the work and they shall be performed as if fully and correctly set forth and described in the Mandatory Documents, without entitlement to a Change Order hereunder.

Washington Metropolitan Area Transit Authority         Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC              Date: July 23 , 2001

00705   CONSIDERATION

In consideration of its undertaking under this Contract, the Design-Builder shall be paid the sums set forth in this Contract, which shall constitute complete payment for all work and services required to be performed under this Contract and for all expenditures which may be made and expenses incurred.

00706   ASSIGNMENT

A.   The Design-Builder shall not transfer or assign this Agreement or any portion thereof or any of the rights and/or obligations of the Contract to any other party. The Contracting Officer may recognize a third party as successor in interest to the Contract where the third party's interest is incidental to the transfer of all the assets of the Design-Builder, i.e., sales of assets, transfer of assets pursuant to merger or consolidation, or incorporation of a proprietorship or partnership. Such recognition of the transfer shall be within the sole discretion of the Authority after review of the facts and circumstances surrounding each request, but the assignment shall not be approved unless the surety, in writing, agrees to that assignment and accepts the assignee as the Design-Builder and principal on the payment and/or performance bonds.

B.   If this Contract provides for payments aggregating $1,000 or more, claims for moneys due or to become due the Design-Builder from the Authority under this Contract may be assigned to a bank, trust company or other financing institution, including any Federal lending agency, and may thereafter be further assigned and reassigned to any such institution. Notice of such assignment shall be made to the Contracting Officer. Any such assignment or reassignment shall cover all amounts payable under this Contract and not already paid, and shall not be made to more than one party, except that any such assignment or reassignment may be made one party as agent or trustee for two or more parties participating in such financing. It is the Authority's intent to recognize assignments only to bona fide lending institutions, therefore, assignment to any private corporation, business or individual which does not qualify as such is specifically prohibited.

C.   Any attempt to transfer by assignment not authorized by this article shall constitute a breach of the Contract and the Contracting Officer may for such cause terminate the right of the Design-Builder to proceed as provided in Section 00791, Termination for Default, Damages for Delay and Time Extensions, and the Design-Builder and its sureties shall be liable to the Authority for any excess costs incurred by the Authority.

00707   PERIOD OF PERFORMANCE AND PROJECT SCHEDULE

A.   The Design-Builder shall perform, complete and advance all Work under this Contract in accordance with the schedule and/or milestone dates set out in Section 01110, Summary of Work.

B.   The Authority may modify the Contract to extend the period of performance as often and in time periods as deemed necessary until completion of the Work under this Contract.

00708   AUTHORITY FURNISHED PROPERTY

A.   All property including equipment, supplies and data of any type or description furnished by the Authority without charge to the Design-Builder and intended for use by the Design-Builder in connection with performance of the work under this Contract shall remain the property of the Authority.  The Design-Builder shall use all Authority furnished property only in connection with performance of the work under this Contract and Design-Builder shall not disclose, divulge or transfer such property to any third party without the express written consent of the Authority Representative.

B.   The Design-Builder shall identify all Authority furnished property in its possession as the property of the Authority and shall take all reasonable steps to protect all such property from damage or loss, excluding normal and expected wear and tear.  In the event of damage to or loss of Authority furnished property in the possession of the Design-Builder, Design-Builder shall, at its sole expense, repair or replace all such property with property of like kind and quality to the satisfaction of the Authority Representative.

C.   Upon completion of the Contract, the Design-Builder shall return to the Authority all property

Washington Metropolitan Area Transit Authority          Contract No. 1B0035
Design-Build Contract RFP C - 1B0035/JDC                Date: July 23 , 2001

furnished by the Authority which was not incorporated into the work or for which the Authority Representative has not provided instruction for its disposal or disposition.

D.  All costs of handling, storing and installing Authority furnished property shall be considered as included in the Contract price paid for the item involving such Authority furnished property.

00709  COMMENCING THE WORK

A.  The Design-Builder shall commence the Work within ten (10) calendar days after the date of receipt of Notice to Proceed (NTP) and shall prosecute the Work diligently to complete it within the time specified in the Contract to meet all specified interim milestone dates.

B.  Within ten (10) calendar days after the Notice to Proceed, a meeting attended by the Authority and the Design-Builder and others as appropriate will be held to establish a working understanding among the parties as to the Work and to discuss the design concepts, schedules, procedures for handling Submittals, processing Applications for Payment, maintaining required records, quality control, and other matters. For a more complete agenda refer to Section 01312, Project Meetings.

C.  The following items require approval prior to commencement of any design activities, construction activities, and/or offsite fabrication associated with the Project:

1.  Executed Contract;
2.  Required Bonds and Insurance;
3.  Key Project Personnel;
4.  Quality Management System (and/or Interim Quality Management System and/or approved as appropriate).

00710  ROLE OF THE AUTHORITY

A.  The character and extent of the Work to be performed by the Design-Builder shall be subject to the general oversight and general approval of the Authority.

B.  The Authority will not supervise, direct or have control over, nor be responsible for, the Design-Builder's means, method, techniques, sequences, or procedures of construction or the safety precautions and programs incident to the Work, or for any failure of the Design-Builder to comply with Legal Requirements. The Authority will not be responsible for the Design-Builder's failure to perform or furnish the Work in accordance with the Contract Documents.

00711  AUTHORITY REVIEWS

A.  The Authority shall review information submitted by the Design-Builder, furnish required information and required approvals, and render decisions pertaining thereto, all in a timely manner in order to facilitate the orderly progress of the Work in cooperation with the Design-Builder and in accordance with the planning, scheduling and budgetary requirements and restraints of the Project.

B.  The Authority will review and approve design submittals solely for the purpose of establishing their conformance to the Mandatory Documents. Such review and approval shall not be deemed to transfer any liability from the Design-Builder to the Authority.

C.  The Authority will review and approve construction submittals solely to determine if the items covered by the submittal will, after installation or incorporation in the construction, conform to the Mandatory Requirements set out in the Contract Documents and be compatible with the design concept of the completed Project as a functioning whole, as indicated by the Mandatory Documents. The Authority's review and approval of construction submittals will not extend to means, methods, technique, sequences or procedure of construction (except where a particular means, method, technique, sequence or procedure of construction is specifically and expressly called for by the Mandatory Documents) or to safety precautions or programs incident thereto. The Authority's approval will be general and shall not be construed as: (1) permitting any departure from the Mandatory requirements; (2) relieving the Design-Builder of the responsibility for any errors including details, dimensions and materials; or, (3) approving departures from details furnished by the Design-Builder and/or the Authority except as otherwise specified.

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
|---|---|
| Design-Build Contract RFP C - 1B0035/JDC | Date: July 23 , 2001 |

D. The Authority reserves the right to review design and construction submittals and to disapprove any submittal when, in its sole judgment, the submittal deviates from the requirements of the Mandatory Documents. The Authority's review, approval, or acceptance of any submittal required under the Contract shall not be construed to operate as a waiver of the Design-Builder's responsibility for the professional quality, technical accuracy, and the coordination of all designs, drawings, specifications, construction and other services provided by the Design-Builder under this Contract.

E. For the Authority's procedures for reviewing and approving design and construction submittals, refer to Section 01330, Submittal Procedures, and Section 00711, Authority Reviews.

00712   HAZARDOUS MATERIALS

The Authority shall be responsible for the presence of and any associated consequences of asbestos, PCB's, petroleum, or other hazardous waste or like materials and radioactive materials (Hazardous Materials) on the Project. The Design-Builder shall, upon encountering or recognizing such Hazardous Materials, immediately stop work in the affected area and report the condition to the Authority Representative in writing. The Authority shall have no responsibility or liability for any Hazardous Material that is brought to the Project or handled by the Design-Builder or any subcontractor.

00713   ACCEPTANCE AND INSPECTION OF WORK

A. "Acceptance," as used in this clause, means the act of the Authority Representative, or the Project Representative, by which the Authority approves specific services as partial or complete performance of the Contract. As used in this clause, "Correction" means the elimination of a defect.

B. Unless otherwise provided in this Contract, acceptance by the Authority shall be made as promptly as practicable after completion and inspection of all Work required by this Contract. Acceptance shall be final and conclusive except as regards latent defects, fraud or such gross mistakes as may amount to fraud, or as regards to the Authority's right under any warranty or guarantee. All punch list items identified during final inspections and noted at the time of Acceptance shall be corrected by the Contractor as soon as is practically possible.

C. The Authority Representative shall give written notice of any defect or nonconformance to the Design-Builder if and when discovered, but no later than final acceptance of the construction work designed under this Contract, except for latent defects which may be discovered following such acceptance. This notice shall state either:

   1. that the Design-Builder shall correct or reperform any defective or nonconforming services; or,

   2. that the Authority does not require correction or reperformance. The Design-Builder shall be liable to the Authority for all costs incurred of any kind caused by or resulting from the Design-Builder's defective workmanship or noncompliance with Mandatory Documents.

D. Should it be considered necessary or advisable by the Design-Builder or Authority at any time before acceptance of the entire Work to make an examination of work already completed, by removing or tearing out same, the Design-Builder shall, on request, promptly furnish all necessary facilities, labor and material. If such work is found to be defective or nonconforming in any material respect, the Design-Builder shall defray all the expenses of such examination and of satisfactory reconstruction and pay all delay damages. If, however, such work is found to meet the requirements of the Contract, an equitable adjustment shall be made in the Contract price to compensate the Design-Builder for the additional services involved in such examination and reconstruction and, if completion of the Work has been delayed thereby, the Design-Builder shall in addition be granted a suitable extension of time.

E. All Work, which term includes but is not restricted to materials, workmanship, and manufacture and fabrication of components, shall be subject to inspection and test by the Authority, if it so deems, at all reasonable times prior to acceptance. Any such inspection and test is for the sole benefit of the Authority and shall not relieve the Design-Builder of the responsibility of providing quality control measures to assure that the Work strictly complies with the Contract requirements. No inspection or test by the Authority shall be construed as constituting or implying acceptance.

Inspection or test shall not relieve the Design-Builder of responsibility for damage to or loss of the material prior to acceptance, nor in any way affect the continuing rights of the Authority after acceptance of the completed Work.

F.    The Design-Builder shall furnish promptly, without additional charge, all services, work, labor, materials, tools, equipment and facilities reasonably needed for performing such safe and convenient inspections and tests as may be required. All inspections and tests shall be performed in such manner as not to unnecessarily delay the Work. The Authority shall receive adequate advance notice to witness all tests and inspections as part of its overall quality oversight of the Project. Tests performed that the Authority does not witness, due to the Design-Builder's failure to provide timely notice to the Authority of such tests, shall have no effect. Special, full size and performance tests shall be performed as described in the Contract Documents.

G.    If the Design-Builder is required to correct or reperform, it shall be without additional cost or fee to the Authority, and any services corrected or reperformed by the Design-Builder shall be subject to this clause to the same extent as work initially performed. If the Design-Builder fails or refuses to correct or revise any errors or deficiencies in its performance within 30 days of the Authority's request, the Authority may, by contract or otherwise, correct or replace with similar services and charge to the Design-Builder the cost incurred by the Authority thereby, or make an equitable adjustment to the Contract price.

H.    Failure to agree to responsibility for costs, either those incurred by the Design-Builder or by the Authority, for corrective actions required by this clause, shall constitute a dispute and shall be subject to the provisions of Section 00795, Dispute Resolution.

The rights and remedies of the Authority provided in this clause are in addition to any other Rights or remedies provided by law or under this Contract.

J.    The Design-Builder shall give the Authority Representative at least (14) calendar days advance notice of the date the Work, or separate portion thereof, will be fully completed and ready for final inspection, test and acceptance.

00714    USE AND POSSESSION PRIOR TO COMPLETION

The Authority shall have the right to take possession of or use any completed or partially completed part of the work. Such possession or use shall not be deemed an acceptance of any work not completed in accordance with the Contract. While the Authority is in such possession, the Design-Builder, notwithstanding the provisions Section 00726, Permits and Responsibilities, shall be relieved of the responsibility for loss or damage to the work other than that resulting from the Design-Builder's fault or negligence or that of its subcontractors or agents. If such prior possession or use by the Authority delays the progress of the work or causes additional expense to the Design-Builder, an equitable adjustment in the Contract price or the time of completion will be made and the Contract shall be modified in writing accordingly.

00715    LEGAL REQUIREMENTS

A.    The Design-Builder shall perform the Work in accordance with all Legal Requirements. The Contract Price and/or Period of Performance shall be adjusted to compensate the Design-Builder for the effects of any changes in the Legal Requirements enacted after the date of the Agreement affecting the performance of the Work. Such effects may include, without limitation, revisions the Design-Builder is required to make to the Contract Documents because of changes in Legal Requirements.

B.    The Design-Builder's failure to design or construct the Work in conformance to all applicable Legal Requirements in force as of the Notice to Proceed shall not be the basis for a change to either the Contract Price or Contract Performance Period. The Design-Builder shall remedy all such failures to design or construct the Work in conformance to all such Legal Requirements at its own expense.

C.    The Design-Builder shall be responsible for remaining informed of all changes in the Legal Requirements that may occur after the Notice to Proceed and shall perform the Work in accordance with such changed Legal Requirements.

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
|---|---|
| Design-Build Contract RFP C - 1B0035/JDC | Date: July 23, 2001 |

00720   RESPONSIBILITY OF THE DESIGN-BUILDER FOR DESIGN RELATED SERVICES

A.   The Design-Builder shall be responsible for performing or furnishing design professional services and related services in all phases of the Project and require its Design Professional to perform the services in accordance with the specifications and requirements of the Contract and in accordance with professional standards of skill, care, and diligence adhered to by firms recognized for their expertise, experience and knowledge in performing services of a similar nature. The Design-Builder shall be responsible for the professional quality, technical accuracy, completeness, and coordination of the services, it being understood that the Authority will be relying upon such professional quality, technical accuracy, completeness, and coordination in utilizing the services for construction and implementation of the Project.

B.   The Design-Builder shall, without additional compensation, correct or revise any errors or deficiencies in its designs, drawings, specifications, and other services. In addition, the Design-Builder in performing its design services herein shall be responsible for project management, quality control/quality assurance, and other elements of the Work required for the successful completion of the Project.

C.   The Design-Builder shall likewise be liable to the Authority for all costs to the Authority of any kind caused by or resulting from the Design-Builder's failure to perform design services consistent with the terms and conditions of this Contract. Failure to agree to the responsibility for costs, either those incurred by the Design-Builder or by the Authority, for corrective actions required by this clause, shall constitute a dispute concerning a question of fact within the meaning of Section 00795, Dispute Resolution.

D.   Neither the Authority's review, approval or acceptance of, nor payment for, the services required under this Contract shall be construed to operate as a waiver of any rights under this contract or of any cause of action arising out of the performance of this Contract, and the Design-Builder shall be and remain liable to the Authority in accordance with applicable law for all damages to the Authority caused by the Design-Builder's performance of any of the services furnished under this Contract.

E.   The Design-Builder shall be responsible to the Authority for acts, errors, and omissions of its design professionals, whether employed directly or through subcontracts or other means.

F.   The rights and remedies of the Authority provided for under this Contract are in addition to any other rights and remedies provided by law.

00721   REQUIREMENTS FOR PROFESSIONAL REGISTRATION

All architecture, engineering and other design services rendered by or through the Design-Builder under this Contract, including quality control/quality assurance management, shall be accomplished and/or reviewed and approved by design professionals licensed to practice in the particular professional field involved in the jurisdiction in which the project being designed will be constructed. The Design-Builder shall comply with local laws regarding the licensing of design firms and personnel providing services for the Project.

00722   PROJECT MANAGEMENT, SUPERINTENDENCE AND KEY PERSONNEL

A.   The Design-Builder shall provide project management and direct superintendence of the Work. The Design-Builder shall provide personnel for the positions specifically identified by the Authority in this Contract and for other positions the Design-Builder deems necessary for the successful execution of the Work. All positions shall be filled by competent personnel satisfactory to the Authority Representative.

B.   For the following key positions, the Design-Builder shall employ and assign to the Project, at a minimum, full-time personnel:

   1.   Project Manager;
   2.   Safety Superintendent;
   3.   Quality Assurance/Quality Control Manager;

Washington Metropolitan Area Transit Authority     Contract No. 1B0035
Design-Build Contract RFP C - 1B0035/JDC     Date: July 23 , 2001

     4.   Certified First Aid Attendant;
     5.   Affirmative Action Officer;

C.   The Design-Builder shall employ the personnel submitted in the Design-Builder's Technical Proposal. Each position shall be held by a separate employee, unless otherwise specifically approved by the Authority. Individuals holding these, or any key position shall not be changed without permission of the Authority Representative.

D.   The Design-Builder shall present confirmation of the credentials of the individuals submitted in the Technical Proposal to the Authority Representative within ten (10) calendar days after award of the Contract for the Authority Representative's review and acceptance.

E.   All construction work under this Contract shall be performed in a skillful and workmanlike manner. The Authority Representative may, in writing, require the Design-Builder to remove from the Project any employee the Authority Representative deems to be incompetent, careless or objectionable on other reasonable grounds related to the advancement of the project.

00723   QUALITY CONTROL / QUALITY ASSURANCE

A.   The Design-Builder shall submit to the Authority Representative, within ten (10) calendar days after award of the contract, an Interim Quality Management System based on the description of such submitted with the Technical Proposal as finally accepted describing the methods to be employed to assure that the work performed under the Contract complies with Authority quality requirements. Then, within 90 days of NTP, the Design-Builder shall submit a Quality Management System as described in Section 01470, Quality System.

B.   The Design-Builder shall be responsible for conducting an ongoing Design/Build Quality Program during the entire term of the Contract based on the approved detailed Design/Build Quality Management System. The purpose of the Design-Build Quality Program is to effectively and economically assure technical quality in the Final Design, other Contract deliverables, and construction of the Work, thus reducing the potential for:

     1.   adverse construction schedule and cost impacts;
     2.   personal and public safety problems and incidents and their attendant costs;
     3.   those operational and maintenance problems, disruptions, and costs that result from design errors and omissions; and,
     4.   a poor quality design,
     5.   poor construction quality.

An effective Design-Build Quality Program is fundamental to all work performed by the Design-Builder and will be considered by the Authority in assessing the Design-Builder's progress, performance, and earnings entitlement.

00724   PROTECTION OF PERSONS AND PROPERTY

A.   The Design-Builder shall be responsible for ensuring compliance with the most stringent provisions of the applicable statutes and regulations of the District of Columbia, State of Maryland, Commonwealth of Virginia or political subdivision in which the Work is being performed, as well as the Metro Construction Safety Methods Manual issued by the Authority and the OSHA provisions pertaining to the safe performance of the Work. For contracts in which work is performed on or interfaces with the Metrorail System, the Design-Builder shall comply with the Metrorail Safety Rules and Procedures. The Design-Builder shall ensure that the methods of performing the Work do not involve undue danger to the personnel employed thereon, the public, and public and private property. Should charges of violation of any of the above be issued to the Design-Builder in the course of the Work, a copy of each charge shall immediately be forwarded to the Authority Representative. The Design-Builder shall promptly notify the Authority of all damage to property of the Authority or others and of injuries sustained by any persons, of which the Design-Builder becomes aware, including but not limited to, employees of the Design-Builder, in any manner relating directly or indirectly to the Work or otherwise to this Contract.

B.   When the Contract requires it, the Design-Builder shall employ and assign full-time to the Work

a Safety Superintendent. The Safety Superintendent shall have specialized training and experience in construction safety supervision and have a working knowledge of all OSHA regulations. The Safety Superintendent shall have the ability to develop and conduct safety training courses and shall be familiar with industrial hygiene equipment and testing as required for the protection of all employees. The Safety Superintendent shall be employed exclusively for the purpose of supervising the safety of persons on or about the Work and the property affected thereby.

C. When the Contract requires it, the Design-Builder shall employ and assign full-time to the Work a certified First Aid Attendant who must have a current Red Cross First Aid Certificate. A first-aid station shall be established at the site of the Work and fully equipped to meet the needs of the anticipated work force. The certified First Aid Attendant shall be responsible for providing first aid at the site and shall be on duty in the station at all times when work is in progress except when on emergency calls.

D. If, at any time, the work site is without the services of an approved Safety Superintendent or First Aid Attendant as may be required, for a period of (15) calendar days or more, the Work may be closed down at the discretion of the Authority Representative.

00725  MATERIAL AND EQUIPMENT

A. Unless otherwise specifically provided in this Contract, all equipment, material and articles incorporated in the Project covered by this Contract are to be new and of the most suitable grade for the purpose intended. Notwithstanding the Authority's review and approval of any substitution, nothing herein relieves the Design-Builder of its obligations to satisfy its requirements under the Contract Documents.

B. Unless otherwise specifically provided in this Contract, reference to any equipment, material, or article to be incorporated in the Project and any patented process, by trade name, make or catalog number in the WMATA Standard Specifications shall be regarded as establishing a standard of quality and shall not be construed as limiting competition, and the Design-Builder may, at its option, use any equipment, material, article, or process which, in the judgment of the Authority, is equal to that named. When required by this Contract or when called for by the Authority Representative, the Design-Builder shall furnish to the Authority for approval the name of the manufacturer, the model number and other identifying data and information respecting the performance, capacity, nature and rating of the machinery and mechanical and other equipment which the Design-Builder contemplates incorporating in the Work. The Design Builder shall furnish the Authority for approval full information concerning the material or articles which are contemplated to be incorporated into the Work. When required by the Contract or when so directed by the Authority, samples shall be submitted for approval at the Design-Builder's expense, with all shipping charges prepaid. Machinery, equipment, material and articles installed or used without required approval shall be at the risk of subsequent rejection.

C. The Design-Builder shall provide construction equipment, in first class working order and safe condition, of sufficient quantities and sizes to complete the Work as specified and detailed in the Contract Documents within the Contract Performance Time, and shall provide adequate maintenance of this equipment throughout the length of the Project.

D. Any item of equipment that, at any time, proves ineffectual, or hazardous to personnel and/or property, shall be promptly brought to acceptable condition, or shall be removed from the site as directed by the Authority or by any jurisdictional agencies.

00726  PERMITS AND RESPONSIBILITIES

A. The Design-Builder shall, without additional expense to the Authority, be responsible for obtaining any necessary licenses and permits, and for complying with any applicable Federal, State, Local or Municipal laws, codes or regulations, in connection with the prosecution of the Work.

B. The Design-Builder shall be responsible for all damages to persons or property that occur as a result of its fault or negligence or that of its Subcontractors or anyone directly or indirectly employed by the Design-Builder, or anyone for whose acts the Design-Builder may be liable, subject to an allocation or proportion of any such liability, loss, cost or expense if caused in part by a party indemnified hereunder.  The Design-Builder shall take proper safety and health

precautions to protect the Work, the workers, the public and the property of others. The Design-Builder shall also be responsible for all materials delivered and Work performed until completion and Acceptance of the entire Work, except for any completed unit of construction thereof which theretofore may have been accepted in writing by the Authority.

00727   OTHER CONTRACTS

A.   The Authority may undertake or award other contracts for additional work, and the Design-Builder shall fully cooperate with such other contractors and Authority employees and carefully fit its own work to such additional work as may be directed by the Authority Representative. The Design-Builder shall not commit or permit any act which will interfere with the performance of work by any other contractor or by Authority employees.

B.   The Design-Builder shall conduct all work in a manner that will minimize interference with the operations of other contractors, if any, involved in the performance of related work. All work shall be brought to a stage of completion that will conform to the requirements specified in the Contract Documents.

00728   PROTECTION OF EXISTING VEGETATION, STRUCTURES, UTILITIES AND IMPROVEMENTS

A.   The Design-Builder shall preserve and protect all existing vegetation such as trees, shrubs, and grass on or adjacent to the site of work which is not to be removed and which does not unreasonably interfere with the work. Care shall be taken in removing trees authorized for removal to avoid damage to vegetation to remain in place.  The Design-Builder shall be obligated to replace or restore all existing vegetation that is destroyed, removed or damaged in the performance of the Work to the condition that existed before work commenced.

B.   The Design-Builder shall protect from damage all adjacent property including, but not limited to, land, existing structures, improvements and/or utilities at or near the site of the Work and shall repair or restore any damage to such facilities resulting from failure to comply with the requirements of this Contract or the failure to exercise reasonable care in the performance of the Work. If the Design-Builder fails or refuses to repair any such damage promptly, the Authority Representative may have the necessary work performed and charge the cost thereof to the Design-Builder.

00729   OPERATIONS AND STORAGE AREAS

A.   All operations of the Design-Builder, including storage of materials, shall be confined to areas authorized or approved by the Authority Representative. Temporary buildings such as storage sheds, shops and offices, may be erected by the Design-Builder only with the approval of the Authority Representative, and shall be built with labor and materials furnished by the Design-Builder without expense to the Authority. Such temporary buildings and utilities shall remain the property of the Design-Builder and shall be removed by the Design-Builder at its expense upon the completion of the work. With the written consent of the Authority Representative, such buildings and utilities may be abandoned and need not be removed.

B.   The Design-Builder shall, under regulations prescribed by the Authority Representative, use only established roadways or construct and use such temporary roadways as may be authorized by the Authority Representative. Where materials are transported in the prosecution of the work, vehicles shall not be loaded beyond the loading capacity recommended by the manufacturer of the vehicle or prescribed by any Federal, State or Local law or regulation. When it is necessary to cross curbs or sidewalks, protection against damage shall be provided by the Design-Builder and any damaged roads, curbs, or sidewalks shall be repaired by or at the expense of the Design-Builder.

00730   CLEANING UP

A.   The Design-Builder shall at all times keep the construction area, including storage areas used by the  Design-Builder, free from accumulations of waste material or rubbish and prior to completion of the work remove any rubbish from the premises and all tools, scaffolding, equipment and materials not the property of the Authority.

B. Upon completion of construction, the Design-Builder shall leave the work and premises in a clean, neat and workmanlike condition satisfactory to the Authority Representative.

## 00731   ACCIDENT PREVENTION

A. In order to provide safety controls for protection to the life and health of employees and other persons, for prevention of damage to property, materials, supplies and equipment, and for avoidance of work interruptions in the performance of this Contract, the Design-Builder shall comply with all pertinent provisions of Authority safety requirements and shall also take or cause to be taken such additional measures as the Authority Representative may determine to be reasonably necessary for that purpose.

B. The Design-Builder shall maintain an accurate record of, and shall report to the Authority Representative in the manner and on the forms prescribed by the Authority Representative exposure data and all accidents resulting in death, traumatic injury, occupational disease and damage to property, materials, supplies and equipment incidental to work performed under this Contract.

C. The Authority Representative will notify the Design-Builder of any noncompliance with the foregoing provisions and the action to be taken. The Design-Builder shall, after receipt of such notice, immediately take corrective action. Such notice, when delivered to the Design-Builder or its representative at the site of the work, shall be deemed sufficient for the purpose. If the Design-Builder fails or refuses to comply promptly, the Authority Representative or the Authorized Representative may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No part of the time lost due to any such stop orders shall be made the subject of claim for extension of time or for excess costs or damages by the Design-Builder.

D. Compliance with the provisions of this article by subcontractors shall be the responsibility of the Design-Builder.

E. Prior to commencement of the work, the Design-Builder shall:

1. Submit in writing its proposals for effectuating this provision for accident prevention;

2. Meet in conference with the Authority to discuss and develop mutual understanding relative to administration of the overall safety program.

