**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| L&L CONSTRUCTION ASSOCIATES, INC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 1:05CV01289 |
| | : | Judge Royce C. Lamberth |
| SLATTERY SKANSKA, INC. | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE SUR-REPLY**

Plaintiff L&L Construction Associates, Inc. ("L&L"), by and through its counsel, and hereby files its Motion for Leave to File its Sur-Reply in Support of its Opposition to the Motion to Dismiss filed by Defendant Slattery Skanska, Inc. ("Slattery") In support thereof, the following is stated.

1. In accordance with Local Rule 7(m), counsel for L&L attempted to confer in good faith by telephone with counsel on August 24, 2005 to determine whether Slattery would oppose the relief requested herein. Counsel for Slattery has not responded to the inquiry.

2. Prior to filing the Sur-Reply on August 23, 2005, counsel for L&L reviewed Local Rule 7 and did not observe any requirement to first seek leave before filing a Sur-Reply. Counsel however, was advised by the Clerk of the Court on August 24, 2005 that leave to file a Sur-Reply must be obtained and to file such a motion.

3. In its Reply in Support of its Motion to Dismiss, Slattery raised for the first time an entirely new argument in support of its Motion to Dismiss, contending that the Complaint must be dismissed based upon the integration clause found in the Subcontract executed by L&L and Slattery. Moreover, based upon this new argument Slattery requested for the first time, in its

Reply, that the Complaint be dismissed "with prejudice"; which was not the relief requested in the Motion to Dismiss. This entirely new substantive argument and request for relief, not previously raised in Slattery's Motion to Dismiss, requires that L&L file the attached Sur-Reply in order to address this new contention advanced by Slattery.

**WHEREFORE**, Plaintiff L&L Construction Associates, Inc. respectfully request that the Motion for Leave to file the attached Amended Complaint be granted.

August 25, 2005                                   **RESPECTFULLY SUBMITTED**


_____/s/_____
Bradshaw Rost, Esq. (D.C. Bar #376064)
***Tenenbaum & Saas, P.C.***
4330 East-West Hwy., Ste. 1150
Bethesda, Maryland 20814
(301) 961-5300
(Fax) 961-5305
Counsel for Plaintiff L&L Construction
Associates, Inc.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 25, 2005, I electronically filed Plaintiff's Motion for Leave to File Sur-Reply with the Clerk of the District Court using its CM/ECF System. Service of these papers was perfected electronically, as provided for under Local Civil Rule 5.4(d), on the following:

>Val S. McWhorter
>Edmund M. Amorosi
>W. Stephen Dale
>SMITH, PACHTER, MCWHORTER & ALLEN, PLC
>8000 Towers Crescent Drive, Suite 900
>Vienna, Virginia 22182

>_____/s/_____
>Bradshaw Rost

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| L&L CONSTRUCTION ASSOCIATES, INC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 1:05CV01289 |
| | : | Judge Royce C. Lamberth |
| SLATTERY SKANSKA, INC. | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION FOR LEAVE TO FILE SUR-REPLY**

1.   The record herein.


August 25, 2005                              **RESPECTFULLY SUBMITTED**


_____/s/_____
Bradshaw Rost, Esq. (D.C. Bar #376064)
***Tenenbaum & Saas, P.C.***
4330 East-West Hwy., Ste. 1150
Bethesda, Maryland 20814
(301) 961-5300
(Fax) 961-5305
Counsel for Plaintiff L&L Construction
Associates, Inc.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 25, 2005, I electronically filed Plaintiff's Memorandum of Law in Support of Motion for Leave to File Sur-Reply with the Clerk of the District Court using its CM/ECF System. Service of these papers was perfected electronically, as provided for under Local Civil Rule 5.4(d), on the following:

> Val S. McWhorter
> Edmund M. Amorosi
> W. Stephen Dale
> SMITH, PACHTER, MCWHORTER & ALLEN, PLC
> 8000 Towers Crescent Drive, Suite 900
> Vienna, Virginia 22182

_____
Bradshaw Rost

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| L&L CONSTRUCTION ASSOCIATES, INC : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 1:05CV01289 |
| : | Judge Royce C. Lamberth |
| SLATTERY SKANSKA, INC. : | |
| : | |
| Defendant. : | |

**ORDER**

**UPON CONSIDERATION** of Plaintiff L&L Construction Associates, Inc.'s Motion for Leave to File its Sur-Reply in Support of its Opposition to the Motion to Dismiss filed by Defendant Slattery Skanska, Inc., it is this ___ day of _____, 2005

**ORDERED, ADJUDGED AND DECREED**

1.   The Motion be, and hereby is, **GRANTED,** and the Sur-Reply filed on August 23, 2005 be, and hereby is, deemed filed.

_____
Judge Royce C. Lamberth
U.S. District Court Judge for the
District of Columbia

cc:
Bradshaw Rost, Esq.
***Tenenbaum & Saas, P.C.***
4330 East-West Hwy., Ste. 1150
Bethesda, Maryland 20814
Counsel for Plaintiff L&L Construction Associates, Inc.

Val S. McWhorter, Esq.
Edmund M. Amorosi, Esq.
SMITH, PACHTER, MCWHORTER & ALLEN, PLC
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182
Counsel for Defendant Slattery Skanska, Inc.