IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| L&L CONSTRUCTION ASSOCIATES, INC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 1:05CV01289 |
| | : | Judge Royce C. Lamberth |
| SLATTERY SKANSKA, INC. | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**UPON CONSIDERATION** of Plaintiff L&L Construction Associates, Inc.'s Motion for Leave to File its Sur-Reply in Support of its Opposition to the Motion to Dismiss filed by Defendant Slattery Skanska, Inc., it is this ___ day of _____, 2005

**ORDERED, ADJUDGED AND DECREED**

1.  The Motion be, and hereby is, **GRANTED,** and the Sur-Reply filed on August 23, 2005 be, and hereby is, deemed filed.

_____
Judge Royce C. Lamberth
U.S. District Court Judge for the
District of Columbia

cc:
Bradshaw Rost, Esq.
***Tenenbaum & Saas, P.C.***
4330 East-West Hwy., Ste. 1150
Bethesda, Maryland 20814
Counsel for Plaintiff L&L Construction Associates, Inc.

Val S. McWhorter, Esq.
Edmund M. Amorosi, Esq.
SMITH, PACHTER, MCWHORTER & ALLEN, PLC
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182
Counsel for Defendant Slattery Skanska, Inc.