IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| L&L CONSTRUCTION ASSOCIATES, INC.<br><br>Plaintiff,<br><br>v.<br><br>SLATTERY SKANSKA, INC.<br><br>Defendant. | Case No. 05-CV-01289<br>Judge Lamberth |

## ORDER GRANTING MOTION TO DISMISS

IT IS HEREBY ORDERED that the Motion to Dismiss the First Amended Complaint filed by L&L Associates, Inc. under Federal Rule of Civil Procedure 12 (b)(1), Rule 12(b)(3), or Rule 12(b)(6) as requested by Defendant Slattery Skanska, Inc. is hereby GRANTED. The Clerk is directed to dismiss the case, each party to bear their own costs.

_____
Royce C. Lamberth
United States District Judge

Dated: _____

Copies to:

Bradshaw Rost
TENENBAUM & SAAS, P.C.
4330 East-West Highway, Suite 1150
Bethesda, Maryland 20814

Val S. McWhorter
SMITH PACHTER MCWHORTER & ALLEN, P.L.C.
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182-2700