IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L&L CONSTRUCTION ASSOCIATES, INC.<br><br>Plaintiff,<br><br>v.<br><br>SLATTERY SKANSKA, INC.<br><br>Defendant. | Case No. 05-CV-01289<br>Judge Lamberth |

**RULE 7.1 DISCLOSURE OF CORPORATE
AFFILIATIONS AND FINANCIAL INTEREST**

Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned counsel of record for Defendant Slattery Skanska, Inc. ("Slattery"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of the above listed Defendant as noted which have any outstanding securities in the hands of the public.

Slattery is wholly owned by Slattery Associates, Inc., which is wholly owned by Skanska USA Civil, which is wholly owned by Skanska USA, Inc., which is wholly owned by Skanska Kraft, AB, which is wholly owned by Skanska, AB. Skanska, AB is the only publicly held company in this corporate line.

These representations are made in order that the judges of this Court may determine the need for recusal.

DATED this 8th day of September 2005.

        Respectfully submitted,

        */s/ Edmund M. Amorosi*

        Val S. McWhorter (D.C. Bar No. 91231)
        W. Stephen Dale
        Edmund M. Amorosi (D.C. Bar No. 482765)
        SMITH, PACHTER, MCWHORTER & ALLEN, P.L.C.
        8000 Towers Crescent Drive, Suite 900
        Vienna, Virginia  22182
        Telephone: (703) 847-6300
        Facsimile: (703) 847-6312
        E-Mail to be Noticed: eamorosi@smithpachter.com

        *Attorneys for Slattery Skanska, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September, 2005, I electronically filed the foregoing Rule 7.1 Disclosure Statement with the Clerk of the District Court using its CM/ECF system. Service of this paper was perfected electronically, as provided for under LCvR 5.4(d), on counsel for plaintiff listed below:

>Bradshaw Rost
>Tenenbaum & Saas, P.C.
>4330 East-West Highway, Suite 1150
>Bethesda, Maryland 20814

_____
Edmund M. Amorosi