UNITED STATES DISTRICT OF COLUMBIA
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| L&L CONSTRUCTION ASSOCIATES, INC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 1:05CV01289 |
| | : | Judge Royce C. Lamberth |
| SLATTERY SKANSKA, INC. | : | |
| | : | |
| Defendant. | : | |

## ORDER

**UPON CONSIDERATION** of the Motion to Dismiss the Amended Complaint filed by Defendant Slattery Skanska, Inc., and the Opposition thereto filed by Plaintiff L&L Construction Associates, Inc., it is this ___ day of _____, 2005

**ORDERED, ADJUDGED AND DECREED**

1. The Motion to Dismiss be, and hereby is, **DENIED.**

_____
Judge Royce C. Lamberth
U.S. District Court Judge for the
District of Columbia

cc:

Bradshaw Rost, Esq.
*Tenenbaum & Saas, P.C.*
4504 Walsh Street, Suite 200
Chevy Chase, Maryland 20815
Counsel for Plaintiff L&L Construction Associates, Inc.

Val S. McWhorter, Esq.
Edmund M. Amorosi, Esq.
SMITH, PACHTER, MCWHORTER & ALLEN, PLC
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182
Counsel for Defendant Slattery Skanska, Inc.