UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L&L CONSTRUCTION ASSOCIATES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SLATTERY SKANSKA, INC., )<br>)<br>Defendant. )<br>) | Civil No. 05-1289 |

### ORDER

Upon consideration of defendant's Motion [5] to Dismiss, plaintiff's Motion [7] to Amend/Correct Complaint, plaintiff's Motion [10] for Leave to File Sur-Reply in Opposition to Motion [5] to Dismiss, and the entire record herein, it is hereby

ORDERED that plaintiff's Motion [7] to Amend/Correct Complaint is GRANTED, *nunc pro tunc*; the first Amended Complaint shall be deemed filed as of the date of the motion [7]; it is further

ORDERED that defendant's Motion [5] to Dismiss is DENIED as moot in light of the filing of an Amended Complaint; and it is further

ORDERED that plaintiff's Motion [10] for Leave to File Sur-Reply in Opposition to Motion [5] to Dismiss is GRANTED, *nunc pro tunc*.

Defendant's Motion [11] to Dismiss the Amended Complaint is resolved in a separate Order this date.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 31, 2006.