UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L&L CONSTRUCTION ASSOCIATES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SLATTERY SKANSKA, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil No. 05-1289 |

## ORDER

Upon consideration of defendant's motion [11] to dismiss the first amended complaint, the opposition, reply thereto, the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion [11] is GRANTED, and it is further

ORDERED that plaintiff's amended complaint is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, March 31, 2006.