IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L&L CONSTRUCTION ASSOCIATES, INC : <br><br> Plaintiff, : <br><br> v. : <br><br> SLATTERY SKANSKA, INC. : <br><br> Defendant. : | Civil No. 1:05CV01289 <br> Judge Royce C. Lamberth |

### NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Plaintiff L&L Construction Associates, Inc. in the above named case hereby appeals to the United States Court of Appeals for the District of Columbia from the Final Order and Memorandum Opinion in support thereof, both dated March 31, 2006, dismissing Plaintiff's Complaint without prejudice, entered on the docket on March 31, 2006.

April 12, 2006                              **RESPECTFULLY SUBMITTED**

[signature]

Bradshaw Rost, Esq. (D.C. Bar #376064)
*Tenenbaum & Saas, P.C.*
4330 East-West Hwy., Ste. 1150
Bethesda, Maryland 20814
(301) 961-5300
(Fax) 961-5305
Counsel for Plaintiff L&L Construction
Associates, Inc.

RECEIVED
APR 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 11, 2006, I mailed a copy of Plaintiff's Notice of Appeal via U.S. Mail, First Class, postage prepaid, on the following:

>Val S. McWhorter
>Edmund M. Amorosi
>W. Stephen Dale
>SMITH, PACHTER, MCWHORTER & ALLEN, PLC
>8000 Towers Crescent Drive, Suite 900
>Vienna, Virginia 22182

_____
Bradshaw Rost