**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| L&L CONSTRUCTION ASSOCIATES, INC : | |
| : | |
| Plaintiff, : | |
| : | |
| v.  : | Civil No. 1:05CV01289 |
| : | Judge Royce C. Lamberth |
| SLATTERY SKANSKA, INC. : | |
| : | |
| Defendant. : | |

**FRAP 10 CERTIFICATE OF NO TRANSCRIPT AND
STATEMENT OF ISSUES ON APPEAL**

Plaintiff/Appellant L&L Construction Associates, Inc. ("L&L") in the above named case, by and through its counsel, hereby files its Certificate and Statement of Issues on Appeal pursuant to F.R.A.P. 10.

**I.    There Is No Transcript for the Appeal**

Pursuant to F.R.A.P. (b)(1)(B), L&L states that no transcript will be ordered as part of this appeal in that there was no hearing held before the District Court in the underlying action subject to the appeal.

**II.   Statement of Issue on Appeal**

Pursuant to F.R.A.P. (b)(3)(A), L&L submits the following statements of issues on appeal:

1.    Whether the District Court erred, as a matter of law, in holding based upon a Rule 12(b)(6) Motion that all prior agreements, including the October 3 Letter of Intent, were to be merged in the Subcontract and that the subject matter of the Subcontract encompassed all work regarding the underground utilities for the Project regardless of whether the specific work was identified or described in the Subcontract?

2

     2.     Whether the District Court erred, as a matter of law, in ruling that the defendant had not waived its right to assert the forum selection clause as a defense based upon the fact that the defendant had not raised the defense in its first motion to dismiss?

     3.     Whether the District Court erred, as a matter of law, in ruling that the forum selection clause should not be treated as a waiveable defense under Fed.R.Civ.P. 12(b)(3)?

April 24, 2006                  **RESPECTFULLY SUBMITTED**

                                         _____
                                         Bradshaw Rost, Esq. (D.C. Bar #376064)
                                         ***Tenenbaum & Saas, P.C.***
                                         4330 East-West Hwy., Ste. 1150
                                         Bethesda, Maryland 20814
                                         (301) 961-5300
                                         (Fax) 961-5305
                                         Counsel for Plaintiff L&L Construction Associates, Inc.

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on April 24, 2006, I electronically filed the foregoing FRAP 10 Cortication. Service of these papers was perfected electronically, as provided for under Local Civil Rule 5.4(d), on the following:

>Val S. McWhorter
>Edmund M. Amorosi
>W. Stephen Dale
>SMITH, PACHTER, MCWHORTER & ALLEN, PLC
>8000 Towers Crescent Drive, Suite 900
>Vienna, Virginia 22182

>_____
>Bradshaw Rost