# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 06-7056**                          **September Term, 2006**

                                         05cv01289

L&L Construction Associates, Inc.,
      Appellant

v.

Slattery Skanska, Inc.,
      Appellee

Filed On:



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  FEB  7 2007

CLERK

**BEFORE:**   Tatel and Garland, *Circuit Judges*, and Edwards, *Senior Circuit Judge*

### ORDER

Upon consideration of the stipulation of voluntary dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY: Cheri Carter
Cheri Carter
Deputy Clerk