## 00732   FIRE PROTECTION EQUIPMENT AND LIFE SAFETY AGREEMENT

The Design-Builder shall submit a plan for a temporary fire protection system for use during the term of the Contract, which shall be subject to approval. This plan shall include provisions for fire protection systems and equipment as required by OSHA, Safety and Health Regulations for Construction, Part 1926, Subpart F - Fire Protection and Prevention.

## 00740   PROGRESS SCHEDULES AND REQUIREMENTS FOR MAINTAINING PROGRESS RECORDS

A. Progress Schedules. The Design-Builder shall, within ten (10) calendar days after execution of this Contract, prepare and submit to the Authority Representative for approval, a schedule showing the order in which the Design-Builder will start the several major features of the Work and the anticipated schedule for performance and completion of such work, for both design and construction. Such schedule shall be in such form as is acceptable to the Authority, and as described in Section 01322, Contract Progress Reporting, and shall be in such detail that, in conjunction with the progress reports hereinafter required, the Authority will be able to chart the status and progress of the Work while it is being performed. If actual progress deviates from the schedule, the Design-Builder shall update the schedule to show the accurate progress.

B. Monthly Reports. On the first day of each month and at such other times as may be requested by the Authority Representative, the Design-Builder shall submit to the Authority Representative, in a form approved by the Authority, and as described in Section 01322, Contract Progress Reporting, a report in writing describing the status of the Design-Builder's performance of the Work. These monthly reports shall contain the Design-Builder's forecast of its work program for the ensuing month, and a descriptive estimate of the costs to be incurred during each month.

Washington Metropolitan Area Transit Authority                 Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC                      Date: July 23 , 2001

C. Construction Cost-Loaded CPM Schedule. In addition to the foregoing, the Design-Builder shall submit a schedule to the Authority Representative for approval (15) calendar days prior to the commencement of construction, showing the order in which the Design-Builder proposes to carry on the Work, the dates on which it will start the several major features, including procurement of materials, plant and equipment, and the contemplated dates for completing the same. The schedule shall be in a form acceptable to the Authority, and as described in Section 01322, Contract Progress Reporting. Unless otherwise specified the Design-Builder shall enter on the schedule the actual progress at monthly intervals and shall immediately deliver to the Authority Representative four copies thereof. Failure to comply with the terms of this Article may affect the processing of progress payment requests submitted by the Design-Builder as provided for in this Contract

D. If, in the opinion of the Authority Representative, the Design-Builder falls significantly behind the approved progress schedule for design and/or construction, the Design-Builder shall take any and all steps necessary to improve the progress of the Work. In this event, without cost to the Authority, the Authority Representative may require the Design-Builder to submit for approval supplemental progress schedules detailing the specific operational changes to be instituted to regain the approved schedule. Additionally, the Authority Representative may require the Design-Builder to increase the number of shifts, initiate or increase overtime operations, increase days of work in the work week, or increase the amount of construction plant.   Such requirements by the Authority shall not be construed or interpreted in such a way as to infer that the Authority is in any way responsible for the means, methods or sequencing of the Work.  The additional cost of such requirements shall be borne solely by the Design-Builder.

E. Failure of the Design-Builder to comply with the requirements of the Authority Representative under this Section shall be grounds for determination that the Design-Builder is not prosecuting the Work with such diligence as will ensure completion within the time specified. Upon such determination the Authority may terminate the Design-Builder's right to proceed with the Work, or any separate part thereof, in accordance with Section 00791, Termination for Default, Damages for Delay and Time Extensions.

00741   SUBMITTALS

A. The Design-Builder shall submit for review and approval within ten (10) calendar days after Award of Contract a preliminary Schedule of Required Submittals, as described in Section 01330, Submittals, including those submittals (itemized separately) that the Authority reserves the right to review and approve, and the times for submitting, reviewing and processing each Submittal.

B. The Design-Builder shall maintain a submittal log to show the status of all submittals. The submittal log and all approved submittals shall be kept at the Project site and shall at all times be made available for Authority inspection. Approved submittals and certificates are to be turned over to the Authority at the completion of the Project as part of the Project records.

C. The Authority will timely review and approve those submittals that it deems necessary, and as described in Section 01330, Submittals, during the design and/or construction of the Project. The Authority's review of design or construction submittals shall be solely for the purposes stated in Section 00711, Authority Reviews. The Authority's review and approval of separate items as such will not indicate approval of the assembly in which the item functions. The Design-Builder shall make corrections to submittals as required and shall return the required number of corrected copies for additional review and approval.

D. The Authority's review and approval of any submittal that it deems necessary to review and approve shall not relieve the Design-Builder from responsibility for any variations from the requirements of the Mandatory Documents unless the Design-Builder has in writing called the Authority's attention to each such variation at the time of submission and the Authority has given written approval of each such variation by specific written notation thereof incorporated in or accompanying the submittal.

E. Where a submittal is required by the Mandatory Documents, any related construction provided prior to the appropriate review and approval of a submittal shall be at the sole risk, expense, and responsibility of Design-Builder.

Washington Metropolitan Area Transit Authority          Contract No. 1B0035
Design-Build Contract RFP C - 1B0035/JDC                 Date: July 23 , 2001

00742    EARLY COMPLETION

If the Design-Builder shall submit a schedule or express an intention to complete the Work earlier than any required milestone, interim or final completion date, the Authority shall not be liable for any costs incurred because of delay or hindrance should the Design-Builder be unable to complete the Work before such milestone, interim or final completion date. The duties, obligations and warranties of the Authority to the Design-Builder shall be consistent with and applicable only to the completion of the Work and completion dates set forth in this Contract.

00750    DESIGN-BUILDER LIABILITY

The Design-Builder shall be responsible to the Authority for acts and omissions of its Design Professional, subcontractors, suppliers, agents, and employees of those in privity with the Design-Builder.

00751    WARRANTY OF CONSTRUCTION
A.    Except as otherwise expressly provided in this Contract, the Design-Builder shall remedy at its own expense any failure of the construction, for a period of two years, including equipment, to conform to Contract Documents and any defect of material, workmanship or design in the Work, provided that the Authority gives the Design-Builder notice of any such failure of defect promptly after discovery but not later than two years after final acceptance of the Work, or for a longer period if so specified in the relevant technical specification. The Design-Builder, at its own expense, shall also remedy damage to equipment, the site, or the buildings or the contents thereof which is the result of any failure or defect, and restore any work damaged in fulfilling the terms of this Section. Should the Design-Builder fail to remedy any such failure or defect within a reasonable time after receipt of notice thereof, the Authority shall have the right to replace, repair or otherwise remedy such failure or defect at the Design-Builder's expense. This warranty shall not delay final acceptance of or final payment for the Contract Work.
B.    All subcontractor's, manufacturers' and suppliers' warranties and guarantees, expressed or implied, respecting any part of the Work and any material used therein shall be deemed obtained, and shall be enforced, by the Design-Builder for the benefit of the Authority without the necessity of separate transfer or assignment thereof, provided that, if directed by the Authority, the Design-Builder shall require such subcontractor's, manufacturers and suppliers to execute such warranties and guarantees in writing to the Authority.  In connection therewith, the Design-Builder further agrees to perform the Work in such a manner or consistent with and so as to preserve all such warranties and guarantees.
C.    Any work repaired or replaced pursuant to this article shall also be subject to the provisions of this Contract to the same extent as work originally performed. The rights and remedies of the Authority provided herein are in addition to and do not limit any rights afforded to the Authority by any other provision of this Contract.
D.    Certain technical specification sections provide for a warranty longer than the general warranty provided for in the Contract, and or commencing from dates other than final completion and acceptance of the Work. Where such warranties are specified,  both in addition to the general warranty, and in total years, the total years specified shall govern, and the warranty period shall commence from final completion and acceptance of the Work.
00752    CORRECTION OF DEFICIENCIES
A.    This Section shall apply only to those deficiencies discovered by either the Authority or the Contractor within two years after acceptance.  Materials or equipment will be regarded as having a deficiency if a type of material or equipment in like service accumulates a failure rate greater than five percent within a period of two years following final acceptance by the Authority.  Systems or subsystems will be regarded as having a deficiency if they exhibit any condition or characteristics which are not in compliance with the Mandatory Requirements and intent of this Contract anytime during a period extending for two years following their final acceptance by the Authority.

B.    Notice of deficiency to Contractor:  If the Authority determines that a deficiency exists in any of the materials, equipment, systems or subsystems provided the Authority under this Contract, it shall promptly notify the Contractor of the deficiency, in writing, within 30 days.

C.    Recommendation for correction:  Upon timely notification of the existence of such a deficiency, or if the Contractor in dependently discovers a deficiency in accepted materials, equipment, systems or subsystems, the Contractor shall promptly submit to the Authority its recommendation for corrective actions, together with supporting information in sufficient detail for the Authority to determine what

00742  EARLY COMPLETION

If the Design-Builder shall submit a schedule or express an intention to complete the Work earlier than any required milestone, interim or final completion date, the Authority shall not be liable for any costs incurred because of delay or hindrance should the Design-Builder be unable to complete the Work before such milestone, interim or final completion date. The duties, obligations and warranties of the Authority to the Design-Builder shall be consistent with and applicable only to the completion of the Work and completion dates set forth in this Contract.

00750  DESIGN-BUILDER LIABILITY

The Design-Builder shall be responsible to the Authority for acts and omissions of its Design Professional, subcontractors, suppliers, agents, and employees of those in privity with the Design-Builder.

00751  WARRANTY OF CONSTRUCTION

A.  Except as otherwise expressly provided in this Contract, the Design-Builder shall remedy at its own expense any failure of the construction, for a period of two years, including equipment, to conform to Contract Documents and any defect of material, workmanship or design in the Work, provided that the Authority gives the Design-Builder notice of any such failure of defect promptly after discovery but not later than two years after final acceptance of the Work, or for a longer period if so specified in the relevant technical specification. The Design-Builder, at its own expense, shall also remedy damage to equipment, the site, or the buildings or the contents thereof which is the result of any failure or defect, and restore any work damaged in fulfilling the terms of this Section. Should the Design-Builder fail to remedy any such failure or defect within a reasonable time after receipt of notice thereof, the Authority shall have the right to replace, repair or otherwise remedy such failure or defect at the Design-Builder's expense. This warranty shall not delay final acceptance of or final payment for the Contract Work.

B.  All subcontractor's, manufacturers' and suppliers' warranties and guarantees, expressed or implied, respecting any part of the Work and any material used therein shall be deemed obtained, and shall be enforced, by the Design-Builder for the benefit of the Authority without the necessity of separate transfer or assignment thereof, provided that, if directed by the Authority, the Design-Builder shall require such subcontractor's, manufacturers and suppliers to execute such warranties and guarantees in writing to the Authority.   In connection therewith, the Design-Builder further agrees to perform the Work in such a manner or consistent with and to enforce such warranties and guarantees.

C.  Any work repaired or replaced pursuant to this article shall also be subject to the provisions of this Contract to the same extent as work originally performed. The rights and remedies of the Authority provided herein are in addition to and do not limit any rights afforded to the Authority by any other provision of this Contract.

00752  CORRECTION OF DEFICIENCIES

A.  This Section shall apply only to those deficiencies discovered by either the Authority or the Contractor within two years after acceptance.  Materials or equipment will be regarded as having a deficiency if a type of material or equipment in like service accumulates a failure rate greater than five percent within a period of two years following final acceptance by the Authority.  Systems or subsystems will be regarded as having a deficiency if they exhibit any condition or characteristics which are not in compliance with the Mandatory Requirements and intent of this Contract anytime during a period extending for two years following their final acceptance by the Authority.

B.  Notice of deficiency to Contractor:  If the Authority determines that a deficiency exists in any of the materials, equipment, systems or subsystems provided the Authority under this Contract, it shall promptly notify the Contractor of the deficiency, in writing, within 30 days.

C.  Recommendation for correction:  Upon timely notification of the existence of such a deficiency, or if the Contractor independently discovers a deficiency in accepted materials, equipment, systems or subsystems, the Contractor shall promptly submit to the Authority its recommendation for corrective actions, together with supporting information in sufficient detail for the Authority to determine what

Washington Metropolitan Area Transit Authority          Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC               Date: July 23 , 2001

corrective action, if any, shall be undertaken. The recommendation shall be submitted to the Authority within 15 working days of discovery or receipt of notice of the deficiency.

D.  Direction to Contractor concerning correction of deficiencies:  Within 30 days after receipt of the Contractor's recommendations for corrective action and adequate supporting information, the Contracting Officer, at his sole discretion, shall give the Contractor written notice not to correct any deficiency, or to correct or partially correct any deficiency within a reasonable time and at a specified location.

E.  Schedule of deficiency corrections:  The Contractor shall prepare Schedule of Deficiency Corrections and deliver it to the Authority for approval within 15 working days of discovery of deficiency by the Contractor or receipt of notice of discovery of a deficiency by the Authority.

F.  Correction of deficiencies by Contractor:  The Contractor shall promptly comply with any timely written direction by the Contracting Officer to correct or partially correct a deficiency, at no increase in the Contract price.  The Contractor shall also prepare and furnish to the Authority data and reports applicable to any correction required under this Article (including revision and updating of all other affected data called for under this Contract) at no increase in the Contract price.

G.  Modification of Contract with respect to uncorrected deficiencies:  In the event of timely notice of a decision not to correct or only to partially correct a deficiency, the Contractor shall submit within 15 working days, a technical and cost proposal to amend the Contract to permit acceptance of the affected materials, equipment, systems or subsystems in accordance with the revised requirements, and an equitable reduction in Contract price shall promptly be negotiated by the parties and stated in a modification to this Contract.

H.  Failure to correct:  If the Contractor fails or refuses to present a detailed recommendation for corrective action,  present a detailed recommendation for corrective action and prepare and furnish data and reports as required in Paragraph G, then the Contracting Officer shall give the Contractor written notice specifying the failure or refusal and setting a period after receipt of the notice within which it must be corrected.  If the failure or refusal is not corrected within the specified period, the Contracting Officer may, by contract or otherwise, as required:

1.  Obtain detailed recommendations for corrective action;

2.  a.  Correct the materials, equipment, systems or subsystems, or

    b.  Replace the materials, equipment, systems or subsystems; and if the Contractor fails to furnish timely disposition instructions, the Contracting Officer may dispose of non-conforming materials, equipment, systems or subsystems for the Contractor's account in a reasonable manner, in which case the Authority is entitled to reimbursement from the Contractor or from the proceeds for the reasonable expense of care and disposition, as well as for excess costs incurred or to be incurred; and

    c.  Obtain applicable data and reports.

3.  Charge to the Contractor the cost occasioned to the Authority thereby.

I.  Correction of deficient replacements and reperformances:  Any materials or equipment corrected or furnished in replacement and any systems or subsystems revised pursuant to this Article shall also be subject to all the provisions of the Contract to the same extent as materials, equipment, systems or subsystems initially accepted.

J.  Correction of deficient replacements and reperformances:  Any materials or equipment corrected or furnished in replacement and any systems or subsystems revised pursuant to this Article shall also be subject to all the provisions of the Contract to the same extent as materials, equipment, systems or subsystems initially accepted.

K.  The correction of materials or equipment exhibiting a failure rate greater than five percent means taking of any and all actions necessary to correct the deficiencies, including removal and replacement of all pieces of material or equipment in like service in a manner satisfactory to the Authority Representative. The correction of systems or subsystems exhibiting one or more deficiencies means taking any and

all actions necessary to eliminate any and all deficiencies in a manner satisfactory to the Authority Representative.

1. Disassembly/reassembly expense:  The Contractor shall be liable for reasonable cost of disassembly/reassembly of larger items necessary to remove the materials or equipment to be inspected and/or returned for correction or replacement.

2. Transportation charges:

    a. When the Authority returns supplies to the Contractor for correction or replacement pursuant to this Article, the Contractor shall be liable for transportation charges up to an amount equal to the cost of transportation by the usual commercial method of shipment from the designated destination point under this Contract to the Contractor's plant, in addition to any charges provided for in 2.b. below.  The Contractor shall also bear the responsibility for the supplies while in transit.

    b. When compliance with the terms of this Article by the Contractor involves shipment of corrected or replacement supplies from the Contractor to the Authority, the Contractor shall be liable for transportation charges up to an amount equal to the cost of transportation by the usual commercial method of shipment from the Contractor's plant to the designated destination point under this Contract, in addition to any charges provided for 2.a. above.  The Contractor shall also bear the responsibility for the supplies while in transit.

L. No extension in time for performance; no increase in Contract price:  In no event shall the Authority be responsible for extension or delays in the schedule deliveries or periods of performance under this Contract as a result of the Contractor's obligations to correct deficiencies, nor shall there be any adjustment of the delivery schedule or period of performance as a result of such correction of deficiencies, except as may be agreed to by the Authority in a supplemental agreement with adequate consideration.

M. The Contractor shall not be responsible under this Section for the correction of deficiencies in Authority-furnished property, except for deficiencies in installation, unless the Contractor performs or is obligated to perform any modifications or other work on such property.  In that event, the Contractor shall be responsible for correction of deficiencies to the extent of such modifications or other work.

N. The Contractor shall not be responsible under this Section for the correction of deficiencies caused by the Authority.

00753  CONFIDENTIALITY

The Design-Builder or its subcontractors shall not divulge any confidential information which is so designated by the Authority to Design-Builder or its subcontractors or acquired in the course of performance of the work under this contract.

00760  CONDITIONS AFFECTING THE WORK

The Design-Builder shall be responsible for having taken steps reasonably necessary to ascertain the nature and location of the Work, and the general and local conditions which can affect the Work or the cost thereof. Any failure by the Design-Builder to do so will not relieve the Design-Builder from responsibility for successfully performing work without additional expense to the Authority. The Authority assumes no responsibility for any understanding or representations concerning conditions made by any of its officers or agents prior to the execution of this Contract, unless such understanding or representations are expressly stated in the Contract.

00761  PRECONSTRUCTION INSPECTION

A. Conditional inspection of buildings or structures in the immediate vicinity of the project which may reasonably be expected to be affected by the Work will be performed by and be the responsibility of the Contractor.

B. Prior to beginning excavation, the Design-Builder shall inform the Authority of buildings or

structures on which it intends to perform work or which performance of the project work will affect.

00762   DIFFERING SITE CONDITIONS

A.   The Design-Builder shall promptly, and before such conditions are disturbed, notify the Authority Representative in writing of subsurface or latent physical conditions at the site differing materially from those indicated in this Contract or unknown physical conditions at the site, of an unusual nature, differing materially from those ordinarily encountered and generally recognized as inherent in work of the character provided for this Contract.

B.   The Authority Representative will promptly investigate the conditions, and if the Authority Representative finds that such conditions do materially so differ and cause an increase or decrease, in the Design-Builder's cost of, or the time required for, performance of any part of the work under this Contract, whether or not changed as a result of such conditions, an equitable adjustment shall be made and the Contract modified in writing accordingly.

C.   No claim of the Design-Builder under this article shall be allowed unless the Design-Builder has given the notice required in A. above; provided, however, the time prescribed therefor may be extended by the Authority Representative.

D.   No claim by the Design-Builder for an equitable adjustment hereunder shall be allowed if asserted after final payment under this Contract.

00763   SITE INVESTIGATION

The Design-Builder acknowledges that it has investigated and satisfied itself as to the conditions affecting the work including, but not restricted to, those bearing upon transportation, disposal, handling and storage of materials; availability of labor, water, electric power and roads; and uncertainties of weather, river stages, tides or similar physical conditions at the site, the conformation and conditions of the ground, and the character of equipment and facilities needed preliminary to and during prosecution of the work. The Design-Builder further acknowledges that it has satisfied itself as to the character, quality and quantity of surface and subsurface materials or obstacles to be encountered insofar as this information is reasonably ascertainable from an inspection of the site, including all exploratory work done by the Authority, as well as from information provided by the Authority and made a part of this Contract, the character and extent of existing work within or adjacent thereto, and any other work being performed thereon at the time of the submission of its proposal. Nothing in this requirement shall be construed as being determinative of the character, scope or extent of the work required under this Contract. Any failure by the Design-Builder to acquaint itself with the available information will not relieve it from responsibility for estimating properly the difficulty or cost of successfully performing the work. The Authority assumes no responsibility for any conclusions or interpretations made by the Design-Builder on the basis of the information made available by the Authority.

00764   CHANGES

A.   The Authority Representative (or Contracting Officer, depending on the level of authority required) may, at any time, and without notice to the sureties, by written order designated or indicated to be a change order, make any change in the Work within the general scope of the Contract including, but not limited to, changes:

1.   In the scope of the Work;

2.   in the specifications, including drawings and designs;

3.   In the method or manner of performance of the work;

4.   In the Authority-furnished facilities, equipment, materials, services, or site; or

5.   Directing acceleration in the performance of work.

B.   Any other written order or an oral order, which terms as used in this Paragraph B. shall include direction, instruction, interpretation or determination from the Authority Representative or

Contracting Officer, which causes any such change, shall be treated as a change order under this article, provided that the Design-Builder gives the Authority Representative written notice stating the date, circumstances and source of the order and that the Design-Builder regards the order as a change order.

C.   Except as herein provided, no order, statement or conduct of the Authority Representative or Contracting Officer shall be treated as a change under this article or entitle the Design-Builder to an equitable adjustment hereunder.

D.   If any change under this article causes an increase or decrease in the Design-Builder's cost of, or the time required for, the performance of any part of the work under this Contract, whether or not changed by any order, an equitable adjustment shall be made and the Contract modified in writing accordingly: Provided, however, that no claim for any change under B. above shall be allowed for any costs incurred more than 20 days before the Design-Builder gives written notice as therein required.

E.   If the Design-Builder intends to request an equitable adjustment under this article, it must, within 30 days after receipt of a written change order under A. above or furnishing of a written notice under B. above, submit to the Authority Representative a written proposal in accordance with the Changes provisions of this Contract, unless this period is extended by the Authority Representative. The proposal hereunder may be included in the notice under B. above.

F.   No claim by the Design-Builder for an equitable adjustment hereunder shall be allowed if asserted after final payment under this Contract.

00765   PRICING OF ADJUSTMENTS

A.   When costs are a factor in any determination of a Contract price adjustment pursuant to Section 00764, Changes or any other provision of this Contract, such costs shall be in accordance with the contract cost principles and procedures in Subpart 31.1 of the Federal Acquisition Regulations (48 CFR 31.1). Where general and administrative expense is recoverable as part of any pricing adjustment under this Contract, the adjustment shall be based on the relationship between the entity's total general and administrative expenses allowable under FAR cost principles for all construction-type operations during the fiscal or calendar year covering the actual performance period of the work included in this pricing adjustment, and the entity's total cost input (excluding General and Administrative costs) for construction-type operations during the same period, expressed as a percentage, applied to the direct and overhead Contract costs included in the pricing adjustment; i.e., general and administration expenses will be paid on a percentage of cost basis, not on a daily rate type basis.  Where markups are paid for work performed by an entity, further lower tier markups shall be limited to 2% for general and administration expenses, and 3% for profit.

B.   Notwithstanding any interpretation of the aforementioned contract cost principles and procedures to the contrary, the Authority shall not be liable for interest, however represented, on or as a part of any claim, request, proposal or adjustment (including equitable adjustments) whether said claim, request, proposal or adjustment (including equitable adjustments) arises under the Contract or otherwise.

00770   METHOD OF PAYMENT

A.   At least ten (10) calendar days before submission of the first Application for Payment a meeting attended by Design-Builder, Authority Representative and others as appropriate will be held to review for acceptability of the schedules submitted in accordance with this Contract. The Design-Builder shall have an additional ten (10) calendar days to make corrections and adjustments and to complete and resubmit the schedules. No progress payment shall be made to Design-Builder until the schedules are provided and accepted by the Authority, whose acceptance shall not be unreasonably withheld. The progress schedule shall be acceptable to Authority as providing an orderly progression of the Work to completion within any specified Milestones and the Contract Performance Time, but acceptance of the progress schedule will neither impose on Authority responsibility for the sequencing, scheduling or work progress nor interfere with or relieve the Design-Builder from Design-Builder's full responsibility for the Work. The format and structure of

Washington Metropolitan Area Transit Authority     Contract No. 1B0035
Design-Build Contract RFP C - 1B0035/JDC     Date: July 23 , 2001

the progress schedule will be as set forth in the Contract Documents. The Authority's acceptance shall not be deemed to confirm that the schedule is a reasonable plan for performing the Work.

B.   The Authority will make progress payments monthly as the Work proceeds on estimates approved by the Authority Representative for design related work and by estimates reviewed and approved by the Authority Representative for construction related work. The Design-Builder's progress payment requests shall be reviewed based on the scheduled and actual progress of the Work as reflected on the design schedule, cost loaded progress schedule, and monthly updates. The Design-Builder shall not be entitled to progress payments and the Authority shall have no obligation to review or approve progress payment requests if the Design-Builder has failed to submit or update the schedules, or if the applicable schedule or update submitted by the Design-Builder fails to accurately reflect the actual progress of the Work, or if the Authority Representative declines to approve the submitted schedules for any of the reasons stated in this Contract. A decision not to approve a request for progress payments based upon the Design-Builder's failure to comply with the schedule and update submission requirements is committed under this Contract shall be at the sole and absolute discretion of the Authority Representative.

C.   The Design-Builder shall furnish a breakdown of the total Contract price showing the amount included therein for each principal category of the Work, in such detail as requested, to provide a basis for determining progress payments. In the preparation of estimates the Authority Representative may authorize material delivered on the site and preparatory work done to be taken into consideration. Material delivered to the Design-Builder at locations other than the site may also be taken into consideration if the Design-Builder furnishes satisfactory evidence that the Design-Builder has acquired title to such material and that it will be utilized on the Work covered by this Contract.

D.   If the Contract price is more than $50,000, material delivered that will be incorporated into the Project will be taken into consideration in computing progress payments, provided the materials is delivered on the site, or is delivered to the Design-Builder and properly stored in a warehouse, storage yard, or similar suitable place within 25 miles of the site or such reasonable distance in excess of 25 miles as may be approved by the Authority Representative, provided, however, that the Designer-Builder has the proper storage facilities, security, and insurance for the stored material as approved by the Authority Representative. Before each such payment is made for delivered material on the site, the Design-Builder shall furnish to the Authority Representative such evidence as may be required as proof of the ownership, quantity and value of such materials. Before each such payment is made for delivered materials off the site, the Design-Builder shall furnish the Authority Representative evidence of ownership, properly executed bills of sale to the Authority for the delivered material upon which payment is being made.

E.   In determining progress accomplished, the Authority will allow as an element of work accomplished, i.e., progress toward completion, only 50 percent of the invoiced cost of materials or equipment delivered to the site, or suitable location as described in paragraph D above, but not incorporated in the construction up to the time the materials or equipment are actually incorporated in the work.

F.   In making such progress payments, five percent of the estimated amount of work completed shall be retained until final completion and acceptance of the Contract Work. Also, whenever the Work is substantially complete, and the Design-Builder is in compliance with all provisions of the Contract, if the Authority Representative considers the amount retained to be in excess of the amount adequate for the protection of the Authority, the Authority Representative may use discretion in releasing to the Design-Builder all or a portion of such excess amount.

G.   Where the time originally specified for completion of this Contract exceeds one year, the Authority Representative, at any time after 50 percent of the Work has been completed, if the Authority Representative finds that satisfactory progress (satisfactory progress includes prosecution of physical work, adherence to DBE, quality assurance and all other provisions of the Contract) is being made, may reduce the total amount retained from progress payments to the minimum level necessary to protect the interest of the Authority.

H.   All material and work covered by progress payments made shall thereupon become the sole property of the Authority but this provision shall not be construed as relieving the Design-Builder from the sole responsibility for all material and work upon which payments have been made or the

restoration of any damaged work, or as waiving the right of the Authority to require the fulfillment of all of the terms of the Contract.

I. Upon completion and acceptance of all work, the amount due the Design-Builder under this Contract shall be paid upon the presentation of a properly executed voucher and after the Design-Builder shall have furnished the Authority with a release of all claims against the Authority arising by virtue of this Contract, other than claims in stated amounts as may be specifically excepted by the Design-Builder from the operation of the release. If the Design-Builder's claim to amounts payable under the Contract has been assigned, a release may also be required of the assignee.

J. The Authority may, at its sole discretion, withhold payment from the Design-Builder at the appropriate percentage for work, or portions thereof, that it deems to be defective or in nonconformance with the requirements of the Mandatory Documents.

K. The Authority may also, at its sole discretion, withhold payments up to 10% of the value of an activity, based on the Design-Builder's approved cost-loaded progress schedule, until all documentation associated with that activity has been provided. Such documentation includes, but is not limited to, as-built and record drawings, operations and maintenance manual inserts, product warranties, documentation required under the approved Design-Build Quality Control/Quality Assurance Plan, and other documentation that the Design-Builder is required to provide under the Contract.

00771   PROGRESS PAYMENTS FOR LUMP SUM ITEMS

If requested, the Design-Builder shall furnish to the Authority Representative a breakdown of the total Contract price for every lump sum item on the Price Schedule, showing the amount included therein for each principal category of the Work, in such detail as to provide a basis for determining progress payments. The breakdown shall be supported by such data to substantiate its correctness as the Authority Representative may require.

00772   CONTRACT PRICES AND PRICE SCHEDULE

Payment for the various proposal items listed in the Price Schedule shall constitute full compensation for furnishing all plant, labor, equipment, appliances and material and for performing all operations required to complete the Work in conformity with the Contract Documents and Final Design Specifications and Final Design Drawings developed by the Designer. All costs for work not specifically mentioned in the Price Schedule shall be included in the Contract prices for the items listed.

00773   VARIATION IN ESTIMATED QUANTITIES

Where the quantity of a pay item in this Contract is an estimated quantity and where the actual quantity of such pay item varies more than 15 percent above or below the estimated quantity stated in this Contract, an equitable adjustment in the Contract price shall be made upon demand of either party. The equitable adjustment shall be based upon any increase or decrease in costs due solely to the variation above 115 percent or below 85 percent of the estimated quantity. If the quantity variation is such as to cause an increase in the time necessary for completion, the Authority Representative shall, upon receipt of a written request for an extension of time within ten (10) calendar days from the beginning of such delay, or within such further period of time which may be granted by the Authority Representative prior to the date of final settlement of the Contract, ascertain the facts and make such adjustment for extending the completion date as in the Authority Representative's judgment the findings justify.

00775   QUALITY CERTIFICATION

A. Work which has been completed, but for which satisfactory records for design, testing, inspection, or other quality elements are not available, shall not qualify for payment. At the sole discretion of the Authority Representative, such elements of work shall be:

1. Removed and replaced at the contractor's expense.

2. Accepted "as is" at no cost to the Authority

Washington Metropolitan Area Transit Authority     Contract No. 1B0035
Design-Build Contract RFP C - 1B0035/JDC     Date: July 23 , 2001

B. Notwithstanding the above, the Contractor may perform in-situ or other appropriate tests, and present the results of the tests along with all required records and documentation to confirm that installed elements meet quality requirements in accordance with approved Quality Plan requirements, and submit such results to the Authority in order to qualify for full payment for the elements in question.

00776   BASIS OF PAYMENT

The basis of payment will be the Contract Price, as shown on the Design-Build Contract Form, Section 00521, and which shall constitute complete compensation for performance of all work required by the Contract.

00777   GARNISHMENT OF PAYMENTS

Payment under this Contract shall be subject to any garnishment and attachment orders issued pursuant to the laws of Maryland, Virginia, and the District of Columbia, and to levies issued under the laws of the United States.

00778   ACCOUNTING AND RECORD KEEPING

A. Applicability. This Article shall become effective for and shall apply to any adjustment in the price of this Contract initiated by the Design-Builder or the Authority. However, where the original amount of this Contract is less than $1,000,000, Section C of this Section does not apply unless the adjustment is expected to exceed $50,000.

B. Forward Priced Adjustments. Unless expressly waived in writing in advance by the Authority Representative, the Design-Builder shall furnish to the Authority Representative a cost proposal in advance of performance of any work for which a price adjustment is requested under this Contract. The proposal format shall be as detailed in Section 01250, Contract Modification Procedures. The Design-Builder shall initiate such records as are necessary to substantiate all elements of the pricing proposal, current to the date of agreement on the pricing adjustment. Such records supporting the costs of each pricing adjustment request shall be specifically segregated and identified in the Design-Builder's accounting system as being applicable to the pricing adjustment request.

C. Post Pricing Adjustments. In addition to the records required to be originated under B. above, in the event pricing of an adjustment under this Contract is not agreed upon between the Design-Builder and the Authority Representative prior to the commencement of work for which the pricing adjustment is requested, the Design-Builder and any subcontractor engaged in work for which the pricing adjustment is requested, shall maintain accounts and original cost records specifically segregated and identified by job order or other appropriate accounting procedures approved by the Authority Representative of all incurred separated costs related to the work for which the pricing adjustment is requested. The Design-Builder shall maintain accounts and records which segregate and account for the costs of all work associated with that part of the project for which the pricing adjustment is requested and shall allocate between:

1. work required under the base Contract;

2. work requested to be reimbursed under the pricing adjustment; and

3. other claim, including but not limited to, changes, differing site conditions, and the like.

The accounts and records so established shall accumulate such costs under logical costs groups, such as material, labor, equipment, subcontracts, field overhead and the like. The Design-Builder shall record these costs on a form approved by the Authority Representative. Subject to agreement between the Design-Builder and the Authority Representative, or upon direction of the Authority Representative for work under Section 01250, Contract Modification Procedures, the Design-Builder shall use Authority Forms (Daily Report - Labor, Materials and Equipment), to be supplied by the authority at the request of the Design-Builder. The terms of Section 01250, Contract Modification Procedures shall apply regardless of the form used. The use of Authority Forms to segregate change order costs does not, in and of itself, invoke the provisions of Section 01250, Contract Modification Procedures.

D.  Availability. The accounts, records and costs information required to be originated under B. and C. above together with all other accounts, records and costs information related to this Contract shall be maintained and made available by the Design-Builder or subcontractor(s):

1.  At the office of the Design-Builder or subcontractor(s) at all reasonable times for inspection, audit, reproduction or such other purposes as may be required by the Authority Representative, or pursuant to any other provisions of this Contract;

2.  Until the expiration of three years from the date of payment of the final $100 (final payment) under this Contract or such lesser time as is specified in Contractor Records Retention, Subpart 4.7 of the Federal Acquisition Regulations (48 C.F.R. 4.7) and for such longer period, if any, as is required by applicable statute, or by any other articles of this Contract, or by Sections a. and b. below:

a.  If the Contract is completely or partially terminated, for a period of three years from either the date of any resulting final settlement or the date of final payment, whichever is the greater period; and

b.  If a pricing adjustment is involved in any appeal under Section 00795, Dispute Resolution, or in any litigation related to this Contract, for a period of one (1) year following the final disposition of the appeal or litigation.

E.  When asserting a claim under the various provisions of this Contract, the Design-Builder shall grant the Authority access to review and ascertain the validity of the accounting records being maintained for segregation of costs, including base cost records, and to audit such costs as are deemed appropriate by the Authority Representative. No payment shall be made to the Design-Builder on its claim until such records are made available and access is permitted.

F.  Limitation on Pricing Adjustment. In the event the Design-Builder or any subcontractor fails to originate or to maintain, or to make available any accounts or records as required under this or any other article of the Contract, any pricing adjustment or portion thereof previously granted by the Authority Representative for which records are not available shall be rescinded and recomputed, or if a pricing adjustment has not yet been granted shall be computed, in an amount not to exceed the direct costs for which accounts or records are not available, plus a single markup for indirect expenses not to exceed 10 percent of the direct costs so determined by the Authority Representative. The adjustment will be established by the Authority Representative based upon, at his or her election, either:

1.  An audit of any existing books and records of the Design-Builder or subcontractor; or

2.  An Authority estimate adopted by the Authority Representative; or

3.  A combination of 1 and 2.

The Design-Builder and subcontractors shall not be allowed any profit for the work for which the Design-Builder or subcontractor fails to originate, or to maintain, or to make available any accounts or records as required under this Contract.

G.  The Design-Builder shall insert a clause containing all the provisions of this Article in all subcontracts issued under this Contract, modified as necessary, for proper identification of the contracting parties and the Authority Representative under this Contract.

00779  EXAMINATION OF RECORDS

A.  The Design-Builder agrees that the Comptroller General of the United States and the Secretary of Transportation, or their duly authorized representatives, shall, until the expiration of three years after final payment under this Contract, have access to and the right to examine any directly pertinent books, documents, papers, and records of the Design-Builder involving transactions related to this Contract.

B.  The Design-Builder further agrees to include in all its subcontracts hereunder, a provision to the effect that the subcontractor agrees that the Comptroller General of the United States and the

Secretary of Transportation, or their duly authorized representatives, shall until the expiration of three years after final payment under this Contract, have access to and the right to examine any directly pertinent books, documents, papers, and records of the subcontractor involving transactions related to the subcontract. The term "subcontract," as used in this clause, excludes:

1. purchase orders not exceeding $2,500 and,

2. subcontracts or purchase orders for public utility services at rates established for uniform applicability to the general public.

C. If this Contract was entered into by means of negotiation, this article shall become operative with respect to any modification to this Contract whether this Contract was initially entered into by means of negotiation or by means of formal advertising.

00780    AUDIT - PRICE ADJUSTMENTS

A. General: The Authority shall have the audit and inspection rights described in the applicable Sections B, C, and D below.

B. Examination of costs: If this is a cost-reimbursement type, incentive, time and materials, labor hour or price re-determinable contract, or any combination thereof, the Design-Builder shall maintain, and the Authority shall have the right to examine books, records, documents and other evidence and accounting procedures and practices, sufficient to reflect properly all direct and indirect costs of whatever nature claimed to have been incurred for the performance of this Contract. Such right of examination shall include inspection at all reasonable times of the Design-Builder's plant, or such parts thereof, as may be engaged in the performance of this Contract.

C. Cost or pricing data: If the Design-Builder submitted cost or pricing data in connection with the pricing of this Contract or any change or modification thereto, unless such pricing was based on adequate price competition, established catalog or market prices of commercial items sold in substantial quantities to the general public, or prices of commercial items sold in substantial quantities to the general public, or prices set by law or regulation, the Authority shall have the right to examine all books, records, documents and other data of the Design-Builder related to the negotiation, pricing or performance or such Contract, change or modification, for the purpose of evaluating the accuracy, completeness and currency of the cost or pricing data submitted. The right of examination shall extend to all documents necessary to permit adequate evaluation of the cost or pricing data submitted along with the computations and projections used therein.

D. The Design-Builder shall insert a clause containing all the provisions of this article, including this Section D. in all subcontracts hereunder except altered as necessary for proper identification of the contracting parties and the Authority Representative under this Contract.

00781    CERTIFICATE OF CURRENT COST OR PRICING DATA

The Design-Builder shall provide a Certificate of Current Cost or Pricing Data as required in Subpart 15.403 of the Federal Acquisition Regulations (48 CFR 15.403) in support of any negotiated contract expected to exceed $100,000 or any modification to a formally advertised or negotiated contract on which the aggregate of the increases and decreases in cost are expected to exceed $100,000. The Authority Representative at his/her discretion may request cost or pricing data for modifications on which costs are less than $100,000 and an attendant certificate of current cost or pricing data.

00782    PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA - PRICE ADJUSTMENTS:

A. This Article shall become operative only with respect to any modification of this Contract which involves aggregate increases and/or decreases in cost plus applicable profits in excess of $100,000 unless the modification is priced on the basis of adequate competition, established catalog or market prices of commercial items sold in substantial quantities to the general public, or prices set by law or regulation. The right to price reduction under this Article is limited to defects in data relating to such modification.

B. If any price, including profit or fee, negotiated in connection with any price adjustment under this Contract was increased by any significant sums because:

Washington Metropolitan Area Transit Authority        Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC              Date: July 23 , 2001

1.  The Design-Builder furnished cost or pricing data which was not complete, accurate and current as certified in the Design-Builder's Certificate of Current Cost or Pricing Data;

2.  A subcontractor, pursuant to the Section 00784, Subcontractor Cost and Pricing Data and Price Adjustments, or any subcontract provision therein required, furnished cost or pricing data which was not complete, accurate and current as certified in the subcontractor's Certificate of Current Cost or Pricing Data:

3.  A subcontractor or prospective subcontractor furnished cost or pricing data which was required to be complete, accurate and current and to be submitted to support a subcontract cost estimate furnished by the Design-Builder but which was not complete, accurate and current as of the date certified in the Design-Builder's Certificate of Current Cost or Pricing Data; or

4.  The Design-Builder or a subcontractor or prospective subcontractor furnished any data, not within Paragraph (1), (2) or (3) above, which was not accurate, as submitted;

then the price shall be reduced accordingly and the Contract shall be modified in writing as may be necessary to reflect such reduction.

However, any reduction in the Contract price due to defective subcontract data of a prospective subcontractor, when the subcontract was not subsequently awarded to such subcontractor, will be limited to the amount, plus applicable overhead and profit markup, by which the actual subcontractor, or actual cost to the Design-Builder if there was not a subcontract, was less than the prospective subcontract cost estimate submitted by the Design-Builder, provided the actual subcontract price was not affected by defective cost or pricing data. (Note: Since the Contract is subject to reduction under this Section by reason of defective cost or pricing data submitted in connection with certain subcontracts, it is expected that the Design-Builder may wish to include an article in each such subcontract requiring the subcontractor to appropriately indemnify the Design-Builder. However, the inclusion of such an article and the terms thereof are matters of negotiation and agreement between the Design-Builder and the subcontractor, provided that they are consistent with disputes provisions in subcontracts. It is also expected that any subcontractor subject to such indemnification will generally require substantially similar indemnification for defective cost or pricing data required to be submitted by its lower tier subcontractors.)

00783  SUBCONTRACTOR COST OR PRICING DATA

A.  The Design-Builder shall require subcontractors hereunder to submit cost or pricing data prior to award of any negotiated lump sum or cost-reimbursement type, incentive, or price re-determinable Subcontract over $100,000. The Design-Builder shall require subcontractors to certify that to the best of their knowledge and belief, the cost and pricing data submitted under this paragraph is accurate, complete, and current as of the date of execution, which date shall be as close as possible to the date of agreement on the negotiated price of the subcontract. The Design-Builder shall insert the substance of this clause in each of its negotiated lump sum or cost reimbursement type, price be determinable, or incentive subcontracts over $100,000 hereunder. The Design-Builder also shall insert the substance of this clause in each subcontract with respect to any change or other modification made pursuant to one or more provisions of this Contract which involves a price adjustment greater than $100,000. The Design-Builder shall conduct a cost analysis of all negotiated subcontracts.

B.  The requirements that follow shall become operative only with respect to any change or other modification made pursuant to one or more provisions of this Contract which involves a price adjustment in excess of $100,000. The requirements of this article shall be limited to such price adjustments:

1.  The Design-Builder shall require subcontractors hereunder to submit cost or pricing data:

a.  prior to award of any cost-reimbursement type, incentive, or price re-determinable subcontract;

b.  prior to the award of any subcontract the price of which is expected to exceed $100,000; or,

        c.   prior to the pricing of any subcontract change or other modification for which the price adjustment is expected to exceed $100,000; except where the price is based on adequate price competition established catalog or market prices of commercial items sold in substantial quantities to the general public or prices set by law or regulation.

    2.   The Design-Builder shall require subcontractors to certify that to the best of their knowledge and belief the cost and pricing data submitted under this Paragraph B. above is accurate, complete and current as of the date of execution, which date shall be as close as possible to the date of agreement on the negotiated price of the Contract modification.

   C.   The Design-Builder shall insert the substance of this Section in each subcontract hereunder which exceeds $100,000.

## 00784   SUBCONTRACT PAYMENTS

   A.   The Contractor shall, under this contract, establish procedures to ensure timely payment of amounts due pursuant to the terms of their subcontracts.  The Contractor shall pay each subcontractor for satisfactory performance of its contract, no later than ten (10) days from the date of the Contractor's receipt of payment from the Authority for work by that subcontractor.  The Contractor shall also release, within ten (10) days of satisfactory completion of all work required by the subcontractor, any retention withheld from the subcontractor.

   B.   The Contractor shall certify on each payment request to the Authority that payment has been or will be made to all subcontractors in accordance with paragraph a above.  The Contractor shall notify the contracting officer or other delegated authority representative with each payment request, of any situation in which scheduled subcontractor payments have not been made.

   C.   If a subcontractor alleges that the Contractor has failed to comply with this provision, the Contractor agrees to support any Authority investigation, and, if deemed appropriate by the Authority, to consent to remedial measures to ensure subcontractor payment that is due.

   D.   The Contractor agrees that the Authority may provide appropriate information to interested subcontractors who want to determine the status of Authority payments to the Contractor.

   E.   Nothing in this provision is intended to create a contractual obligation between the Authority and any subcontractor or to alter or affect traditional concepts of privity of contract between all parties.

## 00785   WORK BY PRIME CONTRACTOR

   A.   The Design-Builder shall perform, with its own organization, work equivalent to at least 40% of the construction work.  The percentage shall be determined by the dollar value of the construction work done by his own organization in comparison to total value of construction work in the Contract. The cost of the work performed by skilled and unskilled labor carried on the Design-Builder's own payroll, together with the cost of materials installed, may be included in the above percentage. The Design-Builder's markup for overhead and profit on work performed by subcontractors shall not be included in determining the percentage.

   B.   If, during the progress of the Work, the Design-Builder requests a reduction in such percentage and if the Authority Representative determines that it would be to the Authority's advantage, the Authority Representative may approve such a reduction at his/her sole discretion.

## 00790   SUSPENSION OF WORK

   A.   The Authority Representative may, at any time, by written order to the Design-Builder, require the Design-Builder to suspend all, or any part, of the Work called for by this Contract. Any such order shall be specifically identified as a Suspension of Work Order issued pursuant to this clause. Upon receipt of such an order, the Design-Builder shall forthwith comply with its terms and take all reasonable steps to minimize the occurrence of costs allocable to the Work covered by the order during the period of work stoppage.

   B.   If a Suspension of Work Order issued under this clause is canceled, the Design-Builder shall

resume work. An equitable adjustment shall be made in the period of performance, the Contract price, or a combination thereof, and in any other provisions of the Contract that may be affected, and the Contract shall be modified accordingly, if:

1. The Suspension of Work Order results in an increase in the time required for, or in the Design-Builder's cost properly allocable to the performance of any part of this Contract; and,

2. The Design-Builder asserts a claim for such adjustment within thirty (30) calendar days after the end of the period of work suspension; provided that, if the Authority Representative decides the facts justify such action, the Authority Representative may receive and act upon such claim asserted at any time prior to final payment under this Contract.

C. Failure to agree to any adjustment shall be a dispute concerning a question of fact within the meaning of Section 00795, Dispute Resolution.

D. If a Suspension of Work Order is not canceled and the work covered by such order is terminated for the convenience of the Authority, the reasonable costs resulting from the Suspension of Work Order shall be allowed in arriving at the termination settlement.

## 00791 TERMINATION FOR DEFAULT, DAMAGES FOR DELAY, AND TIME EXTENSIONS

A. If the Design-Builder refuses or fails to prosecute the Work, or any separable part thereof, with such diligence as will ensure its completion within the time specified in this Contract, or any extension thereof, or fails to complete said Work within such time, the Contracting Officer may, by written notice to the Design-Builder, terminate its right to proceed with the Work or such part of the Work as to which there has been delay. In such event the Contracting Officer may take over the Work and prosecute the same to completion, by contract or otherwise, and may take possession of and utilize in completing the Work such design product, materials, appliances, plant, and other work product as may be on the site of the Work and necessary therefor, all of which shall become the property of the Authority. Whether or not the Design-Builder's right to proceed with the Work is terminated, the Design-Builder and its sureties shall be liable for any damage to the Authority resulting from its refusal or failure to complete the Work in the specified time.

B. If fixed and agreed liquidated damages are provided in the Contract and if the Contracting Officer so terminates the Design-Builder's right to proceed, the resulting damage will consist of such liquidated damages until such reasonable time as may be required for final completion of the Work together with any increased costs occasioned the Authority in completing the Work.

C. If fixed and agreed liquidated damages are provided in the Contract and if the Contracting Officer does not so terminate the Design-Builder's right to proceed, the resulting damage will consist of such liquidated damages until the Work is completed or accepted.

D. The Design-Builder's right to proceed shall not be so terminated nor the Design-Builder charged with resulting damage under the following circumstances:

1. If the delay in the completion of the Work arises from unforeseeable causes beyond the control and without the fault or negligence of the Design-Builder, including, but not restricted to, acts of God, acts of the public enemy, acts of the Authority in its contractual capacity, acts of another contractor in the performance of a contract with the Authority, fires, floods, epidemics, quarantine restrictions, strikes, freight embargoes, unusually severe weather, or delays of subcontractors or suppliers at any tier arising from causes other than normal weather beyond the control and without the fault or negligence of both the Design-Builder and such subcontractors or suppliers.

2. If the Design-Builder, within ten (10) calendar days from the beginning of any such delay, unless the Contracting Officer grants a further period of time before the date of final payment under the Contract, notifies the Contracting Officer in writing of the causes of delay. The Contracting Officer shall ascertain the facts and the extent of the delay and extend the time for completing the Work when, in the Contracting Officer's judgment, the findings of fact justify such an extension. The Contracting Officer's findings of fact shall be final and conclusive on the parties, subject only to appeal as provided Section 00795, Dispute Resolution.

| Washington Metropolitan Area Transit Authority<br>Design-Build Contract RFP  C - 1B0035/JDC | Contract No.  1B0035<br>Date: July 23 , 2001 |
|---|---|

3.   Unusually severe weather conditions.

**00792   TERMINATION FOR THE CONVENIENCE OF THE AUTHORITY PRIOR TO CONSTRUCTION**

A.   The Authority reserves the right to terminate the Contract prior to the start of construction upon ten (10) calendar day written notice to the Design-Builder for any reason including in the event that any permit identified in the Project Milestone Schedule is not issued by the responsible jurisdiction by the Project Milestone Date associated with the issuance of the permit(s). In such event, the Design-Builder agrees to accept as full and final settlement for all services rendered, the value of the design services provided up to the date termination becomes effective.

B.   Upon receipt of the Notice, the Design-Builder shall: (1) immediately discontinue all services affected (unless the Notice directs otherwise); and, (2) deliver to the Authority Representative all data, final specifications and drawings, reports, estimates, summaries, and other information and materials accumulated in performing this Contract, whether completed or in process, which shall become the property of the Authority .

C.   The Contracting Officer shall make an equitable adjustment in the Contract price based on the approved cost-loaded progress schedule through the effective date of termination, but shall allow no anticipated profit on unperformed services.

**00793  TERMINATION FOR THE CONVENIENCE OF THE AUTHORITY DURING CONSTRUCTION**

A.   After commencement of construction, the performance of Work under this Contract may be terminated by the Authority in accordance with this subsection, either for design or for construction, in whole, or from time to time in part, whenever the Contracting Officer shall determine that such termination is in the best interest of the Authority. Any such termination shall be effected by delivery to the Design-Builder of a Notice of Termination specifying the nature, extent to which performance of work under the Contract is terminated, and the date upon which such termination becomes effective.

B.   After receipt of a Notice of Termination, and except as otherwise directed by the Contracting Officer, the Design-Builder shall:

1.   Immediately discontinue all services and stop work under the Contract on the date and to the extent specified in the Notice of Termination;

2.   Place no further orders or subcontracts for materials, services or facilities, except as may be necessary for completion of such portion of the Work under the Contract as is not terminated;

3.   Terminate all orders and subcontracts to the extent that they relate to the performance of work terminated by the Notice of Termination;

4.   Assign to the Authority, in the manner, at the times, and to the extent directed by the Contracting Officer, all of the right, title, and interest of the Design-Builder under the orders and subcontracts so terminated, in which case the Contracting Officer shall have the right to settle or authorize payments on any or all claims arising out of the termination of such orders and subcontracts;

5.   Settle all outstanding liabilities and all claims arising out of such termination of orders and subcontracts, with the approval or ratification of the Contracting Officer, to the extent he or she may require, which approval or ratification shall be final for all the purposes of this article;

6.   Transfer title and deliver the following to the Authority in the manner, at the times, and to the extent, if any, directed by the Contracting Officer:

a.   The fabricated or unfabricated parts, work in process, completed work, supplies, and other material procured as a part of, or acquired in connection with the performance of, the work terminated by the Notice of Termination.

b.   The completed or partially completed plans, drawings, information, and other property which, if the Contract had been completed, would have been required to be furnished to

Washington Metropolitan Area Transit Authority  Contract No. 1B0035
Design-Build Contract RFP C - 1B0035/JDC   Date: July 23 , 2001

the Authority.

 c. All data, drawings, specifications, reports, estimates, summaries, and other information and materials accumulated in performing this Contract, whether completed or in process.

 7. Use its best efforts to sell, in the manner, at the times, to the extent, and at the price or prices directed or authorized by the Contracting Officer, any property of the types referred to in (6) above, provided, however, that the Design-Builder:

  a. Shall not be required to extend credit to any purchaser, and

  b. May acquire any such property under the conditions prescribed by and at a price or prices approved by the Contracting Officer; and provided further that the proceeds of any such transfer or disposition shall be applied in reduction of any payments to be made by the Authority to the Design-Builder under this Contract or shall otherwise be credited to the price or cost of the Work covered by this Contract or paid in such other manner as the Contracting Officer may direct.

 8. Complete performance of such part of the Work as shall not have been terminated by the Notice of Termination; and

 9. Take such action as may be necessary, or as the Contracting Officer may direct, for the protection and preservation of the property related to this Contract which is in the possession of the Design-Builder and in which the Authority has or may acquire an interest.

C. After receipt of a Notice of Termination, the Design-Builder shall submit to the Contracting Officer its termination claim, in the form and with certification prescribed by the Contracting Officer. Such claim shall be submitted promptly but in no event later than one year from the effective date of termination, unless one or more extensions in writing are granted by the Contracting Officer, upon request of the Design-Builder made in writing within such one year period or authorized extension thereof. However, if the Contracting Officer determines that the facts justify such action, the Contracting Officer may receive and act upon any such termination claim at any time after such one year period or any extension thereof. Upon failure of the Design-Builder to submit its termination claim within the time allowed, the Contracting Officer may determine, on the basis of information available to the Contracting Officer, the amount, if any, due to the Design-Builder by reason of the termination and shall thereupon authorize payment to the Design-Builder the amount so determined.

D. Subject to the provisions of Paragraph C. the Design-Builder and the Contracting Officer may agree upon the whole or any part of the amount or amounts to be paid to the Design-Builder by reason of the total or partial termination of work pursuant to this article, which amount or amounts may include a reasonable allowance for profit on work done; provided, that such agreed amount or amounts, exclusive of settlement costs, shall not exceed the total Contract price as reduced by the amount of payments otherwise made and as further reduced by the Contract price of work not terminated. The foregoing notwithstanding, the Contracting Officer shall allow no anticipated profit on design services not performed by the Design-Builder.

E. The Contract shall be amended accordingly, and the Design-Builder shall be paid the agreed amount. Nothing in Paragraph E. of this Section, prescribing the amount to be paid to the Design-Builder in the event of failure of the Design-Builder and the Contracting Officer to agree upon the whole amount to be paid to the Design-Builder by reason of the termination of work pursuant to this section shall be deemed to limit, restrict, or otherwise determine or affect the amount or amounts which may be agreed upon to be paid to the Design-Builder pursuant to Paragraph D. above.

F. In the event of the failure of the Design-Builder and the Contracting Officer to agree, as provided in Paragraph D. upon the whole amount to be paid to the Design-Builder by reason of the termination of work pursuant to this section, the Contracting Officer shall authorize payment to the Design-Builder the amounts determined by the Contracting Officer as follows, but without duplication of any amounts agreed upon in accordance with Paragraph D.:

 1. With respect to all Contract Work performed prior to the effective date of the Notice of Termination, the total, without duplication of any items, of the following:

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
|---|---|
| Design-Build Contract RFP C - 1B0035/JDC | Date: July 23 , 2001 |

    a.  The cost of such work;

    b.  The cost of settling and paying claims arising out of the termination of work under subcontracts or orders as provided in Paragraph B.5. above, exclusive of the amount paid or payable on account of supplies or materials delivered or services furnished by the subcontractors or suppliers prior to the effective date of Notice of Termination of work under this Contract, which amounts shall be included in the cost on account of which payment is made under Paragraph D. above; and

    c.  A sum, as profit on Paragraph D. above, determined by the Contracting Officer to be fair and reasonable, provided, however, that the Contracting Officer shall allow no anticipated profit on design services not performed by the Design-Builder, and, further, if it appears that the Design-Builder would have sustained a loss on the entire Contract had it been completed, no profit shall be included or allowed and an appropriate adjustment shall be made reducing the amount of the settlements to reflect the indicated rate of loss; and

2.  The reasonable cost of the preservation and protection of property incurred pursuant to Paragraph B.9.; and any other reasonable cost incidental to termination of work under this Contract, including expense incidental to the determination of the amount due to the Design-Builder as the result of the termination of work under this Contract.

G.  The total sum to be paid to the Design-Builder under Paragraph F above shall not exceed the total Contract price as reduced by the amount of payments made and as further reduced by the Contract price of work not terminated. Except for normal spoilage, and except to the extent that the Contracting Officer shall have otherwise expressly assumed the risk of loss, there shall be excluded from the amounts payable to the Design-Builder under this Section 00793, the fair value, as determined by the Contracting Officer, of property which is destroyed, lost, stolen, or damaged so as to become undeliverable to the Authority, or to a buyer pursuant to Section B.7.

H.  The Design-Builder shall have the right of appeal, under Section 00795, Dispute Resolution, from any determination made by the Contracting Officer under Sections C. or E. above, except that if the Design-Builder has failed to submit its claim within the time provided in Section C. above and has failed to request extension of such time, he shall have no such right of appeal. In any case where the Contracting Officer has made a determination of the amount due under Section C. or E. above, the Authority shall pay to the Design-Builder the following:

    1.  If there is no right of appeal hereunder or if no timely appeal has been taken, the amount so determined by the Contracting Officer; or

    2.  If an appeal has been taken, the amount finally determined on such appeal.

I.  In arriving at the amount due the Design-Builder under this subsection, the following shall be deducted:

    1.  All unliquidated advance or other payments on account theretofore made to the Design-Builder, applicable to the terminated portion of this Contract.

    2.  Any claim which the Authority may have against the Design-Builder in connection with this Contract.

    3.  The agreed price for, or the proceeds of sale of any materials, supplies, or other things acquired by the Design-Builder or sold, pursuant to the provisions of this article, and not otherwise recovered by or credited to the Authority.

J.  If the termination hereunder be partial, prior to the settlement of the terminated portion of this Contract, the Design-Builder may file with the Contracting Officer a request in writing for an equitable adjustment of the price or prices specified in the Contract relating to the continued portion of the Contract, i.e., the portion not terminated by the Notice of Termination, and such equitable adjustment as may be agreed upon shall be made in such price or prices.

K.  The Authority may from time to time, under such terms and conditions as it may prescribe, make partial payments and payments on account against costs incurred by the Design-Builder in

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
|---|---|
| Design-Build Contract RFP  C - 1B0035/JDC | Date: July 23 ,  2001 |

connection with the terminated portion of this Contract whenever in the opinion of the Contracting Officer the aggregate of such payments shall be within the amount to which the Design-Builder will be entitled hereunder. If the total of such payments is in excess of the amount finally agreed or determined to be due under this article, such excess shall be payable by the Design-Builder to the Authority upon demand for the period from the date such excess payment is received by the Design-Builder to the date on which such excess payment is repaid to the Authority.

L.   Unless otherwise provided for in this Contract, or by applicable statute, the Design-Builder, from the effective date of termination and for a period of three years after final settlement under this Contract, shall preserve and make available to the Authority at all reasonable times at the office of the Design-Builder but without direct charge to the Authority, all its books, records, documents and other evidence bearing on the costs and expenses of the Design-Builder under this Contract and relating to the work terminated hereunder, or to the extent determined by the Contracting Officer, photographs, microphotographs or other authentic reproduction thereof.

## 00794 VALUE ENGINEERING INCENTIVE

A.   This Article applies to those Value Engineering Change Proposals (VECP's) which are initiated and developed by the Design-Builder during the Design Phase to modify the Authority's Design Criteria, or other requirements of this Contract.  In order to be accepted under this Article each VECP shall:

1.   Be identified by the Design-Builder at the time of submittal to the Contracting Officer or other delegated Authority Representative as submitted pursuant to this Article using the prescribed The Authority VECP proposal form;

2.   Require a significant change to this Contract and Mandatory Requirements;

3.   Decrease the Contract price;

4.   Maintain the Contract requirements such as safety, service life, reliability, economy of operation, ease of maintenance and necessary standardized and architectural features of the facility or system;

5.   Not require an unacceptable extension of original Contract duration; and

6.   Be reviewed and evaluated by way of a two-phase process.

B.   Phase One - Conditional Approval: In addition to the use of the Authority VECP proposal form, any VECP the Design-Builder submits shall be in sufficient detail to clearly define the proposed change including the following items:

1.   A description of the difference between the existing and the proposed Contract requirements, and the comparative advantages and disadvantages of each;

2.   Contract requirements recommended by the Design-Builder to be changed;

3.   Separate detailed cost estimates for both the basic Contract requirement and the proposed change, and an estimate of the change in Contract price including an accounting of the costs of development and implementation and Authority review of the VECP and the sharing arrangement as set forth in the following Paragraph E.;

4.   A statement from the Design-Builder predicting any effects the proposed VECP will have on the life-cycle cost of the work to include and identify separately the cost for increased or decreased maintenance and operations;

5.   A statement of the time by which the proposal must be accepted so as to obtain the maximum price reduction effect and not delay the original Contract completion time. The time required for VECP review shall be considered and included in this statement and also in a separate bar chart;

6.   A list of codes and the Authority standards applicable to the work to be carried out by the VECP and a statement that the proposed VECP will be in compliance with the requirements

set forth in listed codes and standards;

7.  The identification of a project where the materials, methods of construction and special equipment, where required, have been previously and successfully performed on construction similar to that which is being proposed for implementation on this Contract; and

8.  Preliminary architectural and engineering analysis, including calculations and 22 x 34 inch drawings in sufficient detail for each requirement of the Contract which must be changed if the VECP is accepted, with recommendations for accomplishing each change and its effect on unchanged work.

C.  The Contracting Officer or Authority Representative may at any time during the two-phase review and evaluation process reject part or all of the VECP by giving the Design-Builder written notice thereof. Until final approval is issued, the Design-Builder shall remain obligated to perform in accordance with the terms of the original Contract. VECP's will be processed expeditiously; however, the Authority shall not be liable for any delay in acting upon any proposal submitted pursuant to this Article. The decision of the Contracting Officer or Authority Representative about acceptance or rejection of any such proposal shall be final and shall not be subject to Section 00795, Dispute Resolution

1.  The Design-Builder has the right to withdraw part or all of the VECP at any time prior to acceptance or rejection by the Authority. Such withdrawal shall be made in writing to the Contracting Officer or other delegated Authority Representative. If the Design-Builder desires to withdraw the proposal, it shall be liable for the cost incurred by the Authority in reviewing the proposal.

D.  Upon notice of conditional approval of the concept of the VECP, the Design-Builder shall proceed with final VECP design in accordance with the agreed schedule.

E.  Phase Two - Final Approval: Final approval of the VECP by the Authority will be contingent upon the following items:

1.  The Design-Builder shall address, to the Authority's satisfaction, all design issues and review comments.

2.  An equitable adjustment in the Contract price and appropriate changes in any other affected provisions of the Contract shall be made and the Contract modified in accordance with Section 00764, Changes, or other applicable articles of this Contract.

3.  The net savings resulting from the change shall be shared between the Design-Builder and the Authority on the basis of 50 percent for the Design-Builder and 50 percent for the Authority. Net savings shall be determined by deducting from the estimated gross savings, the Design-Builder's costs of developing and implementing the proposal, including any amount attributable to a subcontractor, and the estimated amount of increased costs to the Authority resulting from the change, such as costs for review, implementation, inspection, related items and Authority-furnished property. Estimated gross savings shall include Design-Builder's labor, material, equipment, overhead, profit and bond. The Contract price shall be reduced by the sum of the Authority's costs and share of the net savings.

4.  The Design-Builder is entitled to share in instant Contract savings only, to the full extent provided for in this Article. For purposes of sharing, the term 'instant contract' shall not include any supplemental agreements to or other modifications of this Contract, executed subsequent to acceptance of the particular VECP, by which the Authority increases the quantity of any item or adds any item.

5.  Notwithstanding any review, approval or acceptance of any VECP by the Authority; the Design-Builder agrees to be liable to the Authority for all costs of any kind whatsoever caused by or resulting from any error, omission, deficiency or negligence, or combination thereof, of any kind in the design, drawings or specifications submitted to the Authority in connection with any VECP proposal under this Contract. The rights and remedies of the Authority provided in this clause are in addition to any other rights or remedies provided by law or under this Contract.

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
| --- | --- |
| Design-Build Contract RFP C - 1B0035/JDC | Date: July 23 , 2001 |

F.  The Design-Builder will use its best efforts to include Value Engineering arrangements in any subcontract, which in its judgement, appears to offer sufficient value engineering potential.

G.  A VECP identical to one submitted under any other contract, by this or any other contractor, may also be submitted under this Contract.

H.  The Design-Builder may restrict the Authority's right to use any VECP data by marking it with the following statement:

"This data, furnished pursuant to the VALUE ENGINEERING INCENTIVE Article of this Contract, shall not be duplicated, used or disclosed, in whole or in part, for any purpose except to evaluate the VECP, unless the proposal is accepted by the Authority. This restriction does not limit the Authority's right to use information contained in this data if it is or has been obtained, or is otherwise available, from the Design-Builder or from other source, without limitations. When this proposal is accepted by the Authority, the Authority shall have the right to duplicate, use and disclose any data in any manner and for any purpose whatsoever, and have others do so whether under this or any other Authority contract."

## 00795 DISPUTE RESOLUTION

A.  Except as otherwise provided in this Contract, any dispute arising under or related to this Contract including allegations of breach of contract or similar allegations which are not disposed of by agreement shall be decided by the Contracting Officer, who shall reduce a decision to writing and mail or otherwise furnish a copy thereof to the Design-Builder. The decision of the Contracting Officer is final and conclusive unless, within thirty (30) calendar days from the date of receipt of such copy, the Design-Builder mails or otherwise furnishes to the Contracting Officer a written notice of appeal addressed to the Authority Board of Directors. Such notice should indicate that an appeal is intended and should reference the decision and Contract number. The decision of the Board of Directors or its duly authorized representative for the determination of such appeals shall be final and conclusive unless in proceedings initiated by either party for review of such decision in a court of competent jurisdiction, the court determines the decision to have been fraudulent, or capricious, or arbitrary, or so grossly erroneous as necessarily to imply bad faith, or is not supported by substantial evidence. In connection with any appeal proceeding under this article, the Design-Builder shall be afforded an opportunity to be heard and to offer evidence in support of its appeal. Pending final decision of a dispute hereunder, the Design-Builder shall proceed diligently with the performance of the Contract and in accordance with the Contracting Officer's decision. The Armed Services Board of Contract Appeals is the authorized representative of the Board of Directors for finally deciding appeals to the same extent as could the Board of Directors.

B.  This section does not preclude consideration of questions of law in connection with decisions provided for in Paragraph A above. Nothing in this Contract, however, shall be construed as making final the decisions of the Board of Directors or its representative on a question of law.

## 00796 DISPUTES REVIEW BOARD

Not Used.

END OF SECTION

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
|---|---|
| Design-Build Contract RFP C - 1B0035/JDC | Date: July 23 , 2001 |

## 00800 Special Provisions

00801   COVENANT AGAINST CONTINGENT FEES

    A.   The Design-Builder warrants that no person or selling agency has been employed or retained to solicit or secure this Contract upon an agreement or understanding for a commission, percentage, brokerage or contingent fee, excepting bona fide employees or bona fide established commercial or selling agencies utilized by the Design-Builder for the purpose of securing business. For breach or violation of this warranty the Contracting Officer shall have the right to annul this Contract without liability or in his or her discretion to deduct from the Contract price or consideration, or otherwise recover, the full amount of such commission, percentage, brokerage or contingent fee.

00802   OFFICIALS NOT TO BENEFIT

    A.   No member of Congress or resident commissioner shall be admitted to any share or part of this Contract, or to any benefit that may arise therefrom; but this provision shall not be construed to extend to this Contract if made with a corporation for its general benefit.

    B.   No member, officer or employee of the Authority or of a local public body during tenure with the Authority or with another local public body and one year thereafter shall have any interest, direct or indirect, in this Contract or the proceeds thereof.

00803   EMPLOYMENT RESTRICTION WARRANTY

    A.   The Design-Builder warrants that it will not offer employment to any officer or employee of the Washington Metropolitan Area Transit Authority (WMATA) who has been involved, directly or indirectly, in any matter of financial interest to the Design-Builder until at least one year after the officer or employee has ceased involvement in or responsibility for the matter.

    B.   The Design-Builder further warrants that it will not employ any WMATA officer or employee who has had direct responsibility for any matter of financial interest to the Design-Builder within the year prior to the retirement or termination of the officer or employee until at least one full year after such officer or employee has left the employment of the Authority.

    C.   The one year restriction described in A. and B. above may be waived at the discretion of the Authority Representative if the WMATA employee or former employee has been subject to a Reduction in Force; in such case, the Authority Representative will provide the Design-Builder with a letter to that effect.

    D.   If a waiver is granted, or if a former employee of WMATA is eventually hired, the Design-Builder shall be responsible for ensuring that the former employee is not directly involved in negotiating or otherwise dealing with WMATA on any particular matter over which such employee had responsibility during his or her period of employment at WMATA.

    E.   Should the Design-Builder fail to comply with Sections A, B or D above, the Authority Representative shall have the right to withhold payment under this Contract in an amount not to exceed two percent of the total Contract amount as liquidated damages to the Authority, such withholding to be in addition to any other withholding or damages available for other matters under this Contract. Further, the Authority Representative shall consider such violation in evaluating the Design-Builder's responsibility in connection with award of any other Authority contract.

Washington Metropolitan Area Transit Authority     Contract No. 1B0035
Design-Build Contract RFP C - 1B0035/JDC     Date: July 23 , 2001

00804   GRATUITIES

In connection with performance of work required under this Contract, or any changes or modifications relative thereto, the giving of or offering to give gratuities (in the form of entertainment, gifts or otherwise) by the Design-Builder, or any agent, representative or other person deemed to be acting on behalf of the Design-Builder, or any supplier or subcontractor furnishing material to or performing work under this Contract, or any agent, representative or other person deemed to be acting on behalf of such supplier or subcontractor, to any Director, Officer or employee of the Authority; or to any Director, Officer, employee or agent of any of the Authority's agents, consultants, representatives or other persons deemed to be acting for or on behalf of the Authority, with a view toward securing a contract or securing favorable treatment with respect to the awarding or amending, or the making of any determinations with respect to the performing of such contract is expressly forbidden. The terms of this GRATUITIES section shall be strictly construed and enforced in the event of violations hereto.

00805   CONFLICT OF INTEREST

A.   Neither the Design-Builder nor any person affiliated with it shall have, during the term of this Contract and any extension thereof, any contractual or other financial relationship with the Authority, with any Authority prime contractor, or with any subcontractor or supplier to any Authority prime contractor other than the contractual relationship established under this Contract, unless an exception is granted as described below. Such exceptions will not unreasonably be withheld.

B.   Upon request of the Design-Builder and upon full disclosure and for good cause the Contracting Officer may, at his/her sole discretion, grant an exception to the requirement of this clause 00805, when in his/her judgment the exception will not create a conflict between the Design-Builder's duties and obligations under this Contract and the duties and obligations imposed on the Design-Builder under the contractual or other relationship for which an exception is requested.

C.   If, during the performance of this Contract and any extension thereof, the Design-Builder becomes aware of any relationship, financial interest, or other activity in which it or an affiliated person or company is involved which is not in compliance with the provisions of this clause 00805, it shall promptly notify the Contracting Officer in writing and fully disclose all circumstances thereof. Should the Contracting Officer not grant an exception to the requirements of this clause 0805, the Design-Builder shall, within ten days of written notice from the Contracting Officer to do so, take all action necessary to comply with the terms of this clause.

D.   If the Design-Builder fails to comply with the terms of this clause 00805, the Contracting Officer may withhold payments due under the Contract until such time as the Design-Builder is in compliance or, should the non-compliance remain uncorrected at the expiration of ten days from written notice from the Contracting Officer as provided in this clause, terminate the Contract for default pursuant to Section 000791, Termination for Default, Damages for Delay, and Time Extensions of this Contract.

E.   The Design-Builder in performing this Contract shall avoid any conduct which might result in or give the appearance of creating for Directors, Officers or employees of the Authority in their relationship with the Design-Builder any conflicts of interest or favoritism and/or the appearance thereof and shall avoid any conduct which might result in a Director, Officer or employee failing to adhere to the Standards of Conduct adopted by the Authority's Board of Directors.

F.   The Design-Builder shall not, during the period of performance of the Contract, engage in any other contracts where its customary role would or might:

1.   Impair the actual or potential ability of the Design-Builder to render impartial assistance or

Washington Metropolitan Area Transit Authority          Contract No. 1B0035
Design-Build Contract RFP C - 1B0035/JDC          Date: July 23 , 2001

advice to the Authority;

2.  Impair the Design-Builder's objectivity in performing this Contract or any other Authority contract.

3.  Give the Design-Builder an unfair competitive advantage with respect to the work under another proposed Authority contract.

G.  Any determination by the Contracting Officer under this clause shall be final and shall be subject to Section 00795, Dispute Resolution.

00806  CERTIFICATION OF NONSEGREGATED FACILITIES BY THE DESIGN-BUILDER, CONTRACTORS AND SUBCONTRACTORS

Prior to the award of any subcontract, or federally assisted construction contract or subcontract, required to contain the Equal Opportunity article contained in this Contract, the Design-Builder shall obtain the certification set forth in the Request for Proposals. This certification may be required by the Design-Builder, either for each subcontract or for all subcontracts during a period. i.e., quarterly, semiannually, or annually.

00807  FEDERAL, STATE AND LOCAL TAXES

A.  The Contract price includes all applicable Federal, State and local taxes and duties.

B.  Nevertheless, with respect to any Federal excise tax or duty on the transactions or property covered by this Contract, if a statute, court decision, written ruling, or regulation takes effect after the Contract date and results in the following:

1.  The Designer-Builder being required to pay or bear the burden of any such Federal excise tax or duty or increase in the rate thereof which would not otherwise have been payable on such transactions or property, the Contract price shall be increased by the amount of such tax or duty or rate increase, provided the Designer-Builder warrants in writing that no amount for such newly imposed Federal excise tax or duty or rate increase was included in the Contract price as a contingency reserve or otherwise; or

2.  The Designer-Builder not being required to pay or bear the burden of, or in its obtaining a refund or drawback of, any such Federal excise tax or duty which would otherwise have been payable on such transactions or property or which was the basis of an increase in the Contract price, the Contract price shall be decreased by the amount of the relief, refund, or drawback, or that amount of the relief, refund, or drawback, or that amount that shall be paid to the Authority, as directed by the Authority Representative. The Contract price shall be similarly decreased if the Designer-Builder, through its fault or negligence or its failure to follow instructions of the Authority Representative, is required to pay or bear the burden of, or does not obtain a refund or drawback or, any such Federal excise tax or duty.

C.  Section B above shall not be applicable to Social Security taxes or to any other employment tax.

D.  No adjustment of less than $100 shall be made in the Contract price pursuant to Section B above.

E.  As used in Section B above, the term Contract date means the dates set for proposal opening, except if this is a negotiated Contract, the date that the Design-Builder submits its Best and Final Offer. As to additional supplies or services procured by modification to this Contract, the term Contract date means the date of such modification.

**Washington Metropolitan Area Transit Authority**
**Design-Build Contract RFP  C - 1B0035/JDC**

**Contract No. 1B0035**
**Date: July 23 , 2001**

F.  Unless there does not exist any reasonable basis to sustain an exemption, the Authority Representative upon the request of the Designer-Builder shall, without further liability, furnish evidence appropriate to establish exemption from any Federal, State, or Local tax; provided that, evidence appropriate to establish exemption from and Federal excise tax or duty which may give rise to either increase or decrease in the Contract price will be furnished only at the discretion of the Authority Representative.

G.  The Designer-Builder shall promptly notify the Authority Representative of matters which will result in either an increase or decrease in the Contract price, and shall take action with respect thereto as directed by the Authority Representative.

00810  NOT USED

THIS SPACE NOT USED

Washington Metropolitan Area Transit Authority | Contract No. 1B0035
Design-Build Contract RFP C - 1B0035/JDC | Date: July 23 , 2001

F.   Unless there does not exist any reasonable basis to sustain an exemption, the Authority Representative upon the request of the Designer-Builder shall, without further liability, furnish evidence appropriate to establish exemption from any Federal, State, or Local tax; provided that, evidence appropriate to establish exemption from and Federal excise tax or duty which may give rise to either increase or decrease in the Contract price will be furnished only at the discretion of the Authority Representative.

G.   The Designer-Builder shall promptly notify the Authority Representative of matters which will result in either an increase or decrease in the Contract price, and shall take action with respect thereto as directed by the Authority Representative. SUPERSEDED

00810   EQUAL OPPORTUNITY 

A.   During the performance of this contract, the Design-Builder agrees that it will not discriminate against any employee or applicant for employment because of race, color, religion, sex or national origin. The Design-Builder will take affirmative action to ensure that applicants are employed, and that employees are treated during employment without regard to their race, color, religion, sex or national origin. Such action shall include, but not be limited to, the following: Employment, upgrading, demotion or transfer; recruitment or recruitment advertising; layoff or termination; rate of pay or other forms of compensation; and selection for training, including apprenticeship. The Design-Builder agrees to post in conspicuous places, available to employees and applicants for employment, notices to be provided setting forth the provisions of this nondiscrimination article.

B.   The Design-Builder will, in all solicitations or advertisements for employees placed by or on behalf of the Design-Builder, state that all qualified applicants will receive consideration for employment without regard to race, color, religion, sex or national origin.

C.   The Design-Builder will send to each labor union or representative of workers with which it has a collective bargaining agreement or other contract or understanding, a notice advising the said labor union or workers' representatives of the Design-Builder's commitments under this section, and shall post copies of the notice in conspicuous places available to employees and applicants for employment.

D.   The Design-Builder will comply with all provisions of Executive Order No. 11246 of September 24, 1965, as amended by Executive Order No. 11375 of October 13, 1967, and of the rules, regulations and relevant orders of the Secretary of Labor.

E.   The Design-Builder will furnish all information and reports required by Executive Order No. 11246 of September 24, 1965, as amended by Executive Order No. 11375 of October 13, 1967, and by rules, regulations, and orders of the Secretary of Labor, or pursuant thereto, and will permit access to its books, records and accounts by the administering agency and the Secretary of Labor for purposes of investigation to ascertain compliance with such rules, regulations and orders.

F.   In the event of the Design-Builder's noncompliance with the nondiscrimination articles of this Contract or with any of the said rules, regulations or orders, this Contract may be canceled, terminated or suspended in whole or in part and the Design-Builder may be declared ineligible for further contracts in accordance with procedures authorized in Executive Order No. 11246 of September 24, 1965, as amended by Executive Order No. 11375 of October 13, 1967, and such other sanctions may be imposed and remedies invoked as provided in Executive Order No. 11246 of September 24,1965, as amended by Executive Order No. 11375 of October 13, 1967, or by rule, regulation or order of the Secretary of Labor, or as otherwise provided by law.

G.   The Design-Builder shall include the provisions of Paragraphs A. through F. in every subcontract or purchase order unless exempted by rules, regulations or orders of the Secretary of Labor issued

Washington Metropolitan Area Transit Authority
Design-Build Contract RFP  C - 1B0035/JDC

Contract No.  1B0035
Date: July 23 ,  2001

THIS

PAGE

NOT

USED

Washington Metropolitan Area Transit Authority          Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC               Date: July 23 , 2001

pursuant to Section 204 of Executive Order No. 11246 of September 24, 1965, as amended by Executive Order No. 11375 of October 13, 1967, so that such provisions will be binding upon each subcontractors or vendor. The Design-Builder will take such action with respect to any subcontract or purchase order as the Authority Representative will direct as a means of enforcing such provisions, including sanctions for noncompliance, provided, however, that in the event the Design-Builder becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a result of such direction by the Authority Representative, the Design-Builder may request the Authority to enter into such litigation to protect the interests of the Authority.

H.   The Design-Builder shall file, and shall cause each of its subcontractors to file, Compliance Reports with the Authority Representative in accordance with Section 202 of Executive Order No. 11246.

1.   Compliance Reports shall be filed within such times and shall contain such information as to the practices, policies, programs, and employment statistics of the Design-Builder and each subcontractor.

2.   The Design-Builder and subcontractors shall be required to state whether they have participated in any previous contract subject to the provisions of this Order (E.O.11246), or any similar Executive Order, and in that event to submit Compliance Reports on behalf of themselves and their subcontractors.

3.   Whenever the Design-Builder or subcontractor has a collective bargaining agreement with a labor union, the Compliance Report shall include such labor union's practices and policies affecting compliance pursuant to Sections 202 and 203 of Executive Order 11246.

I.   Pursuant to Title VI of the Civil Rights Act of 1964, amended, Section 601 -- that no person shall, on the grounds of race, color or national origin, be excluded from participation in, be denied the benefits of, or be otherwise subjected to discrimination under any Federally assisted or funded program, project or activity.

J.   Pursuant to Section 402 of the Vietnam Era Veterans Readjustment Assistance Act of 1974 amended, which requires the Design-Builder to take affirmative action to employ and advance in employment qualified disabled veterans and veterans of the Vietnam era.

K.   Pursuant to Sections 503 and 504 of the Rehabilitation Act of 1973, requires as follows -- Employment Under Federal Contracts --

1.   The Design-Builder shall take affirmative action to employ and advance in employment qualified handicapped individuals. This provision shall apply to any subcontract in excess of $2,500 entered into by the Design-Builder.

2.   If any handicapped individual believes the Design-Builder has failed or refused to comply with the provisions of this Contract, relating to employment of handicapped individuals, such individual may file a complaint with the Department of Labor.

3.   Nondiscrimination under Federal Grants -- No otherwise qualified handicapped individual in the United States, shall, solely by reason of his or her handicap, be excluded from the participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance. Approved September 26, 1973.

Washington Metropolitan Area Transit Authority      Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC      Date: July 23 , 2001

00811   STANDARD FEDERAL EQUAL EMPLOYMENT OPPORTUNITY CONSTRUCTION CONTRACT SPECIFICATIONS (EXECUTIVE ORDER 11246)

A.   As used in these Specifications:

    1.   "Covered area" means the geographical area described in the solicitation from which this Contract resulted;

    2.   "Director" means Director, Office of Federal Contract Compliance Programs, United States Department of Labor, or any person to whom the Director delegates authority.

    3.   "Employer identification number" means the Federal Social Security number used on the Employer's Quarterly Federal Tax Return, U.S. Treasury Department Form 941.

    4.   "Minority" includes:

       a.   Black (all persons having origins in any of the black African racial groups not of Hispanic origin);

       b.   Hispanic (all persons of Mexican, Puerto Rican, Cuban, Central or South American or other Spanish Culture or origin, regardless of race);

       c.   Asian and Pacific Islander (all persons having origins in any of the original peoples of the Far East, Southeast Asia, the Indian Subcontinent, or the Pacific Islands); and

       d.   American Indian or Alaskan Native (all persons having origins in any of the original peoples of North America and maintaining identifiable tribal affiliations through membership and participation or community identification).

    5.   "Contractor" means the Design-Builder as defined in the General Provisions of the Design-Build Contract (as applied herein).

B.   Whenever the Design-Builder, or any subcontractor at any tier, subcontracts a portion of the work involving any construction trade, it shall physically include in each subcontract in excess of $10,000 the provisions of these Specifications and the Notice which contains the applicable goals for minority and female participation and which is set forth in the solicitations from which this Contract resulted.

C.   If the Design-Builder is participating (pursuant to 41 CFR 60-4.5) in a Hometown Plan approved by the U.S. Department of Labor in the covered area either individually or through an association, its affirmative action obligations on all work in the Plan area (including goals and time tables) shall be in accordance with that Plan for those trades which have unions participating in the Plan. Contractors must be able to demonstrate their participation in the compliance with the provisions of any such Hometown Plan. Each contractor or subcontractor participating in an approved Plan is individually required to comply with its obligations under the EEO clause, and to make a good faith effort to achieve each goal under the Plan in each trade in which it has employees. The overall good faith performance by other Contractors or subcontractors toward a goal in an approved Plan does not excuse any covered Contractor's or subcontractor's failure to take good faith efforts to achieve the Plan goals and time tables.

D.   The Design-Builder shall implement the specific affirmative action standards provided in Paragraphs G.1-16 below in this Section. The goals set forth in the solicitation, in Section 00813 Paragraph. B., from which this Contract resulted are expressed as percentage of the total hours of employment and training of minority and female utilization the Design-Builder would reasonably

Washington Metropolitan Area Transit Authority                 Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC                       Date: July 23 , 2001

be able to achieve in each construction trade in which it has employees in the covered area. Covered construction contractors performing construction work in geographical areas where they do not have a Federal or Federally assisted construction contract shall apply the minority and female goal established for the geographical area where the work is being performed. Goals are published periodically in the Federal Register in notice form, and such notices may be obtained from any Office of Federal Contract Compliance Programs or from Federal procurement contracting officers. The Design-Builder is expected to make substantially uniform progress toward it goals in each craft during the period specified.

E.  Neither the provisions of any collective bargaining agreement, nor the failure by a union with whom the Design-Builder has a collective bargaining agreement, to refer either minorities or women shall excuse the Contractor's obligations under these Specifications, Executive Order 11246 or the regulations promulgated pursuant thereto.

F.  In order for the non-working training hours of apprentices and trainees to be counted in meeting the goals, such apprentices and trainees must be employed by the Design-Builder during the training period, and the Design-Builder must have made a commitment to employ the apprentices and trainees at the completion of their training, subject to the availability of employment opportunities. Trainees must be trained pursuant to training programs approved by the U.S. Department of Labor.

G.  The Design-Builder shall take specific affirmative actions to ensure equal employment opportunity. The evaluation of the Contractor's compliance with these Specifications shall be based upon its effort to achieve maximum results from its actions. The Design-Builder shall document these efforts fully, and shall implement affirmative action steps at least as extensive as the following:

   1.  Ensure and maintain a working environment free of harassment, intimidation and coercion at all sites, and in all facilities at which the Contractor's employees are assigned to work. The Design-Builder, where possible, will assign two or more women to each construction project. The Design-Builder shall specifically ensure that all foremen, superintendents, and other onsite supervisory personnel are aware of and carry out the Contractor's obligation to maintain such a working environment, with specific attention to minority or female individuals working at such sites or in such facilities.

   2.  Establish and maintain a current list of minority and female recruitment sources, provide written notification to minority and female recruitment sources and to community organizations when the Design-Builder or its unions have employment opportunities available, and maintain a record of the organization's responses.

   3.  Maintain a current file of the names, addresses and telephone numbers of each minority and female off-the-street applicant and minority or female referral from a union, a recruitment source or community organization and of what action was taken with respect to each such individual. If such individual was sent to the union hiring hall for referral and was not referred back to the Design-Builder by the union or, if referred, not employed by the Design-Builder, this shall be documented in the file with the reason therefor, along with whatever additional actions the Design-Builder may have taken.

   4.  Provide immediate written notification to the Director when the union or unions with which the Design-Builder has a collective bargaining agreement has not referred to the Design-Builder a minority person or woman sent by the Design-Builder, or when the Design-Builder has other information that the union referral process has impeded the Contractor's efforts to meet its obligations.

   5.  Develop on-the-job training opportunities and/or participate in training programs for the area which expressly include minorities and women, including upgrading programs and

Washington Metropolitan Area Transit Authority          Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC                Date: July 23 , 2001

apprenticeship and trainee programs relevant to the Contractor's employment needs, especially those programs funded or approved by the Department of Labor. The Design-Builder shall provide notice of these programs to the sources compiled under Section G.2 above.

6.  Disseminate the Contractor's EEO policy by providing notice of the policy to unions and training programs and requesting their cooperation in assisting the Design-Builder in meeting its EEO obligations by including it in any policy manual and collective bargaining agreement; by publicizing it in the company newspaper, annual report, etc.; by specific review of the policy with all management personnel and with all minority and female employees at least once a year; and by posting the company EEO policy on bulletin boards accessible to all employees at each location where construction work is performed.

7.  Review, at least annually, the company's EEO policy and affirmative action obligations under these Specifications with all employees having any responsibility for hiring, assignment, layoff, termination or other employment decisions including specific review of these items with onsite supervisory personnel such as Superintendents, General Foremen, etc., prior to the initiation of construction work at any job-site. A written record shall be made and maintained identifying the time and place of these meetings, persons attending, subject matter discussed, and disposition of the subject matter.

8.  Disseminate the Contractor's EEO policy externally by including it in any advertising in the news media, specifically including minority and female news media, and providing written notification to and discussing the Contractor's EEO policy with other contractors and subcontractors with whom the Design-Builder does or anticipates doing business.

9.  Direct its recruitment efforts, both oral and written, to minority, female and community organizations, to schools with minority and female students and to minority and female recruitment and training organizations serving the Contractor's recruitment area and employment needs. Not later than one month prior to the date for the acceptance of applications for apprenticeship or other training by an recruitment source, the Design-Builder shall send written notification to organization such as the above, describing the openings, screening procedures, and tests to be used in the selection process.

10. Encourage present minority and female employees to recruit other minority persons and women and, where reasonable, provide after-school, summer and vacation employment to minority and female youth both on the site and in other areas of a Contractor's workforce.

11. Validate all tests and other selection requirements where there is an obligation to do so under 41 CFR Part 60-3.

12. Conduct, at least annually, an inventory and evaluation at least of all minority and female personnel for promotional opportunities and encourage these employees to seek or to prepare for, through appropriate training, etc., such opportunities.

13. Ensure that seniority practices, job classification, work assignments and other personnel practices, do not have a discriminatory effect by continually monitoring all personnel and employment- related activities to ensure that the EEO policy and the Contractor's obligations under these Specifications are being carried out.

14. Ensure that all facilities and company activities are non-segregated except that separate or single-user toilet and necessary changing facilities shall be provided to assure privacy between the sexes.

15. Document and maintain a record of all solicitations of offers for subcontracts from minority and

female construction contractors and suppliers, including circulation of solicitation to minority and female contractor associations and other business associations.

16. Conduct a review, at least annually, of all supervisors' adherence to and performance under the Contractor's EEO policies and affirmative action obligations.

H.   Contractors are encouraged to participate in voluntary associations which assist in fulfilling one or more of their affirmative action obligations stated above in Paragraphs G.1-16. The efforts of a contractor association, joint contractor-union, contractor-community, or other similar group of which the Design-Builder is a member and participant, may be asserted as fulfilling any one or more of its obligations under Paragraphs G.1-16 of this Specification provided that the Design-Builder actively participates in the group, makes every effort to assure that the group has a positive impact on the employment of minorities and women in the industry, ensure that the concrete benefits of the program are reflected in the Contractor's minority and female workforce participation, makes a good faith effort to meet its individual goals and timetables, and can provide access to documentation which demonstrate the effectiveness of action taken on behalf of the Design-Builder. The obligation to comply, however, is the Contractor's and failure of such a group to fulfill an obligation shall not be a defense for the Contractor's noncompliance.

I.    A single goal for minorities and a separate single goal for women have been established in Section 00813 Par. B. The Design-Builder, however, is required to provide equal employment opportunity and to take affirmative action for all minority groups, both male and female, and all women, both minority and non-minority. Consequently, the Design-Builder may be in violation of the Executive Order if a particular group is employed in a substantially disparate manner (for example, even though the Design-Builder has achieved its goal for women generally, the Design-Builder may be in violation of the Executive Order if a specific minority group of women is underutilized).

J.    The Design-Builder shall not use the goals and timetable or affirmative action standards to discriminate against any person because of race, color, religion, sex, or national origin.

K.   The Design-Builder shall not enter into any subcontract with any person or firm debarred from Government contracts pursuant to Executive Order 11246.

L.    The Design-Builder shall carry out such sanctions and penalties for violation of these Specifications and of the Equal Opportunity Clause, including suspension, termination and cancellation of existing subcontracts as may be imposed or ordered pursuant to Executive Order 11246, as amended, and its implementing regulations, by the Office of Federal Contract Compliance Programs. Any contractor who fails to carry out such sanctions and penalties shall be in violation of these Specifications and Executive Order 11246, as amended.

M.   The Design-Builder, in fulfilling its obligations under this Contract, shall implement specific affirmative action steps at least as extensive as those standards prescribed in Section G of these Specifications, so as to achieve maximum results from its efforts to ensure equal employment opportunity. If the Design-Builder fails to comply with their requirements of the Executive Order, the implementing regulations, or these Specifications, the Director shall proceed in accordance with 41 CFR 60-4-8.

N.   The Design-Builder shall designate a responsible official to monitor all employment-related activity to ensure that the company EEO policy is being carried out, to submit reports relating to the provisions hereof as may be required by the Government and to keep records. Records shall at least include for each employee the name, address, telephone numbers, construction trade, union affiliation it any, employee identification number when assigned, social security number, race, sex, status (e.g. mechanic, apprentice, trainee, helper, or laborer), dates of changes in status, hours worked per week in the indicated trade, rate of pay, and locations at which the work was

Washington Metropolitan Area Transit Authority      Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC        Date: July 23 , 2001

performed. Records shall be maintained in an easily understandable and retrievable form; however, to the degree that existing records satisfy this requirement, contractors shall not be required to maintain separate records.

O.   Nothing herein provided shall be construed as a limitation upon the application of other laws which established different standards of compliance or upon the application of requirements for the hiring of local or other area residents (e.g., those under the Public Works Employment Act of 1977 and the Community Development Block Grant Program).

## 00812  AFFIRMATIVE ACTION PROGRAM

A.   Affirmative Action Program shall be approved by the Office of Federal Contract Compliance (OFCCP), implemented and maintained in force by the Design-Builder during the term of the Contract and be made available to affected disadvantaged groups. The Design-Builder shall verify to the Authority that the AAP requirements are being met. If such program is denied a group, the burden shall be on the Design-Builder to show that the group is not an affected group. Emphasis is placed on the following requirements not to the exclusion of other requirements of these instructions or the Contract Documents:     #

1.   To ensure equal employment opportunity, the Design-Builder shall recruit disadvantaged individuals necessary to meet the requirements of the Affirmative Action Program and involve to the fullest, local vocational institutions, and trade unions in the effort. Disadvantaged individuals shall be afforded every reasonable opportunity for training and advancement to ensure equality with nondisadvantaged employees. The Design-Builder, insofar as practicable, shall employ in the performance of the work, qualified citizens who are residents of the area comprising the Authority Transit Zone.

2.   It is the policy of the Authority that equal opportunity to participate in Authority procurements be provided to disadvantaged business enterprises. In order to ensure that a fair proportion of the purchases and contracts for supplies and services for the Authority are placed with disadvantaged business enterprises, the Design-Builder agrees to take affirmative action to identify qualified disadvantaged firms, solicit bids and quotations from them and, in making awards and purchases, give equitable consideration to disadvantaged business enterprises. The method for accomplishing this shall be in accordance with the Design-Builder's approved Affirmative Action Program with verification provided to the Authority.

3.   To implement the  Affirmative Action Program on each of those contracts exceeding $5,000,000, the Design-Builder shall provide for, and maintain, an Affirmative Action Officer (AAO) who will be a full-time employee who shall work full time on AAO duties and the Design-Builder may not designate the individual who is approved as AAO for this Contract as an AAO for a concurrent period on any other contract. On contracts of a lesser amount, the Design-Builder shall designate a person part time to act as the AAO. The AAO shall be the liaison between the Design-Builder and the Authority with regard to Equal Employment Opportunity (EEO) and Disadvantaged Business Enterprise (DBE). The AAO shall be subject to approval by the OFCCP.  Once approved, the AAO shall not be replaced without prior written approval of the OFCCP.  An approved AAO, who performs satisfactorily, shall be present at the construction site throughout the duration of the Contract. If, at any time, the project is without the services of an approved AAO for a period exceeding 30 calendar days, or if the OFCCP or the Authority notifies the Design-Builder that the AAO's performance is unsatisfactory and if, in the judgment of the OFCCP or the Authority, that performance remains unsatisfactory for 30 days, the Authority may withhold progress payments until such time as an approved AAO, who performs satisfactorily, is present on the site of the work. The AAO shall:   #

a.   Submit all required or requested reports and shall record all efforts concerning the implementation of the Design-Builder's EEO Affirmative Action Program.

performed. Records shall be maintained in an easily understandable and retrievable form; however, to the degree that existing records satisfy this requirement, contractors shall not be required to maintain separate records.

O  Nothing herein provided shall be construed as a limitation upon the application of other laws which established different standards of compliance or upon the application of requirements for the hiring of local or other area residents (e.g., those under the Public Wor~~SUPERSEDED~~ 1977 and the Community Development Block Grant Program).

00812  AFFIRMATIVE ACTION PROGRAM

A.  Affirmative Action Program submitted in accordance with the Instructions to Proposers shall be implemented and maintained in force by the Design-Builder during the term of the Contract and be made available to affected disadvantaged groups. If such program is denied a group, the burden shall be on the Design-Builder to show that the group is not an affected group. Emphasis is placed on the following requirements not to the exclusion of other requirements of these instructions or the Contract Documents:

1.  To ensure equal employment opportunity, the Design-Builder shall recruit disadvantaged individuals necessary to meet the requirements of the Affirmative Action Program and involve to the fullest, local vocational institutions, and trade unions in the effort. Disadvantaged individuals shall be afforded every reasonable opportunity for training and advancement to ensure equality with nondisadvantaged employees. The Design-Builder, insofar as practicable, shall employ in the performance of the work, qualified citizens who are residents of the area comprising the Authority Transit Zone.

2.  It is the policy of the Authority that equal opportunity to participate in Authority procurements be provided to disadvantaged business enterprises. In order to ensure that a fair proportion of the purchases and contracts for supplies and services for the Authority are placed with disadvantaged business enterprises, the Design-Builder agrees to take affirmative action to identify qualified disadvantaged firms, solicit bids and quotations from them and, in making awards and purchases, give equitable consideration to disadvantaged business enterprises. The method for accomplishing this shall be in accordance with the Instructions to Proposers.

3.  To implement the Affirmative Action Program on each of those contracts exceeding $5,000,000, the Design-Builder shall provide for, and maintain, an Affirmative Action Officer (AAO) who will be a full-time employee who shall work full time on AAO duties and the Design-Builder may not designate the individual who is approved as AAO for this Contract as an AAO for a concurrent period on any other contract. Or~~SUPERSEDED~~amount, the Design-Builder shall designate a person part time to act as the AAO. The AAO shall be the liaison between the Design-Builder and the Authority with regard to Equal Employment Opportunity (EEO) and Disadvantaged Business Enterprise (DBE). The AAO shall be subject to approval by the Authority. Once approved, the AAO shall not be replaced without prior written approval of the Authority. An approved AAO, who performs satisfactorily, shall be present at the construction site throughout the duration of the Contract. If, at any time, the project is without the services of an approved AAO for a period exceeding 30 calendar days, or if the Authority notifies the Design-Builder that the AAO's performance is unsatisfactory and if, in the sole judgment of the Authority, that performance remains unsatisfactory for 30 days, the Authority may withhold progress payments until such time as an approved AAO, who performs satisfactorily, is present on the site of the work. The AAO shall:

a.  Submit all required or requested reports and shall record all efforts concerning the implementation of the Design-Builder's EEO Affirmative Action Program.

Washington Metropolitan Area Transit Authority                    Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC                          Date: July 23 , 2001

b. Submit all required or requested reports and shall record all efforts to implement the Design-Builder's DBE and WBE Affirmative Action Programs.

c. Record all efforts to inform the disadvantaged community of available employment and procurement opportunities with the Design-Builder and record their responses.

d. Investigate and make every effort to resolve all complaints of discrimination based on race, color, sex, religion or national origin within the company or at the construction site. Failure to resolve such problems shall be reported in writing to the Authorized Representative of the Authority.

4. The Design-Builder shall implement a uniform method of keeping data concerning ethnic classifications of all personnel and furnish all subcontractors with guidelines to develop a system of maintaining such records. The company format for such data keeping shall be as submitted to the OFCCP prior to the award of the Contract. Where the Design-Builder, after reasonable efforts, is unable to locate sufficient disadvantaged individuals and/or businesses to carry out the intent of the Affirmative Action Program, the OFCCP will:

a. Review the documentation recording the Design-Builder's efforts, and

b. Offer to the Design-Builder any reasonable alternatives or additional resources.

The Design-Builder's efforts and OFCCP's review of these efforts should normally be accomplished in a time period of 30 days after Notice to Proceed during which time the Design-Builder shall proceed with its adopted construction schedule.                    #

5. The Design-Builder shall publicly display in every employment advertisement that it practices equal opportunity employment. Additionally, posters issued by the Equal Employment Opportunity Commission and the Office of Federal Contract Compliance shall be posted in places highly visible to all workers, supervisors and employees.

6. The Design-Builder shall make contact with local Contractor Associations and other organizations whose purpose is to promote equal employment opportunity.

7. The Design-Builder shall maintain a program for the advancement of apprentices. Apprentices shall be advanced in the trade as their abilities develop in accordance with the requirements of the apprentice training program of the Manpower Development Training Program.

8. With respect to subcontractors, the Design-Builder shall:

a. Determine those areas in which DBE subcontractors may be used.

b. Determine if there are DBE subcontractors available to perform such contract work and identify them.

c. Contact the Authority's Office of Civil Rights if assistance in identifying DBE Subcontractor capability is needed.

d. Solicit bids from these subcontractors and award as appropriate.

9. The Design-Builder shall consult with the DBE subcontractors regarding the Design-Builder's requirements as they pertain to ability to perform, financial stability, and the utilization of subcontracts.

Washington Metropolitan Area Transit Authority | Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC | Date: July 23 , 2001

b. Submit all required or requested reports and shall record all efforts to implement the Design-Builder's DBE and WBE Affirmative Action Programs.

c. Record all efforts to inform the disadvantaged community of available employment and procurement opportunities with the Design-Builder and record their responses.

d. Investigate and make every effort to resolve all complaints of discrimination based on race, color, sex, religion or national origin within the company or at the construction site. Failure to resolve such problems shall be reported in writing to the Authorized Representative of the Authority.

4. The Design-Builder shall implement a uniform method of keeping data concerning ethnic classifications of all personnel and furnish all subcontractors with guidelines to develop a system of maintaining such records. The company format for such data keeping shall be as submitted to the Authority prior to the award of the Contract. Where the Design-Builder, after reasonable efforts, is unable to locate sufficient disadvantaged individuals and businesses to carry out the intent of the Affirmative Action Program, the Auth~~SUPERSEDED~~

a. Review the documentation recording the Design-Builder's efforts, and

b. Offer to the Design-Builder any reasonable alternatives or additional resources.

The Design-Builder's efforts and Authority's review of these efforts should normally be accomplished in a time period of 30 days after Notice to Proceed during which time the Design-Builder shall proceed with its adopted construction schedule.

5. The Design-Builder shall publicly display in every employment advertisement that it practices equal opportunity employment. Additionally, posters issued by the Equal Employment Opportunity Commission and the Office of Federal Contract Compliance shall be posted in places highly visible to all workers, supervisors and employees.

6. The Design-Builder shall make contact with local Contractor Associations and other organizations whose purpose is to promote equal employment opportunity.

7. The Design-Builder shall maintain a program for the advancement of apprentices. Apprentices shall be advanced in the trade as their abilities develop in accordance with the requirements of the apprentice training program of the Manpower Development Training Program.

8. With respect to subcontractors, the Design-Builder shall:

a. Determine those areas in which DBE subcontractors may be used.

b. Determine if there are DBE subcontractors available to perform such contract work and identify them. ~~SUPERSEDED~~

c. Contact the Authority's Office of Civil Rights if assistance in identifying DBE Subcontractor capability is needed.

d. Solicit bids from these subcontractors and award as appropriate.

9. The Design-Builder shall consult with the DBE subcontractors regarding the Design-Builder's requirements as they pertain to ability to perform, financial stability, and the utilization of subcontracts.

Washington Metropolitan Area Transit Authority | Contract No. 1B0035
Design-Build Contract RFP C - 1B0035/JDC | Date: July 23 , 2001

10. The primary obligation to establish and maintain a complete and effective program rests with the Design-Builder.

00813   NOTICE OF REQUIREMENT FOR AFFIRMATIVE ACTION TO ENSURE EQUAL EMPLOYMENT OPPORTUNITY (EXECUTIVE ORDER 11246)

A.   The Offeror's or Bidder's attention is called to the "Civil Rights Clause", and the "Standard Federal Equal Employment Specifications" set forth herein.                                                    #

B.   The goals and timetables for minority and female participation, expressed in percentage terms for the Design-Builder's aggregate workforce in each trade on all construction work in the covered area, are as follows:

1. Goal for Minority Participation for Each Trade   28.0%.
2. Goal for Female Participation in Each Trade   6.9%.

These goals are applicable to all the Design-Builder's construction work  (whether or not it is Federal or federally assisted) performed in the covered area. If the Design-Builder performs construction work in a geographical area located outside of the covered area, it shall apply the goals established for such geographical area where the work is actually performed.  With regard to this second area,  the Design-Builder also is subject to the goals for both its federally involved and non-federally involved construction.

The Design-Builder's compliance with the Executive Order and the regulations in 41 CFR Part 60-4 shall be based on its implementation of the Civil Rights Clause, specific affirmative action obligations required by the specifications set forth in 41 CFR 60.4.33(a), and its efforts to meet the goals. The hours of minority and female employment and training must be substantially uniform throughout the length of the Contract, and in each trade, and the Design-Builder shall make a good faith effort to employ minorities and women evenly on each of its projects. The transfer of minority or female employees or trainees from contractor to contractor or from project to project for the sole purpose of meeting the Design-Builder's goals shall be a violation of the Contract, the Executive Order and the regulations in 41 CFR Part 60-4.  Compliance with the goals will be measured against the total work hours performed.                                                    #

C.   The Design-Builder shall provide written notification to the Director of the Office of Federal Contract Compliance Programs within 10 working days of award of any construction subcontract in excess of $10,000 at any tier for construction work under the Contract resulting from this solicitation.   The notification shall list the name, address and telephone number of the subcontractor, employer identification number, estimated dollar amount of the subcontract; estimated starting and completion dates of the subcontract; and the geographical area in which the Contract is to be performed.

D.   As used in this Notice, and in the Contract resulting from this solicitation, the "covered area" is: District of Columbia; the Virginia Cities of Alexandria, Fairfax, and Falls Church; the Virginia Counties of Arlington, Fairfax, Loudoun and Prince William; and the Maryland Counties.

00814   DISADVANTAGED BUSINESS ENTERPRISE

In connection with the performance of this Contract, the Design-Builder agrees to cooperate with the Authority   in meeting its commitments and goals with regard to the maximum utilization of Disadvantaged Business Enterprises (DBE) and further agrees to exert good faith efforts to satisfy the requirements of Appendix B by subcontracting portions of the work to disadvantaged firms, by entering into joint ventures with disadvantaged firms, or both. The percentage goal of DBE participation for this contract is 25%.  The DBE policy of the Authority underwent a complete revision October 1, 1999 to

10. The primary obligation to establish and maintain a complete and effective program rests with the Design-Builder.

00813  NOTICE OF REQUIREMENT FOR AFFIRMATIVE ACTION TO ENSURE EQUAL EMPLOYMENT OPPORTUNITY (EXECUTIVE ORDER 11246)

A.  The Offeror's or Bidder's attention is called to the "Equal Opportunity Clause", and the "Standard Federal Equal Employment Specifications" set forth herein.

B.  The goals and timetables for minority and female participation, expressed in percentage terms for the Design-Builder's aggregate workforce in each trade on all construction work in the covered area, are as follows:

1. Goal for Minority Participation for Each Trade    28.0%.
2. Goal for Female Participation in Each Trade       6.9%.

These goals are applicable to all the Design-Builder's construction work (whether or not it is Federal or federally assisted) performed in the covered area. If the Design-Builder performs construction work in a geographical area located outside of the covered area, it shall apply the goals established for such geographical area where the work is actually performed. With regard to this second area, the Design-Builder also is subject to the goals for both its federally involved and non-federally involved construction.

The Design-Builder's compliance with the Executive Order and the regulations in 41 CFR Part 60-4 shall be based on its implementation of the Equal Opportunity Clause, specific affirmative action obligations required by the specifications set forth in 41 CFR 60.4.33(a), and its efforts to meet the goals. The hours of minority and female employment and training must be substantially uniform throughout the length of the Contract, and in each trade, and the Design-Builder shall make a good faith effort to employ minorities and women evenly on each of its projects. The transfer of minority or female employees or trainees from contractor to contractor or from project to project for the purpose of meeting the Design-Builder's goals shall be a violation of the contract, the Executive Order and the regulations in 41 CFR Part 60-4. Compliance with the goals will be measured against the total work hours performed.

C.  The Design-Builder shall provide written notification to the Director of the Office of Federal Contract Compliance Programs within 10 working days of award of any construction subcontract in excess of $10,000 at any tier for construction work under the Contract resulting from this solicitation. The notification shall list the name, address and telephone number of the subcontractor, employer identification number, estimated dollar amount of the subcontract; estimated starting and completion dates of the subcontract; and the geographical area in which the Contract is to be performed.

D.  As used in this Notice, and in the Contract resulting from this solicitation, the "covered area" is: District of Columbia; the Virginia Cities of Alexandria, Fairfax, and Falls Church; the Virginia Counties of Arlington, Fairfax, Loudoun and Prince William; and the Maryland Counties.

00814  DISADVANTAGED BUSINESS ENTERPRISE

In connection with the performance of this Contract, the Design-Builder agrees to cooperate with the Authority in meeting its commitments and goals with regard to the maximum utilization of Disadvantaged Business Enterprises (DBE) and further agrees to exert good faith efforts to satisfy the requirements of Appendix B by subcontracting portions of the work to disadvantaged firms, by entering into joint ventures with disadvantaged firms, or both. **The percentage goal of DBE participation for this contract is 25%.** The DBE policy of the Authority underwent a complete revision October 1, 1999 to

meet revised Federal requirements. The DBE provisions of this RFP are subject to revision by amendment. In connection with the performance of this Contract, the Design-Builder agrees to cooperate with the Authority in meeting its commitments and goals with regard to the maximum utilization of disadvantaged business enterprises as set forth in this Contract. The Design-Builder further agrees to exert good faith efforts to satisfy the requirements of the Contract by subcontracting portions of the work to disadvantaged firms, by entering into joint ventures with disadvantaged firms, or both.

00815   UTILIZATION OF SMALL BUSINESS CONCERNS

A.   It is the policy of the Authority that a fair proportion of the purchases and contracts for supplies and services for the Authority be placed with small business concerns.

B   The Design-Builder agrees to accomplish the maximum amount of subcontracting to small business concerns that the Design-Builder finds to be consistent with the efficient performance of this Contract.

00816   LABOR PROVISIONS

A.   The following provisions B TO L apply only to the Construction portion of the Design-Builder contract.

B.   Minimum Wages

1.   All laborers and mechanics employed or working upon the site of the work (or under the United States Housing Act of 1937 or under the Housing-Act of 1949 in the construction or development of the project), will be paid unconditionally and not less than once a week, and without subsequent deduction or rebate on any account (except such payroll deductions as are permitted by regulations issued by the Secretary of Labor under the Copeland Act, 29 C.F.R. Part 3), the full amount of wages and bona fide fringe benefits (or cash equivalents thereof) due at the time of payment computed at rates not less than those contained in the wage determination of the Secretary of Labor which is attached hereto and made a part hereof, regardless of any contractual relationship which may be alleged-to exist between the Design-Builder and such laborers and mechanics. Contributions made or costs reasonably anticipated for bona fide fringe benefits under Section 1(b)(2) of the Davis-Bacon Act on behalf of laborers or mechanics are considered wages paid to such laborers or mechanics, subject to the provisions of 29 C.F.R. §5.5(a)(1)(iv); also, regular contributions made or costs incurred for more than a weekly period (but not less often than quarterly) under plans, funds, or programs that cover the particular weekly period, are deemed to be constructively made or incurred during such weekly period. Such laborers and mechanics shall be paid the appropriate wage rate and fringe benefits on the wage determination for the classification of work actually performed, without regard to skill, except as provided at 29 C.F.R. §5.5(a)(4). Laborers or mechanics performing work in more than one classification may be compensated at the rate specified for each classification for the time actually worked therein, provided, that the employer's payroll records accurately set forth the time spent in each classification in which work is performed. The wage determination (including any additional classification and wage rates conformed under 29 C.F.R. §5.5(a)(1)(ii) And the Davis-Bacon poster (WH-1321) shall be posted at all times by the Design-Builder and its Subcontractor at the site of the work in a prominent and accessible place where it can be easily seen by the workers.

a.   The Authority Representative shall require that any class of laborers or mechanics, including helpers, which is not listed in the wage determination and which is to be employed under the contract shall be classified in conformance with the wage

determination. The Authority Representative shall approve an additional classification and wage rate and fringe benefits therefore only when the following criteria have been met:

1.  The work to be performed by the classification requested is not performed by a classification in the wage determination; and

2.  The classification is utilized in the area by the construction industry; and

3.  The proposed wage rate, including any bona fide fringe benefits, bears a reasonable relationship to the wage rates contained in the wage determination.

b.  If the Design-Builder and the laborers and mechanics to be employed in the classification (if known), or their representatives, and the Authority Representative agree on the classification and wage rate (including the amount designated for fringe benefits where appropriate), a report of the action taken shall be sent by the Authority Representative to the Administrator of the Wage and Hour Division, Employment Standards Administration, Washington, D.C. 20210. The Administrator, or an authorized representative, will approve, modify, or disapprove every additional classification action within 30 days of receipt and so advise the Authority Representative or will notify the Authority Representative within the 30-day period that additional time is necessary.

c.  In the event the Design-Builder, the laborers or mechanics to be employed in the classification or their representatives, and the Authority Representative do not agree on the proposed classification and wage rate (including the amount designated for fringe benefits, where appropriate), the Authority Representative shall refer the questions, including the views of all interested parties and the recommendation of the Authority Representative to the administrator for determination. The Administrator, or an authorized representative, will issue a determination with 30 days of receipt and so advise the Authority Representative or will notify the Authority Representative within the 30-day period that additional time is necessary.

d.  The wage rate (including fringe benefits where appropriate) determined pursuant to 816 B.1.b. and c. above, shall be paid to all workers including helpers performing work in the classification under this contract from the first day on which work is performed in the classification.

2.  Whenever the minimum wage rate prescribed in the contract for a class of laborers or mechanics includes a fringe benefit which is not expressed as an hourly rate, the Design-Builder shall either pay the benefit as stated in the wage determination or shall pay another bona fide fringe benefit or an hourly cash equivalent thereof.

3.  If the Design-Builder does not make payments to a trustee or other third person, the Design-Builder may consider as part of the wages of any laborer or mechanic the amount of any costs reasonably anticipated in providing bona fide fringe benefits under a plan or program, provided, that the secretary of labor has found, upon the written request of the Design-Builder, that the applicable standards of the Davis-Bacon act have been met. The Secretary of labor may require the Design-Builder to set aside in a separate account assets for the meeting of obligations under the plan or program.

C.  Withholding

1.  The Authority shall upon its own action or upon written request of an authorized representative of the Department of Labor withhold or cause to be withheld from the Design-Builder, under this agreement or any other federal contract with the same recipient or any other federally-assisted

contract subject to Davis-Bacon prevailing wage requirement, which is held by the same prime Design-Builder, so much of the accrued payments or advances as may be considered necessary to pay laborers and mechanics. including apprentices, trainees, and helpers, employed by the Design-Builder or any subcontractor the full amount of wages required by the contract. In the event of failure to pay any laborer or mechanic, including any apprentice, trainee, or helper, employed or working on the site of the work (or under the United States Housing Act of 1937 or under the Housing Act of 1949 in the construction or development of the project), all or part of the wages required by the contract, the FTA may, after written notice to the Design-Builder, sponsor, applicant, or owner, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee or funds until such violations have ceased.

a. Payrolls and Basic Records

1. Payrolls and basic records relating thereto shall be maintained by the Design-Builder during the course of the work and preserved for a period of three years thereafter for all laborers and mechanics working at the site of the work (or under the United States Housing Act of 1937, or under the Housing Act of 1949, in the construction or development of the project). Such records shall contain the name, address, and social security number of each such worker, his or her correct classification, hourly rates of wages paid (including rates of contributions or costs anticipated for bona fide fringe benefits or cash equivalents thereof of the types described in Section 1(b)(2)(b) of the Davis-Bacon act), daily and weekly number of hours worked, deductions made and actual wages paid. Whenever the Secretary of labor has found under 29 C.F.R. §5 5.5(a)(1)(iv) that the wages of any laborer or mechanic include the amount of any costs reasonably anticipated in providing benefits under a plan or program described in Section 1(b)(2)(b) of the Davis-Bacon Act, the Design-Builder shall maintain records which show that the commitment to provide such benefits is enforceable, that the plan or program is financially responsible, and that the plan or program has been communicated in writing to the laborers or mechanics affected, and records which show the costs anticipated or the actual costs incurred in providing such benefits. Design-Builders employing apprentices or trainees under approved programs shall maintain written evidence of the registration of apprenticeship programs and certification of trainee programs, the registration of the apprentices and trainees, and the ratios and wage rates prescribed in the applicable programs.

b. The Design-Builder shall submit weekly for each week in which any contract work is performed a copy of all payrolls to the FTA if the FTA is a party to the contract; but if not, the Design-Builder shall submit all payrolls weekly to the Authority. The payrolls submitted shall set out accurately and completely all of the information required to be maintained under 29 C.F.R. §5.5(a)(3)(i). This information may be submitted in any form desired. Optional form WH-347 is available for this purpose and may be purchased from the Superintendent of Documents (Federal Stock no. 029-005-00014-1), U.S. Government Printing Office, Washington, D.C. 20402. The Design-Builder is responsible for the submission of copies of payrolls by all Subcontractors.

c. Each payroll submitted shall be accompanied by a "Statement of Compliance" signed by the Design-Builder or Subcontractor or his or her agent who pays or supervises the payment of the persons employed under the contract and shall certify the following:

1. That the payroll for the payroll period contains the information required to be maintained under 29 C.F.R. §5.5.(a)(3)(i) And that such information is correct and complete;

Washington Metropolitan Area Transit Authority | Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC | Date: July 23 , 2001

2. That each laborer or mechanic (including each helper, apprentice, and trainee) employed on the contract during the payroll period has been paid the full weekly wages earned, without rebate, either directly or indirectly, and that no deductions have been made either directly or indirectly from the full wages earned, other than permissible deductions as set forth at 29 C.F.R. Part 3;

3. That each laborer or mechanic has been paid not less than the applicable wage rates and fringe benefits or cash equivalents for the classification of work performed, as specified in the applicable wage determination incorporated into the contract.

d. The weekly submission of a properly executed certification set forth on the reverse side of optional Form WH-347 shall satisfy the requirement for submission of the "Statement of Compliance" required by 29 C.F.R. §5.5(a)(3)(ii)(B).

e. The falsification of any of the above certifications may subject the Design-Builder or Subcontractor to civil or criminal prosecution under 18 U.S.C. §1001 and 31 U.S.C. §3729.

2. The Design-Builder or Subcontractor shall make the records required under 29 C.F.R. §5.5(a)(3)(i) available for inspection, copying, or transcription by authorized representatives of the Department of Labor, and shall permit such representatives to interview employees during working hours on the job. If the Design-Builder or Subcontractor fails to submit the required records or make them available, the authority may, after written notice to the Design-Builder, sponsor, applicant, or owner, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds. Furthermore, failure to submit the required records upon request or make such records available may be grounds for debarment action pursuant to 29 C.F.R. §5.12.

a. Apprentices: Apprentices will be permitted to work at less than the predetermined rate for the work they performed when they are employed pursuant to and individually registered in a bona fide apprenticeship program registered with the U.S. Department of Labor, Employment and Training Administration, Office of Apprenticeship, Training and Employer Labor Services, or with a State apprenticeship agency recognized by the Office, or if a person is employed in his or her first 90 days of probationary employment as an apprentice in such an apprenticeship program, who is not individually registered in the program, but who has been certified by the  Office of Apprenticeship, Training and Employer Labor Services or a State Apprenticeship Agency (where appropriate) to be eligible for probationary employment as an apprentice. The allowable ratio of apprentices to journeymen on the job site in any craft classification shall not be greater than the ratio permitted to the Design-Builder as to the entire work force under the registered program. Any worker listed on a payroll at an apprentice wage rate, who is not registered or otherwise employed as stated above, shall be paid not less than the applicable wage on the wage, determination for the classification of work actually performed. In addition, any apprentice performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate on the wage determination for the work actually performed. Where a Design-Builder is performing construction on a project in a locality other than that in which its program is registered, the ratios and wage rates (expressed in percentages of the journeyman's hourly rate) specified in the Design-Builder's or Subcontractor's registered program shall be observed. Every apprentice must be paid at not less than the rate specified in the registered program for the apprentice's level of progress, expressed as a percentage of the journeyman hourly rate specified in the applicable wage determination. Apprentices shall be paid fringe benefits in accordance with the provisions of the apprenticeship program. If the apprenticeship program does not specify fringe benefits, apprentices must be paid the full

amount of fringe benefits listed on the wage determination for the applicable classification. If the Administrator determines that a different practice prevails for the applicable apprentice classification, fringe benefits shall be paid in accordance with that determination. In the event the Office of Apprenticeship, Training and Employer Labor Services, or a state apprenticeship agency recognized by the Office, withdraws approval of an apprenticeship program, the Design-Builder will no longer be permitted to utilize apprentices at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

b.    Trainees: Except as provided in 29 C.F.R. §5.16, trainees will not be permitted to work at less than the predetermined rate for the work performed unless they are employed pursuant to and individually registered in a program which has received prior approval, evidenced by formal certification by the U.S. Department of Labor, Employment and Training Administration. The ratio of trainees to journeymen on the job site shall not be greater than permitted under the plan approved by the Employment and Training Administration. Every trainee must be paid at not less than the rate specified in the approved program for the trainee's level of progress, expressed as a percentage of the journeyman hourly rate specified in the applicable wage determination. Trainees shall be paid fringe benefits in accordance with the provisions of the trainee program. If the trainee program does not mention fringe benefits, trainees shall be paid the full amount of fringe benefits listed on the wage determination unless the Administrator of the Wage and Hour Division determines that there is an apprenticeship program associated with the corresponding journeyman wage rate on the wage determination that provides for less than full fringe benefits for apprentices. Any employee listed on the payroll at a trainee rate who is not registered and participating in a training plan approved by the employment and training administration shall be paid not less than the applicable wage rate on the wage determination for the classification of work actually performed. In addition, any trainee performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate on the wage determination for the work actually performed. In the event the employment and training administration withdraws approval of a training program, the Design-Builder will no longer be permitted to utilize trainees at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

c.    Equal employment opportunity. The utilization of apprentices, trainees, and journeymen under 29 C.F.R. Part 5 shall be in conformity with the equal employment opportunity requirements of Executive Order No. 11246, as amended 29 C.F.R. Part 30.

D.    Compliance with Copeland Act Requirements. The Design-Builder shall comply with the requirements of 29 C.F.R. Part 3, which are incorporated herein by reference.

E.    Contract Termination: Debarment. A breach of the contract clauses in 29 C.F.R. §5.5 may be grounds for termination of the contract, and for debarment as a Design-Builder and/or a Subcontractor as provided in 29 C.F.R. §5.12.

F.    Compliance with Davis-Bacon and Related Act Requirements. All rulings and interpretations of the Davis-Bacon and related Acts contained in 29 C.F.R. Parts 1, 3 and 5 are incorporated herein by reference.

G.    Disputes Concerning Labor Standards. Disputes arising out of the Labor Standards Provisions of this contract shall not be subject to the general disputes clause of this contract. Such disputes shall be resolved in accordance with the procedures of the Department of Labor set forth in 29 C.F.R. Parts 5, 6, and 7. Disputes within the meaning of this clause include disputes between the Design-Builder (or any of its Subcontractor) and the contracting agency, the U.S. Department of

Washington Metropolitan Area Transit Authority                 Contract No. 1B0035
Design-Build Contract RFP C - 1B0035/JDC                       Date: July 23 , 2001

Labor, or the employees or their representatives.

H. Certification of Eligibility

1. By entering into this agreement or a third party contract financed under this agreement the Design-Builder certifies that neither it (nor he nor she) nor any person or firm that has an interest in the Design-Builder's firm is a person or firm ineligible to be awarded government contracts by virtue of Section 3(a) of the Davis-Bacon Act or 29 C.F.R. §5.12(a)(1).

2. No part of this contract shall be subcontracted to any person or firm ineligible for award of a Government contract by virtue of Section 3(a) of the Davis-Bacon Act or 29 C.F.R. §5.12(a)(1).

3. The penalty for making false statement is prescribed in the U.S. Criminal code, 18 U.S.C.1001.

I. Overtime Requirements. Neither the Design-Builder nor any subcontractor contracting for any part of the contract work which may require or involve the employment of laborers or mechanics shall require or permit any such laborer or mechanics in any work week in which he or she is employed on such work to work in excess of forty hours in such work week unless such laborer or mechanics receives compensation at a rate not less than one and one-half times the basic rate of pay for all hours worked in excess of forty hours in such work week.

J. Violation: Liability for Unpaid Wages: Liquidated Damages. In the event of any violation of the requirements of 29 C.F.R. §5.5(b)(1), the Design-Builder and any Subcontractor responsible therefor shall be liable for the unpaid wages. In addition, such Design-Builder and Subcontractor shall be liable to the United States (in the case of work done under contract for the District of Columbia or a territory, to such district or to such territory) for liquidated damages. Such liquidated damages shall be computed with respect to each individual laborer or mechanic, including watchmen and guards, employed in violation of 29 C.F.R. §5.5(b)(1) In the sum of $10 for each calendar day on which such individual was required or permitted to work in excess of the standard work week of forty hours without payment of the overtime wages required by 29 C.F.R. §5.5(b)(1).

K. Withholding for Unpaid Wages and Liquidated Damages. The FTA or the recipient shall upon its own action or upon written request of an authorized representative of the Department of Labor withhold or cause to be withheld, from any moneys payable on account of work performed by the Design-Builder or Subcontractor under any such contract, or any other Federal contract with the same Design-Builder or any other federally-assisted contract subject to the Contract Work Hours and Safety Standards Act, which is held by the same Design-Builder, such sums as may be determined to be necessary to satisfy any liabilities of such Design-Builder or Subcontractor for unpaid wages and liquidated damages as provided in the clause set forth at 29 C.F.R. §5.5(b)(2).

L. Subcontracts. The Design-Builder or Subcontractor shall insert in any subcontracts, the clauses set forth in subparagraphs (1) through (13) of this Labor Provisions Article, and also a clause requiring the Subcontractor to include these clauses in any lower tier subcontracts. The Prime Design-Builder shall be responsible for compliance by any Subcontractor with the clauses set forth in subparagraphs (1) through (12) of this Labor Provisions Article.

00817  CONTRACT WORK HOURS STANDARDS ACT

A. Overtime requirements. Neither the Design-Builder nor any subcontractor contracting for any part of the Contract work which may require or involve the employment of laborers, mechanics, apprentices, trainees, watchmen, and guards shall require or permit any laborer, mechanic apprentice, trainee, watchman or guard in any workweek in which he is employed on such work to work in excess of 40 hours in such work week on work subject to the provisions of the Contract

Work Hours and Safety Standards Act, unless such laborer, mechanic, apprentice, trainee, watchman, or guard receives compensation at a rate not less than one and one-half times his or her basic rate of pay for all such hours worked in excess of 40 hours is such work week.

B. Violation, liability for unpaid wages, and liquidated damages. In the event of any violation of the provisions of Paragraph A. above, the Design-Builder and any subcontractor responsible therefor shall be liable to any affected employee for unpaid wages. In addition, such Design-Builder and subcontractor shall be liable to the Authority for liquidated damages. Such liquidated damages shall be computed with respect to each individual laborer, mechanic, apprentice, trainee, watchman, or guard employed in violation of the provisions of Section A in the sum of ten dollars for each calendar day on which such employee was required or permitted to be employed on such work in excess of his or her standard work week of 40 hours without payment of the overtime wages required by Paragraph A.

C. Withholding for unpaid wages and liquidated damages. The Authority Representative may withhold from the Design-Builder, from any moneys payable on account of work performed by the Design-Builder or subcontractor, such sums as may be administratively determined to be necessary to satisfy any liabilities of such Design-Builder or subcontractor for unpaid wages and liquidated damages as provided in the provisions of Paragraph B.

D. Subcontracts. The Design-Builder shall insert Paragraph A through E of this clause in all subcontracts and shall require their inclusion in all subcontracts of any tier.

E. Records. The Design-Builder shall maintain payroll records containing the information specified in 29CFR516.2(a). Such records shall be preserved for three years from completion of this Contract.

00818   WAGE RATES

A. The minimum wages, which in addition to basic hourly rate of pay include fringe benefit payments to be paid laborers and mechanics on this project pursuant to the Labor Provisions of this Contract, as determined by, the Secretary of Labor to prevail for corresponding classes of laborers and mechanics employed on projects similar in character to the Contract work in the pertinent locality, are set forth as an attachment to this Contract.

B. Any class of laborers and mechanics not listed but employed on this Contract shall be classified or reclassified conformably to the schedule set out therein by mutual agreement between the Design-Builder and class of labor concerned, subject to prior approval of the Authority Representative. In the event the interested parties cannot agree on the proper classification or reclassification of a particular class of laborer and mechanics to be used, the question, accompanied by the recommendation of the Authority Representative, shall be referred to the Secretary of Labor for final determination.

00819   NOTICE TO THE AUTHORITY OF LABOR DISPUTES

A. Whenever the Design-Builder has knowledge that any actual or potential labor dispute is delaying or threatens to delay the timely performance of this Contract, the Design-Builder shall immediately give notice thereof, including all relevant information with respect thereto, to the Authority Representative.

B. The Design-Builder agrees to insert the substance of this Section 00819 in any subcontract hereunder as to which a labor dispute may delay the timely performance of this Contract; except that each such subcontract shall provide that in the event its timely performance is delayed or threatened by delay by any actual or potential labor dispute, the subcontractor shall immediately

Washington Metropolitan Area Transit Authority                    Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC                         Date: July 23 , 2001

notify its next higher tier subcontractor, or the Design-Builder, as the case may be, of all relevant information with respect to such dispute.

00820  CONVICT LABOR

In connection with the performance of work under this Contract, the Design-Builder agrees not to employ any person undergoing sentence of imprisonment at hard labor.

00821  SEISMIC SAFETY

The Design-Builder agrees that any new building or addition to an existing building will be designed and constructed in accordance with the standards for Seismic Safety required in Department of Transportation Seismic Safety Regulations 49 CFR Part 41 and will certify to compliance to the extent required by the regulation. The Design-Builder also agrees to ensure that all work performed under this contract including work performed by a subcontractor is in compliance with the standards required by the Seismic Safety Regulations and the certification of compliance issued on the project.

00822  ENERGY CONSERVATION

The Design-Builder agrees to comply with mandatory standards and policies relating to energy efficiency which are contained in the state energy conservation plan issued in compliance with the Energy Policy and Conservation Act

00823  RECOVERED MATERIALS

The Design-Builder agrees to comply with all the requirements of Section 6002 of the Resource Conservation and Recovery Act (RCRA), as amended (42 U.S.C. 6962), including but not limited to the regulatory provisions of 40 CFR Part 247, and Executive Order 12873, as they apply to the procurement of the items designated in Subpart B of 40 CFR Part 247.

00824  CONTRACTS INVOLVING FEDERAL PRIVACY ACT REQUIREMENTS

A.  The following requirements apply to the Design-Builder and its employees that administer any system of records on behalf of the Federal Government under any contract:

1.  The Design-Builder agrees to comply with, and assures the compliance of its employees with, the information restrictions and other applicable requirements of the Privacy Act of 1974, 5 U.S.C. §§ 552a. Among other things, the Design-Builder agrees to obtain the express consent of the Federal Government before the Design-Builder or its employees operate a system of records on behalf of the Federal Government. The Design-Builder understands that the requirements of the Privacy Act, including the civil and criminal penalties for violation of that Act, apply to those individuals involved, and that failure to comply with the terms of the Privacy Act may result in termination of the underlying contract.

2.  The Design-Builder also agrees to include these requirements in each subcontract to administer any system of records on behalf of the Federal Government financed in whole or in part with Federal assistance provided by FTA.

00825  SEAT BELT USE POLICY

The Design-Builder agrees to comply with terms of Executive Order No. 13043 "Increasing Seat Belt Use in the United States" and is encouraged to include those requirements in each subcontract awarded for work relating to this contract.

Washington Metropolitan Area Transit Authority     Contract No. 1B0035
Design-Build Contract RFP C - 1B0035/JDC     Date: July 23 , 2001

00826   FLY AMERICA REQUIREMENTS

The Design-Builder agrees to comply with 49 U.S.C. 40118 (the "Fly America" Act) in accordance with the General Services Administration's regulations at 41 CFR Part 301-10, which provide that recipients and subrecipients of Federal funds and their contractors are required to use U.S. Flag air carriers for U.S. Government-financed international air travel and transportation of their personal effects or property, to the extent such service is available, unless travel by foreign air carrier is a matter of necessity, as defined by the Fly America Act. The Design-Builder shall submit, if a foreign air carrier was used, an appropriate certification or memorandum adequately explaining why service by a U.S. flag air carrier was not available or why it was necessary to use a foreign air carrier and shall, in any event, provide a certificate of compliance with the Fly America requirements. The Design-Builder agrees to include the requirements of this section in all subcontracts that may involve international air transportation.

00827   CARGO PREFERENCE - USE OF UNITED STATES FLAG VESSELS

Pursuant to Pub. L 664 (46 U.S.C. 1241 (b)):
"Cargo Preference — Use of United States-Flag Vessels
The Design-Builder agrees

A.   To utilize privately owned United States-flag commercial vessels to ship at least 50 percent of the gross tonnage (computed separately for dry bulk carriers, dry cargo liners, and tankers) involved, whenever shipping any equipment, materials, or commodities pursuant to this Contract, to the extent such vessels are available at fair and reasonable rates for United States-flag commercial vessels.

A.   To furnish within 20 days following the date of loading for shipments originating within the United States, or within 30 working days following the date of loading for shipments originating outside the United States, a legible copy of a rated, "on-board" commercial ocean bill-of-lading in English for each shipment of cargo described in paragraph (1) above to the Grantee (through the prime Contractor in the case of subcontractor bills-of-lading) and to the Division of National Cargo, Office of Market Development, Maritime Administration, Washington, D.C. 20230, marked with appropriate identification of the Project.

C.   To insert the substance of the provisions of this clause in all subcontracts issued pursuant to this Contract.

00830   INDEMNIFICATION

A.   The Design-Builder shall indemnify, hold harmless and defend the Authority and its officers, representatives, agents, consultants and employees as well as the Government, its officers, representatives and agents acting within the scope of their official duties (hereinafter, the "Indemnitees") from and against any and all claims, demands, liabilities, damages, losses, costs and expenses (including, but not limited to, court costs, reasonable attorney's fees and expenses) of any nature whatsoever in any way arising out of or relating to the performance by the Design-Builder of the Work required under this Contract, in all its phases, which are caused in whole or in part by any negligent or willful act, error or omission, or breach of Contract by the Design-Builder, the Design-Builder's Subcontractors or anyone directly or indirectly employed by the Design-Builder, or anyone for whose acts the Design-Builder may be liable, subject to an allocation or proportion of any such liability, loss, cost or expense to the extent caused by a party indemnified hereunder. Nothing in this section shall be construed to require any indemnification which would make said section void or unenforceable or to eliminate or reduce any indemnification or rights which the Authority or Design-Builder has by law.

B.   The Design-Builder further expressly undertakes to, upon request of the Authority, indemnify, hold

harmless and defend the Indemnitees, at the Design-Builder's sole expense, against any actions, lawsuits or proceedings brought against Indemnitees as a result of claims filed against the Authority, the Work, the Project site. the site of any of the Work, payments due the Design-Builder or any portion of the property of any of the Indemnitees (referred to collectively as "claims" in this section) by any Subcontractor, provided such claims arise out of, are related to, or are connected with the Work or any activities of the Design-Builder in connection with the Project or the Contract and are not due solely to a failure by the Authority to pay the Design-Builder amounts properly due and owing.  The Design-Builder hereby agrees to defend, indemnify and hold the Indemnitees harmless against any damages, costs, expenses (including, without limitation, reasonable attorneys' fees, consultant fees, court costs and related expenses), losses, claims and liabilities arising out of, relating to, or in connection with the claims, unless such claim is due solely to a failure by the Authority to pay the Design-Builder amounts properly due and owing under the Contract.  The Design-Builder hereby agrees that amounts which are subject to a good faith dispute shall not be deemed due and owing under the Contract.

C.   The Contractor shall, during the entire period of performance under this contract, be responsible for and make good at no additional cost to the Authority, all damage to the Authority property caused by its acts and those of its employees, subcontractors, and subcontractors' employees in carrying out the work required by this contract.

00831   PATENT AND COPYRIGHT INDEMNITY

In addition to any other indemnification provided in this Contract, the Design-Builder agrees to defend, hold harmless and indemnify the Authority, and its officers, representatives, agents and employees acting within the scope of their official duties,  from and against any and all claims, demands, liabilities, damages, losses, costs and expenses (including, but not limited to, court costs, reasonable attorney's fees and expenses) of any nature whatsoever in any way arising out of infringement upon any Letters of Patent of the United States arising out of the performance of this Contract or out of the use or disposal by or for the account of the Authority of supplies furnished or work performed hereunder. Similarly, the Design-Builder indemnifies the Authority from any claim of copyright infringement resultant from actions of the Design-Builder or any of its subcontractors or suppliers. Nothing in this Section shall be construed to require any indemnification which would make said this section void or unenforceable or to eliminate or reduce any indemnification or rights which the Authority or Design-Builder has by law.

00832   NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT

A.   The Design-Builder shall report to the Authority Representative, promptly and in reasonable written detail, each notice or claim of patent or copyright infringement based on the performance of this Contract of which the Design-Builder has knowledge.

B.   In the event of any action, claim or suit against the Authority on account of any alleged patent or copyright infringement arising out of or related to the performance of this Contract or out of the use of any supplies furnished or work or services performed hereunder, the Design-Builder shall furnish to the Authority, when requested by the Authority Representative, all evidence and information in possession of the Design-Builder pertaining to such action, suit or claim. Such evidence and information shall be furnished at the expense of the Authority except where the Design-Builder has agreed to defend, indemnify, or hold harmless the Authority. This article shall be included in all subcontracts.

00833   AUTHORITY RIGHTS IN TECHNICAL DATA (for Contracts with grants from the Federal Transit Administration, refer to Section 00853, Rights in Data and Copyrights - FTA)

A.   All drawings, designs, specifications, architectural design of structures and buildings, samples,

Washington Metropolitan Area Transit Authority     Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC     Date: July 23 , 2001

processes (including computer software), laboratory testing analyses and reports, notes, as-built drawings produced after completion of design tasks and other work produced in the performance of this Contract, or in the contemplation or implementation thereof shall be and remain the sole property of the Authority and may be used on any other work without additional cost to the Authority. Any re-use of design services shall be at the Authority's sole risk and with respect thereto the Design-Builder agrees not to assert any rights or to establish any claim under the design patent or copyright laws and not to publish or reproduce such matter in whole or in part or in any manner or form, or authorize others so to do, without the written consent of the Authority until such time as the Authority may have released such matter to the public. Further, with respect to any design or process which the Authority desires to protect by applying for and prosecuting a design patent application, or otherwise, the Design-Builder agrees to furnish the Authority Representative such duly executed instruments and other papers (prepared by the Authority) as are deemed necessary to vest in the Authority the rights granted it pursuant to this clause. The Design-Builder for a period of three (3) years after completion of the project or task agrees to furnish and to provide access to the originals or copies of all such materials on the request of the Authority Representative.

B.   Rights in Technical Data

   1.   The Authority shall have the right to use, duplicate or disclose technical data, which includes, without limitation, computer software and other items listed below, in whole or in part, in any manner and for any purpose whatsoever, and to have or permit others to do so:

      a.   Any manuals, instructional materials prepared for installation, operation, maintenance or training purposes;

      b.   Technical data pertaining to end items, components or processes which were prepared for the purpose of identifying sources, size, configuration, mating and attachment characteristics, functional characteristics and performance requirements ("form, fit and function" data; e.g., specification control drawings, catalog sheets, outline drawing; except that for computer software it means data identifying source, functional characteristics, and performance requirements but specifically excludes the source code, algorithm, process, formulae, and flow charts of the software);

      c.   Other technical data which has been, or is normally furnished without restriction by the Design-Builder or subcontractor;

      d.   Other specifically described technical data which the parties have agreed will be furnished without restriction.

   2.   The Authority shall have the right to use, duplicate, or disclose technical data other than that defined in Paragraph B.1.a. in whole or in part, with the express limitation that such technical data shall not, without the written permission of the party furnishing such technical data, be:

      a.   Released or disclosed in whole or in part outside the Authority;

      b.   Used in whole or in part by the Authority for manufacture; or

      c.   Used by a party other than the Authority except for emergency repair or overhaul work only, by or for the Authority where the item or process concerned is not otherwise reasonably available to enable timely performance of the work; provided, that the release or disclosure thereof outside the Authority shall be made subject to a prohibition against further use, release or disclosure.

Washington Metropolitan Area Transit Authority     Contract No. 1B0035
Design-Build Contract RFP C - 1B0035/JDC     Date: July 23 , 2001

3. Technical data provided in accordance with the provisions of Paragraph B.1.b. shall be identified by a legend which suitably recites the aforesaid limitation. Nothing herein shall impair the right of the Authority to use similar or identical data acquired from other sources.

4. The term technical data as used in this article means technical writing, computer software, sound recordings, pictorial reproductions, drawings, or other graphic representations and works of a technical nature, whether or not copyrighted, which are specified to be delivered pursuant to this Contract. The term does not include financial reports, cost analyses, and other information incidental to Contract administration. Computer software as used in this article means computer programs, computer data bases, and documentation thereof.

5. Material covered by copyright:

    a. The Design-Builder agrees to and does hereby grant to the Authority, and to its officers, agents and employees acting within the scope of their official duties, a royalty-free, nonexclusive and irrevocable license throughout the world for Authority purposes to publish, translate, reproduce, deliver, perform, dispose of, and to authorize others so to do, all technical data now or hereafter covered by copyright.

    b. No such copyrighted matter shall be included in technical data furnished hereunder without the written permission of the copyright owner for the Authority to use such copyrighted matter in the manner above described.

    c. The Design-Builder shall report to the Authority promptly and in reasonable written detail each notice or claim of copyright infringement received by the Design-Builder with respect to any technical data delivered hereunder.

    d. Relation to patents: Nothing contained in this article shall imply a license to the Authority under any patent, or be construed as affecting the scope of any license or other right otherwise granted to the Authority under any patent.

    e. Any dispute under this article shall be subject to Section 00795, Dispute Resolution.

    f. Notwithstanding any other payment provision in this contract, the Authority Representative may retain from payment up to 10 percent of the Contract price until final delivery and acceptance of the technical data defined in this article and as required to be furnished by the proposal schedule or the contract specification.

00834 TECHNICAL DATA - WITHHOLDING OF PAYMENT

A. If technical data, as defined in this Contract, specified to be delivered under this Contract is not delivered within the time specified by this Contract or is deficient upon delivery (including having restrictive markings not specifically authorized by this Contract), the Authority Representative may until such data is accepted by the Authority, withhold payment to the Design-Builder of ten percent of the total Contract price or amount unless a lesser withholding is specified in the Contract. Payments shall not be withheld nor any other action taken pursuant to this paragraph when the Design-Builder's failure to make timely delivery or to deliver such data without deficiencies arises out of or is beyond the control and without the fault or negligence of the Design-Builder.

B. After payments total 90 percent of the total Contract price or amount and if all technical data specified to be delivered under this Contract has not been accepted, the Authority Representative may withhold from further payment, in addition to other withholdings specified elsewhere, such sum as he considers appropriate, not exceeding ten percent of the total Contract price or amount unless a lesser withholding limit is specified in the Contract.

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
|---|---|
| Design-Build Contract RFP C - 1B0035/JDC | Date: July 23 , 2001 |

C. The withholding of any amount or subsequent payment to the Design-Builder shall not be construed as a waiver of any rights accruing to the Authority under this Contract.

00840   SPECIAL PROVISIONS OF INSURANCE FURNISHED BY DESIGN-BUILDER

A.  The Design-Builder shall forward to the Authority Representative for approval a certificate(s) issued by the insurer(s) required under this contract, including special endorsements. Such certificate(s) shall be in a form satisfactory to the Authority and shall list the various coverages and limits. Insurance companies providing the coverage must be rated by A.M. Best and carry at least an "A" rating.

B.  In addition to any other requirements, insurance policies shall not be changed or canceled, and that they shall be established to be automatically renewed upon expiration and continued in force and effect until final acceptance of all work covered by this Contract, unless the Authority is given thirty (30) days written notice before any change or cancellation is made effective. The Design-Builder shall directly furnish WMATA with a certified copy of each insurance policy upon request.

C.  The Design-Builder shall procure all insurance from insurance or indemnity companies acceptable to the Authority and licensed and authorized to do business in the District of Columbia, the State of Maryland and the Commonwealth of Virginia.  WMATA approval or failure to disapprove insurance furnished by the Design-Builder shall not release the Design-Builder for full responsibility of proper insurance to cover general liability and workers compensation losses which may not be covered by this Contract.

D.  If at any time the above required insurance policies should be canceled, terminated or modified so that the insurance is not in full force and effect as required herein, WMATA reserves the right to terminate this Contract with the Design-Builder and pursue completion of this Project Work under the Design Contractor's Performance Bond.

E.  The Design-Builder shall require each subcontractor, at all tiers, to provide evidence of insurance coverages specified herein, and such evidence of insurance shall be provided to WMATA prior to commencement of work. Such coverage shall remain in full force  and effect during the performance of activities under this Contract.

F.  Any contract of insurance or indemnification naming WMATA , the United States of America or any of its departments, agencies, administrations or authorities, as an insured, shall be endorsed to provide that the insurer will not contend in the event of any occurrence, accident, or claim that WMATA, or the United States of America, et al, are not liable in tort by virtue of the fact of being governmental instrumentalities or public or quasipublic bodies.

G.  The Design-Builder will not be paid  for providing insurance for this PROJECT WORK as prescribed in this CONTRACT but the insurance cost  for labor thereof shall be evaluated in the prices for the various items as set forth in the Price Proposal.  Details regarding this matter are included in the publication  INSURANCE SPECIFICATIONS FOR WRAP-UP CONSTRUCTION PROJECTS.

H.  In the event the required certificate(s) of insurance as aforementioned in Section 00841 Part A. are not furnished within 10 (ten) calendar days after execution of the Contract, the Design-Builder shall not be permitted to enter upon the property to perform the duties outlined in the Contract until all required insurance certificate(s) or evidence of self-insurance have  been received by WMATA.

PART 1 ~~INDEMNIFICATION AND~~ INSURANCE REQUIREMENTS

1.01. SUMMARY    *modifies the requirements set forth in § 00841 and*

A. This Section specifies an option for the Design-Builder to ~~indemnify the Authority and~~ provide insurance for the Project in lieu of the Owner-Controlled Insurance Program.

1.02. RELATED DOCUMENTS

A.    All of the Contract Documents

1.03.  ~~INDEMNIFICATION~~   *See 00830 for requirements.*

~~WMATA shall require its DESIGN BUILDER to indemnify and hold WMATA harmless against any and all liability claims and the cost of whatsoever kind and nature arising or alleged to have arisen for injury, including personal injury to or death of person or persons, and for loss or damage occurring in connection with this Contract and or any acts in connection with activities to be performed under this Contract resulting in whole or in part from the acts, errors or omissions of the DESIGN BUILDER or any employee, agent or representative of the DESIGN BUILDER.~~

WMATA reserves the right to implement an Owner Controlled Insurance Program (OCIP) for all of the following insurance coverages with the exception of the Automobile Liability. If WMATA chooses to implement an OCIP for this contract, participation by the Design-Builder and all subcontractors at every tier is mandatory.

1.04.  INSURANCE REQUIREMENTS

A. WORKER'S COMPENSATION:  An insurance policy complying with the requirements of the statutes of the jurisdiction(s) in which the work will be performed, and the Design-Builder will provide coverage for these exposures on an "if any basis": U.S. Longshoremen's and Harbor Workers' Act, Jones Act, Admiralty Laws or the Federal Employers' Liability Act. The coverage under such an insurance policy or policies shall have limits not less than:

| Worker's Compensation: | STATUTORY |
|---|---|
| Employer's Liability: Each Accident | $1,000,000 |
| Disease Policy Limits | $1,000,000 |
| Disease - Each Employee | $1,000,000 |

**Washington Metropolitan Area Transit Authority**
**Design-Build Contract RFP  C - 1B0035/JDC**

**Contract No.  1B0035**
**Date: July 23 , 2001**

00841   INSURANCE REQUIREMENTS

A.   The Authority will procure and pay premiums for insurance for the benefit of the Design-Builder, among others, as set forth in the WMATA Insurance Specifications, provided as a separate publication titled INSURANCE SPECIFICATIONS FOR WRAP-UP CONSTRUCTION PROJECTS, originally published November, 1973, revision in effect at time of proposal will govern this contract.

B.   The Authority's procured insurance program does not relinquish the Design-Builder's responsibility for reporting payroll and accident experience under this Contract to the Authority.  The Authority and/or its authorized agents will be forwarding payroll and accident experience to the Workers Compensation Rating Bureau for inclusion and promulgation of the Design-Builder's future Experience Modifiers. Guidelines for reporting Workers Compensation, General Liability and Builders Risk incidents under this Contract are provided as separate publications titled INSURANCE SPECIFICATIONS FOR WRAP-UP CONSTRUCTION PROJECTS, SAFETY PROGRAM for WRAP-UP CONSTRUCTION PROJECTS, and other WMATA publications to address frequently asked questions.

C.   The Design-Builder shall procure and pay premiums for Comprehensive Automobile Liability Insurance covering the use of all owned, non-owned, hired, rented or leased vehicles to be used in the performance of this Contract. In addition, the Design Builders" owned, non-owned, hired, rented or leased vehicles used in the performance of this Contract are not covered under the comprehensive general liability insurance to be provided by the Authority. The coverage afforded by the automobile liability insurance shall not be less than a Combined Single Limit for Bodily Injury Liability and Property Damage Liability of $1,000,000 each occurrence. The Authority shall be included as an additional insured under the coverage for Automobile Liability Insurance. The Authority shall be included as an additional insured under the coverage for Automobile Liability Insurance with respect to all work performed under this Contract.  If the Design-Builder is hauling contaminants or pollutants, the Design-Builder shall adhere to Sections 29 and 30 of the Motor Carrier Act of 1980, which shall include coverage Form MCS-90.

D.   The Design-Builder shall procure and pay premiums for Professional Liability / Errors and Omissions Insurance covering architectural, engineering, construction management, surveying and design services and operations in connection with the performance of this Contract. The coverage afforded by the Professional Liability Insurance shall not be less than $3,000,000. per occurrence. The limits shall be dedicated solely to this project with a deductible not to exceed $250,000. Such insurance shall be maintained for two years following final acceptance of the Work by the Authority.

E.   The Design-Builder shall procure and pay premiums for Railroad Protective Liability Insurance: An insurance policy issued to WMATA covering the liability of the Design-Builder for the work to be performed on, adjacent to or underneath WMATA's operating railroad property for any personal injuries or deaths or any damage to the property, equipment and facilities caused by the activities of the Design-Builder resulting from performance of this work.  Such insurance shall be written on the ISO Form and with limits of $5,000,000 Combined Single Limit for Bodily Injury and Property Damage with a $10,000,000 Annual Aggregate.

F.   The Design-Builder shall procure and pay premiums for Pollution Liability Insurance: A liability insurance policy covering the liability of the Design-Builder during the process of removal, storage, transport and disposal of hazardous waste and contaminated soil and asbestos abatement. Policy should include coverage for bodily injury, and loss of, damage to, or loss of use of property, directly or indirectly arising out of the discharge, dispersal release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids, or gas, waste materials or other irritants, contaminants or pollutants into or upon the land, the atmosphere or any water course or body of water, whether it be gradual or sudden and accidental. The Design-Builder shall supply limits not less than the following: $1,000,000 Per Occurrence or Claims Made. WMATA shall be included as an additional insured under this coverage.

#

Washington Metropolitan Area Transit Authority    Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC    Date: July 23 , 2001

00841   INSURANCE REQUIREMENTS

A.  The Authority will procure and pay premiums for insurance for the benefit of the Design-Builder, among others, as set forth in the WMATA Insurance Specifications, provided as a separate publication titled INSURANCE SPECIFICATIONS FOR WRAP-UP CONSTRUCTION PROJECTS, originally published November, 1973, revision in effect at time of proposal will govern this contract.

B.  The Authority's procured insurance program does not relinquish the Design-Builder's responsibility for reporting payroll and accident experience under this Contract to the Authority.  The Authority and/or its authorized agents will be forwarding payroll and accident experience to the Workers Compensation Rating Bureau for inclusion and promulgation of the Design-Builder's future Experience Modifiers. Guidelines for reporting Workers Compensation, General Liability and Builders Risk incidents under this Contract are provided as separate publications titled INSURANCE SPECIFICATIONS FOR WRAP-UP CONSTRUCTION and SAFETY PROGRAM for WRAP-UP CONSTRUCTION PROJECTS, and other WMATA publications to address frequently asked questions.

C.  The Design-Builder shall procure and pay premiums for Comprehensive Automobile Liability Insurance covering the use of all owned, non-owned, hired, rented or leased vehicles to be used in the performance of this Contract.  In addition, the Design Builders" owned, non-owned, hired, rented or leased vehicles used in the performance of this Contract are not covered under the comprehensive general liability insurance to be provided by the Authority. The coverage afforded by the automobile liability insurance shall not be less than a Combined Single Limit for Bodily Injury Liability and Property Damage Liability of $1,000,000 each occurrence. The Authority shall be included as an additional insured under the coverage for Automobile Liability Insurance. The Authority shall be included as an additional insured under the coverage for Automobile Liability Insurance with respect to all work performed under this Contract. If the Design-Builder is hauling contaminants or pollutants, the Design-Builder shall adhere to Sections 29 and 30 of the Motor Carrier Act of 1980, which shall include coverage Form MCS-90.

D.  The Design-Builder shall procure and pay premiums for Professional Liability / Errors and Omissions Insurance covering architectural, engineering, construction management, surveying and design services and operations in connection with the performance of this Contract.  The coverage afforded by the Professional Liability Insurance shall not be less than $3,000,000. per occurrence. The limits shall be dedicated solely to this project with a deductible not to exceed $250,000. Such insurance shall be maintained for two years following final acceptance of the Work by the Authority.

E.  In order for the Authority to determine the proper premiums for the coverages it is to provide to the Design-Builder, the Design-Builder and each subcontractor shall submit to the Authority's Office of Risk Management, Insurance Division, 8D a certified payroll statement on business letterhead as follows:

"I _____    _____, do
     (Name of Signatory Party)                    (Title)

hereby certify that I pay or supervise the payment of the persons employed by

_____ on WMATA
     (Name of Design-Builder or Subcontractor)

Contract No. _____, and that for the pay period ending

Washington Metropolitan Area Transit Authority
Design-Build Contract RFP  C - 1B0035/JDC

Contract No.  1B0035
Date: July 23 ,  2001

G.  In order for the Authority to determine the proper premiums for the coverages it is to provide to the Design-Builder, the Design-Builder and each subcontractor shall submit to the Authority's Office of Risk Management, Insurance Division, 8D a certified payroll statement on your business letterhead as follows:

"I _____   _____, do
    (Name of Signatory Party)                              (Title)

hereby certify that I pay or supervise the payment of the persons employed by

_____on WMATA
    (Name of Design-Builder or Subcontractor)

Contract No. _____, and that for the pay period ending

_____the total gross payroll was
  (Week Ending Date)

$ _____.

A statement is required to correspond to each certified payroll which is submitted.

All payroll statements shall be submitted weekly.

THIS SPACE NOT USED

Washington Metropolitan Area Transit Authority
Design-Build Contract RFP  C - 1B0035/JDC

Contract No.  1B0035
Date: July 23 , 2001

THIS SPACE NOT USED

#

00842  SAFETY AWARENESS PROGRAM

A.  In addition to the requirements of the ACCIDENT PREVENTION, INDEMNIFICATION AND INSURANCE articles of the General Conditions, and in a concerted effort to promote Safety Awareness during construction of this project, the Authority has a program the objective of which is a reduction in the number of claims against Workers' Compensation Insurance.

B.  The Incentive Value (IV) for this Contract will be equal to one percent of the BASE PROPOSAL PRICE as computed at time of Award of the Contract. The base Incidence Rate (IR) for this Contract is [ 4.0 ]. The actual lost work day Incidence Rate will be calculated as of the date of substantial completion. The Incentive Value is used to compute the SAP Incentive Payment as described in Paragraphs C. and D. of this Article. The Incentive Payment is payable only after substantial completion and will be computed using the Incentive Value, included at time of Award, or one percent of the Contract value as of the date of substantial completion, including modifications (but excluding the IV), whichever is larger, but not more than $500,000.

C.  As an incentive to the Design-Builder to assist the Authority in reducing costs, the Authority will share the reduction in cost of Worker's Compensation Insurance if the actual (cumulative) IR, as determined by the BLS computing method specified below and applied at the time of substantial completion for this Contract, is reduced to a level below that specified to be the base IR in Paragraph b. of this Article. The actual incidence rate is calculated by the BLS computing method in accordance with the following:

$$IR = \frac{N \times 200.000}{MH}$$

Where:

N = Number of lost work day injuries and/or illness.

MH = Total hours worked by all construction site employees.

200,000 = Base for 100 full-time equivalent workers, working 40 hours per week, 50 weeks per year.

The cost reduction benefit will be shared with the Design-Builder in the amount of five percent of the IV for each full decimal fraction (0.1) that the actual IR is reduced below that specified to be the base IR, to a maximum amount of the IV as specified in Paragraph b., which is payable to the Design-Builder when the actual incidence rate is 2.0 or more less than the base IR.

D.  As a further incentive to the Design-Builder to assist the Authority in the above described Safety Awareness Program, the Design-Builder will share in the cost of such Worker's Compensation Insurance coverage if the actual (cumulative) IR, as determined by the BLS computing method specified above and applied at the time of substantial completion for this Contract, is increased to a level above that specified to be the base IR. The Design-Builder shall be charged in the amount of five percent of the IV for each full decimal fraction (0.1) that the actual IR is increased

Washington Metropolitan Area Transit Authority              Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC                       Date: July 23 , 2001

_____the total gross payroll was
(Week Ending Date)

$ _____.

A statement is required to correspond to each certified payroll which is submitted.

All payroll statements shall be submitted weekly.

SUPERSEDED

00842   SAFETY AWARENESS PROGRAM

A.  In addition to the requirements of the ACCIDENT PREVENTION, INDEMNIFICATION AND INSURANCE articles of the General Conditions, and in a concerted effort to promote Safety Awareness during construction of this project, the Authority has a program the objective of which is a reduction in the number of claims against Workers' Compensation Insurance.

B.  The Incentive Value (IV) for this Contract will be equal to one percent of the BASE PROPOSAL PRICE as computed at time of Award of the Contract. The base Incidence Rate (IR) for this Contract is [ 4.0 ]. The actual lost work day Incidence Rate will be calculated as of the date of substantial completion. The Incentive Value is used to compute the SAP Incentive Payment as described in Paragraphs C. and D. of this Article. The Incentive Payment is payable only after substantial completion and will be computed using the Incentive Value, included at time of Award, or one percent of the Contract value as of the date of substantial completion, including modifications (but excluding the IV), whichever is larger, but not more than $500,000.

C.  As an incentive to the Design-Builder to assist the Authority in reducing costs, the Authority will share the reduction in cost of Worker's Compensation Insurance if the actual (cumulative) IR, as determined by the BLS computing method specified below and applied at the time of substantial completion for this Contract, is reduced to a level below that specified to be the base IR in Paragraph b. of this Article. The actual incidence rate is calculated by the BLS computing method in accordance with the following:

SUPERSEDED

$$IR = \frac{N \times 200,000}{MH}$$

Where:          N = Number of lost work day injuries and/or illness.

                MH = Total hours worked by all construction site employees.

                200,000 = Base for 100 full-time equivalent workers, working 40 hours
                per week, 50 weeks per year.

The cost reduction benefit will be shared with the Design-Builder in the amount of five percent of the IV for each full decimal fraction (0.1) that the actual IR is reduced below that specified to be the base IR, to a maximum amount of the IV as specified in Paragraph b., which is payable to the Design-Builder when the actual incidence rate is 2.0 or more less than the base IR.

D.  As a further incentive to the Design-Builder to assist the Authority in the above described Safety Awareness Program, the Design-Builder will share in the cost of such Worker's Compensation Insurance coverage if the actual (cumulative) IR, as determined by the BLS computing method specified above and applied at the time of substantial completion for this Contract, is increased to a level above that specified to be the base IR. The Design-Builder shall be charged in the amount of five percent of the IV for each full decimal fraction (0.1) that the actual IR is increased

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
|---|---|
| Design-Build Contract RFP  C - 1B0035/JDC | Date: July 23 , 2001 |

above that specified to be the base IR, to a maximum amount of the IV as specified in Paragraph B., which is payable to the Authority when the actual incidence rate is 2.0 or more higher than the base IR.

E. Notwithstanding any other requirement of the Contract, monies due the Design-Builder or effective participation in this Safety Awareness Program will be made in a lump sum payment from the Safety Awareness Program Fund in accordance with Paragraph b. above. However, if it appears the Design-Builder may exceed the specified base IR for this Contract, funds will be withheld from monthly payments due the Design-Builder as may be necessary to satisfy any liability of the Design-Builder for the amount calculated in Paragraph D. above. Change in SAP retainage associated with each Contract payment is calculated by the following formula:

$$R = C \times \frac{(L-P)}{V}$$

Where: 
- R = Change in SAP retainage.
- C = Current Payment.
- L = SAP Liability in dollars.
- P = Previous SAP retainage in dollars
- V = Contract value remaining as of previous estimate in dollars.

F. Withholding of funds:

1. The Contracting Officer may withhold or cause to be withheld from the Design-Builder so much of the accrued payments or advances as may be considered necessary:

   a. To satisfy the Contractor's liability as specified in this SAFETY AWARENESS PROGRAM Article.

00850   INCORPORATION OF FEDERAL TRANSIT ADMINISTRATION (FTA) TERMS

A. The following provisions (identified in the heading as "FTA") include, in part, certain Standard Terms and Conditions required by DOT, whether or not expressly set forth in the preceding contract provisions. All contractual provisions required by DOT, as set forth in FTA Circular 4220.1D, dated April 15, 1996, as amended by Change 1 thereto dated August 4, 1998, are hereby incorporated by reference. Anything to the contrary herein notwithstanding, all FTA mandated terms shall be deemed to control in the event of a conflict with other provisions contained in this Agreement. The Design-Builder shall not perform any act, fail to perform any act, or refuse to comply with any WMATA requests which would cause WMATA to be in violation of the FTA terms and conditions.

B. The Design-Builder agrees to include this clause in each subcontract financed in whole or in part with Federal assistance provided by FTA. It is further agreed that the clause shall not be modified, except to identify the subcontractor who will be subject to these provisions.

00851   CIVIL RIGHTS - FTA

A. Nondiscrimination: In accordance with Title VI of the Civil Rights Act, as amended, 42. U.S.C. §2000d, section 303 of the Age Discrimination Act of 1975, as amended, 42 U.S.C. §6102, section 202 of the American with Disabilities Act of 1990, 42 U.S.C. §12132, and Federal transit law at 49 U.S.C. §5332, the Design-Builder agrees that it will not discriminate against any employee or applicant for employment because of race, color, creed, national origin, sex, age, or disability. In addition, the Design-Builder agrees to comply with applicable Federal implementing regulations and other implementing regulations that FTA may issue.

Case 1:05-cv-01289-RCL    Document 9-3    Filed 08/23/2005    Page 220 of 229

Washington Metropolitan Area Transit Authority  Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC   Date: July 23 , 2001

B. Equal Employment Opportunity: The following equal employment opportunity requirements apply to this contract.

A. Race, Color, Creed, National Origin, Sex: In accordance with Title VII of the Civil Rights Act, as amended, 42. U.S.C. §2000e, and Federal transit laws at 49 U.S.C. §5332, the Contractor agrees to comply with all applicable equal opportunity requirements of the U. S. Department of Labor (U.S. DOL) regulations, "Office of Federal Contract Compliance Programs, Equal Employment Opportunity, Department of Labor, " 41 C.F.R. Parts 60 et seq., (which implement Executive Order No. 11246, "Equal Employment Opportunity," as amended by Executive Order No. 11375, "Amending Executive Order 11246 Relating to Equal Employment Opportunity," 42 U.S.C. 2000e note), and with any applicable Federal statutes, executive orders, regulations, and Federal policies that may in the future affect construction activities undertaken in the course of the Contract. The Design-Builder agrees to take affirmative action to ensure that applicants are employed, and that employees are treated during employment without regard to their race, color, creed, national origin, sex or age. Such action shall include, but not be limited to, the following: employment, upgrading, demotion or transfer, recruitment or recruitment advertising, layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship. In addition, the Contractor agrees to comply with any implementing requirements FTA may issue.

A. Age: In accordance with Section 4 of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 623 and Federal transit law at 49 U.S.C. §5332, the Design-Builder agrees to refrain from discrimination against present and prospective employees for reason of age. In addition, the Design-Builder agrees to comply with any implementing requirements FTA may issue.

E. Disabilities: In accordance with section 102 of the Americans with Disabilities Act, as amended, 42 U.S.C. §12112, the Design-Builder agrees that it will comply with the requirements of U. S. Equal Employment Opportunity Commission, "Regulations to Implement the Equal Employment Provisions of the Americans with Disabilities Act," 29 C.F.R. Part 1630, pertaining to employment of persons with disabilities.  In addition, the Design-Builder agrees to comply with any implementing requirements FTA may issue.

F. The Design-Builder also agrees to include these requirements in each subcontract financed in whole or in part with Federal assistance provided by FTA, modified only if necessary to identify the affected parties. to identify the subcontractor who will be subject to the provisions.

00852  ACCESS TO RECORDS - FTA

A. The Design-Builder shall maintain records and the Authority Representative, the FTA Administrator or his authorized representatives, including any Project Management Oversight (PMO) Contractor, the U.S. Department of Transportation, and the Comptroller General of the United States or any of their duly authorized representatives shall have access to and the right to examine any books, documents, papers and records of the Design-Builder, involving transactions related to this Contract.

B. The Design-Builder agrees to permit any of the foregoing parties to reproduce by any means whatsoever or to copy excerpts and transcriptions as reasonably needed.

C. The Design-Builder agrees to maintain all books, records, accounts and reports required under this contract for a period of not less than three years after the date of termination or expiration of this contract, except in the event of litigation or settlement of claims arising from the performance of this contract, in which case Contractor agrees to maintain same until the Authority, the FTA Administrator, the Comptroller General, or any of their duly authorized representatives, have disposed of all such litigation, appeals, claims or exceptions related thereto. Reference 49 CFR

Washington Metropolitan Area Transit Authority
Design-Build Contract RFP  C - 1B0035/JDC

Contract No. 1B0035
Date: July 23 , 2001

18.39(i)(11).

D. The Design-Builder agrees to include this clause in each subcontract awarded for work performed under this Contract. It is further agreed that the clause shall not be modified, except to identify the subcontractor who will be subject to its provisions.

00853   RIGHTS IN DATA AND COPYRIGHTS - FTA

A. This subsection supersedes the requirements of the Section, Authority Rights in Technical Data, for contracts with grants from the Federal Transit Administration (FTA).

B. The term "subject data" used in this section means recorded information, whether or not copyrighted, that is delivered or specified to be delivered under this Contract. The term includes graphic or pictorial delineation in media such as drawings or photographs; text in specifications or related performance or design-type documents; machine forms such as punched cards, magnetic tape, or computer memory printouts; and information retained in computer memory. Examples include, but are not limited to: computer software, engineering drawings and associated lists; specifications, standards, process sheets, manuals, technical reports, catalog item identifications, and related information. The term "subject data" does not include financial reports, cost analyses, and similar information incidental to project administration.

C. The following restrictions apply to all "subject data" first produced in the performance of this Contract:

1. Except for its or the Authority's own internal use, the Design-Builder may not publish or reproduce "subject data" in whole or in part, or in any other manner or form, nor may the Design-Builder authorize others to do so, without the written consent of the U.S. Government, until such time as the Government may have either released or approved the release of such data to the public; this restriction on publication, however does not apply to Agreements with academic institutions.

2. In accordance with 49 C.F.R. §18.34 and 49 C.F.R. §19.36, the Government reserves a royalty-free, non-exclusive and irrevocable license to reproduce, publish, or otherwise use, and to authorize others to use, the following "subject Data" for Federal Government purposes:

a. Any "subject data" developed under this Contract whether or not a copyright has been obtained; and

b. Any rights of copyright to which the Design-Builder purchases ownership with Federal assistance.

D. When the Federal Transit Administration (FTA) provides financial assistance for a planning, research, development, or a demonstration project, it is FTA's general intention to increase mass transportation knowledge, rather than limit the benefits of the Project to participants in the Project. Therefore, unless FTA determines otherwise, the Design-Builder agrees that, in addition to the rights set forth in subsection C.2 of this clause, FTA may make available to any FTA recipient, subrecipient, third party contractor, or third party subcontractor, either FTA's license in the copyright to the "subject data" derived under this Contract or a copy of the "subject data" first produced under this Contract. If this Contract is not completed for any reason whatsoever, all data developed under this Contract shall become "subject data" as defined in Paragraph B. shall be delivered as the Government may direct.

E. Unless prohibited by state law, the Design-Builder agrees to indemnify, save, and hold harmless the Authority and the Government, their Officers, agents, and employees acting within the scope

of their official duties against any liability, including costs and expenses, resulting from any willful or intentional violation by the Design-Builder of proprietary rights, copyrights, or right of privacy, arising out of the publication, translation, reproduction, delivery, use or disposition of any data furnished under this Contract. The Design-Builder shall not be required to indemnify the Authority and the Government for any such liability arising out of the wrongful acts of employees or agents of the Authority and the Government.

F.  Nothing contained in this clause on rights in data shall imply a license to the Authority or the Government under any patent or be construed as affecting the scope of any license or other right otherwise granted to the Authority or the Government under any patent.

G.  The requirements of C and D do not apply to material furnished by the Authority to the Design-Builder and incorporated into the work carried out under the Contract provided that the Design-Builder identifies the incorporated material at the time of delivery of the work.

H.  Any dispute under this clause shall be subject to the Section 00795, Dispute Resolution.

I.  Notwithstanding any other payment provision in this Contract, the Authority Representative  may retain from payment up to 10 percent of the Contract price until final delivery and acceptance of the technical data defined in this Article and as required to be furnished by the Unit Price Schedule or the Contract Specifications.

00854  FEDERAL CHANGES - FTA

A.  The Design-Builder shall at all times comply with all applicable FTA regulations, policies, procedures and directives, including without limitation those listed directly or by reference in the Agreement (Form FTA MA (6) dated October, 1, 1999) between the Authority and FTA, as they may be amended or promulgated from time to time during the term of this contract.  Contractor's failure to so comply shall constitute a material breach of this contract.

B.  The Design-Builder agrees to include this clause in each subcontract financed in whole or in part with Federal assistance provided by FTA.  It is further agreed that the clause shall not be modified, except to identify the subcontractor who will be subject to its provisions.

00855  NO OBLIGATION BY THE FEDERAL GOVERNMENT - FTA

A.     The Authority and the Design-Builder acknowledge and agree that, notwithstanding any concurrence by the Federal Government in or approval of the solicitation or award of this contract, absent the express written consent by the Federal Government, the Federal Government is not a party to this contract and shall not be subject to any obligations or liabilities to the Authority, Design-Builder, or any other party (whether or not a party to that contract) pertaining to any matter resulting from the underlying contract.

B.  The Design-Builder agrees to include this clause in each subcontract financed in whole or in part with Federal assistance provided by FTA. It is further agreed that the clause shall not be modified, except to identify the subcontractor who will be subject to its provisions.

00856  PROGRAM FRAUD AND FALSE OR FRAUDULENT STATEMENTS AND RELATED ACTS - FTA

A.  The Design-Builder acknowledges that the provisions of the Program Fraud Civil Remedies Act of 1986, as amended, 31 U.S.C. § § 3801 et seq . and U.S. DOT regulations, "Program Fraud Civil Remedies," 49 C.F.R. Part 31, apply to its actions pertaining to this Project. Upon execution of the underlying contract, the Design-Builder certifies or affirms the truthfulness and accuracy of any statement it has made, it makes, it may make, or causes to be made, pertaining to the underlying

contract or the FTA assisted project for which this contract work is being performed.  In addition to other penalties that may be applicable, the Design-Builder further acknowledges that if it makes, or causes to be made, a  false,  fictitious,  or  fraudulent claim, statement, submission, or certification,  the  Federal Government reserves the right to impose the penalties of the Program Fraud Civil Remedies Act of 1986 on the  Design-Builder to the extent the Federal Government deems appropriate.

B.   The Design-Builder also acknowledges that if it makes,  or causes to be made, a false, fictitious, or fraudulent claim, statement, submission, or certification to the Federal Government under a contract connected with a project that is financed in whole or in part with Federal assistance originally awarded by FTA under the authority of 49 U.S.C. § 5307, the Government reserves the right to impose the penalties of 18 U.S.C. § 1001 and 49 U.S.C. § 5307(n)(1) on the Design-Builder, to the extent the Federal Government deems appropriate.

C.   The Design-Builder agrees to include this clause in each subcontract financed in whole or in part with Federal assistance provided by FTA. It is further agreed that the clauses shall not be modified, except to identify the subcontractor who will be subject to the provisions.

## 00857  COMPLIANCE WITH COPELAND ACT REQUIREMENTS - FTA

The Design-Builder shall comply with the requirements of 29 CFR part 3, which are incorporated by reference in this contract.

## 00858  WALSH-HEALEY PUBLIC CONTRACTS ACT

If this Contract is for the manufacture or furnishing of materials, supplies, articles, or equipment in an amount which exceeds or may exceed $10,000 and is subject to the Walsh-Healey Public Contracts Act, as amended (41 U.S.C. 35-45), the following terms and conditions apply:

A.   All stipulations required by the Act and regulations issued by the Secretary of Labor (41 CFR Chapter 50) are incorporated by reference.  These stipulations are subject to all applicable rulings and interpretations of the Secretary of Labor that are now, or may be hereafter, be in effect.

B.   All employees whose work relates to this contract shall be paid not less than the minimum wage prescribed by regulations issued by the Secretary of Labor (41 CFR 50-202.2).  Learners, student learners, apprentices, and handicapped worker may be employed at less that the prescribed minimum wage (see 41 CFR 50-202.3) to the same extent that such employment is permitted under Section 14 of the Fair Labor Standards Act (41 U.S.C. 40).

## 00870  LIQUIDATED DAMAGES

A.     The Design-Builder understands that if it fails to complete portions of and/or all of the Work as described in Section 00707, Period of Performance and Project Schedule, the Authority will suffer damages which have been estimated and are as specified below.

B.     The Design-Builder agrees that if it does not complete the Work within the specified Period of Performance, or achieve milestones by the milestone date,  then the Design-Builder shall pay to the Authority as liquidated damages, pursuant to  Section 00791, Termination for Default, Damages for Delay, and Time Extensions the General Conditions, the sums per calendar day as separate damages for each specified completion requirement.   Milestones are as defined in Section 01110, Summary of Work.

| | | |
|---|---|---|
| # | $ 830 | Milestone 3  (Readiness for AFC Installation)  NTP + 883 calendar days |
| | $ 3750 | Milestone 4 (Achievement of ORD) NTP + 1097 calendar days. |
| | $ 3650 | Milestone 5 (Final Acceptance for  ORD scope items) NTP + 1159 |

| Washington Metropolitan Area Transit Authority | Contract No. 1B0035 |
|---|---|
| Design-Build Contract RFP  C - 1B0035/JDC | Date: July 23 , 2001 |

contract or the FTA assisted project for which this contract work is being performed. In addition to other penalties that may be applicable, the Design-Builder further acknowledges that if it makes. or causes to be made, a false, fictitious. or fraudulent claim, statement, submission, or certification, the Federal Government reserves the right to impose the penalties of the Program Fraud Civil Remedies Act of 1986 on the Design-Builder to the extent the Federal Government deems appropriate.

B.  The Design-Builder also acknowledges that if it makes, or causes to be made, a false, fictitious. or fraudulent claim, statement, submission, or certification to the Federal Government under a contract connected with a project that is financed in whole or in part with Federal assistance originally awarded by FTA under the authority of 49 U.S.C. § 5307, the Government reserves the right to impose the penalties of 18 U.S.C. § 1001 and 49 U.S.C. § 5307(n)(1) on the Design-Builder, to the extent the Federal Government deems appropriate.

C.  The Design-Builder agrees to include this clause in each subcontract financed in whole or in part with Federal assistance provided by FTA. It is further agreed that the clauses shall not be modified. except to identify the subcontractor who will be subject to the provisions.

00857   COMPLIANCE WITH COPELAND ACT REQUIREMENTS - FTA

The Design-Builder shall comply with the requirements of 29 CFR part 3, which are incorporated by reference in this contract.

00858   WALSH-HEALEY PUBLIC CONTRACTS ACT

If this Contract is for the manufacture or furnishing of materials, supplies, articles, or equipment in an amount which exceeds or may exceed $10,000 and is subject to the Walsh-Healey Public Contracts Act, as amended (41 U.S.C. 35-45), the following terms and conditions apply:

A.  All stipulations required by the Act and regulations issued by the Secretary of Labor (41 CFR Chapter 50) are incorporated by reference.  These stipulations are subject to all applicable rulings and interpretations of the Secretary of Labor that are now, or may be hereafter, be in effect.

B.   All employees whose work relates to this contract shall be paid not less than the minimum wage prescribed by regulations issued by the Secretary of Labor. Learners, student learners, apprentices, and handicapped worker may be employed at less that the prescribed minimum wage (see 41 CFR 50-202.3) to the same extent that such employment is permitted under Section 14 of the Fair Labor Standards Act (41 U.S.C. 40).

00870   LIQUIDATED DAMAGES

A.    The Design-Builder understands that if it fails to complete portions of and/or all of the Work as described in Section 00707, Period of Performance and Project Schedule, the Authority will suffer damages which have been estimated and are as specified below.

B.    The Design-Builder agrees that if it does not complete the Work within the specified Period of Performance, or achieve milestones by the milestone date, then the Design-Builder shall pay to the Authority as liquidated damages, pursuant to Section 00791, Termination for Default, Damages for Delay, and Time Extensions the General Conditions, the sums per calendar day as separate damages for each specified completion requirement.  Milestones are as defined in Section 01110, Summary of Work.

$ TBD       Milestone 1(Work north of Florida Ave.)  NTP + 517 calendar days

Washington Metropolitan Area Transit Authority | Contract No. 1B0035
Design-Build Contract RFP C - 1B0035/JDC | Date: July 23 , 2001

#

calendar days.

$ 2830     Milestone 6 (Storage Yard Ready for Operation) NTP + 1278 calendar days.

$ 2530     Milestone 7 (Final Completion and Acceptance of all Work) NTP + 1309 calendar days.

C.     The Design-Builder understands that if it fails to complete portions of its work thereby allowing WMATA to resume revenue operations after a temporary track closure (whether involving single tracking, full track closure, night work, or any other work affecting WMATA revenue operations including fouling of the WMATA clearance envelope) then the Authority will suffer damages which have been estimated and are as specified below.

D.     The Design-Builder agrees that if it does not return track to WMATA to allow the Authority to resume revenue operations, including customary and necessary pre-operation testing and inspection, then the Design-Builder shall pay to the Authority as liquidated damages, the sums per five minute time increment as separate damages for each specified completion requirement. Return of track to WMATA times shall be as authorized by WMATA in response to applications for track access by the Design-Builder.

$ 850 per 5 minute increment     Delay beyond turnover time authorized by WMATA

---

$ 850 per 5 minute increment     Cumulative amount

00871    SCHEDULE INCENTIVES/DISINCENTIVES

A.     The following incentives and disincentives milestones are included in the contract:

| Interim No. | Description | Baseline Completion Date | Incentive/ Disincentive (Per Day) |
|---|---|---|---|
| 1 | Work north of Florida Ave | NTP + 517CDs | $500 |
| 2 | Work south of L Street | NTP + 578CDs | $750 |

A.     The Authority has obtained leases and easements to allow access of the Design-Builder to the Right of Way up to and including established Milestone dates.

B.     In the event that the Design-Builder completes its work related to Milestones 1 and/or Milestone 2, leases and easements necessary to provide the Design-Builder access to the Right of Way may be terminated early.

C.     The amount of the incentive/disincentive shown above represents 50% of our estimated lease and/ or easement costs.

D.     The amount of the incentives is in addition to the amount of the contract award.     #

Washington Metropolitan Area Transit Authority       Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC       Date: July 23 , 2001

$ TBD       Milestone 2 (Work south of L Street) NTP + 578 calendar days

$ TBD       Milestone 3 (Readiness for AFC Installation) NTP + 883 calendar days

$ TBD       Milestone 4 (Achievement of ORD) NTP + 1097 calendar days

$ TBD       Milestone 5 (Final Acceptance for  ORD scope items) NTP + 1159 calendar days.

$ TBD       Milestone 6 (Storage Yard Ready for Operation) NTP  + 1278 calendar days.

$ TBD       Milestone 7 (Final Completion and Acceptance of all work) NTP + 1309 calendar days.

$ TBD       Cumulative amount

C.       The Design-Builder understands that if it fails to complete portions of its work thereby allowing WMATA to resume revenue operations after a temporary track closure (whether involving single tracking, full track closure, night work, or any other work affecting WMATA revenue operations including fouling of the WMATA clearance envelope) then the Authority will suffer damages which have been estimated and are as specified below.

D.       The Design-Builder agrees that if it does not return track to WMATA to allow the Authority to resume revenue operations, including customary and necessary pre-operation testing and inspection, then the Design-Builder shall pay to the Authority as liquidated damages, the sums per five minute time increment as separate damages for each specified completion requirement.  Return of track to WMATA times shall be as authorized by WMATA in reponse to applications for track access by the Design-Builder.

$ TBD per 5 minute increment       TBD

$ TBD per 5 minute increment       Cumulative amount

**NOTE: TBD INFORMATION TO BE PROVIDED IN AN AMENDMENT TO FOLLOW.**

00871    SCHEDULE INCENTIVES

A.       The Authority has obtained leases and easements to allow access of the Design Builder to the Right of Way up to and including established Milestone dates.

B.       In the event that the Design-Builder completes its work related to Milestones 1 and/or Milestone 2 early, leases and easements necessary to provide the Design-Builder access to the Right of Way may be terminated early.

SUPERSEDED
SUPERSEDED
SUPERSEDED
SUPERSEDED
SUPERSEDED

Washington Metropolitan Area Transit Authority
Design-Build Contract RFP C - 1B0035/JDC

Contract No. 1B0035
Date: July 23 , 2001

\#

E.  The Design-Builder's contract price will be adjusted to receive the additive or deductive award of fees upon completion of the Milestones as established by the approved cost and time schedules listed in Section 00800,                                                      \#

## 00890  PARTNERING

A.  AUTHORITY PARTNERING POLICY: The Authority intends to encourage development of a cohesive partnership with the Design-Builder, the Design Professional, principal subcontractors and suppliers for effective and efficient completion of this Contract. This partnership will strive to draw on the strengths of each organization in an effort to achieve a quality project done right the first time, and completed on-schedule, within the budget. This partnership will be bilateral in make-up and participation of the parties is required. The partnering workshop(s) will be conducted by a professional facilitator at an off-site location convenient to the project within 45 days of Contract award. Follow-up workshops will be conducted on a quarterly basis during the course of the Contract as agreed to between the Design-Builder and the Authority.

1.  The establishment of a partnership charter on this project will not change the legal relationship of the parties to the Contract nor relieve either party from any terms of the Contract.

\#

2.  All costs associated with initiating and maintaining this partnership, outside of participant's salaries and travel and travel-related costs, will be agreed to by both parties and will be shared. The Authority will reimburse the contractor 50% of the incurred costs up to $40,000. If the costs exceed $40,000, the Authority will reimburse the contractor 100% of the cost incurred up to that amount.

\#

3.  Partnership Goals:

    a.  For the Design-Builder and the Authority to work together probatively through a cohesive partnership with the objective to build a quality product on time, at a satisfactory cost to the Authority, with a satisfactory profit to the Design-Builder (fostering a win-win relationship);

    b.  To establish and maintain an atmosphere of trust with timely, positive and ongoing communications;

    c.  To reach a mutual understanding on how the construction project will be managed;

    d.  To resolve disputes at the lowest working level possible; and,

    e.  To avoid confrontation and disputes among the parties.

B.  MEASUREMENT AND PAYMENT:

1.  Allowance for Partnering Costs:

    a.  An allowance is identified in Section 00412, Price Proposal form of the Request for Proposals, to provide funds for the Authority's share of services for a Professional Facilitator and for the expenses of the partnering workshop(s).

C.    Any actual direct cost savings in lease and/or easement costs accrued by the Authority as a direct consequence of the early completion of work by the Design-Builder shall be shared on a 50 / 50 basis between the Authority and the Design-Builder.

D.    Time extensions granted to the Design-Builder, for whatever reason (including delays outside the control of the Design-Builder and delays caused by WMATA), shall have no impact on this Section 00871, or on the calculation of incentive payments.  The value of the incentive shall be calculated based on achievement Milestones set out in this RFP, with no adjustment to be made to Milestone dates (for the purposes of this Section 0087~~SUPERSEDED~~der any circumstances.  The risk of loss from failure to earn the inc~~SUPERSEDED~~rest solely with the Contractor regardless of the cause of failure or delay.

00890   PARTNERING

A.   AUTHORITY PARTNERING POLICY: The Authority intends to encourage development of a cohesive partnership with the Design-Builder, the Design Professional, principal subcontractors and suppliers for effective and efficient completion of this Contract. This partnership will strive to draw on the strengths of each organization in an effort to achieve a quality project done right the first time, and completed on-schedule, within the budget. This partnership will be bilateral in make-up and participation of the parties is required. The partnering workshop(s) will be conducted by a professional facilitator at an off-site location convenient to the project within 45 days of Contract award. Follow-up workshops will be conducted on a quarterly basis during the course of the Contract as agreed to between the Design-Builder and the Authority.

    1.    The establishment of a partnership charter on this project will not change the legal relationship of the parties to the Contract nor relieve either party from any terms of the Contract.

    2.    All costs associated with initiating and maintaining this partnership, outside of participant's salaries and travel and travel-related costs, will be agreed to by both parties and will be shared equally through an allowance identified in Section 00412, Price Proposal Form, which represents the Authority's share in the program.

    3.    Partnership Goals:

~~SUPERSEDED~~

      a.    For the Design-Builder and the Authority to work together probatively through a cohesive partnership with the objective to build a quality product on time, at a satisfactory cost to the Authority, with a satisfactory profit to the Design-Builder (fostering a win-win relationship);

      b.    To establish and maintain an atmosphere of trust with timely, positive and ongoing communications;

      c.    To reach a mutual understanding on how the construction project will be managed;

      d.    To resolve disputes at the lowest working level possible; and,

      e.    To avoid confrontation and disputes among the parties.

B.   MEASUREMENT AND PAYMENT:

    1.    Allowance for Partnering Costs:

      a.    An allowance is identified in Section 00412, Price Proposal form of the Request for Proposals, to provide funds for the Authority's share of services for a Professional

Washington Metropolitan Area Transit Authority      Contract No. 1B0035
Design-Build Contract RFP  C - 1B0035/JDC      Date: July 23 , 2001

Facilitator and for the expenses of the partnering workshop(s).

b.   The Design-Builder will be reimbursed for the Authority's share of hiring a Professional Facilitator and for conducting the workshops) on an invoice basis from the allowance in accordance with the Contract payment provisions.

END OF SECTION